UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

\----------------------------------------------------------------------x

RUBEN V. FLORES, DELIA D. FLORES, JOSHUA D.     :
FLORES, JASON FLORES, TIMOTHY ALVAREZ,          :
MELANY FLORES, GENE B. MAYNARD, CYNTHIA         :
L. SMITH, LISA WARE, JEREMIAH MAYNARD,          :
JACOB MAYNARD, BREANNE MAYNARD,                 :
REBECCA L. MAYNARD, *individually and on behalf of* :      **Case No. 22-cv-1512**
*the* ESTATE OF CHAD BRYANT MAYNARD *and on*     :
*behalf of*, L.M., *a minor*, LISA M. BARR, *individually* :
*and on behalf of the* ESTATE OF ARIC J. BARR,    :
ANTHONY R. BARR, AARON M. BARR,                 :
ALEXANDRA ROSE BARR, MARIA A. AYON,             :
CYNTHIA AYON, GRETCHEN MACK, *individually*      :
*and on behalf of the* ESTATE OF CHANCE PHELPS,   :
JOHN PHELPS, *individually and on behalf of the*    :
ESTATE OF CHANCE PHELPS, JOHN THOMAS            :
SIMS, SR., *individually and on behalf of the* ESTATE OF :
JOHN THOMAS SIMS, JR., MARGARET P. KELLUM,      :
*individually and on behalf of the* ESTATE OF JOHN  :
THOMAS SIMS, JR., DAPHNE HARLOW, CESAR          :
CARBALLO, MANUELA LOPEZ, JANETTE               :
CARBALLO, DENISE CARBALLO, CESAR S.             :
CARBALLO, KACEY STURTZ, *individually and on*     :
*behalf of the* ESTATE OF PAUL CHARLES MARDIS,    :      **COMPLAINT**
JR., CLIFFORD WILLIAM BENNETT, HARDY            :
PIERCE MILLS, IV, JUSTIN MORGAN                 :
RETTENBERGER, TIMOTHY SUTTON SHULL,             :
GERALDINE E. MORRIS, *individually and on behalf of* :
*the* ESTATE OF DEAN PRATT, JOHN R. MORRIS,      :
DONALD J. PRATT, JESUS CERVANTES-BARROSO,        :
RICHARD SILVA, CHRISTOPHER J. STEVENSON,        :
MARY LAGARCE, *individually and on behalf of the*   :
ESTATE OF CHRISTOPHER BELCHIK, LYNN             :
LENKER, BRIAN BELCHIK, JULIE PRATS, JAMES       :
LENKER, MICHAEL A. READ, *individually and on*    :
*behalf of the* ESTATE OF BRANDON MICHAEL         :
READ, ROBIN K. READ, *individually and on behalf of* :
*the* ESTATE OF BRANDON MICHAEL READ,            :
DONNA R. ROSENBAUM, *individually and on behalf of* :
*the* ESTATE OF THOMAS C. ROSENBAUM, JACKIE      :
R. ROSENBAUM, ANDREW ZANE ROSENBAUM,            :
TY J. ROSENBAUM, MICHELLE L. DEFORD,            :
*individually and on behalf of the* ESTATE OF DAVID :
WAYNE JOHNSON, RICHARD W. JOHNSON,              :
*individually and on behalf of the* ESTATE OF DAVID :

WAYNE JOHNSON, RANDALL S.D. JOHNSON, JOIE     :
E. LIBBEY, TENNISON M. TITCOMB, SR.,          :
*individually and on behalf of the* ESTATE OF JOSHUA  :
K. TITCOMB, ELIZABETH K. TITCOMB, *individually*  :
*and on behalf of the* ESTATE OF JOSHUA K.     :
TITCOMB, TENNISON M. TITCOMB, JR., JOSEPH     :
TITCOMB, KAMALEIOKE K.Z. HENDERSON,            :
TIMOTHY TITCOMB, KAIULANI SAYSON,              :
KATRINA TITCOMB, KEOLA TITCOMB, JOANNE C.     :
BAKER, *individually and on behalf of the* ESTATE OF  :
RONALD WAYNE BAKER, ALEXIS C. BAKER,          :
CARRYLON ANN BAKER, ANTHONY WAYNE             :
BAKER, CHRIS BAKER, ERIC J. COPSETTA, HELEN   :
COPSETTA, KENNETH COPSETTA, SALLY H.          :
DANG, RYAN A. SOLTES, BRANDON C. SOLTES,      :
R.H.S., *a minor*, HELENA LUKAC, *individually and on*  :
*behalf of the* ESTATE OF JOHN LUKAC, JAN LUKAC,  :
*individually and on behalf of the* ESTATE OF JOHN  :
LUKAC, PETER LUKAC, SHERRIN GRAHAM,            :
*individually and on behalf of the* ESTATE OF ANDREW  :
GERALD RIEDEL, CAYLA BELL, MARK C.            :
LARSON, MARK S. LARSON, REBECCA JO            :
LARSON, IVY K. ROYER, LARAJO M. CHIRILOV,     :
ADAM C. YOUNG, BEVERLY KAYE LIPSCOMB,         :
*individually and on behalf of the* ESTATE OF JUSTIN  :
RAY YOEMANS, JESUS E. MARTINEZ, JR., JESUS E.  :
MARTINEZ III, KENNETH A. DISTELHORST,         :
WILLIAM A. SILCOX, JR., ROBERT M. HUEY,       :
MASON FISHER, TRACY E. MILLER, *individually and*  :
*on behalf of the* ESTATE OF NICHOLAS LEE      :
ZIOLKOWSKI, MATTHEW PIANO, JASON PAUL         :
SHAW, MELEASA KAY HAMPTON, *individually and*  :
*on behalf of the* ESTATE OF CHRISTOPHER T.    :
HEFLIN, KIMBERLY D. HESTER, DEREK ELLIS,      :
CORY HEFLIN, JOSH HICKS, JONATHAN T. VOLZ,    :
JOSEPH P. NOLAN, *individually and on behalf of the*  :
ESTATE OF JOSEPH MICHAEL NOLAN, MATTHEW       :
J. NOLAN, ALEXANDER M. SARGENT, CHYNITA A.    :
BELCHER, *individually and on behalf of the* ESTATE  :
OF DEMARKUS BROWN, TA'SHAWN CARTER,           :
LATASHA CARTER, LINDA S. ADAMEK, *individually*  :
*and on behalf of the* ESTATE OF JEREMY        :
CHRISTENSEN, STEPHEN J. BENISH, *individually and*  :
*on behalf of the* ESTATE OF STEPHEN C. BENISH,  :
TARA QUASHNICK-MITTS, *individually and on behalf*  :
*of the* ESTATE OF DAVID MITTS, MANDY MITTS,

PAUL F. GASIEWICZ, *individually and on behalf of the* :
ESTATE OF CARI ANNE GASIEWICZ, KATHLEEN :
M. GASIEWICZ, *individually and on behalf of the* :
ESTATE OF CARI ANNE GASIEWICZ, PAUL F. :
GASIEWICZ II, SHERRY TROST, AUBREY TROST, :
LEVIN TROST, G.T., *a minor*, STEVEN D. BLANTON, :
DANA BLAZER-WORTHAM, ALYSSA HIGHLEY, :
*individually and on behalf of the* ESTATE OF MELVIN :
L. BLAZER, JR., ERIK BLAZER, BRIAN L. :
CLAIRDAY, DANA STEWART, JR.,  DAWN :
STEWART,  ROBERT VROMAN SR., *individually and* :
*on behalf of the* ESTATE OF BRENT VROMAN, :
PAMELA L. DEGROOT, *individually and on behalf of* :
*the* ESTATE OF BRENT VROMAN, BRIAN VROMAN, :
ELIZABETH DEGROOT, WILLIAM DEGROOT JR., :
SETH RANDLETT, MICHAEL ANDERSON, :
ANGELA ANDERSON,  CALLISSA ANDERSON, :
ALEXANDRIA ANDERSON, SEAN CRIPPEN, :
RAYMOND E. HEWITT, *individually and on behalf of* :
*the* ESTATE OF CORY HEWITT, RIIKKA P. :
JACOBSEN, *individually and on behalf of the* ESTATE :
OF WILLIAM JACOBSEN, JR., AVALON JACOBSEN, :
LEONIDAS JACOBSEN, SEDRIC JACOBSEN, :
WILLIAM JACOBSEN, III, MINA C. JOHNSON, :
CHARLES V. MASON, *individually and on behalf of the* :
ESTATE OF NICHOLAS C. MASON, CHRISTINE V. :
MASON, NORMA MARTINEZ-MELO, *individually and* :
*on behalf of the* ESTATE OF JULIAN MELO, :
JORSHUA MARTINEZ-MELO, JEANNE M. POULIN, :
*individually and on behalf of the* ESTATE OF LYNN R. :
POULIN, SR., STEPHANIE S. VANKOMEN, :
*individually and on behalf of the* ESTATE OF DARREN :
D. VANKOMEN, TREVOR OLSON, CODY OLSON, :
JESSE OLSON, RAUL P. RAMIREZ, TRAVIS :
WILSON, LISA A. MACK, *individually and on behalf of* :
*the* ESTATE OF BRIAN ANTHONY MACK, ASHLEY :
N. MACK, HAROLD R. GEER, *individually and on* :
*behalf of the* ESTATE OF GEORGE R. GEER, HOPE :
STROUD, DANIEL J. PLUMONDORE, *individually and* :
*on behalf of the* ESTATE OF ADAM JAY :
PLUMONDORE, ELFRIEDE H. PLUMONDORE, :
*individually and on behalf of the* ESTATE OF ADAM :
JAY PLUMONDORE, FRANK M. HERNANDEZ, :
STEVEN K. BOSSERT, DIANE V. BOSSERT, :
TIMOTHY K. BOSSERT, AMY LYNN LOPEZ, :
WILLIAM PHILIP FRANKLIN, *individually and on* :

*behalf of the* ESTATE OF MICHAEL WILLIAM                  :
FRANKLIN, TINA MARIE FRANKLIN, *individually*             :
*and on behalf of the* ESTATE OF MICHAEL WILLIAM          :
FRANKLIN, JANELLE KELLEY, JERRY OLDHAM,                   :
CHRISTOPHER GORDON, JUSTIN A. GORDON,                     :
ALISHA S. MILLER, DENISE E. GODBOLT,                      :
*individually and on behalf of the* ESTATE OF LEE M.      :
GODBOLT, CHARLEY GODBOLT JR., BRENDA                      :
KAY PARONTO, CHARLES G. WELLS, SR., ORLEAN                :
J. WELLS, TERRY LAWNELL WELLS, BEATRICE                   :
SHERRILL, *individually and on behalf of the* ESTATE      :
OF JAMES ALEXANDER SHERRILL, ROBERT B.                    :
HUFF, MICHELL D. ALIKAR, *individually and on*            :
*behalf* of A.D., *a minor*, ROXANNE COLLINS ,            :
KEVIN FRAZIER, JR., LOUIS RAINEY, JR., MOSES              :
L. COLLINS, JR., MARGARETTE MILLER, TERESIA               :
COLLINS, GRETTA COLLINS-WILLIAMS, JUSTIN                  :
EDWARD HENDRICKSON, BRUCE HENDRICKSON,                    :
DIANE HENDRICKSON, ANDREW HENDRICKSON,                    :
ALISHA MILLER, ELLA R. CEPEDA, *individually and*         :
*on behalf of* A.C., *a minor*, MICHAEL CEPEDA, DIANA     :
CEPEDA, JOURNEE BRE KAYLEEN CEPEDA, EVA                   :
GRANT-TRUJILLO, *individually and on behalf of the*       :
ESTATE OF JONATHAN GRANT, CYNTHIA GRANT,                  :
EVAN GRANT, ALMA M. ROYBAL, ALANA                         :
ROYBAL, TRAVIS ROYBAL, ISAIAH ROYBAL, AND                :
LORIN ROYBAL, ANDREA GREZ, *individually and on*         :
*behalf of the* ESTATE OF JOURDAN L. GREZ,                :
BLYTHE L. LOVELL *on behalf of* C.L., *a minor*, ARIC     :
GREZ, PAMELA GAY EISENHAUER, REBECCA                      :
ANDERSON, HANNAH JO EISENHAUER, LEAH                      :
EISENHAUER, THOMAS M. SEESAN, *individually and*         :
*on behalf of the* ESTATE OF AARON SEESAN,                :
CHIQUITA M. SEESAN, *individually and on behalf of*       :
*the* ESTATE OF AARON SEESAN, RACHEL                      :
SCHULZE, REBEKAH STOLAR, JOHAN CHRISTIAN                  :
BAGGE, NOAH ROSS BAGGE, BRYNNE JOHANNA                    :
BAGGE, DONNA F. SMITH, *individually and on behalf*       :
*of the* ESTATE OF JONATHAN LEE SMITH,                    :
WILLIAM D. BYERS, *individually and on behalf of the*     :
ESTATE OF CASEY BYERS, ANN M. BYERS,                      :
*individually and on behalf of the* ESTATE OF CASEY       :
BYERS and on behalf of H.B, a minor, JENNIFER             :
SCHEITLER,  CECIL G. PRINCE, JENNIFER BALL,               :
*individually and on behalf of the* ESTATE OF TERRY       :
WAYNE BALL, JR., ETHAN W. BALL, RILEY N.                  :

iv

BALL, GAVIN D. BALL, TERRY WAYNE BALL, SR.,   :
MELISSA R. BALL, PHILIP H. KLINGER, *individually*   :
*and on behalf of the* ESTATE OF JOSHUA PHILIP   :
KLINGER, SHARON J. KLINGER individually and on   :
behalf of the ESTATE OF JOSHUA PHILIP KLINGER,   :
ALISON R. ELPHICK, SETH D. KLINGER, SCOTT   :
REED KILPATRICK, , LEVAN MUY, DIANNE   :
JOHNSON STERLING, PATRICIA A. JAMESON,   :
ROBERT M. JAMESON, TIFFANY A. MOUNCE-   :
JONES, *individually and on behalf of the* ESTATE OF   :
CLIFTON BLAKE MOUNCE, KATHERINE L.   :
BROWN, *individually and on behalf of the* ESTATE OF   :
ADAM J. HARTING, TIMOTHY M. ROCK, *individually*   :
*and on behalf of the* ESTATE OF NATHANIEL ROCK,   :
ADRIANA M. ROCK, *individually and on behalf of the*   :
ESTATE OF NATHANIEL ROCK, JARED L. ROCK,   :
NICOLE R. STEWART, TARA M. ROCK, DEBRA L.   :
GANEY, *individually and on behalf of the* ESTATE OF   :
JERRY L. GANEY, JR., JOHN LAMIE, WILLIAM K.   :
WIGHTMAN, STEPHEN L. REED, *individually and on*   :
*behalf of the* ESTATE OF AARON H. REED,   :
KENNETH J. KREUTER, PATRICIA MURRAY,   :
KRISTIN KREUTER, LAURA KREUTER, KARI S.   :
KROUT, *individually and on behalf of the* ESTATE OF   :
KURT ERIC KROUT, ALICIA KROUT, DEANN M.   :
KROUT, LEIDY KROUT, ALIDA CORTES, , LEIGH   :
NURRE,  GEORGE R. DRAUGHN, SR., *individually*   :
*and on behalf of the* ESTATE OF GEORGE R.   :
DRAUGHN, JR., LUCY DRAUGHN, *individually and*   :
*on behalf of the* ESTATE OF GEORGE R. DRAUGHN,   :
JR., AKEEM DRAUGHN, STEPHANIE BARFIELD,   :
LESSIE WHITE, CHARLENE DEMMING, PAMELA   :
ANN YOUNG,  GREGORY B. YOUNG,  RENEE   :
YOUNG WEAVER, BILLE L. EVANS, *individually and*   :
*on behalf of the* ESTATE OF WILLIAM LEE EVANS,   :
WILLIAM J. CABINO, *individually and on behalf of the*   :
ESTATE OF SHAYNE M. CABINO, ROY K. BELL,   :
SR., JERRY L. BONIFACIO, SR., JULIA BYRD,   :
MICHAEL W. BYRD, JR., TERRI WATKINS, ,ROBBIE   :
WATKINS , RACHEL WATKINS, REBEKAH   :
HELMADOLLAR, JONATHAN WATKINS, THOMAS   :
D. WATKINS, MICHAEL R. ROBERTSON, TIFFANY   :
ROBERTSON, ROBYN G. ANDERSON, *individually*   :
*and on behalf of the* ESTATE OF NORMAN   :
ANDERSON III, NORMAN ANDERSON, JR.,   :
*individually and on behalf of the* ESTATE OF NORMAN   :

ANDERSON III, BROOKE ANDERSON, DEREK M.   :
DAVEY, *individually and on behalf of the* ESTATE OF   :
SEAMUS M. DAVEY, AUSTIN A. BYRD, SHILOH M.   :
MACKEY, TARRY MARIE FIKEL, SHIRLEY ANN   :
SPEARS, THOMAS BLOOMFIELD, KATHLEEN   :
BLOOMFIELD KERCH, PAULA M. WALLACE,   :
RONALD SPEARS, JEFFREY SPEARS, CAROL   :
SPEARS, ROBERT A. MARTINO, *individually and on*   :
*behalf of the* ESTATE OF MICHAEL DAVID   :
MARTINO, SYBIL E. MARTINO, ROBERT M.   :
MARTINO, LAURI J. NELSON, BELINDA   :
MCCRACKIN DAILEY, SELENE MCCRACKIN   :
DAILEY, MICHAEL MCCRACKIN, CKE NATALIE   :
MCCRACKIN on behalf of E.M., *a minor*, DAVID P.   :
SCHIAVONI, JOANN PATRICIA YOST, *individually*   :
*and on behalf of the* ESTATE OF ANTHONY RAY   :
CHARLES YOST,   ANTHONY YOST, MARTIN   :
TERRAZAS, JR., VANESSA TERRAZAS-MCKAY,   :
MELISSA TERRAZAS, ANDRES TERRAZAS,   :
GEORGE TERRAZAS,  , MARTIN TERRAZAS, SR.,   :
BRANDY N. SACCO, *individually and on behalf of the*   :
ESTATE OF DOMINIC JOSEPH SACCO, and A.S., *a*   :
*minor*, WILLIAM J. SACCO, DIANE M. SACCO, LISA   :
L. LIVINGSTON, NEIL JOSEPH FRUSTAGLIO,   :
CAROLYN L. MILLER, *individually and on behalf of the*   :
ESTATE OF KEITH A. BENNETT, TINA L. DALY,   :
BROOK N. MASON, *individually and on behalf of the*   :
ESTATE OF JOHNNIE V. MASON, ASHLEY N.   :
ARMSTRONG, ADAM B. BRADLEY, ROBIN T.   :
MCMULLEN, DAVID B. MCMULLEN, BRIAN   :
PATRICK MCMULLEN, JEANETTE ROBERTS,   :
GEORGE A. LUTZ, PATRICIA B. LUTZ, SARAH   :
HUMMEL, KENNETH LUTZ, HANNAH COHEN,   :
RACHEL LUTZ, DAVID C. GETTINGS, *individually*   :
*and on behalf of the* ESTATE OF ALBERT GETTINGS,   :
JULIET GETTINGS, CORI P. GETTINGS, STEPHANIE   :
RELIC, JANICE MCCURDY, *individually and on behalf*   :
*of the* ESTATE OF RYAN MCCURDY, WILLIAM   :
MCCURDY, GRANT MCCURDY, CLIFTON   :
TROTTER, SANDRA CORNETT, *individually and on*   :
*behalf of the* ESTATE OF LANCE S. CORNETT,   :
BRIANNA CORNETT, BRANDY SNAPP,   :
CHRISTOPHER HART, KAREN MCMULLEN,   :
CRISTAL CHESNUT, BEVERLY WASHAM, SONNY   :
WASHAM, SONNIE M. WASHAM-WIZNER, DONNY   :
WASHAM, DUSTIN WASHAM, LILLY WASHAM   :

LEWIS, MISTY WASHAM DAY, SHARON M.                     :
FITZGERALD-FOSTER, *individually and on behalf of*      :
*the* ESTATE OF ALMAR L. FITZGERALD, ROBERT            :
L. FITZGERALD, *individually and on behalf of the*      :
ESTATE OF ALMAR L. FITZGERALD, RODERICK                :
S.K. FITZGERALD, CHAJUAN L. FITZGERALD,                :
ROBERT L. FITZGERALD II, STANLEY L. LAMB II,           :
DANIEL ROWLAND, WILLIAM BREHM, ALBERT G.  :
BEISEL, *individually and on behalf of the* ESTATE OF   :
JACOB W. BEISEL, MARY BEISEL, *individually and*        :
*on behalf of the* ESTATE OF JACOB W. BEISEL,           :
MELODY N. HARTWELL, *individually and on behalf of*  :
*the* ESTATE OF CHASE A. EDWARDS, ANDREW F.           :
EDWARDS, JR., *individually and on behalf of the*        :
ESTATE OF CHASE A. EDWARDS, CHRISTIN A.                :
MARTIN, KRISTINE BACHAR, DONALD JOSEPH                :
FARMER, PAOLA MAYORGA, *individually and on*            :
*behalf of the* ESTATE OF PABLO VINICIO                  :
MAYORGA, GEORGE A. WINSLOW, *individually and*         :
*on behalf of the* ESTATE OF RYAN GEORGE                 :
WINSLOW, MARYNELL WINSLOW, *individually and*         :
*on behalf of the* ESTATE OF RYAN GEORGE                 :
WINSLOW, KRISTEN WINSLOW COY, DEBORAH J.              :
TINNELL, *individually and on behalf of the* ESTATE OF   :
PATRICK ALLEN TINNELL, JAMES D. TINNELL,              :
*individually and on behalf of the* ESTATE OF PATRICK   :
ALLEN TINNELL, GLENN R. LUEKEN, *individually*          :
*and on behalf of the* ESTATE OF ERIC ROBERT            :
LUEKEN, MELINDA R. LUEKEN, *individually and on*        :
*behalf of the* ESTATE OF ERIC ROBERT LUEKEN,           :
JOSEPH FORD, SR., *individually and on behalf of the*    :
ESTATE OF MICHAEL L. FORD, JOSHUA ALAN                 :
HOOKER, FORREST COOPER KELLEY, JOSE I.                 :
MARIN, *individually and on behalf of the* ESTATE OF    :
JOSE SANTOS MARIN-DOMINGUEZ, JR., OLIVIA              :
DOMINGUEZ DE MARIN, *individually and on behalf of*  :
*the* ESTATE OF JOSE SANTOS MARIN-                       :
DOMINGUEZ, JR., TOMAS D. MARIN, ARACELI               :
VIOLETA, SARAI MARIN, ANGEL LUIS PEREZ,               :
JOHN R. CUMMINGS, *individually and on behalf of the*  :
ESTATE OF RYAN CUMMING, KEVIN CUMMINGS,              :
KRISTEN REAL, JASON CUMMINGS, TIFFANIE R.             :
PERNELL, *individually and on behalf of the* ESTATE OF  :
CARLOS EUGENE PERNELL, LEATRICIA D.                    :
MOTLEY, SKITORRIA PERNELL, K.W., *a minor*,             :
EUGENE PERNELL, IRMA Y. SANTOS, ANN MARIE             :

CHRISTOFFERSON, *individually and on behalf of the*          :
ESTATE OF BRANDON JAMES WEBB, AUSTIN W.          :
CHRISTOFFERSON, LINDA JEAN BREAUX,          :
JENNIFER SANBORN, RUDY ROSE, LIZBETH          :
MIRANDA, LIZABETH JAZMIN FLORES, OMAR D.          :
FLORES, JR., SONIA M. FLORES, GILBERTO          :
FLORES, JORGE L. FLORES, SONIA A. FLORES,          :
KENNETH P. MICKS, AMY JEAN MICKS, VINCENT          :
D.B. WILLIAMS, BILLY LEE LAIRD, *individually and*          :
*on behalf of the* ESTATE OF DUSTIN DANIEL LAIRD,          :
KENJI RICHARD YAMAUCHI, IZAK YAMAUCHI,          :
CHRISTINA LAWRENCE, GEORGE R. SYKES,          :
JEFFREY A. BESTE, *individually and on behalf of the*          :
ESTATE OF BRADLEY H. BESTE, DENISE M.          :
BESTE, *individually and on behalf of the* ESTATE OF          :
BRADLEY H. BESTE, JARED J. BESTE, EMILIE V.          :
BESTE-MARTINEZ, MATTHEW J. BESTE, RAMONA          :
NEWMAN, LASTAR D. WILLIAMS, *individually and*          :
*on behalf of the* ESTATE OF DWAYNE EIN          :
WILLIAMS, MALACHI E. WILLIAMS, JOSEPH T.          :
WEIMORTZ, TIMOTHY W. DOLAN, *individually and*          :
*on behalf of the* ESTATE OF DANIEL GEORGE          :
DOLAN, FAY L. DOLAN, *individually and on behalf of*          :
*the* ESTATE OF DANIEL GEORGE DOLAN,          :
MICHELLE DOLAN-CROFT, KATHLEEN HANSON,          :
*individually and on behalf of the* ESTATE OF JOSHUA          :
ROBERT HANSON, ROBERT E. HANSON,          :
*individually and on behalf of the* ESTATE OF JOSHUA          :
ROBERT HANSON, JACOB H. HANSON,          :
KRZYSZTOF T. GOLLA, *individually and on behalf of*          :
*the* ESTATE OF CLIFF K. GOLLA, CHARLES P.          :
HARRIS, *individually and on behalf of the* ESTATE OF          :
SHANE P. HARRIS, CAROL ANN HARRIS,          :
*individually and on behalf of the* ESTATE OF SHANE P.          :
HARRIS, RYAN HARRIS, TIFFANY NEEDHAM,          :
LOGAN HARRIS, AARON GEORGE, KIRSTIN          :
GEORGE, STANLEY C. JOHNSON, *individually and on*          :
*behalf of the* ESTATE OF STEPHEN FRANKLIN          :
JOHNSON, JUDY LYNN JOHNSON, *individually and*          :
*on behalf of the* ESTATE OF STEPHEN FRANKLIN          :
JOHNSON, DAWN E. BOWMAN, *individually and on*          :
*behalf of the* ESTATE OF JON ERIC BOWMAN,          :
JOHNNY W. BOWMAN, MEGAN BOWMAN,          :
RICHARD J. FENIELLO, *individually and on behalf of*          :
*the* ESTATE OF SHELBY J. FENIELLO, RONALD E.          :
KOEHLER, MARY G. KOEHLER, ROBERT J.          :

KOEHLER, FRANK L. KOEHLER, ROSALINA : 
RODRIGUEZ MARTINEZ, *individually and on behalf of* : 
*the* ESTATE OF MISAEL MARTINEZ, SAMUEL : 
MARTINEZ, CAYETANA PALACIOS, *individually and* : 
*on behalf of the* ESTATE OF ERIC PALACIOS : 
RIVERA, MARCUS D. WILSON, SR., BRADLEY : 
KEITH GRUETZNER, DIXIE L. MUTZ, ROBERT R. : 
MUTZ, NATHAN MUTZ, DEBBIE KAHALEAWI, : 
*individually and on behalf of the* ESTATE OF HENRY K. : 
KAHALEWAI, JR., AARON E. KAHALEWAI, : 
AZHALANE KAHALEWAI, ALISHIA K. : 
KAHALEAWAI, SHAWN K. KAHALEWAI, : 
RACHAEL R.P. SABATE, LISA A. WEST-KLOPF, : 
MITCHELL S. KENYON, A.L.K., *a minor*, KRISTY : 
TRIPP, GARY PATRIQUIN, *individually and on behalf* : 
*of the* ESTATE OF TRAVIS LYLE PATRIQUIN, : 
CONNIE PATRIQUIN, *individually and on behalf of the* : 
ESTATE OF TRAVIS LYLE PATRIQUIN, DANIEL : 
PATRIQUIN, GREGORY PATRIQUIN, KARRIE : 
ZAMORA, STEVEN PATRIQUIN, LEE R. HUNDELT, : 
JON D. BURGESS, *individually and on behalf of the* : 
ESTATE OF RYAN J. BURGESS, KIM S. BURGESS, : 
*individually and on behalf of the* ESTATE OF RYAN J. : 
BURGESS, LLOYD L. MORRIS, JR., LIVIER AYALA, : 
SERGIO GARCIA, JUAN JIMENEZ, SCOTTIE B. : 
RAY, MYRTLE J. BOOKER, *individually and on behalf* : 
*of the* ESTATE OF DARRYL D. BOOKER, DERICA : 
BOOKER, DANTE CHEATHEM, MARIA LONEY, : 
ANDRE L. BOOKER SR., NORMAN R. LONEY JR., : 
SHENNETH CANEGATA, *individually and on behalf of* : 
*the* ESTATE OF DAVID C. CANEGATA, III, CARMEN : 
CANEGATA, JOHN CANEGATA, DIANNE E. : 
CANEGATA-O'REILLY, YVETTE CANEGATA- : 
JONES, NICOLE Y. CANEGATA, DAVID M. : 
CANEGATA, JESSICA D. CANEGATA, ANDRE D. : 
CANEGATA, MARIA KELLY, *individually and on* : 
*behalf of the* ESTATE OF PAUL M. KELLY, PAUL D. : 
KELLY, JOHN J. KELLY, JOHN A. KELLY, PATRICK : 
J. KELLY, ANTHONY KELLY, BRITA KELLY, : 
THERESA KELLY, LINDA A. D. LAKE, *individually* : 
*and on behalf of the* ESTATE OF FLOYD EVERETT : 
LAKE, SR., PEARL MARIE LUCAS, *individually and* : 
*on behalf of the* ESTATE OF VICTOR MANUEL : 
LANGARICA, DEVINA M. LANGARICA, D.X.L., *a* : 
*minor*, GEORGE LYERLY, DEBORAH RUSSO- : 
BLAKEMAN, GEORGE E. LYERLY, JR., SHAWNA :

HILL FENISON, *individually and on behalf of the*  :
ESTATE OF RYAN J. HILL, KELLY YOAKUM,  :
KATELYNN RHEA, KIRSTEE A. YOAKUM-  :
HAYNES, JUANITA S. SPENCER-COLE, JOSEPH C.  :
LANDAKER, *individually and on behalf of the* ESTATE  :
OF JARED MICHAEL-VINCENT LANDAKER,  :
LAURA LEE LANDAKER, , JASON C. LANDAKER,  :
ROSA MINJARES, ZONIA MINJARES, JOSE R.  :
MINJARES, ROSA A. PANDO, LAURA GOMEZ,  :
JEANNIE E. MINJARES,  GILBERT MINJARES III,  :
M.M., *a minor*, PETER TIJERINA, PETER TIJERINA II,  :
LYNN ANN SHAW, RACHAEL ELLIS, GUS  :
PATHENOS, BRENDA PATHENOS, THOMAS W.  :
SIEBERT, DOROTHY A. SIEBERT, DIANA CLIMO,  :
DARCY L. SIEBERT, *individually and on behalf of the*  :
ESTATE OF TODD M. SIEBERT, DENISE  :
RIDENOUR, ALICIA SIEBERT, NICHOLAS SIEBERT,  :
JANET L. BUFORD,  CANDICE BARTON, ELVIA  :
GOULD, JOY ANN MARSICO, *individually and on*  :
*behalf of the* ESTATE OF RAUL S. BRAVO, RAUL G.  :
BRAVO, *individually and on behalf of the* ESTATE OF  :
RAUL S. BRAVO, ISABELLE BRAVO, SHAKIRA  :
JULIANA BRAVO, RACHEL BRAVO, MARLON D.  :
KOSTERS,  SENTA ANN KOSTERS, KEVIN  :
KOSTERS, KATHY LEE ENSMINGER, *individually*  :
*and on behalf of the* ESTATE OF ANDREW CAINE  :
PERKINS, ABIGAIL COLLINS, JUNE FONDA SAGER  :
WORBINGTON, *individually and on behalf of the* of the  :
ESTATE OF BRIAN CHEVALIER, GERALDINE  :
KOWALCZYK,  KATHRYN KOWALCZYK,  :
CAROLYN LUNN, PAMELA LARSON, CHRISTINE  :
RITTER, MICHAEL J. KOWALCZYK, CHRISTOPHER  :
BREVARD, MICHELLE BREVARD, SAMUEL  :
NUNEZ, *individually and on behalf of the* ESTATE OF  :
JASON NUNEZ, MARLENE FERNANDEZ RIOS,  :
*individually and on behalf of the* ESTATE OF JASON  :
NUNEZ, JOEL NUNEZ, EMANUEL NUNEZ  :
FERNANDEZ, ROGER A. SHAFFER, BRENDA H.  :
BREWSTER, *individually and on behalf of the* ESTATE  :
OF LEVI KENNETH HOOVER, RHONDA L. CONES,  :
*individually and on behalf of the* ESTATE OF RODNEY  :
LYNN MCCANDLESS, MOLLIE PUTMAN  :
STANLEY, *individually and on behalf of the* ESTATE  :
OF CODY ANDREW PUTMAN, M.P., *a minor*,  :
TIFFANY PUTMAN BRICKER, HARRY LEON  :
PUTMAN III, PAMELA SUE MOW, LARRY JOE  :

MOW, RICKEY LEE WALLACE, KIMBERLY : 
SCHMIT, JESSICA SCHMIT, MELANIE BISHOP, : 
APORIL L. CELESTINE, *individually and on behalf of* : 
*the* ESTATE OF WILLIE P. CELESTINE, JR., N.M., *a* : 
*minor*, GERTRUDE CELESTINE, KESHA CELESTINE, : 
CHADWICK J. BROWN, LESBY DE PAZ, JULIO DE : 
PAZ, CONNIE MARIE KRIER, PIPER DONALD : 
KRIER, P.C.K., *a minor*, DARRYL BALIAN, : 
*individually and on behalf of the* ESTATE OF : 
CHRISTOPHER EDWARD MURPHY, JAMES : 
BENNETT, WILLIAM BENNETT, ALEXANDER : 
BENJAMIN CARDARELLI, SELENE CARDARELLI, : 
DEVIN SYNAN, ROBIN DAVIDSON, JIMMIE : 
DOUGLAS LONG, JOSE N. JAURIGUE, JR., KEVIN : 
D. MILLARD, JOHN E. EWING, CLARK G. WEST, : 
RICHARD E. BAYLIS, *individually and on behalf of the* : 
ESTATE OF MATTHEW EDWARD BAYLIS, LAURIE : 
J. BAYLIS, *individually and on behalf of the* ESTATE OF : 
MATTHEW EDWARD BAYLIS, MARC R. BAYLIS, : 
KATHY RUSSELL RUSHING, *individually and on* : 
*behalf of the* ESTATE OF WILLIAM CROUCH, JOHN : 
CROUCH, DEBRA ANN SPRINGMAN, *individually* : 
*and on behalf of the* ESTATE OF JEREMIAH D. : 
COSTELLO, LILLIAN COSTELLO, PATRICK JAY : 
MARIN, LINDSEY COLE, LARRY G. BORM, : 
*individually and on behalf of the* ESTATE OF VAL : 
JOHN BORM, LOLITA G. BORM, *individually and on* : 
*behalf of the* ESTATE OF VAL JOHN BORM, : 
KIMBERLY BORM, DENNIS ROBERTS, WYLENE : 
ROBERTS, CHERYL A. PARKS, *individually and on* : 
*behalf of the* ESTATE OF LARRY PARKS, JR., LARRY : 
PARKS, SR., *individually and on behalf of the* ESTATE : 
OF LARRY PARKS, JR., MICHELLE CLARK, ADAM : 
MICHAEL PARKS, AMANDA M. PLOWMAN, : 
HANNAH L. PARKS, BONNIE SCHREINER, ITZHAK : 
AGAMI, BETH AGAMI, ILAN AGAMI, SHANIA : 
AGAMI, PATRICIA LEEMHUIS, RENEE LUNSFORD, : 
STEPHANIE LEEMHUIS, PAUL WHITEHORN, JR., : 
SANDRA LUZ MONTENEGRO, *individually and on* : 
*behalf of the* ESTATE OF ALPHONSO J. : 
MONTENEGRO II, SOCORRO GARCIA, DAVID : 
GARCIA,  DANIEL GARCIA, ABEL GARCIA, : 
BELINDA GARCIA, JODY DORE, *individually and on* : 
*behalf of the* ESTATE OF JASON E. DORE, ROY L. : 
TAYLOR, JR., KERI LYNN WADE, SHIRLEY WADE, : 
DEBRA ETHRIDGE, RICHARD GILMORE JR., GARY :

STOKES, HAROLD M. MOWL, JR., *individually and on*          :
*behalf of the* ESTATE OF KEVIN SCOTT MOWL,                :
MARY A. MOWL, *individually and on behalf of the*          :
ESTATE OF KEVIN SCOTT MOWL, ROBERT                         :
DENNIS JONES, THERESA GAYLE JONES,                         :
RICHARD CARLTON LETT, THERESA MINTON,                      :
JOHN HERNANDEZ, UTA HERNANDEZ, DONNA                       :
HUNSICKER, JOHN SCRIPSICK, MARTHA CLARK,                   :
ANNA VALENTINE, ANITA J. MORAN,                            :
MAGDALENA BROWN, *individually and on behalf of*           :
*the* ESTATE OF KEVIN RAY BROWN, MARIA L.                  :
BROWN, CHARLENE M. BROWN, JEREMY                           :
CHAMBERS, PAMALA LAMBERT, DEBRA                            :
PARSONS, BRENT BURRIS, *individually and on behalf*        :
*of the* ESTATE OF JEREMY W. BURRIS, KARLA                 :
BURRIS, *individually and on behalf of the* ESTATE OF      :
JEREMY W. BURRIS, BRYAN BURRIS, STEPHEN                    :
BURRIS, NATHAN BURRIS, JOEL BURRIS,                        :
BETHANY BURRIS, REBEKAH BURRIS, SHELIA                     :
TOWNS, JAMES PATRICK MCGUIRE, JR., ASHLEY                  :
MCGUIRE REDMOND, WALTER RAY,  DEBORAH                      :
RAY, AMY B. DOZIER, *individually and on behalf of*        :
*the* ESTATE OF JONATHAN K. DOZIER, JESSICA                :
GAUL, CHRISTINE M. MINEAR, LISA TARLETON,                  :
MARY SCHIOTIS, DUANE PIONK, SANDRA PIONK,                  :
MARIE T. SANDERS, DOUGLAS J. KIMME, JAMES                 :
M. SIGSBEE, *individually and on behalf of the* ESTATE     :
OF JOHN PATRICK SIGSBEE, SUSAN SIGSBEE,                    :
*individually and on behalf of the* ESTATE OF JOHN         :
PATRICK SIGSBEE, JASON SIGSBEE, DAVID                      :
SHARRETT, VICKI SHARRETT, KIMBERLY                         :
DRUMMOND BROOKS SHARRETT, TABITHA                          :
BURRESS, RANDALL J. WHITING, *individually and on*         :
*behalf of the* ESTATE OF JUSTIN RYAN WHITING,             :
CYNTHIA WHITING, PHILLIP MARTIN, GREGORY                   :
MARTIN, NATALIE JACKSON, HATTIE WEST,                      :
*individually and on behalf of the* ESTATE OF              :
CHRISTOPHER J. WEST, JOHN L. WEST, CAMERON                 :
WEST, LAUREN WEST, CATHERINE MANIBOG                       :
DAVIS, PAMELA JOY THOMAS, ALEXANDRIA C.                    :
SPATES, *individually and on behalf of the* ESTATE OF      :
COREY EMMETT SPATES, MARYANNE RENNELL,                     :
STEPHANIE A. GROEPPER, *individually and on behalf*        :
*of the* ESTATE OF CHAD D. GROEPPER, and C.G., *a*         :
*minor*, LYNETTE RUNYAN-BAKER, BARBARA                     :
BROSH, *individually and on behalf of the* ESTATE OF       :

BENJAMIN K. BROSH, MICHELL                          :
CHRISTOFFERSON-WITKOWSKI, *individually and on*    :
*behalf of the* ESTATE OF STEVEN J.                 :
CHRISTOFFERSON, HENRY KOHLHAAS, JOANN L.           :
LYLES, *individually and on behalf of the* ESTATE OF :
JORDAN C. HAERTER, REBECCA YALE, TAMMY             :
YALE, PAULA CARRUTH DESROCHE, *individually*       :
*and on behalf of the* ESTATE OF CASEY LYNNE        :
CASANOVA, BAILEE MICHELLE CASANOVA,                :
ALANA JADE CASANOVA, MARIA LOCKARD,                :
*individually and on behalf of the* ESTATE OF JAMES  :
CHAPMAN LOCKARD, DANIELLE LOCKARD,                 :
NICOLE LOCKARD, WILLIAM HAUNERT,                   :
*individually and on behalf of the* ESTATE OF        :
BRANDEN P. HAUNERT, TAMMY HAUNERT,                 :
JOSEPH HAUNERT, NICHOLAS HAUNERT,                  :
CHRISTOPHER HAUNERT, ANDREW HAUNERT,               :
SEAN HAUNERT, KEAVIN P. DUFFY SR., FRANCES         :
E. DUFFY, KEAVIN P. DUFFY JR., KELSEY ANN          :
POWERS, SHANNON DUFFY, DAVID EMARD,                :
DEBBIE EMARD,  JENNIFER EMARD MARLER,              :
VIRGINIA K. DYKEMAN, EVELYN C. GALEAI,             :
*individually and on behalf of the* ESTATE OF MAX A. :
GALEAI, FORREST GALEAI, LINA SCANLAN, JOAN         :
GALEAI, LAFOGAULA HALECK, VANESSA                  :
GALEAI, CARA ANN GALEAI, MARALYNN                  :
GALEAI, SALINA GALEAI, THOMAS GALEAI,              :
ARLENE O. ENGLISH, *individually and on behalf of the* :
ESTATE OF JUSTIN D. ENGLISH, ANGELA E.             :
HUNSUCKER, WESLEY P. ENGLISH, LATRECIA             :
VROOMAN-HAMILTON, *individually and on behalf of*  :
*the* ESTATE OF JEREMY VROOMAN, J.S.V., *a minor*   :
JEREMY XAVIER VROOMAN,  BRUCE VROOMAN,             :
JUSTIN VROOMAN, RONALD PHILLIPS, SR.,              :
CATHLEEN M. MACFARLANE, *individually and on*      :
*behalf of the* ESTATE OF ALBERT JEX, MICHAEL       :
NORDMEYER, ALEJANDRO SARANDREA,                    :
*individually and on behalf of the* ESTATE OF JESSICA :
YVETTE SARANDREA, JENNA MASTANDREA,                :
MELLONEY K. WARD,  COURTNEY A. RUSK,               :
BECKY L. JOHNSON, TERESA DILLINGER, JAMES          :
DOUGLAS BRACKEN, MARY RUTH WILEY                   :
BRACKEN, MARY MARGARET BRACKEN,                    :
ELIZABETH CAMILLE BRACKEN, AMY                     :
KATHERINE BRACKEN, ROCHELLE BARNICH-               :
JANIA, *individually and on behalf of the* ESTATE OF :

xiii

TERRENCE LEE BARNICH, BRUCE C. BARNICH,          :
*individually and on behalf of the* ESTATE OF            :
TERRENCE LEE BARNICH, ROY A. EDMUNDSON,          :
and HAVALAH G. HOCKING, *individually and on*           :
*behalf of the* ESTATE OF BRANDON S. HOCKING,          :
                                                        :
                    Plaintiffs,                         :
                                                        :
-against-                                               :
                                                        :
ISLAMIC REPUBLIC OF IRAN                                :
Ministry of Foreign Affairs                             :
Khomeini Avenue                                         :
United Nations Street                                   :
Tehran, Iran                                            :
                                                        :
  and                                                   :
                                                        :
SYRIAN ARAB REPUBLIC                                    :
Ministry of Foreign Affairs                             :
Damascus, Syria                                         :
                                                        :
                    Defendants.                        x
-------------------------------------------------------------------------

Plaintiffs, by and through their attorneys, allege the following:

## I.    NATURE OF THE ACTION

1.    This is a civil action pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 *et seq.* ("FSIA") for wrongful death, personal injury, and related torts, by United States nationals and members of the U.S. armed forces and civilian contractors, along with their estates and members of their families, who were injured or killed in terrorist attacks in Iraq from 2004 to 2011.

2.    All of these attacks were committed by one or more of the U.S.-designated Foreign Terrorist Organizations ("FTOs")[1] al-Qaeda;[2] al-Qaeda in Iraq ("AQI") (later known as the Islamic State of Iraq and Syria ("ISIS"));[3] Ansar al-Islam (together, the "AQ FTOs") or other related Sunni terror cells ("Sunni Terrorist Groups in Iraq" or "STGI").[4] Each attack constituted an act, or attempted acts, of torture, extrajudicial killing, and/or hostage taking.

3.    Defendants Islamic Republic of Iran ("Iran") and the Syrian Arab Republic ("Syria") knowingly provided material support for such attacks, and did so through their officials, employees, and agents while acting in the scope of their office, employment, and agency, respectively.

---

[1]    As defined in 8 U.S.C. § 1189 of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA").

[2]    The group's name can be spelled several ways in English. For consistency purposes, this Complaint uses "al-Qaeda" regardless of the naming convention used in the original source material.

[3]    ISIS is also known as the "Islamic State of Iraq and the Levant," "ISIL" and by the Arabic acronym "Daesh." For consistency purposes, this Complaint uses "ISIS" regardless of the naming convention used in the original source material.

[4]    The Sunni jihadist groups evolved over time, sometimes merging, and often splitting apart. For example, at one point, AQI was allied with the 1920 Revolutionary Brigades, Jaysh Mujahideen, and Jaysh al-Islami, but they later broke ranks. Major General Mark Hertling commanded MND-N (the northern sector of Iraq commanded by U.S. Forces) in late 2007. His staff at that time identified at least 22 different terrorist groups operating in the MND-N area of operations, many with facilitation networks extending into Syria. Counting various cells from the 2003 period, the number of terrorist groups was likely much higher.

4.     During the relevant period (2003-2011), Iran and Syria played a highly destabilizing role in Iraq. Both regimes sought to inflict casualties on U.S. and Coalition Forces and destabilize Iraq both to gain advantage in their ongoing regional political struggles and to prevent the creation of a stable Iraqi Government allied with the United States.

5.     In pursuit of these objectives, both regimes gave sanctuary and strategic assistance to the Sunni and Shi'a terror groups that wreaked havoc and destruction across Iraq during the relevant period.

6.     Most relevant to this Action, Iran and Syria coordinated with the Sunni Terrorist Groups in Iraq to encourage and facilitate attacks against U.S. armed forces in Iraq, as well as attacks on other American and foreign targets.

7.     The Sunni Terrorist Groups in Iraq also targeted (primarily Shi'a) Iraqi civilians and armed service members.

8.     In the years before the March 2003 U.S.-led invasion of Iraq, Iran and Syria provided substantial tangible and intangible property and services to al-Qaeda and Ansar al-Islam and their affiliates, including lodging, training, expert advice, and assistance, safehouses, false documentation and identification, facilities, weapons, lethal substances, explosives, personnel, and transportation, with the intention of assisting their lethal attacks on U.S. and other foreign targets.

9.     Following the 2003 invasion, Iran and Syria provided similar material support to STGI, with the intention of assisting their lethal attacks on U.S. armed forces and other foreigners and Iraqi civilians and Iraqi armed forces.

10.     Iran provided this material support through several officials, employees, and agents, including its Islamic Revolutionary Guard Corps ("IRGC"), the IRGC's foreign operations directorate called the Qods Force ("IRGC-QF"), Iran's Ministry of Intelligence ("MOIS"), and

Iran's Lebanese terror proxy, Hezbollah.

11.     The United States designated the IRGC a Specially Designated Global Terrorist ("SDGT") in October 2017[5] and an FTO in April 2019.[6] The IRGC has retained those designations through the present.

12.     When the U.S. Department of the Treasury ("Treasury") designated the IRGC an SDGT, it found, "[t]he IRGC has played a central role to Iran becoming the world's foremost state sponsor of terror. Iran's pursuit of power comes at the cost of regional stability, and Treasury will continue using its authorities to disrupt the IRGC's destructive activities." Treasury also designated the IRGC "for the activities it undertakes to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of" the IRGC-QF.[7]

13.     The White House explained that the decision to designate the IRGC an FTO "recognizes the reality that Iran is not only a State Sponsor of Terrorism, but that the IRGC actively participates in, finances, and promotes terrorism as a tool of statecraft. The IRGC is the Iranian government's primary means of directing and implementing its global terrorist campaign."[8]

14.     The State Department explained in connection with the IRGC's FTO designation

---

[5]     *See Treasury Designates the IRGC under Terrorism Authority and Targets IRGC and Military Supporters under Counter-Proliferation Authority* (U.S. Dep't of the Treasury, Oct. 13, 2017), *available at* https://home.treasury.gov/news/press-releases/sm0177.

[6]     *See Designation of the Islamic Revolutionary Guard Corps* (U.S. Dep't of State, Apr. 8, 2019), *available at* https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/index.html.

[7]     *See Treasury Designates the IRGC under Terrorism Authority and Targets IRGC and Military Supporters under Counter-Proliferation Authority* (U.S. Dep't of the Treasury, Oct. 13, 2017), *available at* https://home.treasury.gov/news/press-releases/sm0177.

[8]     *See Statement from the President on the Designation of the Islamic Revolutionary Guard Corps as a Foreign Terrorist Organization* (The White House, Apr. 8, 2019), *available at* https://trumpwhitehouse.archives.gov/briefings-statements/statement-president-designation-islamic-revolutionary-guard-corps-foreign-terrorist-organization/.

that "[t]he Iranian regime is responsible for the deaths of at least 603 American service members

in Iraq since 2003," "in addition to the many thousands of Iraqis killed by the IRGC's proxies."[9]

15.     The United States designated the IRGC-QF an SDGT in October 2007[10] and an

FTO in April 2019.[11] The IRGC-QF has retained those designations through the present.

16.     When Treasury designated the IRGC-QF an SDGT, it found:

> The Qods Force has had a long history of supporting Hezbollah [sic]'s
> military, paramilitary, and terrorist activities, providing it with guidance,
> funding, weapons, intelligence, and logistical support. The Qods Force
> operates training camps for Hezbollah [sic] in Lebanon's Bekaa Valley and
> has reportedly trained more than 3,000 Hezbollah fighters at IRGC training
> facilities in Iran. The Qods Force provides roughly $100 to $200 million in
> funding a year to Hezbollah and has assisted Hezbollah [sic] in rearming in
> violation of UN Security Council Resolution 1701.
>
> In addition, the Qods Force provides lethal support in the form of weapons,
> training, funding, and guidance to select groups of Iraqi Shi'a militants who
> target and kill Coalition and Iraqi forces and innocent Iraqi civilians.[12]

17.     The United States designated Hezbollah a Specially Designated Terrorist ("SDT")

in January 1995,[13] an FTO in October 1997,[14] and an SDGT in October 2001.[15] Hezbollah has

---

[9]      *See Designation of the Islamic Revolutionary Guard Corps* (U.S. Dep't of State, Apr. 8, 2019), *available at* https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/index.html.

[10]     *See Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism* (U.S. Dep't of the Treasury, Oct. 25, 2007), *available at* https://home.treasury.gov/news/press-releases/hp644.

[11]     *See Designation of the Islamic Revolutionary Guard Corps* (U.S. Dep't of State, Apr. 8, 2019), *available at* https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/index.html.

[12]     *See Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism* (U.S. Dep't of the Treasury, Oct. 25, 2007), *available at* https://home.treasury.gov/news/press-releases/hp644.

[13]     *See Prohibiting Transactions with Terrorists Who Threaten To Disrupt The Middle East Peace Process* (Fed. Reg. Jan. 23, 1995), *available at* https://www.govinfo.gov/content/pkg/FR-1995-01-25/pdf/X95-110125.pdf.

[14]     *See Foreign Terrorist Organizations* (U.S. Dep't of State), *available at* https://www.state.gov/foreign-terrorist-organizations/.

[15]     *See Executive Order 13224* (U.S. Dep't of State), *available at* https://www.state.gov/executive-order-13224/.

retained those designations through the present.

18.     The United States designated al-Qaeda an FTO in October 1999.[16] Al-Qaeda has retained that designation through the present.

19.     The United States designated AQI (including its later form, ISIS) an FTO in December 2004.[17] AQI has retained that designation through the present (ISIS's FTO listing states that it is "formerly al-Qaeda in Iraq").

20.     Treasury explained that the IRGC and IRGC-QF have worked hand-in-hand with Syrian forces:

> The IRGC has trained IRGC-QF personnel in Iran prior to their deployments to Syria and has deployed at least hundreds of personnel from its conventional ground forces to Syria to support IRGC-QF operations. IRGC personnel in Syria have provided military assistance to the IRGC-QF and have been assigned to IRGC-QF units on the battlefield, where they provide critical combat support, including serving as snipers and machine gunners. Additionally, the IRGC has recruited, trained, and facilitated the travel of Afghan and Pakistani nationals to Syria, where those personnel are assigned to, and fight alongside, the IRGC-QF. The IRGC also has worked with the IRGC-QF to transfer military equipment to Syria. The IRGC used both IRGC bases and civilian airports in Iran to transfer military equipment to Iraq and Syria for the IRGC-QF.[18]

## II.   **JURISDICTION AND VENUE**

21.     This Court has jurisdiction over this matter and over Defendants pursuant to 28 U.S.C. §§ 1330(a), 1330(b), 1331, 1332(a)(2) and 1605A(a)(1), which create subject-matter and personal jurisdiction for civil actions for wrongful death and personal injury against State Sponsors

---

[16]     *See Foreign Terrorist Organizations* (U.S. Dep't of State), *available at* https://www.state.gov/foreign-terrorist-organizations/.

[17]     *See Foreign Terrorist Organizations* (U.S. Dep't of State), *available at* https://www.state.gov/foreign-terrorist-organizations/.

[18]     *See Treasury Designates the IRGC under Terrorism Authority and Targets IRGC and Military Supporters under Counter-Proliferation Authority* (U.S. Dep't of the Treasury, Oct. 13, 2017), *available at* https://home.treasury.gov/news/press-releases/sm0177.

of Terrorism and their officials, employees, and agents.

22.     At all times relevant to this Complaint, Iran and Syria have been foreign states within the meaning of 28 U.S.C. § 1603.

23.     As detailed below, at all times relevant to this Complaint, Iran and Syria have been State Sponsors of Terrorism within the meaning of 28 U.S.C. § 1605A(h)(6).

24.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(f).

III.   **DEFENDANTS**

   A.   **Iran**

   1.   **Iran's Long History of Supporting and Financing Terrorism**

25.     Since the Iranian Revolution in 1979, Iran has been a principal source of extremism and terrorism throughout the Middle East and has been responsible for bombings, kidnappings, assassinations, and other acts of international terrorism across the world.

26.     The government of Iran is politically and ideologically hostile to the United States and its allies. For four decades, Iran has consistently provided massive material support for acts of international terrorism, including extrajudicial killings, torture, and hostage takings, particularly through the IRGC and Hezbollah.

27.     The United States designated Iran a State Sponsor of Terrorism in January 1984, pursuant to § 6(j) of the Export Administration Act, § 40 of the Arms Export Control Act, and § 620A of the Foreign Assistance Act.[19] Iran has retained that designation since that time.

28.     Since Iran's designation as a State Sponsor of Terrorism, the United States has attempted to deter and/or constrain Iran's sponsorship and perpetration of terrorist attacks and

---

[19]     *See State Sponsors of Terrorism* (U.S. Dep't of State), *available at* https://www.state.gov/state-sponsors-of-terrorism/.

development of Weapons of Mass Destruction ("WMDs") by imposing a wide variety of trade and economic sanctions intended to reduce the flow of financial resources, especially U.S. dollar-denominated assets, for Iran's support of such activities.

29.     The IRGC is a paramilitary force answerable only to the Supreme Leader of Iran, currently Ayatollah Ali Khamenei. The IRGC's devotion to Ayatollah Khamenei is "a religious imperative." The IRGC differs from, and is hierarchically superior to, Iran's "regular" armed forces, which ostensibly function under a national command structure.

30.     The IRGC is tasked with "protecting the revolution," which it accomplishes by silencing perceived domestic enemies through secret police methods and exporting it abroad by attacking perceived enemies around the world (via its IRGC-QF) through terrorist tactics. It also aids in Iran's development of WMDs, including Explosively Formed Penetrators[20] ("EFPs"), signature anti-armor weapons designed by Hezbollah and supplied by the IRGC-QF, and Improvised Rocket-Assisted Munitions ("IRAMs"), and its nuclear program.

31.     The IRGC nominally comprises five branches (Ground Forces, Air Force, Navy, Basij militia, and IRGC-QF), in addition to a counterintelligence directorate and representatives of the Supreme Leader. Several of the IRGC's leaders have been sanctioned under U.N. Security Council Resolution 1747 (2007), related to their nuclear or ballistic missile activities.

32.     Iran used (and uses) the IRGC to provide material support and direction to terrorist groups in Iraq.

33.     For example, according to the U.S. State Department's 2005 Country Reports on Terrorism: "[t]he IRGC was increasingly involved in supplying lethal assistance to Iraqi militant groups, which destabilizes Iraq … Senior Iraqi officials have publicly expressed concern over

---

[20]     Sometimes referred to as "Explosively Formed Projectiles."

Iranian interference in Iraq, and there were reports that Iran provided funding, safe passage, and arms to insurgent elements."[21]

34.     The IRGC's support was provided to ostensibly incompatible Shi'a and Sunni groups, so long as they targeted U.S. forces and other Iranian enemies. These included (and include) Shi'a and Sunni terrorist groups in Iraq.

### 2.     Iran Provided Material Support to Terrorist Groups in Iraq

35.     On May 1, 2003, President Bush declared that "major combat operations in Iraq have ended." On May 23, 2003, the Coalition Provisional Authority, established as the interim government for Iraq, disbanded the Iraqi military forces.

36.     The U.N. Security Council authorized the post-conflict occupation of Iraq by Coalition Forces in October 2003 to maintain "security and stability." U.N.S.C. Res. 1511, para. 13, U.N. Doc. S/RES/1511 (Oct. 16, 2003).[22]

37.     Although U.S. policy (supported by U.N. Security Council resolutions) was intended to facilitate peace and stability in Iraq in the hopes of establishing a democratic government, Iran viewed the U.S. peacekeeping efforts in Iraq as a threat to its regime.

38.     Rather than engage in traditional armed conflict with the U.S. or other Coalition Forces, Iran initiated acts of international terrorism against American military personnel, Coalition Forces, and Iraqi citizens with the goals of destabilizing Iraq and increasing Iranian influence in that country, in a manner that allowed it to deny that it was doing so.

39.     In addition to funding, training, and directing various Shi'a proxy groups in Iraq,

---

[21]     *See U.S. Department of State Country Reports on Terrorism* (Ch. 6) (U.S. Dep't of State), *available at* https://2009-2017.state.gov/j/ct/rls/crt/2005/index.htm.

[22]     "Coalition Forces" is a term generally used to describe participants in the Multi-National Force – Iraq (MNF–I) that attempted to stabilize post-invasion Iraq. The United States led the "coalition" with a significant contribution from Great Britain and lesser contributions from a list of countries ranging from Australia to Poland to Mongolia.

the IRGC and Hezbollah also provided crucial material support to STGI including al-Qaeda and AQI, providing them with a safe haven and an operational base within Iran, as well as weapons and training.

40.     In an April 11, 2007, interview, Major General William Caldwell noted that: "We have, in fact, found some cases recently where Iranian intelligence services have provided to some Sunni insurgent groups some support. We do continue to see the Iranian intelligence services being active here in Iraq in terms of both providing funding and providing weapons and munitions."

41.     At a May 9, 2007, press conference, Major General Caldwell went further, noting that "we do know that there is a direct awareness by Iranian intelligence officials that they are providing support to some select Sunni insurgent elements."

42.     In February 2012, Treasury designated the Iranian Ministry of Intelligence, Iran's primary intelligence organization, as an SDGT for "its support to terrorist groups, including al-Qaeda, al-Qaeda in Iraq, Hizballah and HAMAS …."[23]

43.     The U.S. Department of the Treasury further found that "MOIS has facilitated the movement of al-Qaeda operatives in Iran and provided them with documents, identification cards, and passports. MOIS also provided money and weapons to al-Qaeda in Iraq (AQI), a terrorist group designated under E.O. 13224, and negotiated prisoner releases of AQI operatives."

44.     The U.S. State Department has found that Iran has provided support to terrorist groups in Iraq and serves as "a safe haven in that known terrorists, extremists, and sympathizers are able to transit its territory and cross the long and porous border into Iraq."

45.     As detailed below, even though Iran's relationship with al-Qaeda and AQI was

---

[23]     *See Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism* (U.S. Dep't of the Treasury, Feb. 16, 2012), *available at* https://home.treasury.gov/news/press-releases/tg1424.

significantly less close than its relationships with its Shi'a proxies in Iraq, it spanned many years.

### B. Syria

46.     The United States designated Syria a State Sponsor of Terrorism in December 1979, pursuant to § 6(j) of the Export Administration Act, § 40 of the Arms Export Control Act, and § 620A of the Foreign Assistance Act. Syria has retained that designation since that time.

47.     Even before the U.S.-led invasion of Iraq in 2003, the Syrian regime began planning to expand its regional influence by increasing its coordination with a variety of terrorist organizations.

48.     Beginning in 2003, the Syrian regime secretly allowed armed insurgent and terrorist organizations to operate from Syria. One former Iraqi military officer who was assigned to work with Arab foreign fighters ahead of the 2003 invasion recalled that the fighters often brought with them personnel files compiled by Syrian regime officials.

49.     Providing support and transportation to foreign jihadists[24] transiting through Syria to Iraq also enabled the Syrian regime's security services to identify and track Syrian volunteers who could potentially form part of Syria's domestic (Sunni) opposition.

### IV.     SUNNI TERRORIST GROUPS IN IRAQ

50.     Sunni armed groups opposing the U.S. and Coalition Forces in Iraq comprised disparate groups: former Iraqi regime elements, Iraqi nationalists, members of the global jihadist network (including al-Qaeda), and regional criminal organizations.

51.     The Syrian regime provided safe haven and external support for most of these groups by harboring former Iraqi regime elements and facilitating the flow of foreign fighters, for

---

[24]     In the context of this Complaint, "jihad" refers to the Muslim concept of "holy war" and "jihadists" refers to individuals who believe(d) that their acts of violence were (or are) in furtherance of a holy war.

whom Iraq had become a cause célèbre, attracting jihadists from across the Muslim world.

### A.    Al-Qaeda

52.    Established by Osama bin Laden in or about 1988, al-Qaeda is a global network of terrorist cells dedicated to establishing a pan-Islamic caliphate throughout the world through violent and frequently deadly means. The network's strength is reinforced by its ties to other FTOs, extremist organizations, and State Sponsors of Terrorism.

53.    Al-Qaeda has its origins in the jihad started in December 1979 by Islamists against the Soviet occupation of Afghanistan. During the 1980s, *mujahedeen*[25] from throughout the Muslim world came to Afghanistan to fight the Soviet Red Army and defend the Afghan Muslim community. From the early stages of the conflict, Osama bin Laden provided financial, organizational, and engineering aid to the *mujahedeen*.

54.    Shortly before the Soviet Red Army withdrew from Afghanistan in 1989, bin Laden became determined to spread the jihadist movement to regions outside of Afghanistan, and to wage war with the United States, which he believed was Islam's true enemy. In furtherance of that objective, bin Laden established al-Qaeda.

55.    When al-Qaeda was founded, it maintained offices in various parts of the world, including Afghanistan, Pakistan, and even in the United States at the Alkifah Refugee Center in Brooklyn. In or about 1991, al-Qaeda's leadership, including bin Laden, relocated to Sudan, where they remained headquartered until 1996. Following the failed assassination of Egyptian President Hosni Mubarak on June 26, 1995, Sudanese officials, pressured by the United States to crack down on terrorism, asked bin Laden to leave the Sudan.

56.    Bin Laden returned to Afghanistan in 1996, after the Taliban seized control of most

---

[25]    *Mujahadeen* are Muslims who engage in *jihad*.

of the country. Al-Qaeda actively supported the Taliban and violently suppressed all opposition to it. Bin Laden established several training camps for terrorism, teaching guerilla warfare, rocket warfare, demolition, and bombing.

57.     Ties between Al-Qaeda and Iran began as early as April 1991, when Ayman al-Zawahiri, then the emir (commander (literally "prince")) of the Egyptian Islamic Jihad ("EIJ") – an Islamist organization and al-Qaeda affiliate – secretly visited Iran.

58.     Zawahiri asked Iran to support EIJ's efforts to overthrow the Egyptian regime, and the regime soon began training EIJ members in both Iran and Sudan, while also providing the organization with financial support.

59.     Subsequently, EIJ operatives were also sent to Lebanon to train with Hezbollah.

60.     During this period, Sudan harbored EIJ operatives as well as al-Qaeda and Hezbollah operatives and a contingent of IRGC personnel.

61.     According to the Final Report of the National Commission on Terrorist Attacks Upon the United States ("9/11 Commission Report"), during this period an informal agreement between al-Qaeda and Iran was reached in Sudan (that also included EIJ and Hezbollah) through which they cooperated "in providing support—even if only training—for actions carried out primarily against Israel and the United States."[26]

62.     Bin Laden left Sudan in 1996 and returned to Afghanistan. Iran helped facilitate the transit of fellow Al-Qaeda operatives through Iran both into and out of Afghanistan.[27]

63.     During the 1990s, al-Qaeda actively pursued a campaign of terror, targeting Americans and American interests in the Middle East. Al-Qaeda attacks on U.S. interests included,

---

[26]     *See The 9-11 Commission Report*, p. 61 (9-11 Commission, July 22, 2004), *available at* https://govinfo.library.unt.edu/911/report/911Report.pdf.

[27]     At least eight of the 9/11 hijackers transited through Iran at one point or another.

but were not limited to, the:

- February 26, 1993, bombing of the World Trade Center in New York City, which killed 6 Americans and injured more than 1,000 people;

- June 25, 1996, bombing of the Khobar Towers complex in Dhahran, Saudi Arabia (used as a barracks for U.S. service members), which killed 19 American service members and one other person and injured approximately 500 people;

- August 7, 1998, bombings of the U.S. embassies in Nairobi, Kenya and Dar Es Salaam, Tanzania, which killed 224 people (including 12 Americans) and injured more than 4,000 people;

- October 12, 2000, bombing of the U.S.S. Cole in Aden, Yemen, which killed 17 American sailors and injured 39 personnel; and

- September 11, 2001, attacks on the World Trade Center and the Pentagon (the "9/11 Attacks"), which killed 2,977 people and injured more than 6,000 others.

64.     After the 9/11 Attacks, Iran permitted a wave of al-Qaeda operatives and their families, including al-Qaeda spokesman (and bin Laden son-in-law) Sulayman Abu Ghayth and al-Qaeda computer specialist Nazih Abdul-Hamed Nabih al-Ruqaii (a/k/a Abu Anas al-Libi), as well as other affiliated Sunni jihadists such as Abu Musab al-Suri and Abu Musab al-Zarqawi and their families, to enter Iran.

65.     In 2002, the Iranian regime also permitted al-Qaeda to establish a "management council" in Iran that was charged with providing strategic support to the terrorist organization's main leadership in Pakistan.

66.     Al-Qaeda's "management council" in Iran likely planned and directed two deadly May 2003 attacks, a truck bombing of a housing complex in Riyadh, Saudi Arabia and a suicide bombing in Casablanca, Morocco.

67.     On April 25, 2003, al-Qaeda declared jihad in Iraq, and in July, it established the Armed Group of al-Qaeda in Fallujah under a commander known as Abu Iyad.

68.     From 2003 onward, Iran kept certain senior al-Qaeda leaders (and their families) under a form of house arrest while simultaneously allowing the terrorist organization to use Iran as a facilitation hub for its terror networks, including in Iraq.[28]

69.     This "dual track" approach served Iran's interest in harnessing al-Qaeda's violent targeting of the U.S. and its regional allies while simultaneously taking active measures to ensure that the terrorist organization's radical Sunni ideology (with its intrinsically anti-Shi'a elements) was not redirected against Iran or its interests.[29]

70.     In July 2011, the U.S. Treasury Department stated that the Iranian government had previously entered into an agreement with al-Qaeda operatives to use Iran as a transit point for funneling money and people from the Gulf to Pakistan and Afghanistan. The U.S. Department of the Treasury also highlighted the role played by Ezedin Abdel Aziz Khalil (a/k/a Yasin al-Suri), a Syrian-born senior al-Qaeda operative who had operated in Iran since 2005.

71.     The Iranian regime arrested al-Suri in December 2011— at which time he had been acting as al-Qaeda's key facilitator in Iran for several years.

---

[28]     On March 16, 2010, then-commander of U.S. Central Command General David H. Petraeus testified before the Senate Foreign Relations Committee that al-Qaeda "continues to use Iran as a key facilitation hub, where facilitators connect al-Qaeda's senior leadership to regional affiliates … and although Iranian authorities do periodically disrupt this network by detaining select al-Qaeda facilitators and operational planners, Tehran's policy in this regard is often unpredictable."

[29]     Al-Qaeda actually entered into an agreement with Iran in which it committed to "refrain from conducting any operations within Iranian territory and recruiting operatives inside Iran while keeping Iranian authorities informed of their activities." In return, the Iranian regime allowed the Iran-based al-Qaeda network freedom to operate, plan attacks, raise funds and travel. A U.S. Department of the Treasury designation from October 2012 sheds further light on the terms of the arrangement between al-Qaeda and Iran: *See Treasury Further Exposes Iran-Based al-Qaeda Network* (U.S. Dep't of the Treasury, Oct. 12, 2012), *available at* https://home.treasury.gov/news/press-releases/tg1741 (noting that under the terms of the agreement between al-Qaeda and Iran, "al-Qaeda must refrain from conducting any operations within Iranian territory and recruiting operatives inside Iran while keeping Iranian authorities informed of their activities. In return, the Government of Iran gave the Iran-based al-Qaeda network freedom of operation and uninhibited ability to travel for extremists and their families. Al-Qaeda members who violate these terms run the risk of being detained by Iranian authorities.").

72.     After his arrest, al-Suri was temporarily replaced in this position by Muhsin al-Fadhli, a close confidant of bin Ladin. Under Fadhli, al-Qaeda's network in Iran began supporting the movement of fighters and money through Turkey to support al-Qaeda affiliated elements in Syria.

73.     Against this backdrop, for most of 2003, al-Qaeda maintained only a small presence in Iraq focused mainly on indoctrination, propaganda, and recruiting, as well as developing smuggling networks (mostly in Syria) to bring more foreign fighters into Iraq to wage war on Coalition Forces there.

74.     As discussed below, al-Qaeda subsequently nurtured and helped finance Tawhid wal-Jihad, the extremely violent terrorist network that eventually became al-Qaeda in Iraq or AQI.

**B.      Al-Qaeda in Iraq**

75.     Abu Musab al-Zarqawi was a Jordanian national who commanded a group of Arab jihadists based in Herat, Afghanistan prior to the 9-11 Attacks committed by al-Qaeda.

76.     Following the U.S. invasion of Afghanistan in October 2001, Zarqawi led his organization to Iran, where he and his relatively small group of followers were given safe haven and relocated by Iran's MOIS to an area near Halabja in northeastern Iraq. They were also permitted to establish safe houses in Zahedan, Isfahan, and Tehran.

77.     Zarqawi spent crucial months inside Iran rebuilding his network under the IRGC's protection.

78.     He also traveled under numerous aliases, using Iranian passports likely provided by Iran's MOIS.

79.     With Iran's assistance, Zarqawi set up his operations in the Kurdish region of Iraq and developed ties to Ansar al-Islam, a Kurdish terrorist group that had also fought in Afghanistan

as part of an array of Sunni jihadist organizations.

80.     Zarqawi's terror network initially operated in Iraq under the name "Tawhid wal-Jihad."

81.     For most of 2003, despite several spectacular terror attacks, Zarqawi's network only maintained a limited presence in Iraq, and largely focused on propaganda, recruiting, and developing smuggling networks to facilitate the flow of foreign fighters into the country.

82.     Among the spectacular Zarqawi-orchestrated terror attacks of 2003 were the August 7, 2003, car bombing of the Jordanian Embassy in Baghdad that killed 17 and wounded 40, and the August 19, 2003, truck bomb that struck the newly established UN headquarters in Baghdad, killing 22 people, including Sérgio Vieira de Mello, the UN special representative in Iraq.

83.     On August 28, 2003, a suicide car bomb driven by Zarqawi's Jordanian father-in-law, Yassin al-Jarad, detonated outside of the Imam Ali Mosque in Najaf, killing prominent Shi'a leader Mohammed Baqr al-Hakim and nearly 100 others.

84.     In response to these atrocities, in September 2003, Treasury designated Zarqawi as an SDGT, noting his ties to al-Qaeda and Hezbollah.[30]

85.     In October 2004, Zarqawi formally pledged allegiance to Osama bin Laden and changed his organization's name to Qa'idat al Jihad fi Bilad ar Rafidain (al-Qaeda in the Land of the Two Rivers), better known as al-Qaeda in Iraq—*i.e.*, AQI.

86.     On October 15, 2004, the United States designated Tawhid wal-Jihad an FTO.[31]

---

[30]     *See Treasury Designates Six Al-Qaida Terrorists* (U.S. Dep't of the Treasury, Sept. 24, 2003), *available at* https://home.treasury.gov/news/press-releases/js757.

[31]     *See Foreign Terrorist Organization: Designation of Jama'at al-Tawhid wa'al-Jihad and Aliases* (U.S. Dep't of State), *available at* https://2001-2009.state.gov/r/pa/prs/ps/2004/37130.htm.

87.     Thus, Tawhid wal-Jihad evolved from a semi-independent jihadist group into a part of al-Qaeda in late 2004 and early 2005.

88.     Osama bin Laden named Zarqawi emir (commander) of al-Qaeda forces in Iraq in January 2005.

89.     At the same time, Zarqawi met with leaders of Ansar al Sunna and Jaysh Muhammad in Abu Ghraib in early January 2005 to plan a joint campaign against the Shi'a-led government in Baghdad.[32]

90.     From 2004 to 2006, AQI's organizational structure depended heavily on Zarqawi's charisma.

91.     Zarqawi led by example, personally beheading two captured American civilians in May and September 2004.

92.     By 2005, Zarqawi was receiving considerable external financial support from al-Qaeda's senior leaders, who recognized Iraq's central place in the global jihad.

93.     AQI conducted countless attacks against foreign and Iraqi military and civilian targets. Its attacks on civilians included bombings against largely Shi'a targets in Sadr City, Baghdad, as well as attacks and suicide bombings against various Iraqi officials, community leaders and rivals, and the Yazidi community. AQI sought to ignite a sectarian war pitting Sunnis against Shi'a, stoking violence between Iraq's Sunnis and Shi'a. AQI's attacks against military targets focused on American personnel.

94.     AQI's sectarian violence included indiscriminate attacks on the Shi'a community, as well as targeted high-profile attacks such as the February 2006 bombing of the Askari Shrine in Samarra, one of the holiest shrines in Shi'a Islam. Mass-casualty suicide bombings typified AQI's

---

[32]     Ansar al Sunna would become an ally of AQI while Jaysh Muhammad would become a bitter rival.

violence, which contributed to the development of a full-scale Sunni-Shi'a civil war in Iraq. Thousands of Iraqi civilians fell victim to AQI attacks between 2003 and 2007.

95.     AQI also targeted American personnel in violent attacks.[33]

96.     At its height, AQI had an estimated 5,000 – 10,000 operatives, many of whom came from outside Iraq. AQI came to control large parts of Iraqi territory between 2005 and 2008. By Autumn 2006, it had taken control of Baqubah, the capital of Diyala Province; by March 2007, AQI had claimed it as its capital. AQI was the dominant power in Al Anbar Province, with strongholds throughout the region in 2006; by 2007 it had expanded to Mosul as well.[34]

97.     AQI continued to expand even after Zarqawi's death in a U.S. airstrike in June 2006.

98.     However, its continued fanaticism, marked not only by frequent atrocities committed against Shi'a civilians but also against competing Sunni insurgent groups, helped propel a burgeoning "Sunni Awakening" movement against it in Al Anbar Province.

99.     Together with a surge of U.S forces starting in 2007, the Sunni Awakening helped weaken AQI significantly, and for several years both its influence and its capacity to launch attacks was downgraded, though it was never extinguished.

100.    Among the causes of AQI's resilience were its continued access to safe havens in Syria and its continued ability to transit foreign fighters from Saudi Arabia, Tunisia, Libya, Syria,

---

[33]     AQI also employed a significant number of suicide-driven Vehicle-Borne Improvised Explosive Devices ("VBIEDs"), both against Iraqi civilians and American and Coalition Forces.

[34]     In January 2006, Zarqawi established an umbrella organization, the Mujahideen Shura Council ("MSC"), in collaboration with five other Sunni Islamist groups. This organization represented the broadening of AQI's goals toward increased Sunni collaboration and desire to transition from insurgency toward creating an Islamic State. Al-Zarqawi was killed in a U.S. airstrike on June 7, 2006, and in October 2006, after AQI's new leadership structure was formed, AQI began referring to itself as the Islamic State of Iraq. As noted above, in this Complaint, AQI is used rather than Islamic State or ISIS.

and other Muslim countries through Syria and into northern Iraq.

101.    AQI also benefited from continued financial support from al-Qaeda and its support network in Iran.

102.    Therefore, although severely challenged during the years 2007-2011, AQI was never fully defeated and continued to launch horrific terrorist attacks targeting U.S. service members and others during the relevant period.

### C.    Former Hussein Regime Elements and Other Sunni Terror Cells

#### 1.    Jaysh Muhammad (Army of Muhammad)

103.    Jaysh Muhammad (Army of Muhammad) was a Sunni organization originally directed and founded by Saddam Hussein, who managed its initial operations from his hiding spot in Ad Dawr in Salahadin, Iraq.

104.    The group planned to wage a guerrilla warfare campaign against the U.S.-led coalition to restore the Iraqi Ba'ath party to power.

105.    Jaysh Muhammad initially consisted of a small cadre of low- and mid-level Ba'athist and relied upon existing Iraqi Ba'ath Party networks, political leadership, and militias – much of it operating from Syria with the help of the Syrian regime.

106.    It also developed a relationship with a National Islamic Resistance front led by a former Iraqi colonel and Saddam's half-brother, Sabawi Ibrahim al-Tikriti, the latter based in Syria.

107.    Tikriti made an agreement with Syrian leaders whereby members of the group could purchase supplies inside Syria at reduced prices, transit the Iraq-Syria border with ease, and

receive direct support from Syria through the Syrian branch of the Ba'ath Party.[35]

108.    The organization's deals with the Syrian regime allowed its members to purchase supplies in Syria and infiltrate fighters back and forth across the border with Iraq.

109.    Thanks to having plentiful resources at its disposal, Jaysh Muhammad eventually expanded its terrorist activities from Anbar to Ninawa, Salahadin, Tamim, Diyala, and Baghdad.

## 2.    Jaysh al-Islami (Islamic Army of Iraq)

110.    Jaysh al-Islami (Islamic Army of Iraq) was formed by a former Iraqi military intelligence colonel named Mohammed Kazem al-Janabi to carry out the former Iraqi regime's intelligence service's final orders to continue fighting in the event U.S.-led Coalition Forces overthrew the regime.

111.    Unlike AQI and certain other terrorist organizations, Jaysh al-Islami prosecuted a more traditional guerrilla war, first against the U.S.-led Coalition Forces, and later against the new Iraqi Army, the reconstituted Iraqi police, and the Iraqi Government.

112.    Its members were drawn primarily from the Janabi, Ubaydi, and Zobai tribes and saw themselves as the institutional continuation of the Iraqi military that was defeated in April 2003.

113.    Like Jaysh Muhammad, the Jaysh al-Islami leadership maintained a strict, military-style hierarchy and chain of command among its terror cells.[36]

114.    Like Jaysh Muhammad, Jaysh al-Islami also used Islamic imagery and themes in

---

[35]    The Syrian regime was flexible when it needed to be. When former regime elements suffered crippling setbacks in early 2005, the Syrian regime, sensing that his utility had come to an end, handed Tikriti over to coalition custody.

[36]    On March 27, 2007, AQI committed a suicide attack that killed a leader of the 1920 Revolutionary Brigades. By Summer 2007, the 1920s Revolution Brigades, Jaysh al-Islami, and other Sunni "insurgent" groups had turned against AQI and began actively fighting them.

describing its organization and employed Islamist rhetoric as a major component of its recruiting efforts and propaganda.

### 3.    1920 Revolutionary Brigades

115.    In 2003, former members of the Iraqi military founded the 1920s Revolution Brigades, named after the 1920 Iraqi uprising against British colonial rule.

116.    Between 2003 and 2007, the 1920s Revolution Brigades focused most of its efforts on attacking U.S. soldiers and bases.

117.    In Summer 2007,[37] the 1920s Revolution Brigades fought AQI in Anbar Province but later joined forces with ISIS in 2014.

### 4.    Ansar al-Islam

118.    Ansar al-Islam is a terrorist group composed of mainly Kurdish Islamists who had fought in Afghanistan and who violently opposed the more mainstream Kurdish militias (peshmerga) in Iraq.

119.    Ansar al-Islam began as an offshoot of the Islamic Movement of Kurdistan ("IMK") that became affiliated with al-Qaeda and engaged in an active war with the Patriotic Union of Kurdistan ("PUK").

120.    Ansar al-Islam's leaders, Mullah Krekar[38] and Abu Abdullah al-Shafi, worked openly with al-Qaeda, and al-Qaeda, in turn, provided resources, training, and guidance to the group, enabling it to carve out a miniature Islamic state in the Halabja area of Iraq.[39]

121.    Despite its aggressively Sunni jihadist ideology, Ansar al-Islam was given safe

---

[37]    In March 2007, a splinter group calling itself "Hamas of Iraq" broke off from the organization.

[38]    Krekar lived in Iran for a time before fleeing to Norway.

[39]    Reports suggest that Ansar al-Islam was formed in late 2001, when Osama bin Laden and Kurdish Islamist groups decided to combine their efforts in northern Iraq.

harbor by Iran because the organization opposed Saddam Hussein's regime and was a destabilizing force opposed to the United States and its allies.

122.    When the U.S.-led invasion destroyed Ansar al-Islam's operating bases in and around Halabjah, most of the organization's surviving operatives fled to Iran, while a critical subset of its operatives went to ground in what became known as the "Sunni Triangle."

123.    In both Iran and within the Sunni Triangle, these operatives joined forces with al-Qaeda and other Islamist resistance groups.

124.    In relatively short order, Ansar al-Islam established a network of safe houses and other logistics operations for foreign fighters inside Iraq and were able to use that network to regroup and broaden their appeal to Iraqis beyond Kurdistan, extending its reach to Fallujah, Tikrit, Bayji, and Baghdad.

125.    In Anbar Province, this new branch of Ansar al-Islam established ties to al-Qaeda, which influenced Ansar al-Islam to develop a cell-based structure similar to al-Qaeda's, each of which was organized into small units of 10 to 15 members led by an emir/commander.

126.    After June 2003, Ansar al-Islam's preferred method of attack was the use of suicide bombers.[40] At that time, it had an estimated 2,000 operatives inside Iraq.

127.    By midsummer 2004, Ansar al-Islam and other insurgent groups had taken control of the strategic city of Tel Afar, about 80 kilometers west of Mosul astride the main highway to Syria.

### 5.    Ansar al-Sunna

128.    Ansar al-Sunna was a splinter group formed from dissident factions of Ansar al-Islam.

---

[40]     Ansar al-Islam's ideological affinity with al-Qaeda meant that its core ideology now accepted participants in suicide bombings as "shahids," or martyrs, in a jihad campaign against the enemies of God.

129.     It initially focused much of its violence on traditional enemies, the PUK, and the Turkish military presence in Iraq.

130.     In December 2005, the U.S. military described Ansar al Sunna as "a terrorist organization with links to terrorists in Syria and Iran," which has "committed multiple suicide bomb attacks in Iraq that have resulted in the deaths of Coalition Forces, Iraqi Army Soldiers, Iraqi police officers and Iraqi citizens."

131.     Though Ansar al-Sunna frequently targeted Coalition Forces, by May 2007 it had joined the Jihad and Reform Front united against AQI in Anbar Province.

132.     Yet, by 2008 Ansar al Sunna had rejoined AQI's efforts. One of its trademarks was to orchestrate the rape of Iraqi women who could then be psychologically shamed into becoming suicide bombers.

133.     In 2008 alone, AQI and Ansar al Sunna launched 36 attacks by female suicide bombers.

## V.     IRAN PROVIDED MATERIAL SUPPORT AND RESOURCES TO AL-QAEDA AND AQI

134.     As noted above, Iran has long provided substantial material support and resources to al-Qaeda. According to U.S. intelligence reports, the relationship between Iran and al-Qaeda dates to the early 1990s, when al-Qaeda officials met with Iranian intelligence officials to establish an anti-American partnership.

135.     According to the U.S. federal indictment filed against Osama bin Laden, al-Qaeda "forged alliances with the National Islamic Front in the Sudan and with representatives of Iran, and its associated terrorist group Hizballah, for the purpose of working together against their

perceived common enemies in the West, particularly the United States."[41]

136.    According to the testimony of Ali Mohammed, an Egyptian-born U.S. Green Beret who pleaded guilty to conspiring with bin Laden to bomb the U.S. embassies in Nairobi and Dar es Salaam, Iran used Hezbollah to supply explosives and explosives training to al-Qaeda operatives.

137.    Iran, either directly or through its proxy, Hezbollah, has provided critical and substantial financial and logistical support to al-Qaeda. According to the 9/11 Commission Report:

> In late 1991 or 1992, discussions in Sudan between al-Qaeda and Iranian operatives led to an informal agreement to cooperate in providing support— even if only training—for actions carried out primarily against Israel and the United States. Not long afterward, senior al-Qaeda operatives and trainers traveled to Iran to receive training in explosives. In the fall of 1993, another such delegation went to the Bekaa Valley in Lebanon for further training in explosives as well as in intelligence and security. Bin Ladin reportedly showed particular interest in learning how to use truck bombs such as the one that had killed 241 U.S. Marines in Lebanon in 1983. The relationship between al-Qaeda and Iran demonstrated that Sunni-Shia divisions did not necessarily pose an insurmountable barrier to cooperation in terrorist operations.

9/11 Commission Report at 61.

138.    On various occasions during the early- to mid-1990s, high-ranking al-Qaeda members met with Imad Mughniyeh, then head of Hezbollah's terrorism directorate known as the Islamic Jihad Organization, to discuss cooperating in attacks against the United States. Bin Laden himself met with Mughniyeh in the Sudan in 1994; IRGC Brigadier General Mohammad Baqr Zolqadr was also present.

139.    Between 1992 and 1996, al-Qaeda, Hezbollah and IRGC representatives met to arrange a tripartite agreement to work together to wage terrorism against the United States, Israel,

---

[41]    *See United States of America v. Usama Bin Laden*, p. 7 (S.D.N.Y. Nov. 4, 1998), *available at* https://www.asser.nl/upload/documents/DomCLIC/Docs/NLP/US/US_v_Usama_bin_Laden_et_al_Indictment_1998.pdf.

and other Western countries.

140.    Pursuant to this tripartite agreement, Hezbollah provided explosives training for al-Qaeda and al-Qaeda affiliate EIJ, and Iran supplied EIJ with weapons.

141.    According to the 9/11 Commission Report, al-Qaeda had been perfecting its expertise with explosives with Hezbollah's help since 1993-1994:

> Al-Qaeda had begun developing the tactical expertise for such attacks months earlier when some of its operatives—top military committee members and several operatives who were involved with the Kenya cell among them—were sent to Hezbollah training camps in Lebanon.

9-11 Commission Report at 68.

142.    Mughniyeh personally trained al-Qaeda operatives, in conjunction with Iranian government officials in Iran and IRGC officers working at the Iranian embassy in Beirut.

143.    In 1996, a delegation from al-Qaeda led by senior al-Qaeda official Saif el Adel went to Iran to discuss establishing an al-Qaeda base in the region around the Iran-Afghanistan border. As a result of those meetings, Iran and al-Qaeda agreed to establish a joint base for training al-Qaeda and Hezbollah terrorists.

144.    In or around this time (1996), Saif el Adel moved to Iran and began coordinating al-Qaeda operations within that country's borders.

145.    According to the 9/11 Commission Report, "[i]ntelligence indicates the persistence of contacts between Iranian security officials and senior al-Qaeda figures after Bin Ladin's return to Afghanistan [in 1996]." Additionally, "Iranian officials…facilitate[d] the travel of al-Qaeda members through Iran, on their way to and from Afghanistan. For example, Iranian border inspectors would be told not to place telltale stamps in the passports of these travelers. Such arrangements were particularly beneficial to Saudi members of al-Qaeda." 9-11 Commission Report at 240.

146.    Shortly before September 11, 2001, members of al-Qaeda's leadership, including Saad bin Laden, one of Osama bin Laden's sons, met with Iranian officials to secure a safe place for al-Qaeda leadership to retreat following the 9/11 Attacks. According to the U.S. government, Saad bin Laden, and several other senior al-Qaeda officials (including Saif el Adel) retreated to Iran from Afghanistan following the 9/11 Attacks and were harbored there.

147.    Iran permitted those al-Qaeda officials to recruit new members, train terrorist cells, and coordinate, plan, and fund new terrorist attacks around the world.

148.    After the 9/11 Attacks, with American forces actively engaging the Taliban and al-Qaeda in Afghanistan, Iran became a transit route, safe haven, and staging area for al-Qaeda operatives and leaders.

149.    For example, following a September 17, 2008, attack on the U.S. embassy in Sana'a, Yemen, which killed 18 people and injured 16, Ayman al-Zawahiri, al-Qaeda's second in command, wrote a letter thanking the IRGC's leadership for assisting to al-Qaeda to set up its network in Yemen. In the letter, which paid tribute to Iran's generosity, al-Zawahiri states that it would not have been possible to carry out the terrorist attack without Iran's "monetary and infrastructure assistance."[42]

150.    As noted above, when the U.S. Department of the Treasury designated MOIS an SDGT in February 2012, it explicitly cited "its support of terrorist groups, including al-Qaeda, al-Qaeda in Iraq, Hizballah and HAMAS…" and further noted that "MOIS has facilitated the movement of al-Qaeda operatives in Iran and provided them with documents, identification cards, and passports. **MOIS also provided money and weapons to al-Qaeda in Iraq (AQI)** … and negotiated prisoner releases of AQI operatives." (Emphasis added).

---

[42]     Con Coughlin, "Iran receives al-Qaeda praise for role in terrorist attacks," *The Telegraph*, Nov. 23, 2008.

A.      **Iran Allowed al-Qaeda to Operate a Facilitation Network Within Its Borders**

151.    As noted above, in the mid-1990s, Iran entered an arrangement with al-Qaeda whereby al-Qaeda operatives could safely transit through Iran to and from Afghanistan. This agreement expanded to allow al-Qaeda to direct a facilitation network inside Iran that served as a pipeline for operatives, weapons, and money to flow throughout al-Qaeda's global network.

152.    The initial safe transit agreement served a very tangible purpose: it gave al-Qaeda freedom of movement it would not otherwise have. In 1996, after the Taliban seized power and Bin Laden relocated to Afghanistan, al-Qaeda attracted a steady stream of volunteers, many of whom wanted to attend the terrorist training camps that were being established. As stated above, Iranian border officials would not stamp the passports of al-Qaeda terrorists, thereby hiding their movements.

153.    Following the 9/11 Attacks and the subsequent entry of American military forces into Afghanistan, Mustafa Hamid, a senior al-Qaeda operative who, according to the U.S. Department of the Treasury,[43] "served as a primary interlocutor between al-Qaeda and the Government of Iran," and Mahfouz Ibn al-Walid (a.k.a. Abu Hafs the Mauritanian), accompanied by two IRGC members, traveled to Tehran to negotiate on al-Qaeda's behalf to relocate al-Qaeda families to Iran. Abu Hafs eventually gained an audience with Major General Qasem Soleimani, then head of the IRGC-QF, to ask for sanctuary.

---

[43]      *See Treasury Targets Al Qaida Operatives in Iraq* (U.S. Dep't of the Treasury, Jan. 16, 2009), *available at* https://home.treasury.gov/news/press-releases/hp1360. Another al-Qaeda operative who was designated was Ali Saleh Husain, a close associate of Osama bin Laden. Husain "facilitated the move of al-Qaeda -associated fighters, including an al-Qaeda military commander, from Afghanistan to Iran. After leaving Afghanistan, Husain was responsible for smuggling al Qaida members and associates via networks in Zahedan, Iran."

154. The IRGC-QF eventually approved the request. Once settled in Iran, Hamid continued his role as intermediary, facilitating contacts between the IRGC and a senior al-Qaeda leader.

155. By 2007, according to a letter Osama Bin Laden wrote to a subordinate, "Iran is our main artery for funds, personnel, and communication."

156. In 2011, the U.S. Department of the Treasury designated "six members of an al-Qaeda network headed by Ezedin Abdel Aziz Khalil (a.k.a. Yasin al-Suri), a prominent Iran-based al-Qaeda facilitator, operating under an agreement between al-Qaeda and the Iranian government," further noting the U.S. government's effort to expose "Iran's secret deal with al-Qaeda allowing it to funnel funds and operatives through its territory." [44]

157. Similarly, Yasin al-Suri was designated an SDGT by the U.S. Department of the Treasury on July 28, 2011, for his pivotal role overseeing the transfer of fighters and weapons through Iran, collecting funds from various donors and fundraisers throughout the Persian Gulf and "moving significant amounts of money via Iran for onward passage to al-Qaeda's leadership in Afghanistan and Iraq."[45]

158. Several of the U.S. Department of the Treasury's concomitant designations on July 28, 2011, highlight Iran's ongoing support for al-Qaeda's terrorist activities, including attacks in Iraq:

- Atiyah Abd al-Rahman was al-Qaeda's overall commander in Pakistan's tribal areas. He "was previously appointed by Usama bin Laden to serve as al-Qaeda's emissary in Iran, a position which allowed him to travel in and out of Iran with the permission of Iranian officials."

---

[44]     *See Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point* (U.S. Dep't of the Treasury, July 28, 2011), *available at* https://home.treasury.gov/news/press-releases/tg1261.

[45]     *See OFAC Recent Actions* (U.S. Dep't of the Treasury), *available at* https://home.treasury.gov/policy-issues/financial-sanctions/recent-actions/20110728.

- Umid Muhammadi planned multiple attacks in Iraq and trained terrorists in the use of explosives. He was "an al-Qaeda facilitator and key supporter of al-Qaeda in Iraq (AQI) [who] petitioned Iranian officials on al-Qaeda's behalf to release operatives detained in Iran."

- Salim Hasan Khalifa Rashid al-Kuwari, based in Qatar, provided funding for al-Qaeda operations, including hundreds of thousands of dollars in financial support. He provided financial and logistical support "primarily through al-Qaeda facilitators in Iran," and also "facilitated travel for extremist recruits on behalf of senior al-Qaeda facilitators based in Iran."

- Ali Hasan Ali al-Ajmi, based in Kuwait, facilitated terrorists' travel to Afghanistan and "provide[d] financial and facilitation support to al-Qaeda, AQI and the Taliban."

159.     The U.S. government has identified other key members of al-Qaeda's network in Iran who facilitated its global terrorism with Iran's support.

160.     In October 2012, the U.S. Department of the Treasury designated Adel Raqi Saqr al-Wahabi al-Harbi, "a key member of an al-Qaeda network operating in Iran and led by Iran-based al-Qaeda facilitator Muhsin al-Fadhli."[46]

161.     According to then Under Secretary for Terrorism and Financial Intelligence David S. Cohen, the designation "underscore[d] that Iran continues to allow al-Qaeda to operate a core pipeline that moves al-Qaeda money and fighters through Iran to support al-Qaeda activities in South Asia. This network also sends funding and fighters to Syria."

162.     In designating the IRGC an FTO in 2019, the State Department again noted that "Iran continues to allow Al-Qaeda (AQ) operatives to reside in Iran, where they have been able to move money and fighters to South Asia and Syria." As an example, the designation explained that "[i]n 2016, the U.S. Treasury Department identified and sanctioned three senior AQ operatives

---

[46]     *See Treasury Further Exposes Iran-Based Al-Qa'ida Network* (U.S. Dep't of the Treasury, Oct. 18, 2012), *available at* https://home.treasury.gov/news/press-releases/tg1741.

residing in Iran and noted that Iran had knowingly permitted these AQ members, including several of the 9/11 hijackers, to transit its territory on their way to Afghanistan for training and operational planning."

### B.  Iran Provided Material Support to Sunni Terrorists Groups in Iraq

163.    As noted above, Osama bin Laden wrote to AQI leaders in 2007: "Iran is our main artery for funds, personnel, and communication."

164.    The IRGC played a central role in providing financial and material support for attacks against American and Coalition Forces in Iraq.

165.    In January 2008, the U.S. Department of the Treasury designated IRGC Brigadier General Ahmed Foruzandeh for attempting to finance suicide bombings against Coalition Forces in Salah Ad Din Province, Iraq using Sunni terrorist organization in Iraq.[47]

166.    The U.S. Department of the Treasury designated Abd al-Rahman Khalaf Ubayd Juday al-Anizi in August 2014, noting his activities "since at least 2008" — which included working "with an ISIS facilitator to pay for the travel of foreign fighters moving from Syria to Iraq" and being involved in extremist facilitation activities with Iran-based al-Qaeda facilitators…."

167.    Iran also had ties with other STGI, including Ansar al-Islam (discussed above). For example, Muhammad Hisham Muhammad Isma'il Abu Ghazala, described by the Iraqi government as an Ansar al-Islam operative, was designated an SDGT in September 2011.[48]

---

[47]    *See Treasury Designates Individuals, Entity Fueling Iraqi Insurgency* (U.S. Dep't of the Treasury, Jan. 9, 2008), *available at* https://home.treasury.gov/news/press-releases/hp759.

[48]    *See Recent Actions: Anti-Terrorism Designations; Cuba Designation Removed* (U.S. Dep't of the Treasury, Sept. 22, 2011), *available at* https://home.treasury.gov/policy-issues/financial-sanctions/recent-actions/20110922.

168.    The U.S. Department of State identified Abu Ghazala as a Hamas operative with "links to Iran" and described him an "improvised explosive device (IED) facilitator with connections to multiple IED networks throughout northern Iraq and is also responsible for disseminating numerous remote detonation device designs used by former regime elements and terror organizations in Iraq."[49]

## VI.    SYRIA PROVIDED MATERIAL SUPPORT AND RESOURCES TO SUNNI TERRORIST GROUPS IN IRAQ

169.    Syria provided this material support to STGI at the behest and direction of Syrian President Bashar al-Assad through Syrian military and intelligence officials, employees, and agents.

170.    The Syrian regime regarded support for STGI infiltration into Iraq as a high priority, assigning Bashar al-Assad's own brother-in-law, Assef Shawkat, to supervise the operation.

171.    A former Syrian provincial governor later revealed that after the 2003 invasion the Syrian regime formed an alliance with al-Qaeda and that "all Arabs and other foreigners were encouraged to go to Iraq via Syria, and the Syrian government facilitated their movements."

172.    One of AQI's most influential leaders, Sheikh Abdullah Janabi, was based in Syria and coordinated with AQI financier Brigadier General Ali Dawud Sulayman Nayil al-Khalifawi, who, among other things, coordinated AQI's activities in Fallujah, beginning in 2004.

173.    The Syrian regime not only provided sanctuary to foreign jihadists and Iraqi insurgents but also transited them to the Iraqi border.

---

[49]    *See Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala* (U.S. Dep't of State, Sept. 22, 2001), *available at* https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

174.    By Summer 2005, the media began describing the upper Euphrates River Valley linking the Syrian-Iraqi border as "Iraq's Ho Chi Minh Trail," as shorthand for supply route fueling the violent insurgency in Iraq during that period.

175.    In fact, beginning in 2003, with the consent and assistance of the Syrian regime, Zarqawi and other insurgents created networks inside Syria that facilitated the movement of fighters from around the Arab world to be suicide bombers or fighters in Iraq.

176.    From the Damascus airport, foreign fighters transited into Iraq's Euphrates River Valley or the Jazeera desert of Ninawa Province.

177.    MNF-I's intelligence analysts estimated that 100 to 125 foreign fighters entered Iraq each month through the Euphrates River Valley route.

178.    U.S. Central Command ("CENTCOM") assessed that 65 to 75 percent of the foreign fighters entering Iraq came through Syria, with Damascus serving as a "funnel point for foreign fighter entry to Syria."

179.    One of the key AQI operatives exploiting the "funnel point" was a Syrian-based[50] Iraqi named Badran Turki al-Mazidih—also known as "Abu Ghadiyah," but he was not alone.

180.    A former Iraqi military officer named Suhail Hammo[51] oversaw a network that sent STGI fighters into Iraq from the Syrian border town of Qamishli.

181.    The Syrian regime also supported Izzat Ibrahim al-Douri,[52] the former deputy leader of Saddam's Ba'athist regime, providing his network with weapons via Syria's intelligence services.

---

[50]    Abu Ghadiyah divided his time between the eastern Syrian cities of Deir ez Zour and Albu Kamal.

[51]    Hammo later became a senior ISIS leader.

[52]    Douri became a de facto ally of Zarqawi and AQI, using his former Iraqi Intelligence Service contacts to smuggle Syrian weapons into Iraq.

182.     The Syrian regime also allowed vital components for the car bombs used by AQI to transit through at least two infiltration routes, or rat lines, which originated in Syria.

183.     During the second half of 2003 and throughout 2004 and 2005, the security situation in Iraq deteriorated as STGI flooded across the border from Syria, launching an avalanche of terrorist attacks.

184.     In 2005, extensive reconnaissance conducted by the U.S. military in and around Sinjar, an Iraqi town close to the Syrian border that was a key transit station for AQI and other STGI, revealed a vast network of "safe houses, weapons caches, transportation companies, [and] passport counterfeiters" and revealed the depth of the Syrian regime's complicity in assisting AQI and other STGI.

185.     Facing both mounting U.S. casualties and an increasingly unstable political situation, in July 2005, General John Abizaid, then head of CENTCOM, wrote a letter to Secretary of Defense Donald Rumsfeld asserting: "We must send a clear message that they [Syria] will either secure their borders to include insurgent flow in and out or we will do it for them."

186.     But the Syrian regime did not merely harbor and provide safe passage to al-Qaeda and other STGI, it also provided them with a safe haven when these terrorist operatives were forced to flee Iraq.

187.     For example, confronted with an offensive in May 2006 by the U.S. Army's 1st Battalion, 506th Infantry Regiment, many senior and mid-level AQI members gravitated to safe havens in Syria.

188.    In December 2007, the U.S. Department of the Treasury designated Fawzi Mutlaq Al-Rawi, the leader of the Iraqi wing of the Syrian Ba'th Party, as an SDGT for providing financial and material support to AQI.[53]

189.    According to the U.S. Department of the Treasury: "Al-Rawi was appointed leader of the Iraqi wing of the Syrian Ba'th Party by Syrian President Bashar Al-Asad in 2003. The Iraqi wing of the Syrian Ba'th Party has since provided significant funding to Iraqi insurgents at Al-Rawi's direction. Al-Rawi is supported financially by the Syrian Government and has close ties to Syrian Intelligence."

190.    The U.S. Department of the Treasury also found that in November 2005 Al-Rawi "facilitated the provision of $300,000 to members of AQI. In addition, he provided AQI with vehicle-borne improvised explosive devices, rifles, and suicide bombers at the request of a senior AQI leader in Iraq. Al-Rawi and that same leader in September 2005 attended a meeting in Ar Ramadi, Iraq, with other senior AQI representatives where they discussed financing, unifying AQI forces, conducting airborne improvised explosive device attacks against" U.S. facilities in Iraq.

191.    A 2007 U.S. Department of Defense report on the sources of instability in Iraq noted that "Syria remains the primary foreign fighter gateway into Iraq. Despite its heightened scrutiny of extremists and suspected insurgents, Damascus appears to want to appease Islamist extremist groups. Damascus also recognizes that Islamist extremists and elements of the former Iraqi regime share Syria's desire to undermine Coalition efforts in Iraq."[54]

---

[53]    *See Treasury Designates Individuals with Ties to Al Qaida, Former Regime* (U.S. Dep't of the Treasury, Dec. 7, 2007) *available at* https://home.treasury.gov/news/press-releases/hp720.

[54]    Measuring Security and Stability in Iraq (Dep't of Defense, March 2007), Report to Congress In accordance with the Department of Defense Appropriations Act 2007 (Section 9010, Public Law 109-289), p. 17, *available at* https://web.archive.org/web/20150905175829/https://archive.defense.gov/home/pdf/9010_March_2007_Final_Sign ed.pdf.

192.    In February 2008, the U.S. Department of the Treasury designated Abu Ghadiyah an SDGT, finding that he "runs the AQI facilitation network, which controls the flow of money, weapons, terrorists, and other resources through Syria into Iraq," "obtained false passports for foreign terrorists, provided passports, weapons, guides, safe houses, and allowances to foreign terrorists in Syria and those preparing to cross the border into Iraq," and used donated funds "to support anti-U.S. military elements and the travel of AQI foreign fighters."[55]

193.    The U.S. Department of the Treasury also found that Abu Ghadiyah "facilitated the movement of AQI operatives into Iraq via the Syrian border" and "also directed another Syria-based AQI facilitator to provide safe haven and supplies to foreign fighters."

194.    By mid-2008, the U.S. military had degraded the Syria-based foreign fighter network that had funneled thousands of STGI terrorists into Iraq, but it had not destroyed it.

195.    For example, between February and April 2008, AQI attacked nine coalition and Iraqi combat outposts in Mosul with large suicide car or truck bombs smuggled from Syria, destroying several of the compounds.[56]

196.    On October 26, 2008, U.S. forces crossed the Syrian border and launched an operation in the Syrian town of Albu Kamal that resulted in the death of Abu Ghadiyah, the long-time head of AQI's vast foreign fighter facilitation network in Syria. Since 2005, most of al-Qaeda's foreign fighters (including most AQI suicide bombers) had been funneled into Iraq with the Syrian regime's assistance by Abu Ghadiyah and his network of facilitators.

---

[55]    *See Treasury Designates Members of Abu Ghadiyah's Network Facilitates flow of terrorists, weapons, and money from Syria to al Qaida in Iraq* (U.S. Dep't of the Treasury, Feb. 28, 2008), *available at* https://home.treasury.gov/news/press-releases/hp845.

[56]    The same pattern re-emerged in 2012 with ISIS launching waves of suicide bombings, using foreign volunteers transited through the same infiltration routes from Syria.

197.    On February 20, 2009, U.S. and Iraqi forces launched Operation NEW HOPE, targeting AQI (now ISIS) strongholds and arresting Ahmad Mohammed Ali al-Tai, the AQI "governor" of Mosul.

198.    But AQI/ISIS was particularly resilient in Ninawa Province because Abu Ghadiyah's vast foreign fighter facilitation network in Syria was being rebuilt (with the Syrian regime's support) under the leadership of Abu Khalaf, who helped transit AQI operatives (particularly from Tunisia) to Syria and then across the border into Mosul to perpetrate suicide attacks.

199.    Abu Khalaf was killed in January 2010.

## VII.    PLAINTIFFS

### 1.    <u>THE JUNE 15, 2005, ATTACK – RAMADI, IRAQ</u>

**<u>The Flores Family</u>**

200.    Jonathan Ruben Flores was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

201.    On June 15, 2005, Mr. Flores, then 18, was a Lance Corporal serving in the United States Marine Corps near Ramadi, Iraq when an IED detonated near his vehicle, killing him.

202.    The attack in which Mr. Flores was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

203.    Plaintiff Delia D. Flores is a citizen of the United States and domiciled in the State of Texas. She is the mother of Jonathan Ruben Flores.

204.    Plaintiff Ruben V. Flores is a citizen of the United States and domiciled in the State of Texas. He is the father of Jonathan Ruben Flores.

205.     Plaintiff Melany Flores is a citizen of the United States and domiciled in the State of Texas. She is the sister of Jonathan Ruben Flores.

206.     Plaintiff Jason Flores is a citizen of the United States and domiciled in the State of Texas. He is the brother of Jonathan Ruben Flores.

207.     Plaintiff Joshua D. Flores is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Jonathan Ruben Flores.

208.     Plaintiff Timothy Alvarez is a citizen of the United States and domiciled in the State of Texas. He is the brother of Jonathan Ruben Flores.

209.     As a result of the attack, and the death of Jonathan Ruben Flores, Plaintiffs Delia D. Flores, Ruben V. Flores, Joshua D. Flores, Jason Flores, Timothy Alvarez, and Melany Flores have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jonathan Ruben Flores' society, companionship, comfort, advice, and counsel.

**The Maynard Family**

210.     Chad Bryant Maynard was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

211.     On June 15, 2005, Mr. Maynard, then 19, was a Lance Corporal serving in the United States Marine Corps near Ramadi, Iraq, when he was killed in the same attack as Jonathan Ruben Flores. The attack in which Mr. Maynard was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

212.     Plaintiff Gene B. Maynard is a citizen of the United States and domiciled in the State of Colorado. He is the father of Chad Bryant Maynard.

213.     Plaintiff Cynthia L. Smith is a citizen of the United States and domiciled in the State of Kansas. She is the mother of Chad Bryant Maynard.

214.     Plaintiff Lisa Ware is a citizen of the United States and domiciled in the State of Arizona. She is the sister of Chad Bryant Maynard.

215.     Plaintiff Jeremiah Maynard is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Chad Bryant Maynard.

216.     Plaintiff Jacob Maynard is a citizen of the United States and domiciled in the State of California. He is the brother of Chad Bryant Maynard.

217.     Plaintiff Breanne Maynard is a citizen of the United States and domiciled in the State of California. She is the sister of Chad Bryant Maynard.

218.     Plaintiff Rebecca L. Maynard is a citizen of the United States and domiciled in the State of Colorado. She is the widow of Chad Bryant Maynard.

219.     Plaintiff L.M. is a citizen of the United States and domiciled in the State of Colorado. She is the minor daughter of Chad Bryant Maynard.

220.     Plaintiff Rebecca L. Maynard brings this action individually and on behalf of the Estate of Chad Bryant Maynard as its proposed legal representative. She also brings this action as the legal guardian of Plaintiff L.M.

221.     As a result of the attack, and the death of Chad Bryant Maynard, Plaintiffs Gene B. Maynard, Cynthia L. Smith, Lisa Ware, Jeremiah Maynard, Jacob Maynard, Breanne Maynard, Rebecca L. Maynard, and L.M. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Chad Bryant Maynard's society, companionship, comfort, advice, and counsel.

## 2. THE APRIL 3, 2004, ATTACK – HIT, IRAQ

**The Barr Family**

222.    Aric J. Barr was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

223.    On April 3, 2004, Mr. Barr, then 22, was a Lance Corporal serving in the United States Marine Corps in Hit, Al Anbar Province, Iraq, when his unit came under enemy fire.

224.    Mr. Barr was killed in the attack.

225.    The attack in which Mr. Barr was killed was committed by Iranian- and Syrian funded and -trained terror operatives in Iraq.

226.    Plaintiff Lisa M. Barr is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Aric J. Barr.

227.    Plaintiff Anthony R. Barr is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Aric J. Barr.

228.    Plaintiff Aaron M. Barr is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Aric J. Barr.

229.    Plaintiff Alexandra Rose Barr is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Aric J. Barr.

230.    Plaintiff Lisa M. Barr brings this action individually and on behalf of the Estate of Aric J. Barr as its proposed legal representative.

231.    As a result of the attack, and the death of Aric J. Barr, Plaintiffs Lisa M. Barr, Anthony R. Barr, Aaron M. Barr, and Alexandra Rose Barr have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Aric J. Barr's society, companionship, comfort, advice, and counsel.

### 3.   THE APRIL 9, 2004, ATTACK – RAMADI, IRAQ

**The Ayon Family**

232.   Eric A. Ayon was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

233.   On April 9, 2004, Mr. Ayon, then 26, was a Private First Class serving in the United States Marine Corps in Al Anbar Province, Iraq, in the vicinity of Ramadi, Iraq.

234.   Mr. Ayon was killed in a complex attack involving small-arms fire and an Improvised Explosive Device ("IED").

235.   The attack in which Mr. Ayon was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

236.   Plaintiff Maria A. Ayon is a citizen of the United States and domiciled in the State of California. She is the mother of Eric A. Ayon.

237.   Plaintiff Cynthia Ayon is a citizen of the United States and domiciled in the State of California. She is the sister of Eric A. Ayon.

238.   As a result of the attack, and the death of Eric A. Ayon, Plaintiffs Maria A. Ayon and Cynthia Ayon have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Eric A. Ayon's society, companionship, comfort, advice, and counsel.

### 4.   THE APRIL 9, 2004, ATTACK – NEAR TAQADDUM, IRAQ

**The Phelps Family**

239.   Chance Phelps was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

240.   On April 9, 2004, Mr. Phelps, then 19, was serving as a Private First Class in the United States Marine Corps on a routine patrol on a route between Fallujah and Ramadi, Iraq,

when an IED disabled the first vehicle in his convoy. His vehicle repositioned so he could lay down suppression fire from his position in the gunner's turret.

241.    From a fully exposed position in the turret, Mr. Phelps continued to provide suppression fire to allow the Marines who were caught in the open to be able to obtain better positions.

242.    As his vehicle began moving from its location, Mr. Phelps was struck by enemy small arms fire, and he died from the injuries he sustained.

243.    The attack in which Mr. Phelps was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

244.    Plaintiff Gretchen Mack is a citizen of the United States and domiciled in the State of Wyoming. She is the mother of Chance Phelps.

245.    Plaintiff John Phelps is a citizen of the United States and domiciled in the State of Wyoming. He is the father of Chance Phelps.

246.    Plaintiffs Gretchen Mack and John Phelps bring this action individually and on behalf of the Estate of Chance Phelps, as its proposed legal co-representatives.

247.    As a result of the attack, and the death of Chance Phelps, Plaintiffs Gretchen Mack and John Phelps have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Chance Phelps' society, companionship, comfort, advice, and counsel.

### 5.    THE APRIL 10, 2004, ATTACK – RAMADI, IRAQ

**The Sims Family**

248.    John Thomas Sims, Jr., was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

249.    On April 10, 2004, Mr. Sims, then 21, was a Lance Corporal serving in the United States Marine Corps in Ramadi, Iraq, when he came under hostile fire.

250.    Mr. Sims died in the attack.

251.    The attack in which Mr. Sims was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

252.    Plaintiff John Thomas Sims, Sr., is a citizen of the United States and domiciled in the State of Alabama. He is the father of John Thomas Sims, Jr.

253.    Plaintiff Margaret P. Kellum is a citizen of the United States and domiciled in the State of Alabama. She is the mother of John Thomas Sims, Jr.

254.    Plaintiff Daphne Harlow is a citizen of the United States and domiciled in the State of Alabama. She is the sister of John Thomas Sims, Jr.

255.    Plaintiffs John Thomas Sims, Sr., and Margaret P. Kellum bring this action individually and on behalf of the Estate of John Thomas Sims, Jr., as its proposed legal co-representatives.

256.    As a result of the attack, and the death of John Thomas Sims, Jr., Plaintiffs John Thomas Sims, Sr., Margaret P. Kellum, and Daphne Harlow have experienced severe mental anguish, extreme emotional pain and suffering, and loss of John Thomas Sims Jr.'s society, companionship, comfort, advice, and counsel.

### 6.    THE APRIL 10, 2004, ATTACK – BAGHDAD, IRAQ

**The Carballo Family**

257.    Adolfo C. Carballo was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

258.     On April 10, 2004, Mr. Carballo, then 20, was serving as a Specialist in the United States Army on patrol south of Check Point 7 on Route Irish south of Baghdad when his vehicle came under fire from a rocket-propelled grenade (RPG), killing him.

259.     The attack in which Mr. Carballo was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

260.     Plaintiff Cesar Carballo is a citizen of the United States and domiciled in the State of Texas. He is the father of Adolfo C. Carballo.

261.     Plaintiff Manuela Lopez is a citizen of the United States and domiciled in the State of Texas. She is the stepmother of Adolfo C. Carballo.

262.     Plaintiff Janette Carballo is a citizen of the United States and domiciled in the State of Texas. She is the sister of Adolfo C. Carballo.

263.     Plaintiff Denise Carballo is a citizen of the United States and domiciled in the State of Texas. She is the sister of Adolfo C. Carballo.

264.     Plaintiff Cesar S. Carballo is a citizen of the United States and domiciled in the State of Texas. He is the brother of Adolfo C. Carballo.

265.     As a result of the attack, and the death of Adolfo C. Carballo, Plaintiffs Cesar Carballo, Manuela Lopez, Janette Carballo, Denise Carballo, and Cesar S. Carballo have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Adolfo C. Carballo's society, companionship, comfort, advice, and counsel.

   **7.      THE MAY 20, 2004, ATTACK – MOSUL, IRAQ**

**The Mardis Family**

266.     Paul Charles Mardis, Jr., was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

43

267.     On May 20, 2004, Mr. Mardis, then 25, was a Staff Sergeant serving in the United States Army in Mosul, Iraq when his vehicle was struck by an IED causing him to sustain shrapnel injuries to his head and neck.

268.     On July 15, 2004, Mr. Mardis died due to complications from those injuries.

269.     The attack which caused Mr. Mardis's death was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

270.     Plaintiff Kacey Sturtz is a citizen of the United States and domiciled in the State of Ohio. She is the widow of Paul Charles Mardis, Jr., and brings this action individually and on behalf of the Estate of Paul Charles Mardis, Jr., as its proposed legal representative.

271.     As a result of the attack, and the death of Paul Charles Mardis, Jr., Plaintiff Kacey Sturtz has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Paul Charles Mardis, Jr.'s society, companionship, comfort, advice, and counsel.

## 8.      **THE JUNE 21, 2004, ATTACK – HUSAYBAH, IRAQ**

**The Bennett Family**

272.     Plaintiff Clifford William Bennett is a citizen of the United States and domiciled in the State of California.

273.     On June 24, 2004, Mr. Bennett, then 28, was serving in the United States Navy, in Husaybah, Iraq when his base fell under a rocket attack, during which a rocket exploded near Mr. Bennett, and he was struck by a projectile in the back of his right calf.

274.     Mr. Bennett suffered injuries in the attack, including a Traumatic Brain Injury ("TBI"), Post-Traumatic Stress Disorder ("PTSD"), headaches, short term memory loss, shell fragment wounds to his lower legs, and neuropathy of his sural nerve (calf region).

275.    The attack in which Mr. Bennett was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

276.    As a result of the attack and the injuries he suffered, Plaintiff Clifford William Bennett has experienced severe physical pain and injuries, severe mental anguish, and extreme emotional pain and suffering.

## 9.    THE JUNE 29, 2004, ATTACK – CAMP FALLUJAH, IRAQ

**The Mills Family**

277.    Plaintiff Hardy Pierce Mills, IV, is a citizen of the United States and domiciled in the State of Texas.

278.    On June 29, 2004, Mr. Mills, then 19, was a Lance Corporal serving in the United States Marine Corps, deployed, along with his Marine Expeditionary Force unit, to Camp Fallujah in Iraq.

279.    While standing in the Motor Pool area of Camp Fallujah with other Marines, Mr. Mills was struck by a mortar round that landed close to him. Due to the force of the blast caused by the exploding mortar round, Mr. Mills was knocked unconscious.

280.    Mr. Mills suffered serious injuries in the attack, including a TBI, a lacerated spleen, a broken scapula, two collapsed lungs, shrapnel wounds and severed arteries in both legs, and shrapnel wounds to his left arm that required partial amputation. Mr. Mills also suffered from PTSD and depression as a result of the attack.

281.    The attack in which Mr. Mills was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

282.     As a result of the attack, and the injuries he suffered, Plaintiff Hardy Pierce Mills, IV has experienced severe physical pain and injuries, severe mental anguish, and extreme emotional pain and suffering.

### 10.     THE JULY 15, 2004, ATTACK – FALLUJAH, IRAQ

**The Rettenberger Family**

283.     Plaintiff Justin Morgan Rettenberger is a citizen of the United States and domiciled in the State of California.

284.     On July 15, 2004, Mr. Rettenberger, then 24, was a Staff Sergeant serving in the United States Marine Corps on a foot patrol approximately one-to-seven kilometers northeast of Fallujah, Iraq when he was severely injured by an IED.

285.     The attack in which Mr. Rettenberger was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

286.     Mr. Rettenberger was knocked unconscious and suffered significant shrapnel wounds to his face, neck, and left leg and also suffered a TBI. He also suffers from PTSD.

287.     As a result of the attack, and the injuries he suffered, Plaintiff Justin Morgan Rettenberger has experienced severe physical pain and injuries, severe mental anguish, and extreme emotional pain and suffering.

### 11.     THE AUGUST 2, 2004, ATTACK – AN NASIRIYAH, IRAQ

**The Shull Family**

288.     Plaintiff Timothy Sutton Shull is a citizen of the United States and domiciled in the State of Texas.

289. On August 2, 2004, Mr. Shull, then 22, was a Lance Corporal serving in the United States Marine Corps, on foot patrol in the vicinity of Fallujah, Iraq, in close proximity to Main Supply Route 1 when an IED detonated in close proximity to Mr. Shull's position.

290. Mr. Shull suffered serious injuries in the attack, including a TBI, and vestibular injuries, including dizziness, vertigo, and imbalance. Mr. Shull also suffered from PTSD, migraines, memory loss, tinnitus, and hearing loss.

291. The attack in which Mr. Shull was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

292. As a result of the attack and the injuries he suffered, Plaintiff Timothy Sutton Shull has experienced severe physical pain and injuries, severe mental anguish, and extreme emotional pain and suffering.

**The Pratt Family**

293. Dean Pratt was a citizen of the United States and domiciled in the State of Montana when he was killed in Iraq.

294. On August 2, 2004, Dean Pratt, then 22, was serving as a Corporal in the U.S. Marine Corps in Al Anbar Province when he was killed in an IED attack.

295. The attack in which Mr. Pratt was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

296. Plaintiff Geraldine E. Morris is a citizen of the United States and domiciled in the State of Washington. She is the mother of Dean Pratt and brings this action individually and on behalf of the Estate of Dean Pratt, as its proposed legal representative.

297. Plaintiff John R. Morris is a citizen of the United States and domiciled in the State of Washington. He is the stepfather of Dean Pratt.

298.    Plaintiff Donald J. Pratt is a citizen of the United States and domiciled in the State of Washington. He is the brother of Dean Pratt.

299.    As a result of the attack, and the death of Dean Pratt, Plaintiffs Geraldine E. Morris, John R. Morris, and Donald J. Pratt have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Dean Pratt's society, companionship, comfort, advice, and counsel.

## 12.    THE AUGUST 15, 2004, ATTACK – FALLUJAH, IRAQ

**The Cervantes-Barroso Family**

300.    Plaintiff Jesus Cervantes-Barroso is a citizen of the United States and domiciled in the State of California.

301.    On August 15, 2004, Mr. Cervantes-Barroso, then 19, was a Lance Corporal serving in the United States Marine Corps, traveling with other U.S Marines in a convoy as part of an escort of other military vehicles near Traffic Control Point 8, south of Fallujah, Iraq.

302.    A vehicle containing a car bomb approached from the south and detonated. Mr. Cervantes-Barroso and another Marine were seriously injured in the blast, and a third Marine was killed.

303.    Mr. Cervantes-Barroso suffered serious injuries in the attack, including a TBI, a laceration under his left eye, migraines, and bilateral tinnitus. Mr. Cervantes-Barroso also suffers from PTSD.

304.    The attack in which Mr. Cervantes-Barroso was injured was committed by Iranian- and Syrian-funded and trained terror operatives in Iraq.

305.    As a result of the attack and the injuries he suffered, Plaintiff Jesus Cervantes-Barroso has experienced severe physical pain and injuries, severe mental anguish, and extreme emotional pain and suffering.

### 13.   THE AUGUST 17, 2004, ATTACK – CAMP FsenbaumALLUJAH, IRAQ

**The Silva Family**

306.   Plaintiff Richard Silva is a citizen of the United States and domiciled in the State of California.

307.   On August 17, 2004, Mr. Silva, then 32, was a Corporal in the U.S. Marine Corps standing post with two other Marines at the Traffic Control Point at the Fallujah Liaison Center in Camp Fallujah when it was struck by several mortar rounds, injuring him.

308.   Mr. Silva sustained several injuries as a result of the attack, including a TBI, vertigo, hearing loss, tinnitus, broken ribs, shrapnel wounds and also suffered from PTSD with a cognitive disorder.

309.   The attack in which Mr. Silva was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

310.   As a result of the attack, and the injuries he suffered, Plaintiff Richard Silva has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

### 14.   THE AUGUST 20, 2004, ATTACK – AL QAIM

**The Stevenson Family**

311.   Plaintiff Christopher J. Stevenson is a citizen of the United States and domiciled in the State of Missouri.

312.   On August 20, 2004, Mr. Stevenson, then 19, was serving as a Lance Corporal in the U.S. Marine Corps on a patrol traveling north on ASR Silver, when his vehicle struck a mine.

313.   Mr. Stevenson suffered injuries in the attack, including bruising on his hips, a fracture, and a TBI.

314.    The attack in which Mr. Stevenson was injured was by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

315.    As a result of the attack, and the injuries he suffered, Plaintiff Christopher J. Stevenson has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

### 15.    THE AUGUST 22, 2004, ATTACK – BABIL PROVINCE, MAHMUDIYAH, IRAQ

**The Belchik Family**

316.    Christopher Belchik was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

317.    On August 22, 2004, Mr. Belchik, then 30, was a Corporal serving in the United States Marine Corps, in Babil Province, Mahmudiyah, Iraq, when he was killed by an IED.

318.    The attack which caused the death of Mr. Belchik was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

319.    Plaintiff Mary Lagarce is a citizen of the United States and domiciled in the State of Illinois. She is the widow of Christopher Belchik. She brings this action individually and on behalf of the Estate of Christopher Belchik.

320.    Plaintiff Lynn Lenker is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Christopher Belchik.

321.    Plaintiff Brian Belchik is a citizen of the United States and domiciled in the State of Illinois. He is the brother of Christopher Belchik.

322.    Plaintiff Julie Prats is a citizen of the United States and domiciled in the State of Massachusetts. She is the sister of Christopher Belchik.

323.    Plaintiff James Lenker is a citizen of the United States and domiciled in the State of Illinois. He is the stepfather of Christopher Belchik.

324.    As a result of the attack, and the death of Christopher Belchik, Plaintiffs Mary Lagarce, Lynn Lenker, Brian Belchik, Julie Prats, and James Lenker have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Christopher Belchik's society, companionship, comfort, advice, and counsel.

## 16.    THE SEPTEMBER 6, 2004, ATTACK – MOSUL, IRAQ

**The Read Family**

325.    Brandon Michael Read was a citizen of the United States and domiciled in the State of Tennessee when he was killed in Iraq.

326.    On September 6, 2004, Mr. Read, then 21, was a Specialist serving in the United States Army, acting as a gunner for a convoy in Mosul, Iraq.

327.    An IED was detonated by insurgents near the truck in which Mr. Read was riding.

328.    Mr. Read was killed in the attack as a result of a penetrating blast injury to the left side of his head.

329.    The attack in which Mr. Read was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

330.    Plaintiff Michael A. Read is a citizen of the United States and domiciled in the State of Tennessee. He is the father of Brandon Michael Read.

331.    Plaintiff Robin K. Read is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of Brandon Michael Read.

332.    Plaintiffs Michael A. Read and Robin K. Read bring this action individually and on behalf of the Estate of Brandon Michael Read as its proposed legal co-representatives.

333.     As a result of the attack, and the death of Brandon Michael Read, Plaintiffs Michael A. Read, and Robin K. Read have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Brandon Michael Read's society, companionship, comfort, advice, and counsel.

### 17.     THE SEPTEMBER 18, 2004, ATTACK – BAGHDAD, IRAQ

**The Rosenbaum Family**

334.     Thomas C. Rosenbaum was a citizen of the United States and domiciled in the State of Arkansas when he was killed in Iraq.

335.     On September 18, 2004, Mr. Rosenbaum, then 25, was serving as a Sergeant in the United States Army in Baghdad, Iraq traveling en route to assist a patrol that had been hit by vehicle borne VBIED, when his own vehicle was struck by another VBIED, killing him.

336.     The attack in which Mr. Rosenbaum was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

337.     Plaintiff Donna R. Rosenbaum is a citizen of the United States and domiciled in the State of Arkansas. She is the mother of Thomas C. Rosenbaum.

338.     Plaintiff Jackie R. Rosenbaum is a citizen of the United States and domiciled in the State of Arkansas. He is the father of Thomas C. Rosenbaum.

339.     Plaintiff Andrew Zane Rosenbaum is a citizen of the United States and domiciled in the State of Arkansas. He is the brother of Thomas C. Rosenbaum.

340.     Plaintiff Ty J. Rosenbaum is a citizen of the United States and domiciled in the State of Arkansas. He is the son of Thomas C. Rosenbaum.

341.     Plaintiff Donna R. Rosenbaum brings this action individually and on behalf of the Estate of Thomas C. Rosenbaum, as its proposed legal representative.

342.     As a result of the attack, and the death of Thomas C. Rosenbaum, Plaintiffs Donna R. Rosenbaum, Jackie R. Rosenbaum, Andrew Zane Rosenbaum, and Ty J. Rosenbaum have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Thomas C. Rosenbaum's society, companionship, comfort, advice, and counsel.

### 18.   THE SEPTEMBER 25, 2004, ATTACK – BAGHDAD, IRAQ

**The Johnson Family**

343.     David Wayne Johnson was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

344.     On September 25, 2004, Mr. Johnson, then 37, was a Sergeant in the United States Army National Guard as the gunner in a convoy headed to Camp Taji, Baghdad, Iraq.

345.     Mr. Johnson's vehicle was struck by an IED.

346.     Mr. Johnson was killed in the attack as a result of shrapnel wounds to the head sustained by his proximity to the blast.

347.     The attack in which Mr. Johnson was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

348.     Plaintiff Michelle L. DeFord is a citizen of the United States and domiciled in the State of Oregon. She is the mother of David Wayne Johnson.

349.     Plaintiff Richard W. Johnson is a citizen of the United States and domiciled in the State of Oregon. He is the father of David Wayne Johnson.

350.     Plaintiff Randall S.D. Johnson is a citizen of the United States and domiciled in the State of Oregon. He is the brother of David Wayne Johnson.

351.     Plaintiff Joie E. Libbey is a citizen of the United States and domiciled in the State of Oregon. She is the sister of David Wayne Johnson.

352.    Plaintiffs Michelle L. DeFord and Richard W. Johnson bring this action individually and on behalf of the Estate of David Wayne Johnson as its proposed legal co-representatives.

353.    As a result of the attack, and the death of David Wayne Johnson, Michelle L. DeFord, Richard W. Johnson, Randall S.D. Johnson and Joie E. Libbey have experienced severe mental anguish, extreme emotional pain and suffering, and loss of David Wayne Johnson's society, companionship, comfort, advice, and counsel.

## 19.    THE SEPTEMBER 28, 2004, ATTACK – RAMADI, IRAQ

**The Titcomb Family**

354.    Joshua K. Titcomb was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

355.    On September 28, 2004, Mr. Titcomb, then 20, was a Private First Class serving in the United States Army.

356.    Mr. Titcomb was on patrol outside an American compound in Ramadi, Iraq, when an IED detonated near his vehicle.

357.    Mr. Titcomb died on September 29, 2004, as a result of blast and shrapnel injuries sustained in the attack.

358.    The attack that led to Mr. Titcomb's death was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

359.    Plaintiff Tennison M. Titcomb, Sr. is a citizen of the United States and domiciled in the State of California. He is the father of Joshua K. Titcomb.

360.    Plaintiff Elizabeth K. Titcomb is a citizen of the United States and domiciled in the State of Hawaii. She is the mother of Joshua K. Titcomb.

361.    Plaintiff Tennison M. Titcomb, Jr. is a citizen of the United States and domiciled in the State of Hawaii. He is the brother of Joshua K. Titcomb.

362.    Plaintiff Joseph Titcomb is a citizen of the United States and domiciled in the State of Hawaii. He is the brother of Joshua K. Titcomb.

363.    Plaintiff Kamaleioke K.Z. Henderson is a citizen of the United States and domiciled in the State of Hawaii. He is the brother of Joshua K. Titcomb.

364.    Plaintiff Timothy Titcomb is a citizen of the United States and domiciled in the State of Hawaii. He is the brother of Joshua K. Titcomb.

365.    Plaintiff Kaiulani Sayson is a citizen of the United States and domiciled in the State of Hawaii. She is the sister of Joshua K. Titcomb.

366.    Plaintiff Katrina Titcomb is a citizen of the United States and domiciled in the State of Hawaii. She is the sister of Joshua K. Titcomb.

367.    Plaintiff Keola Titcomb is a citizen of the United States and domiciled in the State of Hawaii. He is the brother of Joshua K. Titcomb.

368.    Plaintiffs Tennison M. Titcomb, Sr. and Elizabeth K. Titcomb bring this action individually and on behalf of the Estate of Joshua K. Titcomb, as its proposed legal co-representatives.

369.    As a result of the attack, and the death of Joshua K. Titcomb, Plaintiffs Tennison M. Titcomb, Sr., Elizabeth K. Titcomb, Tennison M. Titcomb, Jr., Joseph Titcomb, Kamaleioke K.Z. Henderson, Timothy Titcomb, Kaiulani Sayson, Katrina Titcomb, and Keola Titcomb have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Joshua K. Titcomb's society, companionship, comfort, advice, and counsel.

20.    **THE OCTOBER 7, 2004, ATTACK – TAJI, IRAQ**

**The Baker Family**

370.    Ronald Wayne Baker was a citizen of the United States and domiciled in the State of Arkansas when he was killed as a result of a terrorist attack in Iraq.

371.    On October 7, 2004, Mr. Baker, then 34, was a Specialist serving in the United States Army National Guard in Taji, Iraq, when a bomb emplaced in a parked car exploded as his vehicle passed.

372.    Less than a week later, on October 13, 2004, Mr. Baker died at Landstuhl Regional Medical Center in Germany of his injuries from the blast.

373.    The attack which led to Mr. Baker's death was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

374.    Plaintiff Joanne C. Baker is a citizen of the United States and domiciled in the State of Arkansas. She is the widow of Ronald Wayne Baker.

375.    Plaintiff Alexis C. Baker is a citizen of the United States and domiciled in the State of Arkansas. She is the daughter of Ronald Wayne Baker.

376.    Plaintiff Carrylon Ann Baker is a citizen of the United States and domiciled in the State of Arkansas. She is the mother of Ronald Wayne Baker.

377.    Plaintiff Anthony Wayne Baker is a citizen of the United States and domiciled in the State of Arkansas. He is the father of Ronald Wayne Baker.

378.    Plaintiff Chris Baker is a citizen of the United States and domiciled in the State of Arkansas. He is the brother of Ronald Wayne Baker.

379.    Plaintiff Joanne C. Baker brings this action individually and on behalf of the Estate of Ronald Wayne Baker as its proposed legal representative.

380.     As a result of the attack, and the death of Ronald Wayne Baker, Plaintiffs Joanne C. Baker, Alexis C. Baker, Carrylon Ann Baker, Anthony Wayne Baker, and Chris Baker have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Ronald Wayne Baker's society, companionship, comfort, advice, and counsel.

### 21.     THE OCTOBER 11, 2004, ATTACK – FALLUJAH, IRAQ

**The Copsetta Family**

381.     Plaintiff Eric J. Copsetta is a citizen of the United States and domiciled in the State of Massachusetts.

382.     On October 11, 2004, Mr. Copsetta, then 23, was a Sergeant serving in the United States Marine Corps at Camp Fallujah, Iraq on routine patrol in a convoy of vehicles near Fallujah, Iraq, when a mortar round struck near their vehicle.

383.     Mr. Copsetta suffered serious injuries, including a TBI, bilateral ringing of the ears (tinnitus), and PTSD, as a result of the mortar attack on October 11, 2004.

384.     The attack in which Mr. Copsetta was injured, was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

385.     As a result of these attacks, and the injuries he suffered, Plaintiff Eric J. Copsetta has experienced severe physical pain and injuries, severe mental anguish, and extreme emotional pain and suffering.

386.     Plaintiff Helen Copsetta is a citizen of the United States and domiciled in Massachusetts. She is the mother of Eric J. Copsetta.

387.     Plaintiff Kenneth Copsetta is a citizen of the United States and domiciled in Massachusetts. He is the father of Eric J. Copsetta.

388.    As a result of these attacks and the injuries Plaintiff Eric J. Copsetta suffered, Plaintiffs Helen Copsetta and Kenneth Copsetta have experienced severe mental anguish and extreme emotional pain and suffering.

## 22.    THE OCTOBER 13, 2004, ATTACK – MOSUL, IRAQ

**The Soltes Family**

389.    Charles Robert Soltes, Jr., was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

390.    On October 13, 2004, Mr. Soltes, then 36, was a Major serving in the United States Army in Mosul, Iraq.

391.    Mr. Soltes was killed from blunt force injury when an VBIED (vehicle borne IED) struck his convoy as it returned from a local hospital.

392.    The attack in which Mr. Soltes was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

393.    Plaintiff Sally H. Dang is a citizen of the United States and domiciled in the State of California. She is the widow of Charles Robert Soltes, Jr.

394.    Plaintiff Ryan A. Soltes is a citizen of the United States and domiciled in the State of California. He is the son of Charles Robert Soltes, Jr.

395.    Plaintiff Brandon C. Soltes is a citizen of the United States and domiciled in the State of California. He is the son of Charles Robert Soltes, Jr.

396.    Plaintiff R.H.S. is a citizen of the United States and domiciled in the State of California. He is the minor son of Charles Robert Soltes, Jr.

397.    Plaintiff Sally H. Dang also brings this action as the legal guardian of Plaintiff R.H.S.

398.    As a result of the attack, and the death of Charles Robert Soltes, Jr., Plaintiffs Sally H. Dang, Ryan A. Soltes, Brandon C. Soltes, and R.H.S. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Charles Robert Soltes, Jr.'s society, companionship, comfort, advice, and counsel.

### 23.    THE OCTOBER 30, 2004, ATTACK – ZAIDON, IRAQ

**The Lukac Family**

399.    John Lukac was a citizen of the United States and domiciled in the State of Nevada when he was killed in Iraq.

400.    On October 30, 2004, Mr. Lukac, then 19, was a Private First Class serving in the United States Marine Corps in Zaidon, Iraq, when his vehicle was struck by a suicide bomber's explosive-laden vehicle.

401.    Mr. Lukac was killed in the attack as a result of multiple traumatic injuries he sustained due to his proximity to the blast and shrapnel from the attack.

402.    The attack in which Mr. Lukac was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

403.    Plaintiff Helena Lukac is a citizen of the United States and domiciled in the State of Nevada. She is the mother of John Lukac.

404.    Plaintiff Jan Lukac is a citizen of the United States and domiciled in the State of Nevada. He is the father of John Lukac.

405.    Plaintiff Peter Lukac is a citizen of the United States and domiciled in the State of Nevada. He is the brother of John Lukac.

406.    Plaintiffs Helena Lukac and Jan Lukac bring this action individually and on behalf of the Estate of John Lukac as its proposed legal co-representatives.

407.    As a result of the attack, and the death of John Lukac, Plaintiffs Helena Lukac, Jan Lukac, and Peter Lukac have experienced severe mental anguish, extreme emotional pain and suffering, and loss of John Lukac's society, companionship, comfort, advice, and counsel.

**The Riedel Family**

408.    Andrew Gerald Riedel was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

409.    On October 30, 2004, Andrew George Riedel, then 19, was a Lance Corporal serving in the United States Marine Corps.

410.    Mr. Riedel was serving in the same unit as Mr. Lukac.

411.    Mr. Riedel was killed in the same attack as a result of multiple traumatic injuries sustained due to his proximity to the blast and shrapnel from the attack.

412.    The attack in which Mr. Riedel was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

413.    Plaintiff Sherrin Graham is a citizen of the United States and domiciled in the State of Nevada. She is the mother of Andrew Gerald Riedel.

414.    Plaintiff Cayla Bell is a citizen of the United States and domiciled in the State of California. She is the sister of Andrew Gerald Riedel.

415.    Plaintiff Sherrin Graham brings this action individually and on behalf of the Estate of Andrew Gerald Riedel as its proposed legal representative.

416.    As a result of the attack, and the death of Andrew Gerald Riedel, Plaintiffs Sherrin Graham and Cayla Bell have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Andrew George Riedel's society, companionship, comfort, advice, and counsel.

## 24.   THE NOVEMBER 2, 2004, ATTACK – AL KARMAH, IRAQ

**The Larson Family**

417.   Plaintiff Mark C. Larson is a citizen of the United States and domiciled in the State of Nevada.

418.   On November 2, 2004, Mr. Larson, then 25, was a Lance Corporal serving in the United States Marine Corps at Delta ING compound in Al Karmah, Iraq, when his unit came under enemy mortar fire.

419.   Mr. Larson was with another Marine at the Entry Control Point of Delta ING compound in Al Karmah, Iraq, when several mortars impacted near Mr. Larson's post. A 107-millimeter rocket then struck an embankment within approximately fifteen meters of Mr. Larson's position. The blast entered the opening of Mr. Larson's post, and the force of the blast threw him off of his feet and knocked him unconscious for an unknown period of time.

420.   Mr. Larson suffered injuries in the attack, including a TBI, loss of memory, headaches, hearing difficulty, sensitivity to noise, changes in taste or smell, seizures, right ankle injury, right shoulder injury, and narcolepsy with cataplexy. Mr. Larson has also experienced severe mental anguish, extreme emotional pain and suffering as a result of the attack.

421.   The attack in which Mr. Larson was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

422.   Plaintiff Mark S. Larson is a citizen of the United States and domiciled in the State of Nevada. He is the father of Mark C. Larson.

423.   Plaintiff Rebecca Jo Larson is a citizen of the United States and domiciled in the State of Nevada. She is the mother of Mark C. Larson.

424.    Plaintiff Ivy K. Royer is a citizen of the United States and domiciled in the State of Nevada. She is the sister of Mark C. Larson.

425.    Plaintiff Larajo M. Chirilov is a citizen of the United States and domiciled in the State of Nevada. She is the sister of Mark C. Larson.

426.    As a result of the attack, and the injuries Plaintiff Mark C. Larson suffered, Plaintiffs Mark S. Larson, Rebecca Jo Larson, Ivy K. Royer, and Larajo M. Chirilov have experienced severe mental anguish and extreme emotional pain and suffering.

**The Young Family**

427.    Plaintiff Adam C. Young is a citizen of the United States and domiciled in the State of Wisconsin.

428.    On November 2, 2004, Adam C. Young, then serving as a Lance Corporal in the U.S. Marine Corps was at the Entry Control Point of Delta ING compound in Al Karmah, Iraq in the same attack as Mark Larson.

429.    Mr. Young suffered injuries in the attack, including tinnitus and PTSD.

430.    The attack in which Mr. Young was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

431.    As a result of the attack, and the injuries he suffered, Plaintiff Adam C. Young has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

### 25.    THE NOVEMBER 6, 2004, ATTACK – BAGHDAD, IRAQ

**The Yoemans Family**

432.    Justin Ray Yoemans was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

433.    On November 6, 2004, Mr. Yoemans, then 20, was a Private serving in the United States Army in Baghdad, Iraq, when his vehicle was struck by an IED.

434.    Mr. Yoemans lived for eight hours after being injured in the blast. He eventually succumbed to the injuries he sustained in the attack and died on November 6, 2004.

435.    The attack in which Mr. Yoemans was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

436.    Plaintiff Beverly Kaye Lipscomb is a citizen of the United States and domiciled in the State of Alabama. She is the mother of Justin Ray Yoemans and brings this action individually and on behalf of the estate of Justin Ray Yoemans as its proposed legal representative.

437.    As a result of the attack, and the death of Justin Ray Yoemans, Plaintiff Beverly Kaye Lipscomb has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Justin Ray Yoemans' society, companionship, comfort, advice, and counsel.

26.    **THE NOVEMBER 9, 2004, ATTACK – FALLUJAH, IRAQ**

**The Martinez Family**

438.    Plaintiff Jesus E. Martinez, Jr., is a citizen of the United States and domiciled in the State of Texas.

439.    On November 9, 2004, Jesus E. Martinez, Jr., then 27, was a Lance Corporal serving in the United States Marine Corps in Fallujah, Iraq, when his unit came under enemy fire, including an RPG that caused a huge explosion in close proximity to Mr. Martinez and his fellow mortarman. Mr. Martinez received serious injuries from the RPG attack, and his fellow mortarman was killed.

440.    Mr. Martinez suffered injuries in the attack, including a TBI, serious shrapnel wounds to the right buttocks and lower back, as well as bilateral tinnitus and hearing loss. He also suffered from PTSD and depression as a result of the attack.

441.    The attack in which Mr. Martinez was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

442.    As a result of the attack, and the injuries he suffered, Plaintiff Jesus E. Martinez, Jr. has experienced severe physical pain and mental anguish and extreme emotional pain and suffering.

443.    Plaintiff Jesus E. Martinez III is a citizen of the United States and domiciled in the State of Texas. He is the son of Jesus E. Martinez, Jr.

444.    As a result of the attack and the injuries Jesus E. Martinez, Jr., suffered, Plaintiff Jesus E. Martinez III has experienced severe mental anguish and extreme emotional pain and suffering.

### 27.    THE NOVEMBER 10, 2004, ATTACK – FALLUJAH, IRAQ

**The Distelhorst Family**

445.    Plaintiff Kenneth A. Distelhorst is a citizen of the United States and domiciled in the State of Alabama.

446.    On November 10, 2004, Kenneth A. Distelhorst, then 26, was a Sergeant serving in the United States Marine Corps in Fallujah, Iraq, when his unit came under enemy fire.

447.    Mr. Distelhorst was conducting clearing operations in the Jolan District of Fallujah. As he entered the gate of a house to begin clearing the building, an insurgent threw a grenade from the doorway to a side room on the house. The grenade rested at the feet of Mr. Distelhorst and another Marine. They yelled "grenade" and dove for cover, but it was too late. The grenade sent

shrapnel through Mr. Distelhorst's ankle and lower leg. Despite his wounds, Mr. Distelhorst's concerns focused on that of the other Marine, who bled profusely from the thigh where he had been struck with shrapnel.

448.    Mr. Distelhorst suffered injuries in the attack, including a TBI, tinnitus, hearing loss, back problems, shrapnel wounds to his right hand and right foot. Mr. Distelhorst has also experienced severe mental anguish, extreme emotional pain and suffering as a result of the attack.

449.    The attack in which Mr. Distelhorst was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

450.    As a result of the attack, and the injuries he suffered, Plaintiff Kenneth A. Distelhorst has experienced severe physical pain and mental anguish and extreme emotional pain and suffering.

**The Silcox Family**

451.    Plaintiff William A. Silcox, Jr. is a citizen of the United States and is domiciled in the State of Florida.

452.    On November 10, 2004, Mr. Silcox, then 27, was a Corporal serving in the U.S. Marine Corps conducting "house to house clearing" operations.

453.    While most of the Marines in his team were disassembling a large weapons cache Mr. Silcox heard a gunshot and he and two other Marines moved to the courtyard of the house next door, and entered the nearby house when terrorists began lobbing grenades at them from the roof. The blast force from one grenade propelled Mr. Silcox into a brick wall with an iron gate and he was subsequently struck by another grenade which caused him to lose consciousness.

454.    Mr. Silcox suffered injuries as a result of the attack, including shrapnel to his right thigh (exiting through his groin area), a gunshot wound to the back right leg, a TBI, permanent

trauma to the right lateral femoral cutaneous nerve, and additional orthopedic traumas. He also suffered from PTSD.

455.    The attack in which Mr. Silcox was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

456.    As a result of the attack, and the injuries he suffered, Plaintiff William A. Silcox has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

## 28.    THE NOVEMBER 11, 2004, ATTACK – HABBANIYAH, IRAQ

**The Huey Family**

457.    Sean Patrick Huey was a citizen of the United States and domiciled in the State of Pennsylvania, when he was killed in Iraq.

458.    On November 11, 2004, Sean Patrick Huey, then 28, was a Staff Sergeant serving in the United States Army in Habbaniyah, Iraq, when his unit came under enemy fire.

459.    Mr. Huey and his unit were stationed on the north side of Main Supply Route ("MSR") Michigan near Habbaniyah, Iraq. As platoon leader, Mr. Huey had instructed his unit to provide security in the immediate area of MSR Michigan. As Mr. Huey and his unit dismounted their vehicles and set up defenses in response to insurgent activity in the area, a suicide vehicle borne improvised explosive device ("SVBIED") traveling east on MSR Michigan crossed over the median and detonated in close proximity to Mr. Huey and other members of his unit. Mr. Huey and other members of his unit were killed in the SVBIED attack.

460.    The attack in which Mr. Huey was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

461. Plaintiff Robert M. Huey is a citizen of the United States and domiciled in the State of West Virginia. He is the brother of Sean P. Huey.

462. As a result of the attack, and the death of Sean Patrick Huey, Plaintiff Robert M. Huey has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Sean Patrick Huey's society, companionship, comfort, advice, and counsel.

## 29. THE NOVEMBER 14, 2004, ATTACK – FALLUJAH, IRAQ

**The Fisher Family**

463. Plaintiff Mason Fisher is a citizen of the United States and domiciled in the State of New York.

464. On November 14, 2004, Mason Fisher, then 22, was serving as a Sergeant in the United States Marine Corps conducting clearing operations in Fallujah, Iraq when a hand grenade deployed by a terror operative detonated in his immediate vicinity.

465. During the months of October 2004 and November 2004, Mr. Fisher was also within the zone of danger in numerous IED attacks while his unit was conducting clearing and security operations on MSR Mobile in the vicinity of Fallujah, Iraq.

466. Mr. Fisher suffered injuries, including PTSD, which have continued to impact his ability to focus and control his emotions leaving him depressed, anxious, and angry.

467. The attacks in which Mr. Fisher was injured were committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

468. As a result of these attacks, and the injuries he suffered, Plaintiff Mason Fisher has experienced severe mental anguish and extreme emotional pain and suffering.

### 30.   THE NOVEMBER 14, 2004, ATTACK – FALLUJAH, IRAQ

**The Ziolkowski Family**

469.   Nicholas Lee Ziolkowski was a citizen of the United States and domiciled in the State of Maryland when he was killed in Iraq.

470.   On November 14, 2004, Nicholas Lee Ziolkowski, then 22, was a Corporal in the United States Marine Corps in Fallujah, Iraq, when his unit came under enemy fire.

471.   While engaging with the enemy as a Marine Corps Scout Sniper during the Second Battle of Fallujah, Mr. Ziolkowski was killed in an enemy attack as the result of a single gunshot wound to the head from an enemy sniper.

472.   The attack in which Mr. Ziolkowski was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

473.   Plaintiff Tracy E. Miller is a citizen of the United States and domiciled in the State of Maryland. She is the mother of Nicholas Lee Ziolkowski and brings this action individually and on behalf of the Estate of Nicholas Lee Ziolkowski as its proposed legal representative.

474.   As a result of the attack, and the death of Nicholas Lee Ziolkowski, Plaintiff Tracy E. Miller has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Nicholas Lee Ziolkowski's society, companionship, comfort, advice, and counsel.

### 31.   THE NOVEMBER 15, 2004, ATTACK – FALLUJAH, IRAQ

**The Piano Family**

475.   Plaintiff Matthew Piano is a citizen of the United States and domiciled in the State of Connecticut.

476.    On November 15, 2004, Mr. Piano, then 23, was a Gunnery Sergeant serving in the United States Marine Corps clearing a sector in southern Fallujah, Iraq when he came under small arms fire and was shot in the head, fracturing his skull, and causing a TBI.

477.    The attack in which Mr. Piano was injured was committed by Iranian- and Syrian-funded and trained terror operatives in Iraq.

478.    As a result of the attack, and the injuries he suffered, Plaintiff Matthew Piano has experienced severe physical pain and injuries, severe mental anguish, and extreme emotional pain and suffering.

**The Shaw Family**

479.    Plaintiff Jason Paul Shaw is a citizen of the United States and domiciled in the State of Texas.

480.    On November 15, 2004, Mr. Shaw, then 28, was serving as a Sergeant in the United States Marine Corps with Matthew Piano. After Mr. Piano was shot, Mr. Shaw rushed inside to rescue and safely evacuate him, but was subsequently severely wounded during the firefight.

481.    Mr. Shaw suffered severe injuries in the attack, including TBI, shrapnel wounds from the grenade explosion to his right arm and legs, nerve damage to several limbs, musculoskeletal trauma, scarring, a concussion, bilateral tinnitus, and hearing loss in the left ear. He also suffered from PTSD.

482.    The attack in which Mr. Shaw was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

483.    As a result of the attack, and the injuries he suffered, Plaintiff Jason Paul Shaw has experienced severe physical pain and injuries, severe mental anguish, and extreme emotional pain and suffering.

**32.**   **THE NOVEMBER 16, 2004, ATTACK – FALLUJAH, IRAQ**

**The Heflin Family**

484.   Christopher T. Heflin was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

485.   On November 16, 2004, Mr. Heflin, then 26, was serving as a Sergeant in the United States Marine Corps in Fallujah, Iraq, when his unit was struck by an enemy mortar round, and he was killed.

486.   The attack in which Mr. Heflin was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

487.   Plaintiff Meleasa Kay Hampton is a citizen of the United States and domiciled in the State of Kentucky. She is the mother of Christopher Heflin.

488.   Plaintiff Kimberly D. Hester is a citizen of the United States and domiciled in the State of Kentucky. She is the sister of Christopher T. Heflin.

489.   Plaintiff Derek Ellis is a citizen of the United States and domiciled in the State of Kentucky. He is the brother of Christopher T. Heflin.

490.   Plaintiff Cory Heflin is a citizen of the United States and domiciled in the State of Kentucky. He is the brother of Christopher T. Heflin.

491.   Plaintiff Josh Hicks is a citizen of the United States and domiciled in the State of Florida. He is the brother of Christopher T. Heflin.

492.   Plaintiff Meleasa Kay Hampton brings this action individually and on behalf of the Estate of Christopher T. Heflin as its proposed legal representative.

493.   As a result of the attack, and the death of Christopher T. Heflin, Plaintiffs Meleasa Kay Hampton, Kimberly D. Hester, Derek Ellis, Cory Heflin, and Josh Hicks have experienced

severe mental anguish, extreme emotional pain and suffering, and loss of Christopher T. Heflin's society, companionship, comfort, advice, and counsel.

**The Volz Family**

494.    Plaintiff Jonathan T. Volz is a citizen of the United States and domiciled in the State of Texas.

495.    On November 16, 2004, Mr. Volz, then 19, was serving as a Lance Corporal in the U.S. Marine Corps on patrol in Fallujah, Iraq in the same unit as Mr. Heflin when they were struck by a mortar round. Mr. Volz was thrown forward as a result of the blast in the same attack that killed Christopher T. Heflin.

496.    Mr. Volz sustained injuries as a result of the attack, including a head injury, tinnitus, shrapnel injuries and PTSD.

497.    The attack in which Mr. Volz was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

498.    As a result of the attack, and the injuries he suffered, Plaintiff Jonathan T. Volz has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

### 33.    THE NOVEMBER 18, 2004, ATTACK – NORTH OF FALLUJAH, IRAQ

**The Nolan Family**

499.    Joseph Michael Nolan was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

500.    On November 18, 2004, Joseph Michael Nolan, then 27, was a Sergeant serving in the United States Army north of Fallujah, Iraq, when his vehicle was struck by an IED. Shrapnel entered the back of the vehicle, penetrating the neck and head of Mr. Nolan.

501.    Mr. Nolan was killed in the attack.

502.    The attack in which Mr. Nolan was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

503.    Plaintiff Joseph P. Nolan is a citizen of the United States and domiciled in the State of Connecticut. He is the father of Joseph Michael Nolan.

504.    Plaintiff Matthew J. Nolan is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Joseph Michael Nolan.

505.    Plaintiff Joseph P. Nolan brings this action individually and on behalf of the Estate of Joseph Michael Nolan as its proposed legal representative.

506.    As a result of the attack, and the death of Joseph Michael Nolan, Plaintiffs Joseph P. Nolan and Matthew J. Nolan have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Joseph M. Nolan's society, companionship, comfort, advice, and counsel.

## 34.    THE NOVEMBER 19, 2004, ATTACK – FALLUJAH, IRAQ

### The Sargent Family

507.    Plaintiff Alexander M. Sargent is a citizen of the United States and domiciled in the State of Maine.

508.    On November 19, 2004, Alexander M. Sargent, then 22, was a Corporal serving in the United States Marine Corps in Fallujah, Iraq, when his unit came under machine gun fire and were also assaulted with grenades. Mr. Sargent suffered serious gunshot and grenade shrapnel injuries during the attack, and three other members of his unit were killed during the battle. Despite his serious injuries, Mr. Sargent continued to coordinate the attack against the insurgents with his superiors until he and other Marines were evacuated from the area.

509.    Mr. Sargent suffered serious injuries during the above insurgent attack, including a TBI, gunshot wounds to his right arm (shattered radius bone) and right leg, neuropathy in his right shoulder, right arm, and right hand, shrapnel wounds from an exploded grenade, and residual permanent scarring to his arms, legs, and body. He also suffered from PTSD.

510.    The attack in which Mr. Sargent was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

511.    As a result of the attack and the injuries he suffered, Plaintiff Alexander M. Sargent has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

**35.    THE NOVEMBER 19, 2004, ATTACK – FALLUJAH, IRAQ**

**The Brown Family**

512.    Demarkus D. Brown was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

513.    On November 19, 2004, Demarkus D. Brown, then 22, was a Lance Corporal serving in the United States Marine Corps in Southern Fallujah, Iraq, when his unit came under enemy fire.

514.    Mr. Brown's unit was clearing the block 848 area in Southern Fallujah, Iraq, when they were ambushed with small arms fire, killing him and one other.

515.    The attack in which Mr. Brown was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

516.    Plaintiff Chynita A. Belcher is a citizen of the United States and domiciled in the State of Virginia. She is the mother of Demarkus Brown.

517.    Plaintiff Ta'Shawn Carter is a citizen of the United States and domiciled in the State of North Carolina. Ta'Shawn Carter is the sibling of Demarkus Brown.

518.    Plaintiff LaTasha Carter is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Demarkus Brown.

519.    Plaintiff Chynita A. Belcher brings this action individually and on behalf of the Estate of Demarkus Brown as its proposed legal representative.

520.    As a result of the attack, and the death of Demarkus Brown, Plaintiffs Chynita A. Belcher, Ta'Shawn Carter, and LaTasha Carter have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Demarkus Brown's society, companionship, comfort, advice, and counsel.

### 36.    THE NOVEMBER 27, 2004, ATTACK – DUILAYAH, IRAQ

**The Christensen Family**

521.    Jeremy Christensen was a citizen of the United States and domiciled in the State of New Mexico when he was killed in Iraq.

522.    On November 27, 2004, Jeremy Christensen, then 27, was a Specialist serving in the United States Army in Duilayah, Iraq on patrol when his vehicle struck an IED, killing him.

523.    The attack in which Mr. Christensen was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

524.    Plaintiff Linda S. Adamek is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Jeremy Christensen brings this action individually and on behalf of the Estate of Jeremy Christensen, as its proposed legal representative.

525.     As a result of the attack, and the death of Jeremy Christensen, Plaintiff Linda S. Adamek has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jeremy Christensen's society, companionship, comfort, advice, and counsel.

### 37.     THE NOVEMBER 28, 2004, ATTACK – RAMADI, IRAQ

**The Benish Family**

526.     Stephen C. Benish was a citizen of the United States and domiciled in the State of New Jersey when he was killed in Iraq.

527.     On November 28, 2004, Stephen C. Benish, then 20, was a Private First Class serving in the United States Army in Ramadi, Iraq, when his unit came under enemy fire and Mr. Benish was killed.

528.     The attack in which Mr. Benish was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

529.     Plaintiff Stephen J. Benish is a citizen of the United States and domiciled in the State of New Jersey. He is the father of Stephen C. Benish.

530.     Stephen J. Benish brings this action individually and on behalf of the Estate of Stephen C. Benish, as its proposed legal representative.

531.     As a result of the attack, and the death of Stephen C. Benish, Plaintiff Stephen J. Benish has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Stephen C. Benish's society, companionship, comfort, advice, and counsel.

### 38.     THE DECEMBER 4, 2004, ATTACK – MOSUL, IRAQ

**The Mitts Family**

532.     David Anthony Mitts was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

533.    On December 4, 2004, David Anthony Mitts, then 24, was a Sergeant serving in the United States Army in Mosul, Iraq, when his vehicle came under fire, and he was killed.

534.    The attack in which Mr. Mitts was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

535.    Plaintiff Tara Quashnick-Mitts is a citizen of the United States and domiciled in the State of Oregon. She is the widow of David Anthony Mitts and brings this action individually and on behalf of the Estate of David Mitts as its proposed legal representative.

536.    Plaintiff Mandy Mitts is a citizen of the United States and domiciled in the State of Oregon. She is the sister of David Mitts.

537.    As a result of the attack, and the death of David Anthony Mitts, Plaintiffs Tara Quashnick-Mitts and Mandy Mitts have experienced severe mental anguish, extreme emotional pain and suffering, and loss of David Mitts' society, companionship, comfort, advice, and counsel.

## 39.    THE DECEMBER 4, 2004, ATTACK – BAQUBAH, IRAQ

**The Gasiewicz Family**

538.    Cari Anne Gasiewicz was a citizen of the United States and domiciled in the State of New York when she was killed in Iraq.

539.    On December 4, 2004, Cari Anne Gasiewicz, then 28, was a Sergeant serving in the United States Army preparing to ship back to the United States when her convoy was struck by two IEDs, and she was killed.

540.    The attack in which Ms. Gasiewicz was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

541.    Plaintiff Paul F. Gasiewicz is a citizen of the United States and domiciled in the State of New York. He is the father of Cari Anne Gasiewicz.

542.     Plaintiff Kathleen M. Gasiewicz is a citizen of the United States and domiciled in the State of New York. She is the mother of Cari Anne Gasiewicz.

543.     Plaintiff Paul F. Gasiewicz II is a citizen of the United States and domiciled in the State of New York. He is the brother of Cari Anne Gasiewicz.

544.     Plaintiffs Paul F. Gasiewicz and Kathleen M. Gasiewicz bring this action individually and on behalf of the Estate of Cari Anne Gasiewicz, as the proposed legal co-representatives.

545.     As a result of the attack, and the death of Cari Anne Gasiewicz, Paul F. Gasiewicz, Kathleen M. Gasiewicz, and Paul F. Gasiewicz II have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Cari Anne Gasiewicz's society, companionship, comfort, advice, and counsel.

## 40.     THE DECEMBER 5, 2004, ATTACK – HABBANIYAH, IRAQ

**The Trost Family**

546.     Marvin Lee Trost III was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

547.     On December 5, 2004, Mr. Trost, then 28, was serving as a Staff Sergeant in the United States Army traveling as part of a convoy in Habbaniyah, Iraq, when this vehicle was struck by an IED, killing him.

548.     The attack in which Mr. Trost was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

549.     Plaintiff Sherry Trost is a citizen of the United States and domiciled in the State of Indiana. She is the widow of Marvin L. Trost, III.

550.    Plaintiff Aubrey Trost is a citizen of the United States and domiciled in the State of Indiana. She is the daughter of Marvin L. Trost, III.

551.    Plaintiff Levin Trost is a citizen of the United States and domiciled in the State of Indiana. He is the son of Marvin L. Trost, III.

552.    Plaintiff G.T. is a citizen of the United States and domiciled in the State of Indiana. He is the minor son of Marvin L. Trost, III.

553.    Plaintiff Sherry Trost brings this claim individually and on behalf of the Estate of Marvin L. Trost, III as its proposed legal representatives. She also brings this claim as the legal guardian of G.T.

554.    As a result of the attack, and the death of Marvin Lee Trost III, Plaintiffs Sherry Trost, Aubrey Trost, Levin Trost, and G.T. Trost have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Marvin Lee Trost III's society, companionship, comfort, advice, and counsel.

**41.    THE DECEMBER 12, 2004, ATTACK – WESTERN FALLUJAH, IRAQ**

**The Blanton Family**

555.    Jeffery S. Blanton was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

556.    On December 12, 2004, Jeffery S. Blanton, then 23, was a Lance Corporal serving in the U.S. Marine Corps in Western Fallujah, Iraq, when his unit came under enemy fire while conducting a house-to-house pursuit of terrorist operatives and he was killed.

557.    The attack in which Mr. Blanton was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

558.    Plaintiff Steven D. Blanton is a citizen of the United States and domiciled in the State of Georgia. He is the father of Jeffery S. Blanton.

559.    As a result of the attack, and the death of Jeffery S. Blanton, Plaintiff Steven D. Blanton has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jeffery S. Blanton's society, companionship, comfort, advice, and counsel.

## 42.    THE DECEMBER 12, 2004, ATTACK – FALLUJAH, IRAQ

**The Blazer Family**

560.    Melvin L. Blazer, Jr., was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

561.    On December 12, 2004, Mr. Blazer, then 38, was a Staff Sergeant serving in the United States Marine Corps conducting a security sweep of various buildings in the Askari District of Fallujah, Iraq, when he came under enemy small-arms fire and was killed along with the two fellow Marines.

562.    The attack in which Mr. Blazer was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

563.    Plaintiff Dana Blazer-Wortham is a citizen of the United States and domiciled in the State of Oklahoma. She is the widow of Melvin L. Blazer, Jr.

564.    Plaintiff Alyssa Highley is a citizen of the United State s and domiciled in the State of Oklahoma. She is the daughter of Melvin L. Blazer, Jr.

565.    Plaintiff Erik Blazer is a citizen of the United States and domiciled in the State of Oklahoma. He is the son of Melvin L. Blazer, Jr.

566.    Plaintiff Alyssa Highley brings this action individually and on behalf of the Estate of Melvin L. Blazer, Jr., as its proposed legal representative.

567.    As a result of the attack, and the death of Melvin L. Blazer, Jr., Plaintiffs Dana Blazer-Wortham, Alyssa Highley, and Erik Blazer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Melvin L. Blazer, Jr.'s society, companionship, comfort, advice, and counsel.

**The Clairday Family**

568.    Jason S. Clairday was a citizen of the United States and domiciled in the State of Arkansas when he was killed in Iraq.

569.    On December 12, 2004, Mr. Clairday, then 21, was a Corporal serving in the United States Marine Corps in the same unit as Mr. Blazer.

570.    During the attack that killed Mr. Blazer, Mr. Clairday led the attack inside of the house from which the small-arms fire was directed and was wounded by gunfire in both of his legs.

571.    Nevertheless, Mr. Clairday extracted himself from the doorway of the house, rejoined his squad and re-entered the house deploying fragmentation grenades and his rifle until he succumbed to his wounds.

572.    The attack in which Mr. Clairday was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

573.    Plaintiff Brian L. Clairday is a citizen of the United States and domiciled in the State of Arizona. He is the brother of Jason Clairday.

574.    As a result of the attack, and the death of Jason S. Clairday, Plaintiff Brian L. Clairday has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jason S. Clairday's society companionship, comfort, advice, and counsel.

**The Stewart Family**

575.    Ian Wesley Stewart was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

576.    On December 12, 2004, Mr. Stewart, then 21, was a Corporal serving in the United States Marine Corps.

577.    Mr. Stewart was in the same unit as Mr. Blazer and Mr. Clairday.

578.    Mr. Stewart was killed in the same attack as the result of multiple gunshots and blast injuries he sustained.

579.    The attack in which Mr. Stewart was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

580.    Plaintiff Dana Stewart, Jr., is a citizen of the United States and domiciled in the State of Texas. He is the father of Ian Wesley Stewart.

581.    Plaintiff Dawn Stewart is a citizen of the United States and domiciled in the State of Texas. She is the mother of Ian Wesley Stewart.

582.    As a result of the attack, and the death of Ian Wesley Stewart, Plaintiffs Dana Stewart, Jr., and Dawn Stewart have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Ian Wesley Stewart's society, companionship, comfort, advice, and counsel.

### 43.    THE DECEMBER 13, 2004, ATTACK – YUSUFIYAH, IRAQ

**The Vroman Family**

583.    Brent Vroman was a citizen of the United States and domiciled in the State of Wisconsin when he was killed in Iraq.

584.    On December 13, 2004, Brent Vroman, then 21, was a Private First Class in the U.S. Marine Corps on foot patrol in the village square in Yusufiyah, Iraq, when an explosives-packed vehicle was detonated.

585.    Mr. Vroman was killed as a result of the injuries he sustained in the attack.

586.    The attack in which Mr. Vroman was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

587.    Plaintiff Robert Vroman, Sr. is a citizen of the United States and domiciled in the State of Wisconsin. He is the father of Brent Vroman.

588.    Plaintiff Pamela L. DeGroot is a citizen of the United States and domiciled in the State of Wisconsin. She is the mother of Brent Vroman.

589.    Plaintiff Brian Vroman is a citizen of the United States and domiciled in the State of Wisconsin. He is the brother of Brent Vroman.

590.    Plaintiff Elizabeth DeGroot is a citizen of the United States and domiciled in the State of Wisconsin. She is the sister of Brent Vroman.

591.    Plaintiff William DeGroot Jr. is a citizen of the United States and domiciled in the State of Wisconsin. He is the brother of Brent Vroman.

592.    Plaintiffs Robert Vroman, Sr. and Pamela L. DeGroot bring this action individually and on behalf of the Estate of Brent Vroman, as its proposed legal co-representatives.

593.    As a result of the attack, and the death of Brent Vroman, Plaintiffs Robert Vroman Sr., Pamela L. DeGroot, Brian Vroman, Elizabeth DeGroot, and William DeGroot Jr. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Brent Vroman's society, companionship, comfort, advice, and counsel.

## 44.   THE DECEMBER 13, 2004, ATTACK – FALLUJAH, IRAQ

**The Randlett Family**

594.    Plaintiff Seth Randlett is a citizen of the United States and domiciled in the State of Colorado.

595.    On December 13, 2004, Mr. Randlett, then 25, was serving as a Lance Corporal in the United States Marine Corps in the vicinity of Fallujah in Anbar Province, Iraq when he sustained a shrapnel wound to the left side of his neck from an IED.

596.    The attack in which Mr. Randlett was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

597.    As a result of the attack, and the injuries he suffered, Plaintiff Seth Randlett has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

## 45.   THE DECEMBER 14, 2004, ATTACK – FALLUJAH, IRAQ

**The Anderson Family**

598.    Michael Dwayne Anderson, Jr., was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

599.    On December 14, 2004, Michael Dwayne Anderson, Jr., then 21, was a Corporal serving in the United States Marine Corps in Fallujah, Iraq, when his unit came under enemy fire.

600.    Mr. Anderson's unit was involved in the Battle for Fallujah, Iraq, traveling from house-to-house on the rooftops searching for enemy combatants. Upon entering a house with his unit, Mr. Anderson was immediately struck by small-arms fire.

601.    Mr. Anderson's best friend, another corporal, crawled into the house and moved Mr. Anderson to a shower stall, which they considered to be the cleanest, safest place, where he died one hour and forty-five minutes after being shot.

602.    The attack in which Mr. Anderson was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

603.    Plaintiff Michael Anderson is a citizen of the United States and domiciled in the State of California. He is the father of Michael Dwayne Anderson, Jr.

604.    Plaintiff Angela Anderson is a citizen of the United States and domiciled in the State of California. She is the mother of Michael Dwayne Anderson, Jr.

605.    Plaintiff Callissa Anderson is a citizen of the United States and domiciled in the State of California. She is the sister of Michael Dwayne Anderson, Jr.

606.    Plaintiff Alexandria Anderson is a citizen of the United States and domiciled in the State of California. She is the sister of Michael Dwayne Anderson, Jr.

607.    As a result of the attack, and the death of Michael Dwayne Anderson, Jr., Plaintiffs Michael Anderson, Angela Anderson, Callissa Anderson, and Alexandria Anderson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Michael Dwayne Anderson, Jr.'s society, companionship, comfort, advice, and counsel.

### 46.    THE DECEMBER 21, 2004, ATTACK – FOB MAREZ, MOSUL, IRAQ

**The Crippen Family**

608.    Plaintiff Sean Crippen is a citizen of the United States and domiciled in the State of Virginia.

609.    On December 21, 2004, Sean Crippen, then 21, was serving as a Specialist in the U.S. Army in Iraq at FOB Marez, located in Mosul, when he was seriously injured by a suicide bomber who detonated a bomb inside the FOB's dining facilities.

610.    The attack was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

611.    Mr. Crippen suffered injuries in the attack, including lower lumbar strain, PTSD, depression, anxiety, and anger.

612.    As a result of the attack, and the injuries he suffered, Plaintiff Sean Crippen has experienced severe physical pain and mental anguish and extreme emotional pain and suffering.

**The Hewitt Family**

613.    Cory Hewitt was a citizen of the United States and domiciled in the State of Tennessee when he was killed in Iraq.

614.    On December 21, 2004, Cory Hewitt, then 26, was a Specialist serving in the U.S. Army in Iraq when he was killed in the same attack that injured Mr. Crippen.

615.    The attack was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

616.    Plaintiff Raymond E. Hewitt is a citizen of the United States and domiciled in the State of Tennessee. He is Cory Hewitt's father and brings this action individually and on behalf of the estate of Cory Hewitt, as its proposed legal representative.

617.    As a result of the attack and death of Cory Hewitt, Plaintiff Raymond E. Hewitt has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Cory Hewitt's society, companionship, comfort, advice, and counsel.

**The Jacobsen Family**

618.    William Jacobsen, Jr. was a citizen of the United States and domiciled in the State of Utah when he was killed in Iraq.

619.    On December 21, 2004, Mr. Jacobsen, then 31, was a Captain serving in the U.S. Army in Iraq when he was killed in the same attack that injured Mr. Crippen and killed Mr. Hewitt.

620.    The attack was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

621.    Plaintiff Riikka P. Jacobsen is a citizen of the United States and domiciled in the State of Utah. She is the widow of William Jacobsen, Jr.

622.    Plaintiff Avalon Jacobsen is a citizen of the United States and domiciled in the State of Utah. She is the daughter of William Jacobsen, Jr.

623.    Plaintiff Leonidas Jacobsen is a citizen of the United States and domiciled in the State of Utah. He is the son of William Jacobsen, Jr.

624.    Plaintiff Sedric Jacobsen is a citizen of the United States and domiciled in the State of Utah. He is the son of William Jacobsen, Jr.

625.    Plaintiff William Jacobsen, III is a citizen of the United States and domiciled in the State of Utah. He is the son of William Jacobsen, Jr.

626.    Plaintiff Riikka P. Jacobsen brings this action individually and on behalf of the Estate of William Jacobsen, Jr., as its proposed legal representative.

627.    As a result of the attack and the death of William Jacobsen, Jr., Plaintiffs Riikka P. Jacobsen, Avalon Jacobsen, Leonidas Jacobsen, Sedric Jacobsen, and William Jacobsen, III have experienced severe mental anguish, extreme emotional pain and suffering, and loss of William Jacobsen Jr.'s society, companionship, comfort, advice, and counsel.

**The Robert S. Johnson Family**

628.    Robert S. Johnson was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

629.    On December 21, 2004, Mr. Johnson, then 23, was a Staff Sergeant serving in the U.S. Army in Iraq when he was killed in the same attack that injured Mr. Crippen and killed Mr. Hewitt and Mr. Jacobsen.

630.    The attack was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

631.    Plaintiff Mina C. Johnson is a citizen of the United States and domiciled in the State of California. She is the mother of Mr. Johnson.

632.    As a result of the attack and death of Robert S. Johnson, Plaintiff Mina C. Johnson has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Robert S. Johnson's society, companionship, comfort, advice, and counsel.

**The Mason Family**

633.    Nicholas C. Mason was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

634.    On December 21, 2004, Nicholas C. Mason, then 20, was a Sergeant serving in the U.S. Army National Guard in Iraq when he was killed in the same attack that injured Mr. Crippen and killed several other service members.

635.    The attack was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

636.    Plaintiff Charles V. Mason is a citizen of the United States and domiciled in the State of Virginia. He is the father of Nicholas Mason.

637.    Plaintiff Christine V. Mason is a citizen of the United States and domiciled in the State of Virginia. She is the mother of Nicholas Mason.

638.    Plaintiff Charles V. Mason brings this action individually and on behalf of the Estate of Nicholas C. Mason, as its legal representative.

639.    As a result of the attack and the death of Nicholas C. Mason, Plaintiffs Charles V. Mason and Christine V. Mason have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Nicholas C. Mason's society, companionship, comfort, advice, and counsel.

**The Melo Family**

640.    Julian Melo was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

641.    On December 21, 2004, Julian Melo, then 47, was a Staff Sergeant serving in the U.S. Army in Iraq when he was killed in the same attack that injured Mr. Crippen and killed several other service members.

642.    The attack was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

643.    Plaintiff Norma Martinez-Melo is a citizen of the United States and domiciled in the State of Washington. She is the widow of Julian Melo.

644.    Plaintiff Jorshua Martinez-Melo is a citizen of the United States and domiciled in the State of Washington. He is the son of Julian Melo.

645.    Plaintiff Norma Martinez-Melo brings this action individually and on behalf of the Estate of Julian Melo, as its proposed legal representative.

646.    As a result of the attack and the death of Julian Melo, Plaintiffs Norma Martinez-Melo and Jorshua Martinez-Melo have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Julian Melo's society, companionship, comfort, advice, and counsel.

**The Poulin Family**

647.    Lynn R. Poulin, Sr. was a citizen of the United States and domiciled in the State of Maine when he was killed in Iraq.

648.    On December 21, 2004, Lynn R. Poulin, Sr., then 47, was a Sergeant serving in the U.S. Army National Guard in Iraq when he was killed in the same attack that injured Mr. Crippen and killed several other service members.

649.    The attack was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

650.    Plaintiff Jeanne M. Poulin is a citizen of the United States and domiciled in the State of Maine. She is the widow of Mr. Lynn R. Poulin Sr. and brings this action individually and on behalf of the estate of Lynn R. Poulin, Sr., as its proposed legal representative.

651.    As a result of the attack and death of Lynn R. Poulin, Sr., Plaintiff Jeanne M. Poulin has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Lynn R. Poulin Sr.'s society, companionship, comfort, advice, and counsel.

**The VanKomen Family**

652.    Darren D. VanKomen was a citizen of the United States and domiciled in the State of West Virginia when he was killed in Iraq.

653.    On December 21, 2004, Mr. VanKomen, then 33, was a Staff Sergeant serving in the U.S. Army in Iraq when he was killed in the same attack that injured Mr. Crippen and killed several other service members.

654.    The attack was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

655.    Plaintiff Stephanie S. VanKomen is a citizen of the United States and domiciled in the State of Colorado. She is the widow of Darren D. VanKomen and brings this action individually and on behalf of the Estate of Darren D. VanKomen, as its proposed legal representative.

656.    As a result of the attack and death of Darren D. VanKomen, Plaintiff Stephanie S. VanKomen has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Darren D. VanKomen's society, companionship, comfort, advice, and counsel.

### 47.    THE DECEMBER 26, 2004, ATTACK – SAMARRA, IRAQ

**The Olson Family**

657.    Todd Donald Olson was a citizen of the United States and domiciled in the State of Wisconsin when he was killed in Iraq.

658.    On December 26, 2004, Todd Donald Olson, then 36, was a Staff Sergeant serving in the United States Army National Guard in Samarra, Iraq.

659.    Mr. Olson was on a nighttime foot patrol when an insurgent detonated an IED.

660.    Mr. Olson died on December 27, 2004, as a result of the injuries he suffered in the attack.

661.    The attack in which Mr. Olson was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

662.    Plaintiff Trevor Olson is a citizen of the United States and domiciled in the State of Wisconsin. He is the son of Todd Donald Olson.

663.    Plaintiff Cody Olson is a citizen of the United States and domiciled in the State of Wisconsin. He is the son of Todd Donald Olson.

664.    Plaintiff Jesse Olson is a citizen of the United States and domiciled in the State of Wisconsin. He is the son of Todd Donald Olson.

665.    As a result of the attack, and the death of Todd Donald Olson, Plaintiffs Trevor Olson, Cody Olson, and Jesse Olson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Todd Olson's society, companionship, comfort, advice, and counsel.

## 48.    THE JANUARY 1, 2005, ATTACK – AL QAIM, IRAQ

**The Ramirez Family**

666.    Plaintiff Raul P. Ramirez is a citizen of the United States and domiciled in the State of Texas.

667.    On January 1, 2005, Raul P. Ramirez, then 25, was a Corporal serving in the United States Marine Corps in Al Qaim, Iraq and was traveling in a re-supply convoy when it struck a landmine 7 kilometers southeast of Husaybah, Iraq.

668.    Mr. Ramirez was in the back of the 7-ton MTVR when the vehicle was struck and was knocked unconscious and had to be medevacked to Baghdad, Iraq.

669.    Mr. Ramirez suffered injuries in the attack, including a concussion, a TBI, tinnitus, back injury, injuries to vertebrates/discs, nerve damage to his lower back, knee injury, and painful contusions on a substantial portion of his right leg. He also suffered from PTSD.

670.    The attack in which Mr. Ramirez was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

671.    As a result of the attack, and the injuries he suffered, Plaintiff Raul Ramirez has experienced severe physical pain and severe mental anguish and extreme emotional pain and suffering.

**The Travis Wilson Family**

672.     Plaintiff Travis Wilson is a citizen of the United States and domiciled in the State of Texas.

673.     On January 1, 2005, Mr. Wilson, then 32, was serving as a Corporal in the U.S. Marine Corps traveling in a re-supply convoy when his vehicle struck a landmine on a secondary road connecting ASR Jade and ASR Silver, seven kilometers southeast of Husaybah.

674.     Mr. Wilson was injured in the same attack as Raul Ramirez.

675.     Mr. Wilson suffered injuries in the attack, including a TBI, loss of consciousness, contusions on his head from hitting his head on his rifle, a broken nose, teeth through his bottom lip, hearing loss and tinnitus. He also suffered from PTSD.

676.     The attack in which Mr. Wilson was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

677.     As a result of the attack, and the injuries he suffered, Plaintiff Travis Wilson has experienced severe physical pain and severe mental anguish and extreme emotional pain and suffering.

**49.     THE JANUARY 13, 2005, ATTACK – MOSUL, IRAQ**

**The Mack Family**

678.     Brian Anthony Mack was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

679.     On January 13, 2005, Brian Anthony Mack, then 36, was a Sergeant First Class serving in the United States Army in Mosul, Iraq when his vehicle was struck by an IED, killing him.

680.    The attack in which Mr. Mack was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

681.    Plaintiff Lisa A. Mack is a citizen of the United States and domiciled in the State of Colorado. She is the widow of Brian Anthony Mack.

682.    Plaintiff Ashley N. Mack is a citizen of the United States and domiciled in the State of Washington. She is the daughter of Brian A. Mack.

683.    Plaintiff Lisa A. Mack brings this action individually and on behalf of the Estate of Brian Anthony Mack as its proposed personal representative.

684.    As a result of the attack, and the death of Brian Anthony Mack, Plaintiffs Lisa A. Mack and Ashley N. Mack have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Brian Anthony Mack's society, companionship, comfort, advice, and counsel.

## 50.    THE JANUARY 17, 2005, ATTACK – RAMADI, IRAQ

**The Geer Family**

685.    George R. Geer was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

686.    On January 17, 2005, George R. Geer, then 27, was a Private First Class serving in the United States Army in Ramadi, Iraq.

687.    While on foot patrol, Mr. Geer, stopped a suspicious vehicle headed for an American compound in Iraq, when a massive IED detonated near his position in Ramadi, Iraq.

688.     Mr. Geer was killed in the attack.

689.    The attack in which Mr. Geer was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

690.    Plaintiff Harold R. Geer is a citizen of the United States and domiciled in the State of Colorado. He is the father of George R. Geer.

691.    Plaintiff Hope Stroud is a citizen of the United States and domiciled in the State of Colorado. She is the sister of George R. Geer.

692.    Plaintiff Harold R. Geer brings this action individually and on behalf of the Estate of George R. Geer as its proposed legal representative.

693.    As a result of the attack, and the death of George R. Geer, Plaintiffs Harold R. Geer and Hope Stroud have experienced severe mental anguish, extreme emotional pain and suffering, and loss of George R. Geer's society, companionship, comfort, advice, and counsel.

## 51.    THE FEBRUARY 16, 2005, ATTACK – MOSUL, IRAQ

**The Plumondore Family**

694.    Adam Jay Plumondore was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

695.    On February 16, 2005, Adam Jay Plumondore, then 22, was serving as a Sergeant serving in the United States Army in Mosul, Iraq when a VBIED detonated near his vehicle, killing him.

696.    The attack in which Mr. Plumondore was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

697.    Plaintiff Daniel J. Plumondore is a citizen of the United States and domiciled in the State of Oregon. He is the father of Adam Jay Plumondore.

698.    Plaintiff Elfriede H. Plumondore is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Adam Jay Plumondore.

699.    Plaintiffs Daniel J. Plumondore and Elfriede H. Plumondore bring this action individually and on behalf of the Estate of Adam Jay Plumondore as its proposed legal co-representatives.

700.    As a result of the attack, and the death of Adam Jay Plumondore, Plaintiffs Daniel J. Plumondore and Elfriede H. Plumondore have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Adam Jay Plumondore's society, companionship, comfort, advice, and counsel.

## 52.    THE FEBRUARY 17, 2005, ATTACK – TAL AFAR, IRAQ

**The Hernandez Family**

701.    Frank B. Hernandez was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

702.    On February 17, 2005, Mr. Hernandez, then 21, was serving as a Sergeant in the United Army in Tal Afar, Iraq and was heading back to FOB Falcon after dropping off school supplies when his vehicle struck an IED, killing him.

703.    The attack in which Mr. Hernandez was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

704.    Plaintiff Frank M. Hernandez is a citizen of the United States and domiciled in Phoenix, Arizona. He is the father of Frank B. Hernandez.

705.    As a result of the attack, and the death of Frank B. Hernandez, Plaintiff Frank M. Hernandez has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Frank B. Hernandez's society, companionship, comfort, advice, and counsel.

53.     **THE MARCH 7, 2005, ATTACK – RAMADI, IRAQ**

**The Bossert Family**

706.     Andrew L. Bossert was a citizen of the United States and domiciled in the State of Wisconsin when he was killed in Iraq.

707.     On March 7, 2005, Mr. Bossert, then 24, was a Staff Sergeant serving in the United States Army.

708.     Mr. Bossert and his unit were at a checkpoint at Ramadi, Iraq, when a vehicle borne IED detonated near their screening area, killing him and another soldier.

709.     The IED used in the attack consisted of 400-500 pounds of explosives hidden in the back seat of a car and was detonated from a distance via cell phone signal.

710.     The attack in which Mr. Bossert was killed was committed by Iranian-funded and -trained terror operatives in Iraq.

711.     Plaintiff Steven K. Bossert is a citizen of the United States and domiciled in the State of Wisconsin. He is the father of Andrew L. Bossert.

712.     Plaintiff Diane V. Bossert is a citizen of the United States and domiciled in the State of Wisconsin. She is the mother of Andrew L. Bossert.

713.     Plaintiff Timothy K. Bossert is a citizen of the United States and domiciled in the State of Wisconsin. He is the brother of Andrew L. Bossert.

714.     Plaintiff Amy Lynn Lopez is a citizen of the United States and domiciled in the State of Wisconsin. She is the sister of Andrew L. Bossert.

715.     As a result of the attack, and the death of Andrew L. Bossert, Plaintiffs Steven K. Bossert, Diane V. Bossert, Timothy K. Bossert, and Amy Lynn Lopez have experienced severe

mental anguish, extreme emotional pain and suffering, and loss of Andrew L. Bossert's society, companionship, comfort, advice, and counsel.

**The Franklin Family**

716.    Michael William Franklin was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

717.    On March 7, 2005, Mr. Franklin, then 22, was a Private First Class serving in the United States Army.

718.    Mr. Franklin was in the same unit as Mr. Bossert and was also killed in the attack.

719.    The attack in which Mr. Franklin was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

720.    Plaintiff William Philip Franklin is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Michael William Franklin.

721.    Plaintiff Tina Marie Franklin is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Michael William Franklin.

722.    Plaintiff Janelle Kelley is a citizen of the United States and domiciled in the State of Florida. She is the sister of Michael William Franklin.

723.    Plaintiffs William Philip Franklin and Tina Marie Franklin bring this action individually and on behalf of the Estate of Michael William Franklin as its proposed legal co-representatives.

724.    As a result of the attack, and the death of Michael William Franklin, Plaintiffs William Philip Franklin, Tina Marie Franklin, and Janelle Kelley have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Michael William Franklin's society, companionship, comfort, advice, and counsel.

54.     **THE MARCH 9, 2005, ATTACK – BAGHDAD**

**The Oldham Family**

725.     Plaintiff Jerry Oldham is a citizen of the United States domiciled in in South Carolina.

726.     On March 9, 2005, Mr. Oldham, then 29, was working as a contractor for DynCorp when a suicide bomber using a garbage truck as an explosive device, detonated a bomb at a security checkpoint near the Al-Sadeer Hotel in central Baghdad.

727.     The explosive blew out all of the hotel's windows and destroyed dozens of cars in the hotel's parking lot, leaving a huge crater in the concrete.

728.     The attack reportedly killed one person and injured at least 22 others, including Jerry Oldham.

729.     Mr. Oldham was thrown from the treadmill he had been using and sustained various cuts from the shards of glass that were strewn everywhere. He also suffered severe tinnitus in his right ear and significant hearing loss.

730.     The attack in which Mr. Oldham was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

731.     As a result of the attack and injuries he suffered, Plaintiff Jerry Oldham has experienced severe physical pain and injuries, severe mental anguish, and extreme emotional pain and suffering.

55.     **THE MARCH 12, 2005, ATTACK – TAL AFAR, IRAQ**

**The Gordon Family**

732.     Plaintiff Christopher Gordon is a citizen of the United States and is domiciled in the State of Florida.

733.    On March 12, 2005, Mr. Gordon, then 29, was a Staff Sergeant serving in the United States Army in Tal Afar, Iraq, when his unit came under enemy fire after one of its vehicles was struck by an IED.

734.    The IED struck Mr. Gordon's vehicle, causing significant damage to the vehicle and serious shrapnel injuries to Mr. Gordon.

735.    Mr. Gordon sustained injuries as a result of the blast including, serious shrapnel injuries to his right leg that required an above-the-knee leg amputation, shrapnel injuries and loss of muscle tissue in his left arm, left leg, buttocks, and right shoulder. Mr. Gordon received a permanent titanium rod in his left leg, and he has experienced chronic infections in his residual right leg. He also further suffered internal shrapnel wounds that required the resection of his large intestine and the need for a temporary colostomy bag, as well as sustaining a re-occurring infection in his lower limbs and chronic back pain. He also suffers from PTSD.

736.    The attack in which Mr. Gordon was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

737.    As a result of the attack and the injuries he suffered, Plaintiff Christopher Gordon has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

738.    Plaintiff Justin A. Gordon is a citizen of the United States and domiciled in Florida. He is the son of Christopher Gordon.

739.    Plaintiff Alisha S. Miller is a citizen of the United States and domiciled in Florida. She is the sister of Christopher Gordon.

740.    As a result of these attacks and the injuries Plaintiff Christopher Gordon suffered, Plaintiffs Justin A. Gordon and Alisha S. Miller have experienced severe mental anguish and extreme emotional pain and suffering.

## 56.    THE MARCH 26, 2005, ATTACK – BAGHDAD, IRAQ

**The Godbolt Family**

741.    Lee M. Godbolt was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

742.    On March 26, 2005, Lee M. Godbolt, then 23, was a Sergeant serving in the United States Army National Guard in Baghdad, Iraq when a SVBIED detonated near his vehicle, killing him.

743.    The attack in which Mr. Godbolt was killed was committed Iranian- and Syrian-funded and –trained terror operatives in Iraq.

744.    Plaintiff Denise E. Godbolt is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of Lee M. Godbolt and brings this action individually and on behalf of the Estate of Lee M. Godbolt, as its proposed legal representative.

745.    Plaintiff Charley Godbolt, Jr. is a citizen of the United States and domiciled in the State of Louisiana. He is the brother of Lee M. Goldbolt.

746.    As a result of the attack, and the death of Lee M. Godbolt, Denise E. Godbolt and Charley Godbolt Jr. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Lee M. Godbolt's society, companionship, comfort, advice, and counsel.

57.    **THE MARCH 30, 2005, ATTACK – BAGHDAD, IRAQ**

**The Toth Family**

747.    Eric Lee Toth was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

748.    On March 30, 2005, Mr. Toth, then 21, was a Specialist serving in the Kentucky Army National Guard in Baghdad, Iraq, returning from an escort patrol for a convoy traveling along the main supply route when his vehicle was struck by an SVBIED, killing him.

749.    The attack in which Mr. Toth was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

750.    Plaintiff Brenda Kay Paronto is a citizen of the United States and domiciled in the State of Kentucky. She is the mother of Eric Lee. Toth.

751.    As a result of the attack, and the death of Eric Lee Toth, Plaintiff Brenda Kay Paronto has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Eric Lee Toth's society, companionship, comfort, advice, and counsel.

58.    **THE MARCH 30, 2005, ATTACK – AL QAIM, IRAQ**

**The Wells Family**

752.    Charles Gary Wells, Jr., was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

753.    On March 30, 2005, Mr. Wells, then 32, was serving as a Warrant Officer in the United States Marine Corps in Al Qaim in Anbar Province, Iraq, when an IED struck his vehicle, killing him.

754.    The attack in which Mr. Wells was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

755.     Plaintiff Charles G. Wells, Sr., is a citizen of the United States and domiciled in the State of Alabama. He is the father of Charles Gary Wells, Jr.

756.     Plaintiff Orlean J. Wells is a citizen of the United States and domiciled in the State of Alabama. She is the mother of Charles Gary Wells, Jr.

757.     Plaintiff Terry Lawnell Wells is a citizen of the United States and domiciled in the State of Alabama. He is the brother of Charles Gary Wells, Jr.

758.     As a result of the attack, and the death of Charles Gary Wells, Jr., Plaintiffs Charles G. Wells, Sr., Orlean J. Wells, and Terry Lawnell Wells have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Charles Gary Wells, Jr.'s society, companionship, comfort, advice, and counsel.

## 59.     THE APRIL 3, 2005, ATTACK – BAYJI, IRAQ

**The Sherrill Family**

759.     James Alexander Sherrill was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

760.     On April 3, 2005, Mr. Sherrill, then 27, was a Sergeant serving in the United States Army National Guard in Bayji, Iraq.

761.     Mr. Sherrill was traveling in an armored medium truck when it was struck by an IED.

762.     Mr. Sherrill was killed in the attack.

763.     The attack in which Mr. Sherrill was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

764.     Plaintiff Beatrice Sherrill is a citizen of the United States and domiciled in the State of Kentucky. She is the mother of James Alexander Sherrill and brings this action individually and on behalf of the Estate of James Alexander Sherrill as its proposed legal representative.

765.     As a result of the attack, and the death of James Alexander Sherrill, Plaintiff Beatrice Sherrill has experienced severe mental anguish, extreme emotional pain and suffering, and loss of James Alexander Sherrill's society, companionship, comfort, advice, and counsel.

## 60.     THE APRIL 17, 2005, ATTACK – BAGHDAD

**The Huff Family**

766.     Sam Huff was a citizen of United States domiciled in Arizona when she was killed in Iraq.

767.     On April 17, 2005, Ms. Huff, then 18, was a Private First Class in the United States Army returning to her base in Baghdad, Iraq when her convoy struck an IED.

768.     Ms. Huff was the driver of the vehicle and suffered severe penetrating shrapnel injuries to her legs and loss consciousness. She subsequently died of her wounds.

769.     The attack in which Ms. Huff was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

770.     Plaintiff Robert B. Huff is a citizen of the United States and domiciled in Arizona. He is the father of Sam Huff.

771.     As a result of the attack, and the death of Sam Huff, Plaintiff Robert B. Huff has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Sam Huff's society, companionship, comfort, advice, and counsel.

61.   **THE APRIL 23, 2005, ATTACK – MOSUL, IRAQ**

**The Davis Family**

772.    Anthony J. Davis, Jr., was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

773.    On April 23, 2005, Anthony J. Davis, Jr., then 22, was a Sergeant serving in the United States Army in Mosul, Iraq. when an SVBIED struck his vehicle, killing him.

774.    The attack in which Mr. Davis was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

775.    Plaintiff Michell D. Alikar is a citizen of the United States and domiciled in the State of Nevada. She is the widow of Anthony J. Davis, Jr.

776.    Plaintiff A. D. is a citizen of the United States and domiciled in the State of Nevada. She is the minor daughter of Anthony J. Davis, Jr.

777.    Plaintiff Michell D. Alikar also brings this action as the legal guardian of Plaintiff A. D.

778.    As a result of the attack, and the death of Anthony J. Davis, Jr., Plaintiffs Michell D. Alikar, and A.D. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Anthony J. Davis, Jr.'s society, companionship, comfort, advice, and counsel.

62.   **THE MAY 4, 2005, ATTACK – MOSUL, IRAQ**

**The Collins Family**

779.    Randy Collins was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

780.    On May 4, 2005, Randy Collins, then 36, was a Staff Sergeant serving in the United States Army in Mosul, Iraq when his Army base was attacked by mortar fire.

781.    Mr. Collins suffered a shrapnel injury to his head, which went through his eyes and up into his brain. He sustained several other bodily injuries, including a collapsed lung.

782.    Mr. Collins died from his injuries on May 24, 2005.

783.    The attack in which Mr. Collins was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

784.    Plaintiff Roxanne Collins is a citizen of the United States and domiciled in the State of Texas. She is the widow of Randy Collins.

785.    Plaintiff Kevin Frazier, Jr., is a citizen of the United States and domiciled in the State of Texas. He is the stepson of Randy Collins.

786.    Plaintiff Louis Rainey, Jr., is a citizen of the United States and domiciled in the State of Texas. He is the stepbrother of Randy Collins.

787.    Plaintiff Moses L. Collins, Jr. is a citizen of the United States and domiciled in the State of California. He is the brother of Randy Collins.

788.    Plaintiff Margarette Miller is a citizen of the United States and domiciled in the State of California. She is the mother of Randy Collins.

789.    Plaintiff Teresia Collins is a citizen of the United States and domiciled in the State of California. She is the sister of Randy Collins.

790.    Plaintiff Gretta Collins-Williams is a citizen of the United States and domiciled in the State of California. She is the sister of Randy Collins.

791.    As a result of the attack, and the death of Randy Collins, Plaintiffs Roxanne Collins, Kevin Frazier, Jr., Louis Rainey, Jr., Moses L. Collins, Jr., Margarette Miller, Teresia Collins, and Gretta Collins-Williams have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Randy Collins' society, companionship, comfort, advice, and counsel.

### 63.   THE MAY 7, 2005, ATTACK – AL KARMAH, IRAQ

**The Hendrickson Family**

792.   Plaintiff Justin Edward Hendrickson is a citizen of the United States and domiciled in the State of Pennsylvania.

793.   On May 7, 2005, Mr. Hendrickson, then 22, was serving as a Corporal in the United States Marine Corps in Al Karmah, Iraq on a routine re-supply and reconnaissance patrol on a roadway beside a canal (in an area known as the "S" curve) when his vehicle was struck by an IED and Mr. Hendrickson and his fellow soldiers were severely injured.

794.   Mr. Hendrickson suffered devastating injuries in the attack, including shrapnel wounds to his right leg requiring a below-the-knee amputation, multiple shrapnel wounds to his extremities, face, and cervical spine, and a TBI. He also suffered from PTSD, cognitive changes, and short-term memory loss.

795.   The attack in which Mr. Hendrickson was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

796.   As a result of the attack and the injuries he suffered, Plaintiff Justin Edward Hendrickson has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

797.   Plaintiff Bruce Hendrickson is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Justin Hendrickson.

798.   Plaintiff Diane Hendrickson is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Justin Hendrickson.

799.   Plaintiff Andrew Hendrickson is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Justin Hendrickson.

800.     Plaintiff Alisha Miller is a citizen of the United States and domiciled in the State of Florida. She is the sister of Justin Hendrickson.

801.     As a result of the attack and the injuries Plaintiff Justin Hendrickson suffered, Plaintiffs Bruce Hendrickson, Diane Hendrickson, Andrew Hendrickson, and Alisha Miller have experienced severe mental anguish and extreme emotional pain and suffering.

### 64.     THE MAY 7, 2005, ATTACK – HADITHA, IRAQ

**The Cepeda Family**

802.     Aaron Cepeda, Sr., was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

803.     On May 7, 2005, Aaron Cepeda, Sr., then 22, was a Sergeant serving in the United States Marine Corps in Haditha, Iraq.

804.     Mr. Cepeda and his unit were in the village of Haditha, Iraq, seeking out insurgents, when Mr. Cepeda spotted a van traveling slowly towards the intersection where he was located. He and two other Marines ran in front of the van to tell the occupants to turn around when the van exploded, killing Mr. Cepeda.

805.     The attack in which Mr. Cepeda was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

806.     Plaintiff Ella R. Cepeda is a citizen of the United States and domiciled in the State of Texas. She is the widow of Aaron Cepeda, Sr.

807.     Plaintiff A.C. is a citizen of the United States and domiciled in the State of Texas. He is the minor son of Aaron Cepeda, Sr.

808.     Plaintiff Michael Cepeda is a citizen of the United States and domiciled in the State of Texas. He is the father of Aaron Cepeda, Sr.

809.     Plaintiff Diana Cepeda is a citizen of the United States and domiciled in the State of Texas. She is the mother of Aaron Cepeda, Sr.

810.     Plaintiff Journee Bre Kayleen Cepeda is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Aaron Cepeda, Sr.

811.     Plaintiff Ella R. Cepeda also brings this action as the legal guardian of Plaintiff A.C.

812.     As a result of the attack, and the death of Aaron Cepeda, Sr., Plaintiffs Ella R. Cepeda, A.C., Michael Cepeda, Diana Cepeda, and Journee Bre Kayleen Cepeda have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Aaron Cepeda Sr.'s society, companionship, comfort, advice, and counsel.

## 65.     THE MAY 11, 2005, ATTACK – KARABILAH, IRAQ

### The Grant Family

813.     Jonathan Grant was a citizen of the United States and domiciled in the State of New Mexico when he was killed in Iraq.

814.     On May 11, 2005, Jonathan Grant, then 23, was a Lance Corporal serving in the United States Marine Corps in Karabilah, Iraq when his vehicle struck an IED, killing him.

815.     The attack in which Mr. Grant was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

816.     Plaintiff Eva Grant-Trujillo is a citizen of the United States and domiciled in the State of New Mexico. She is the fiancé, and was the functional equivalent of a spouse, of Jonathan Grant.

817.     Plaintiff Cynthia Grant is a citizen of the United States and domiciled in the State of New Mexico. She is the daughter of Jonathan Grant.

818.    Plaintiff Evan Grant is a citizen of the United States and domiciled in the State of New Mexico. He is the son of Jonathan Grant.

819.    Plaintiff Alma M. Roybal is a citizen of the United States and domiciled in the State of New Mexico. She is the mother of Jonathan Grant.

820.    Plaintiff Alana Roybal is a citizen of the United States and domiciled in the State of New Mexico. She is the sister of Jonathan Grant.

821.    Plaintiff Travis Roybal is a citizen of the United States and domiciled in the State of New Mexico. He is the brother of Jonathan Grant.

822.    Plaintiff Isaiah Roybal is a citizen of the United States and domiciled in the State of New Mexico. He is the brother of Jonathan Grant.

823.    Plaintiff Lorin Roybal is a citizen of the United States and domiciled in the State of Arizona. She is the sister of Jonathan Grant.

824.    Plaintiff Eva Grant-Trujillo brings this action individually and on behalf of the Estate of Jonathan Grant as its proposed legal representative.

825.    As a result of the attack, and the death of Jonathan Grant, Plaintiffs Eva Grant-Trujillo, Cynthia Grant, Evan Grant, Alma M. Roybal, Alana Roybal, Travis Roybal, Isaiah Roybal, and Lorin Roybal have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jonathan Grant's society, companionship, comfort, advice, and counsel.

**The Grez Family**

826.    Jourdan L. Grez was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

827.    On May 11, 2005, Jourdan L. Grez, then 24, was a Lance Corporal serving in the United States Marine Corps in Karabilah, Iraq when his vehicle struck an IED.

828.    Mr. Grez was killed in the same attack as Jonathan Grant.

829.    The attack in which Mr. Grez was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

830.    Plaintiff Andrea Grez is a citizen of the United States and domiciled in the State of New Jersey. She is the mother of Jourdan L. Grez.

831.    Plaintiff Aric Grez is a citizen of the United States and domiciled in the State of New Jersey. He is the brother of Jourdan L. Grez.

832.    Plaintiff C.L. is a citizen of the United States and domiciled in the State of New Texas. He is the minor son of Jourdan L. Grez. Blythe L. Lovell brings this action on his behalf as his legal guardian.

833.    Plaintiff Andrea Grez brings this action individually and on behalf of the Estate of Jourdan L. Grez as its proposed legal representative.

834.    As a result of the attack, and the death of Jourdan L. Grez, Plaintiffs Andrea Grez, C.L., and Aric Grez have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jourdan L. Grez's society, companionship, comfort, advice, and counsel.

### 66.    THE MAY 19, 2005, ATTACK – MAHMUDIYAH, IRAQ

**The Eisenhauer Family**

835.    Wyatt Dale Eisenhauer was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

836.    On May 19, 2005, Wyatt Dale Eisenhauer, then 26, was a Private First Class serving in the United States Army in Mahmudiyah, Iraq when he was killed by an IED.

837.    The attack which caused the death of Mr. Eisenhauer was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

838.    Plaintiff Pamela Gay Eisenhauer is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Wyatt Dale Eisenhauer.

839.    Plaintiff Rebecca Anderson is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Wyatt Dale Eisenhauer.

840.    Plaintiff Leah Eisenhauer is a citizen of the United States and domiciled in the State of California. She is the sister of Wyatt Dale Eisenhauer.

841.    Plaintiff Hannah Jo Eisenhauer is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Wyatt Dale Eisenhauer.

842.    As a result of the attack, and the death of Wyatt Dale Eisenhauer, Plaintiffs Pamela Gay Eisenhauer, Rebecca Anderson, Hannah Jo Eisenhauer and Leah Eisenhauer have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Wyatt Dale Eisenhauer's society, companionship, comfort, advice, and counsel.

### 67.    THE MAY 22, 2005, ATTACK – MOSUL, IRAQ

**The Seesan Family**

843.    Aaron Seesan was a citizen of the United States and domiciled in the State of Ohio when he died as a result of injuries he sustained in Iraq.

844.    On May 22, 2005, Aaron Seesan, then 24, was a 1st Lieutenant serving in the United States Army in Mosul, Iraq.

845.    Mr. Seesan's unit was on a mission near Mosul, Iraq, to recover equipment and evacuate injured soldiers to the Combat Support Hospital when his vehicle was struck by an IED.

846.    Mr. Seesan died at Landstuhl Regional Medical Center, located in Kaiserslautern, Germany, of third-degree burn injuries and inhalation of combustion products from the attack.

111

847.    The attack in which Mr. Seesan was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

848.    Plaintiff Thomas M. Seesan is a citizen of the United States and domiciled in the State of Ohio. He is the father of Aaron Seesan.

849.    Plaintiff Chiquita M. Seesan is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Aaron Seesan.

850.    Plaintiff Rachel Schulze is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Aaron Seesan.

851.    Plaintiff Rebekah Stolar is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Aaron Seesan.

852.    Plaintiffs Thomas M. Seesan and Chiquita M. Seesan bring this action individually and on behalf of the Estate of Aaron Seesan as its proposed legal co-representatives.

853.    As a result of the attack, and the death of Aaron Seesan, Plaintiffs Thomas M. Seesan, Chiquita M. Seesan, Rachel Schulze and Rebekah Stolar have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Aaron Seesan's society, companionship, comfort, advice, and counsel.

## 68.    THE JUNE 3, 2005, ATTACK – RASHAD, IRAQ

### The Bagge Family

854.    Plaintiff Johan Christian Bagge is a citizen of the United States and domiciled in the State of Texas.

855.    On June 3, 2005, Johan Christian Bagge, then 23, was serving as a Sergeant in the Oregon Army National Guard in Rashad, Iraq as part of a convoy on Main Supply Route Clemson

112

south of Kirkuk near the village of Rashad, Iraq, when he was severely injured by a secondary IED blast.

856.    Mr. Bagge suffered massive shrapnel wounds to his legs that required bi-lateral leg amputations, shrapnel wounds to his left arm with nerve injuries, shrapnel wounds to his face, bi-lateral corneal abrasions, and a TBI. Mr. Bagge also suffers from high blood pressure, which is a common condition in amputees.

857.    The attack in which Mr. Bagge was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

858.    As a result of the attack, and the injuries he suffered, Plaintiff Johan Christian Bagge has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

859.    Plaintiff Noah Ross Bagge is a citizen of the United States and domiciled in the State of Texas. He is the son of Johan Christian Bagge.

860.    Plaintiff Brynne Johanna Bagge is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Johan Christian Bagge.

861.    As a result of the attack, and the injuries Plaintiff Johan Christian Bagge suffered, Plaintiffs Noah Ross Bagge and Brynne Johanna Bagge have experienced severe mental anguish and extreme emotional pain and suffering.

### 69.    THE JUNE 6, 2005, ATTACK – NORTH OF FALLUJAH, IRAQ

**The Smith Family**

862.    Jonathan Lee Smith was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

863.    On June 6, 2005, Jonathan Lee Smith, then 22, was a Lance Corporal serving in the United States Marine Corps in near Fallujah in Anbar Province, Iraq when his vehicle was struck by an IED, killing him.

864.    The attack in which Mr. Smith was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

865.    Plaintiff Donna F. Smith is a citizen of the United States and domiciled in the State of Alabama. She is the mother of Jonathan Lee Smith and brings this action individually and on behalf of the Estate of Jonathan Lee Smith as its proposed legal representative.

866.    As a result of the attack, and the death of Jonathan Lee Smith, Plaintiff Donna F. Smith has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jonathan L. Smith's society, companionship, comfort, advice, and counsel.

### 70.    THE JUNE 11, 2005, ATTACK – TAQADDUM, IRAQ

**The Byers Family**

867.    Casey Byers was a citizen of the United States and domiciled in the State of Iowa when he was killed in Iraq.

868.    On June 11, 2005, Casey Byers, then 22, was a Specialist serving in the United States Army National Guard in Taqaddum, Iraq when his vehicle was struck by an IED, killing him and one other solider.

869.    The attack in which Mr. Byers was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

870.    Plaintiff William D. Byers is a citizen of the United States and domiciled in the State of Iowa. He is the father of Casey Byers.

871.     Plaintiff Ann M. Byers is a citizen of the United States and domiciled in the State of Iowa. She is the mother of Casey Byers.

872.     Plaintiff H.B. is a citizen of the United States and domiciled in the State of Iowa. She is the minor daughter of Casey Byers.

873.     Plaintiff Jennifer Scheitler is a citizen of the United States and domiciled in the State of Iowa. She is the sister of Casey Byers.

874.     Plaintiffs William D. Byers and Ann M. Byers bring this action individually and on behalf of the Estate of Casey Byers, as its proposed legal co-representatives. Plaintiff Ann M. Byers also brings this action on behalf of minor child H.B as her legal guardian.

875.     As a result of the attack, and the death of Casey Byers, Plaintiffs William D. Byers, Ann M. Byers, Jennifer Scheitler, and H.B. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Casey Byers' society, companionship, comfort, advice, and counsel.

**The Prince Family**

876.     Neil Armstrong Prince was a citizen of the United States and domiciled in the State of Maryland when he was killed in Iraq.

877.     On June 11, 2005, Neil Armstrong Prince, then 35, was a Sergeant First Class serving in the United States Army Taqaddum, Iraq and was killed in the same attack as Casey Byers.

878.     The attack in which Mr. Prince was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

879.     Plaintiff Cecil G. Prince is a citizen of the United States and domiciled in the State of Maryland. He is the father of Neil Armstrong Prince.

880.    As a result of the attack, and the death of Neil Armstrong Prince, Plaintiff Cecil G. Prince has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Neil Armstrong Prince's society, companionship, comfort, advice, and counsel.

## 71.    THE JUNE 12, 2005, ATTACK – AL KARMAH, IRAQ

**The Ball Family**

881.    Terry Wayne Ball, Jr., was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

882.    One June 12, 2005, Mr. Ball, then 36, was a Gunnery Sergeant serving in the United States Marine Corps leading a pre-dawn convoy near Al Karmah, Iraq, when an IED detonated near his vehicle.

883.    Mr. Ball was severely injured in the attack and ultimately died from his injuries on August 5, 2005.

884.    The attack in which Mr. Ball was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

885.    Plaintiff Jennifer Ball is a citizen of the United States and domiciled in the State of Florida. She is the widow of Terry Wayne Ball, Jr.

886.    Plaintiff Ethan W. Ball is a citizen of the United States and domiciled in the State of Florida. He is the son of Terry Wayne Ball, Jr.

887.    Plaintiff Riley N. Ball is a citizen of the United States and domiciled in the State of Florida. She is the daughter of Terry Wayne Ball, Jr.

888.    Plaintiff Gavin D. Ball is a citizen of the United States and domiciled in the State of Florida. He is the son of Terry Wayne Ball, Jr.

889.     Plaintiff Terry Wayne Ball, Sr. is a citizen of the United States and domiciled in the State of Illinois. He is the father of Terry Wayne Ball, Jr.

890.     Plaintiff Melissa R. Ball is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Terry Wayne Ball, Jr.

891.     Plaintiff Jennifer Ball brings this action individually and on behalf of the Estate of Terry Wayne Ball, Jr., as its proposed legal representative.

892.     As a result of the attack, and the death of Terry Wayne Ball, Jr., Plaintiffs Jennifer Ball, Ethan W. Ball, Riley N. Ball, Gavin D. Ball, Terry Wayne Ball, Sr., and Melissa R. Ball have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Terry Wayne Ball, Jr.'s society, companionship, comfort, advice, and counsel.

## 72.     THE JUNE 14, 2005, ATTACK – FALLUJAH, IRAQ

**The Klinger Family**

893.     Joshua Philip Klinger was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

894.     On June 14, 2005, Mr. Klinger, then 21, was a Lance Corporal serving in the United States Marine Corps conducting an urban foot patrol near Fallujah, Iraq, when an IED detonated killing him.

895.     The attack in which Mr. Klinger was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

896.     Plaintiff Philip H. Klinger is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Joshua Philip Klinger.

897.     Plaintiff Sharon J. Klinger is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Joshua Philip Klinger.

898.     Plaintiff Alison R. Elphick is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Joshua Philip Klinger.

899.     Plaintiff Seth D. Klinger is a citizen of the United States and domiciled in the State of Maryland. He is the brother of Joshua Philip Klinger.

900.     Plaintiffs Philip H. Klinger and Sharon J. Klinger bring this action individually and on behalf of the Estate of Joshua Philip Klinger as its proposed legal co-representatives.

901.     As a result of the attack, and the death of Joshua Philip Klinger, Plaintiffs Philip H. Klinger, Sharon J. Klinger, Alison R. Elphick, and Seth D. Klinger have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Joshua Philip Klinger's society, companionship, comfort, advice, and counsel.

### 73.     THE JUNE 20, 2005, ATTACK – MOSUL, IRAQ

**The Kilpatrick Family**

902.     Christopher Reed Kilpatrick was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

903.     On June 20, 2005, Mr. Kilpatrick, then 18, was a Private First Class serving in the United States Army, conducting convoy operations in Mosul, Iraq when an IED detonated near his vehicle, and his unit was attacked with small arms fire.

904.     Mr. Kilpatrick was killed in the attack.

905.     The attack in which Mr. Kilpatrick was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

906.     Plaintiff Scott Reed Kilpatrick is a citizen of the United States and domiciled in the State of Texas. He is the father of Christopher Reed Kilpatrick.

907.   As a result of the attack, and the death of Christopher Reed Kilpatrick, Plaintiff Scott Reed Kilpatrick has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christopher Reed Kilpatrick's society, companionship, comfort, advice, and counsel.

## 74.   THE JUNE 23, 2005, ATTACK – FALLUJAH, IRAQ

**The Muy Family**

908.   Veashna Muy was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

909.   On June 23, 2005, Mr. Muy, then 20, was a Private First Class serving in the United States Marine Corps, traveling in a convoy engaged in picking up Marines from different checkpoints in Fallujah, Iraq, when an SVBIED detonated near his vehicle, killing him.

910.   The attack in which Mr. Muy was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

911.   Plaintiff Levan Muy is a citizen of the United States and domiciled in the State of California. She is the sister of Veashna Muy.

912.   As a result of the attack, and the death of Veashna Muy, Plaintiff Levan Muy has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Veashna Muy's society, companionship, comfort, advice, and counsel.

## 75.   THE JULY 9, 2005, ATTACK – MOSUL, IRAQ

**The Bradfield Family**

913.   Hoby F. Bradfield, Jr., was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

914.    On July 9, 2005, Mr. Bradfield, then 22, was a Specialist serving in the United States Army in Mosul, Iraq and was on foot when he came under enemy fire and was killed.

915.    The attack in which Mr. Bradfield was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

916.    Plaintiff Dianne Johnson Sterling is a citizen of the United States and domiciled in the State of Virginia. She is the mother of Hoby F. Bradfield, Jr.

917.    As a result of the attack, and the death of Hoby F. Bradfield, Jr., Plaintiff Dianne Johnson Sterling has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Hoby F. Bradfield Jr.'s society, companionship, comfort, advice, and counsel.

## 76.    THE JULY 14, 2005, ATTACK – TREBIL, IRAQ

**The Jameson Family**

918.    Tricia Lynn Jameson was a citizen of the United States and domiciled in the State of Nebraska when she was killed in Iraq.

919.    On July 14, 2005, Ms. Jameson, then 34, was a Sergeant First Class serving in the Nebraska Army National Guard supporting a convoy mission from Camp Korean Village to the Trebil border crossing on the Iraqi-Jordanian border.

920.    During this mission, Ms. Jameson's unit encountered a convoy of United States Marines who had been attacked by an IED, and when Ms. Jameson and her ambulance driver were called forward to aid the Marines, a secondary IED detonated.

921.    Ms. Jameson was killed in the attack.

922.    The attack in which Ms. Jameson was killed was committed by Iranian-and Syrian-funded and -trained terror operatives in Iraq.

923.    Plaintiff Patricia A. Jameson is a citizen of the United States and domiciled in the State of Nebraska. She is the mother of Tricia L. Jameson.

924.    Plaintiff Robert M. Jameson is a citizen of the United States and domiciled in the State of Nebraska. He is the brother of Tricia L. Jameson.

925.    As a result of the attack, and the death of Tricia Lynn Jameson, Plaintiffs Patricia A. Jameson and Robert M. Jameson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Tricia L. Jameson's society, companionship, comfort, advice, and counsel.

### The Mounce Family

926.    Clifton Blake Mounce was a citizen of the United States and domiciled in the State of Mississippi when he was killed in Iraq.

927.    On July 14, 2005, Mr. Mounce, then 22, was serving as a Corporal in the United States Marine Corps near Trebil, Iraq, when his vehicle was struck by an IED.

928.    Mr. Mounce was killed in the same attack as Tricia Lynn Jameson.

929.    The attack in which Mr. Mounce was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

930.    Plaintiff Tiffany A. Mounce-Jones is a citizen of the United States and domiciled in the State of Mississippi. She is the widow of Clifton Blake Mounce and brings this action individually and on behalf of the Estate of Clifton Blake Mounce as its proposed legal representative

931.    As a result of the attack, and the death of Clifton Blake Mounce, Plaintiff Tiffany A. Mounce-Jones has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Clifton Blake Mounce's society, companionship, comfort, advice, and counsel.

**77.**   **THE JULY 25, 2005. ATTACK – SAMARRA, IRAQ**

**The Harting Family**

932.    Adam J. Harting was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

933.    On July 25, 2005, Mr. Harting, then 21, was a Specialist serving in the United States Army, conducting a patrol in Samarra, Iraq, when an IED detonated near his vehicle, killing him.

934.    The attack in which Mr. Harting was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

935.    Plaintiff Katherine L. Brown is a citizen of the United States and domiciled in the State of Indiana. She is the mother of Adam J. Harting and brings this action individually and on behalf of the Estate of Adam J. Harting as its proposed legal representative.

936.    As a result of the attack, and the death of Adam J. Harting, Plaintiff Katherine L. Brown has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Adam Harting's society, companionship, comfort, advice, and counsel.

**78.**   **THE AUGUST 1, 2005, ATTACK – HADITHA, IRAQ**

**The Rock Family**

937.    Nathaniel S. Rock was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

938.    On August 1, 2005, Mr. Rock, then 26, was serving as a Sergeant in the United States Marine Corps east of Haditha, Iraq when he and his fellow Marines were ambushed, and he was killed by small arms fire.

939.    The attack in which Mr. Rock was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

940.    Plaintiff Timothy M. Rock is a citizen of the United States and domiciled in the State of Ohio. He is the father of Nathaniel S. Rock.

941.    Plaintiff Adriana M. Rock is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Nathaniel S. Rock.

942.    Plaintiff Jared L. Rock is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Nathaniel S. Rock.

943.    Plaintiff Nicole R. Stewart is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Nathaniel S. Rock.

944.    Plaintiff Tara M. Rock is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Nathaniel S. Rock.

945.    Plaintiffs Timothy M. Rock and Adriana M. Rock bring this claim individually and on behalf of the Estate of Nathaniel Rock, as its proposed legal co-representatives.

946.    As a result of the attack, and the death of Nathaniel S. Rock, Plaintiffs Timothy M. Rock, Adriana M. Rock, Jared L. Rock, Nicole R. Stewart, and Tara M. Rock have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Nathaniel S. Rock's society, companionship, comfort, advice, and counsel.

## 79.    THE AUGUST 3, 2005, ATTACK – BAGHDAD, IRAQ

**The Ganey Family**

947.    Jerry L. Ganey, Jr., was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

948.    On August 3, 2005, Mr. Ganey, then 29, was a Specialist serving in the United States Army National Guard on patrol at Checkpoint Bravo in Baghdad when a SVBIED detonated, killing him.

949.     The attack in which Mr. Ganey was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

950.     Plaintiff Debra L. Ganey is a citizen of the United States and domiciled in the State of Georgia. She is the widow of Jerry L. Ganey, Jr., and brings this action individually and on behalf of the Estate of Jerry L. Ganey, Jr., as its proposed legal representative.

951.     As a result of the attack, and the death of Jerry L. Ganey, Jr., Plaintiff Debra L. Ganey has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jerry L. Ganey, Jr.'s society, companionship, comfort, advice, and counsel.

**The Lamie Family**

952.     Plaintiff John Lamie is a citizen of the United States domiciled in the State of Georgia.

953.     On August 3, 2005, Mr. Lamie, then 21, was serving as a Specialist in the United States Army when his patrol was struck by a SVBIED that killed three of his fellow soldiers, including Jerry L. Ganey, Jr.

954.     Mr. Lamie suffered significant injuries as a result of the blast, including a TBI. He also suffers from severe PTSD.

955.     The attack in which Mr. Lamie was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

956.     As a result of the attack and injuries he suffered, Plaintiff John Lamie has experienced severe physical pain and injuries, severe mental anguish, and extreme emotional pain and suffering.

**80.**   **THE AUGUST 3, 2005, ATTACK – BARWANAH, IRAQ**

**The Wightman Family**

980.   William Brett Wightman was a citizen of the United States and domiciled in the State of Ohio.

957.   On August 3, 2005, Mr. Wightman, then 22, was serving as a Lance Corporal in the United States Marine Corps in Barwanah, Iraq when an IED struck his vehicle, killing him and 14 other Marines.

958.   The attack in which Mr. Wightman was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

959.   Plaintiff William K. Wightman is a citizen of the United States and domiciled in the State of Ohio. He is the father of William Brett Wightman.

960.   As a result of the attack, and the death of William Brett Wightman, Plaintiff William K. Wightman has experienced severe mental anguish, extreme emotional pain and suffering, and loss of William Brett Wightman's society, companionship, comfort, advice, and counsel.

**The Reed Family**

961.   Aaron H. Reed was a citizen of the United States and domiciled in the State of Ohio.

962.   On August 3, 2005, Mr. Reed, then 21, was serving as a Lance Corporal in the United States Marine Corps and was killed in the same attack as William Brett Wightman and David J. Kreuter.

963.   The attack in which Mr. Reed was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

964.    Plaintiff Stephen L. Reed is a citizen of the United States and domiciled in the State of Washington. He is the father of Aaron H. Reed and brings this action individually and on behalf of the Estate of Aaron H. Reed, as its proposed legal representative.

965.    As a result of the attack, and the death of Aaron H. Reed, Plaintiff Stephen L. Reed has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Aaron H. Reed's society, companionship, comfort, advice, and counsel.

**The Kreuter Family**

966.    David J. Kreuter was a citizen of the United States and domiciled in the State of Ohio.

967.    On August 3, 2005, Mr. Kreuter, then 26, was serving as a Corporal in the United States Marine Corps and was killed in the same attack as William Brett Wightman and Aaron H. Reed.

968.    The attack in which Mr. Kreuter was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

969.    Plaintiff Kenneth J. Kreuter is a citizen of the United States and domiciled in the State of Ohio. He is the father of David J. Kreuter.

970.    Plaintiff Patricia Murray is a citizen of the United States and domiciled in the State of Ohio. She is the mother of David J. Kreuter.

971.    Plaintiff Kristin Kreuter is a citizen of the United States and domiciled in the State of Ohio. She is the sister of David J. Kreuter.

972.    Plaintiff Laura Kreuter is a citizen of the United States and domiciled in the State of Ohio. She is the sister of David J. Kreuter.

973.    As a result of the attack, and the death of David J. Kreuter, Plaintiffs Kenneth J. Kreuter, Patricia Murray, Kristin Kreuter, and Laura Kreuter have experienced severe mental anguish, extreme emotional pain and suffering, and loss of David J. Kreuter's society, companionship, comfort, advice, and counsel.

## 81.    THE AUGUST 6, 2005, ATTACK – BALAD, IRAQ

**The Krout Family**

974.    Kurt Eric Krout was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

975.    On August 6, 2005, Mr. Krout, then 43, was a Specialist serving in the United States Army National Guard in Balad, Iraq, when an IED detonated near his vehicle, killing him.

976.    The attack in which Mr. Krout was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

977.    Plaintiff Kari S. Krout is a citizen of the United States and domiciled in the State of Pennsylvania. She is the widow of Kurt Eric Krout.

978.    Plaintiff Alicia Krout is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Kurt Eric Krout.

979.    Plaintiff DeAnn M. Krout is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Kurt Eric Krout.

980.    Plaintiff Leidy Krout is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Kurt Eric Krout.

981.    Plaintiff Kari S. Krout brings this action individually and on behalf of the Estate of Kurt Eric Krout as its proposed legal representative.

982.    As a result of the attack, and the death of Kurt Eric Krout, Plaintiffs Kari S. Krout, Alicia Krout, DeAnn M. Krout, and Leidy Krout have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Kurt Eric Krout's society, companionship, comfort, advice, and counsel.

## 82.    THE AUGUST 18, 2005, ATTACK – SAMARRA, IRAQ

**The Bouchard Family**

983.    Nathan Kalani Bouchard was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

984.    On August 18, 2005, Mr. Bouchard, then 24, was a Sergeant serving in the United States Army conducting a mine assessment mission in Samarra, Iraq when an IED detonated near his vehicle, killing him.

985.    The attack in which Mr. Bouchard was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

986.    Plaintiff Alida Cortes is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Nathan Kalani Bouchard.

987.    As a result of the attack, and the death of Nathan Kalani Bouchard, Plaintiff Alida Cortes has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Nathan Kalani Bouchard's society, companionship, comfort, advice, and counsel.

## 83.    THE AUGUST 21, 2005, ATTACK – SAMARRA, IRAQ

**The Nurre Family**

988.    Joseph Charles Nurre was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

989.    On August 21, 2005, Mr. Nurre, then 22, was a Specialist serving in the United States Army, performing a supply run outside Samarra, Iraq, when an IED detonated near his vehicle, killing him.

990.    The attack in which Mr. Nurre was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

991.    Plaintiff Leigh Nurre is a citizen of the United States and domiciled in the State of California. She is the mother of Joseph Nurre.

992.    As a result of the attack, and the death of Joseph Charles Nurre, Plaintiff Leigh Nurre has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Joseph Nurre's society, companionship, comfort, advice, and counsel.

## 84.    THE SEPTEMBER 1, 2005, ATTACK – BAGHDAD, IRAQ

**The Draughn Family**

993.    George R. Draughn, Jr., was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

994.    On September 1, 2005, Mr. Draughn, then 29, was a Sergeant serving in the United States Army National Guard on patrol in Baghdad, Iraq, when an IED detonated near his vehicle, killing him.

995.    The attack in which Mr. Draughn was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

996.    Plaintiff George R. Draughn, Sr., is a citizen of the United States and domiciled in the State of Louisiana. He is the father of George R. Draughn, Jr.

997.    Plaintiff Lucy Draughn is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of George R. Draughn, Jr.

998.   Plaintiff Akeem Draughn is a citizen of the United States and domiciled in the State of Georgia. He is the son of George R. Draughn, Jr.

999.   Plaintiff Stephanie Barfield is a citizen of the United States and domiciled in the State of Georgia. She is the sister of George R. Draughn, Jr.

1000.   Plaintiff Lessie White is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of George R. Draughn, Jr.

1001.   Plaintiff Charlene Demming is a citizen of the United States and domiciled in the State of Georgia. She is the sister of George R. Draughn, Jr.

1002.   Plaintiffs George R. Draughn Sr., and Lucy Draughn bring this action individually and on behalf of the Estate of George R. Draughn, Jr., as its proposed legal co-representatives.

1003.   As a result of the attack, and the death of George R. Draughn, Jr., Plaintiffs George R. Draughn, Sr., Lucy Draughn, Akeem Draughn, Stephanie Barfield, Lessie White, and Charlene Demming have experienced severe mental anguish, extreme emotional pain and suffering, and loss of George R. Draughn, Jr.'s society, companionship, comfort, advice, and counsel.

## 85.   THE SEPTEMBER 7, 2005, ATTACK – BASRAH, IRAQ

**The Young Family**

1004.   Ryan Brandt Young was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1005.   On September 7, 2005, Mr. Young was working as a civilian contractor for the U.S. government, transporting diplomats from the airport to the United States Embassy, when an IED detonated near the lead vehicle in his convoy, killing him.

1006.   The attack in which Mr. Young was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1007.   Plaintiff Pamela Ann Young is a citizen of the United States and domiciled in the State of Missouri. She is the mother of Ryan Brandt Young.

1008.   Plaintiff Gregory B. Young is a citizen of the United States and domiciled in the State of Missouri. He is the father of Ryan Brandt Young.

1009.   Plaintiff Renee Young Weaver is a citizen of the United States and domiciled in the State of Missouri. She is the sister of Ryan Brandt Young.

1010.   As a result of the attack, and the death of Ryan Brandt Young, Plaintiffs Pamela Ann Young, Gregory B. Young, and Renee Young Weaver have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Ryan Brandt Young's society, companionship, comfort, advice, and counsel.

### 86.   THE SEPTEMBER 19, 2005, ATTACK – RAMADI, IRAQ

**The Evans Family**

1011.   William Lee Evans was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

1012.   On September 19, 2005, Mr. Evans, then 22, was a Specialist serving in the United States Army National Guard in Ramadi, Iraq when an IED detonated near his vehicle, killing him.

1013.   The attack in which Mr. Evans was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1014.   Plaintiff Bille L. Evans is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of William Lee Evans and brings this action individually and on behalf of the Estate of William Lee Evans as its proposed legal representative.

1015.   As a result of the attack, and the death of William Lee Evans, Plaintiff Bille L. Evans has experienced severe mental anguish, extreme emotional pain and suffering, and loss of William Lee Evan's society, companionship, comfort, advice, and counsel.

### 87.   THE OCTOBER 6, 2005, ATTACK – AL KARMAH, IRAQ

**The Cabino Family**

1016.   Shayne M. Cabino was a citizen of the United States and domiciled in the State of Massachusetts when he was killed in Iraq.

1017.   On October 6, 2005, Mr. Cabino, then 19, was a Lance Corporal serving in the United States Marine Corps in Al Karmah, Iraq, when an IED detonated near his vehicle, killing him.

1018.   The attack in which Mr. Cabino was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1019.   Plaintiff William J. Cabino is a citizen of the United States and domiciled in the state of Massachusetts. He is the father of Shayne M. Cabino and brings this action individually and on behalf of the Estate of Shayne M. Cabino, as its proposed legal representative.

1020.   As a result of the attack, and the death of Shayne M. Cabino, Plaintiff William J. Cabino has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Shayne M. Cabino's society, companionship, comfort, advice, and counsel.

### 88.   THE OCTOBER 8, 2005, ATTACK – RAMADI, IRAQ

**The Bell Family**

1021.   Plaintiff Roy K. Bell, Sr., is a citizen of the United States and domiciled in the State of Virginia.

1022.   On October 8, 2005, Mr. Bell, then 25, was serving as a Staff Sergeant in the U.S. Army National Guard, conducting a patrol near Route Michigan in Ramadi, Iraq, when an IED detonated near his vehicle.

1023.   Mr. Bell sustained injuries in the attack, including a TBI, a concussion injury, hearing loss, and cognitive dysfunction. He also suffered from PTSD, migraines, and memory loss.

1024.   The attack in which Mr. Bell was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1025.   As a result of the attack, and the injuries he suffered, Plaintiff Roy K. Bell, Sr. has experienced severe physical pain and severe mental anguish and extreme emotional pain and suffering.

## 89.    THE OCTOBER 10, 2005, ATTACK – GREEN ZONE, BAGHDAD, IRAQ

**The Bonifacio Family**

1026.   Jerry L. Bonifacio, Jr., was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1027.   On October 10, 2005, Mr. Bonifacio, then 28, was a Staff Sergeant serving in the United States Army National Guard in the Green Zone, in Baghdad Iraq, when he was attacked by a SVBIED that killed him.

1028.   The attack in which Mr. Bonifacio was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1029.   Plaintiff Jerry L. Bonifacio, Sr., is a citizen of the United States and domiciled in the State of Idaho. He is the father of Jerry L. Bonifacio, Jr.

1030.   As a result of the attack, and the death of Jerry L. Bonifacio, Jr., Plaintiff Jerry L. Bonifacio, Sr., has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jerry L. Bonifacio, Jr.'s society, companionship, comfort, advice, and counsel.

### 90.    THE OCTOBER 15, 2005, ATTACK – RAMADI, IRAQ

**The Byrd Family**

1031.   Thomas H. Byrd was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

1032.   On October 15, 2005, Mr. Byrd, then 21, was a Specialist serving in the United States Army in Ramadi, Iraq, when his vehicle was struck by an IED, killing him along with four other soldiers.

1033.   The attack in which Mr. Byrd was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1034.   Plaintiff Julia Byrd is a citizen of the United States and domiciled in the state of Arizona. She is the mother of Thomas H. Byrd.

1035.   Plaintiff Michael W. Byrd, Jr., is a citizen of the United States and domiciled in the state of Arizona. He is the brother of Thomas H. Byrd.

1036.   As a result of the attack, and the death of Thomas H. Byrd, Plaintiffs Julia Byrd and Michael W. Byrd, Jr., have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Thomas H. Byrd's society, companionship, comfort, advice, and counsel.

**The Watkins Family**

1037.   Timothy Dee Watkins was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1038.   On October 15, 2005, Mr. Watkins, then 24, was a Specialist serving in the United States Army in the same unit as Thomas H. Byrd and was killed in the same attack.

1039.   The attack in which Mr. Watkins was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1040.   Plaintiff Terri Watkins is a citizen of the United States and domiciled in the State of California. She is the mother of Timothy Dee Watkins.

1041.   Plaintiff Robbie Watkins is a citizen of the United States and domiciled in the State of California. He is the father of Timothy Dee Watkins.

1042.   Plaintiff Rachel Watkins is a citizen of the United States and domiciled in the State of California. She is the sister of Timothy Dee Watkins.

1043.   Plaintiff Rebekah Helmadollar is a citizen of the United States and domiciled in the State of California. She is the sister of Timothy Dee Watkins.

1044.   Plaintiff Jonathan Watkins is a citizen of the United States and domiciled in the State of California. He is the brother of Timothy Dee Watkins.

1045.   Plaintiff Thomas D. Watkins is a citizen of the United States and domiciled in the State of California. He is the brother of Timothy Dee Watkins.

1046.   As a result of the attack, and the death of Timothy Dee Watkins, Plaintiffs Terri Watkins, Robbie Watkins, Rachel Watkins, Rebekah Helmadollar, Jonathan Watkins, and Thomas D. Watkins have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Timothy Dee Watkins' society, companionship, comfort, advice, and counsel.

91.   **THE OCTOBER 17, 2005, ATTACK – SAMARRA, IRAQ**

**The Robertson Family**

1047.   Michael T. Robertson was a citizen of the United States and domiciled in the State of Texas.

1048.   On October 17, 2005, Mr. Robertson, then 28, was serving as a Sergeant in the U.S. Army as a combat medic in Samarra, Iraq when an IED struck his vehicle, ultimately killing him.

1049.   Mr. Robertson suffered severe burns in the attack and survived for 8 days before dying on October 25, 2005, at Brooke Army Medical Center in San Antonio, Texas.

1050.   The attack in which Mr. Robertson was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1051.   Plaintiff Michael R. Robertson is a citizen of the United States and domiciled in the State of Texas. He is the father of Michael T. Robertson.

1052.   Plaintiff Tiffany Robertson is a citizen of the United States and domiciled in the State of Texas. She is the sister of Michael T. Robertson.

1053.   As a result of the attack, and the death of Michael T. Robertson, Plaintiffs Michael R. Robertson and Tiffany Robertson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Michael T. Robertson's society, companionship, comfort, advice, and counsel.

92.   **THE OCTOBER 19, 2005, ATTACK – SADAH, IRAQ**

**The Anderson Family**

1054.   Norman W. Anderson III was a citizen of the United States and domiciled in the State of Maryland when he was killed in Iraq.

1055.   On October 19, 2005, Mr. Anderson, then 21, was a Lance Corporal serving in the United States Marine Corps on patrol in Sadah, Iraq when a SVBIED killed him.

1056.   The attack in which Mr. Anderson was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1057.   Plaintiff Robyn G. Anderson is a citizen of the United States and domiciled in the State of Maryland. She is the mother of Norman Anderson III.

1058.   Plaintiff Norman Anderson, Jr., is a citizen of the United States and domiciled in the State of Maryland. He is the father of Norman Anderson III.

1059.   Plaintiff Brooke Anderson is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Norman Anderson III.

1060.   Plaintiffs Norman Anderson, Jr., and Robyn G. Anderson bring this action individually and on behalf of the Estate of Norman Anderson III as its proposed legal co-representatives.

1061.   As a result of the attack, and the death of Norman W. Anderson III, Plaintiffs Robyn G. Anderson, Norman Anderson, Jr., and Brooke Anderson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Norman Anderson III's society, companionship, comfort, advice, and counsel.

### 93.   THE OCTOBER 21, 2005, ATTACK – ALBU HYATT, IRAQ

**The Davey Family**

1062.   Seamus M. Davey was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

1063.   On October 21, 2005, Mr. Davey, then 25, was serving as a Corporal in the United States Marine Corps conducting cordon and search operations in Albu Hyatt, Al Anbar Province,

Iraq, when insurgents attacked his team with AK-47s, and he was killed.

1064.   The attack in which Mr. Davey was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1065.   Plaintiff Derek M. Davey is a citizen of the United States and domiciled in the State of New York. He is the father of Seamus M. Davey.

1066.   Plaintiff Austin A. Byrd is a citizen of the United States and domiciled in the State of New York. He is the brother of Seamus M. Davey.

1067.   Plaintiff Shiloh M. Mackey is a citizen of the United States and domiciled in the State of New York. She is the sister of Seamus M. Davey.

1068.   Plaintiff Derek M. Davey brings this action, individually and on behalf of the Estate of Seamus M. Davey, as its proposed legal representative.

1069.   As a result of the attack, and the death of Seamus M. Davey, Plaintiffs Derek M. Davey, Austin A. Byrd, and Shiloh M. Mackey have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Seamus M. Davey's society, companionship, comfort, advice, and counsel.

## 94.   THE OCTOBER 29, 2005, ATTACK – NASSER WAS SALAAM, IRAQ

**The Hodshire Family**

1070.   Michael Hodshire was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

1071.   On October 29, 2005, Michael Hodshire, then 25, was a Sergeant in the U.S. Marine Corps in Nasser Was Salaam in Al Anbar Province, Iraq when his vehicle was struck by an IED. Mr. Hodshire was medevac'd to Fallujah Surgical, but died from his wounds on October 30, 2005, approximately half an hour after he sustained his injuries.

1072.   The attack in which Mr. Hodshire was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1073.   Plaintiff Tarry Marie Fikel is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Michael Hodshire.

1074.   As a result of the attack, and the death of Michael Hodshire, Plaintiff Tarry Marie Fikel has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Michael Hodshire's society, companionship, comfort, advice, and counsel.

**95.   THE NOVEMBER 2, 2005, ATTACK – RAMADI, IRAQ**

**The Bloomfield Family**

1075.   Gerald Bloomfield II was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

1076.   On November 2, 2005, Mr. Bloomfield, then 38, was a Major serving in the United States Marine Corps flying in support of security and stabilization operations when his A I-1W Super Cobra helicopter was shot down near Ramadi, Iraq.

1077.   Mr. Bloomfield was killed in the attack.

1078.   The attack in which Mr. Bloomfield was killed was committed by Iranian- and Syrian- funded and -trained terror operatives in Iraq.

1079.   Plaintiff Shirley Ann Spears is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Gerald Bloomfield II.

1080.   Plaintiff Thomas Bloomfield is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Gerald Bloomfield II.

1081.   Plaintiff Kathleen Bloomfield Kerch is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Gerald Bloomfield II.

1082.   Plaintiff Paula M. Wallace is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Gerald Bloomfield II.

1083.   Plaintiff Ronald Spears is a citizen of the United States and domiciled in the State of Michigan. He is the stepfather of Gerald Bloomfield II.

1084.   Plaintiff Jeffrey Spears is a citizen of the United States and domiciled in the State of Michigan. He is the stepbrother of Gerald Bloomfield II.

1085.   Plaintiff Carol Spears is a citizen of the United States and domiciled in the State of Michigan. She is the stepsister of Gerald Bloomfield II.

1086.   As a result of the attack, and the death of Gerald Bloomfield, II, Plaintiffs Shirley Ann Spears, Thomas Bloomfield, Kathleen Bloomfield Kerch, Paula M. Wallace, Ronald Spears, Jeffrey Spears, and Carol Spears have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Gerald Bloomfield II's society, companionship, comfort, advice, and counsel.

**The Martino Family**

1087.   Michael David Martino was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

1088.   On November 2, 2005, Mr. Martino, then 32, was a Captain serving in the United States Marine Corps in the same unit as Gerald Bloomfield II.

1089.   Mr. Martino was killed in the same attack as Gerald Bloomfield II as a result of multiple traumatic injuries sustained due to his proximity to the blast and shrapnel from the attack.

1090.   The attack in which Mr. Martino was killed was committed by Iranian-funded and Syrian-trained terror operatives in Iraq.

1091.   Plaintiff Robert A. Martino is a citizen of the United States and domiciled in the State of Virginia. He is the father of Michael David Martino.

1092.   Plaintiff Sybil E. Martino is a citizen of the United States and domiciled in the State of Virginia. She is the mother of Michael David Martino.

1093.   Plaintiff Robert M. Martino is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Michael David Martino.

1094.   Plaintiff Lauri J. Nelson is a citizen of the United States and domiciled in the State of Virginia. She is the sister of Michael David Martino.

1095.   Plaintiff Robert A. Martino brings this action individually and on behalf of the Estate of Michael David Martino as its legal representative.

1096.   As a result of the attack, and the death of Michael David Martino, Plaintiffs Robert A. Martino, Sybil E. Martino, Robert M. Martino, and Lauri J. Nelson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Michael David Martino's society, companionship, comfort, advice, and counsel.

## 96.   THE NOVEMBER 14, 2005, ATTACK – NEW UBAYDI, IRAQ

**The McCrackin Family**

1097.   Christopher Matthew McCrackin was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1098.   On November 14, 2005, Mr. McCrackin, then 20, was a Lance Corporal serving in the United States Marine Corps when his vehicle was struck by an IED, killing him.

1099.   The attack in which Mr. McCrackin was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1100.   Plaintiff Belinda McCrackin Dailey is a citizen of the United States and domiciled in the State of Texas. She is the mother of Christopher Matthew McCrackin.

1101.   Plaintiff Selene McCrackin Dailey is a citizen of the United States and domiciled in the State of Texas. She is the sister of Christopher Matthew McCrackin.

1102.   Plaintiff Michael McCrackin is a citizen of the United States and domiciled in the State of California. He is the brother of Christopher Matthew McCrackin.

1103.   Plaintiff Natalie McCrackin is a citizen of the United States and domiciled in the State of Texas. She is the widow of Christopher Matthew McCrackin.

1104.   Plaintiff E.M. is a citizen of the United States and domiciled in the State of Texas. He is the minor son of Christopher Matthew McCrackin.

1105.   Plaintiff Natalie McCrackin also brings this action as the legal guardian of Plaintiff E.M.

1106.   As a result of the attack, and the death of Christopher Matthew McCrackin, Plaintiffs Belinda McCrackin Dailey, Selene McCrackin Dailey, Michael McCrackin, Natalie McCrackin, and E.M. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christopher Matthew McCrackin's society, companionship, comfort, advice, and counsel.

## 97.   THE NOVEMBER 15, 2005, ATTACK – AL KARMAH, IRAQ

**The Schiavoni Family**

1107.   Nickolas David Schiavoni was a citizen of the United States and domiciled in the State of Massachusetts when he was killed in Iraq.

1108.   On November 15, 2005, Mr. Schiavoni, then 26, was a Lance Corporal serving in the United States Marine Corps near Al Karmah, Iraq, when a SVBIED detonated in his vicinity, killing him.

1109.   The attack in which Mr. Schiavoni was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1110.   Plaintiff David P. Schiavoni is a citizen of the United States and domiciled in the State of Massachusetts. He is the father of Nickolas D. Schiavoni.

1111.   As a result of the attack, and the death of Nickolas David Schiavoni, Plaintiff David P. Schiavoni has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Nickolas David Schiavoni's society, companionship, comfort, advice, and counsel.

## 98.   THE NOVEMBER 19, 2005, ATTACK – MOSUL, IRAQ

### The Yost Family

1112.   Anthony Ray Charles Yost was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

1113.   On November 19, 2005, Mr. Yost, then 39, was a Master Sergeant serving in the United States Army conducting cordon and search operations when an explosion from a hidden demolition charge engulfed the house, killing him when the house collapsed.

1114.   The attack in which Mr. Yost was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1115.   Plaintiff Joann Patricia Yost is a citizen of the United States and domiciled in the State of North Carolina. She is the widow of Anthony Ray Charles Yost.

1116.   Plaintiff Anthony Yost is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Anthony Ray Charles Yost.

1117.   Plaintiff Joann Patricia Yost brings this action individually and on behalf of the Estate of Anthony Ray Charles Yost as its legal representative.

1118.   As a result of the attack, and the death of Anthony Ray Charles Yost, Plaintiffs Joann Patricia Yost, and Anthony Yost have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Anthony Ray Charles Yost's society, companionship, comfort, advice, and counsel.

## 99.   THE NOVEMBER 19, 2005, ATTACK – HADITHA, IRAQ

**The Terrazas Family**

1119.   Miguel Terrazas was a citizen of the United States and domiciled in the State of Texas when he was killed in the attack.

1120.   On November 19, 2005, Miguel Terrazas, then 20, was a Lance Corporal in the U.S. Marine Corps and was part of a four-vehicle convoy between Haqliniyah and Haditha, Iraq, when his vehicle was struck with an IED, followed by small-arms fire.

1121.   Mr. Terrazas was killed in the attack.

1122.   The attack in which Mr. Terrazas was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1123.   Plaintiff Martin Terrazas, Jr. is a citizen of the United States and domiciled in the State of Texas. He is the brother of Miguel Terrazas.

1124.   Plaintiff Vanessa Terrazas-McKay is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Miguel Terrazas.

1125.   Plaintiff Melissa Terrazas is a citizen of the United States and domiciled in the State of Nevada. She is the sister of Miguel Terrazas.

1126.   Plaintiff Andres Terrazas is a citizen of the United States and domiciled in the State of Texas. He is the brother of Miguel Terrazas.

1127.   Plaintiff George Terrazas is a citizen of the United States and domiciled in the State of Texas. He is the grandfather of Miguel Terrazas and was his primary caregiver from an early age until Miguel enlisted in the Marine Corps.

1128.   Plaintiff Martin Terrazas, Sr. is a citizen of the United States and domiciled in the State of Texas. He is the father of Miguel Terrazas.

1129.   As a result of the attack, and the death of Miguel Terrazas, Plaintiffs Martin Terrazas, Jr., Vanessa Terrazas-McKay, Melissa Terrazas, Andres Terrazas, George Terrazas, and Martin Terrazas, Sr. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Miguel Terrazas' society, companionship, comfort, advice, and counsel.

**100.   THE NOVEMBER 20, 2005, ATTACK – TAJI, IRAQ**

**The Sacco Family**

1130.   Dominic Joseph Sacco was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

1131.   On November 20, 2005, Dominic Joseph Sacco, then 32, was a Sergeant serving in the United States Army in Taji, Iraq, when his vehicle came under attack from small arms fire, and he was killed as a result of gunshot wound to the right side of his back.

1132.   The attack in which Mr. Sacco was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1133.   Plaintiff Brandy N. Sacco is a citizen of the United States and domiciled in the State of Kansas. She is the widow of Dominic Joseph Sacco.

1134.   Plaintiff A.S. is a citizen of the United States and domiciled in the State of Kansas. He is the minor son of Dominic Joseph Sacco.

1135.   Plaintiff Lisa L. Livingston is a citizen of the United States and domiciled in the state of Florida. She is the sister of Dominic Joseph Sacco.

1136.   Plaintiff Diane M. Sacco is a citizen of the United States and domiciled in the state of Florida. She is the mother of Dominic Joseph Sacco.

1137.   Plaintiff William J. Sacco is a citizen of the United States and domiciled in the state of Florida. He is the father of Dominic Joseph Sacco.

1138.   Plaintiff Brandy N. Sacco brings this action individually and on behalf of the Estate of Dominic Joseph Sacco as its proposed legal representative. Plaintiff Brandy N. Sacco also brings this action as the legal guardian of Plaintiff A.S.

1139.   As a result of the attack, and the death of Dominic Joseph Sacco, Plaintiffs Brandy N. Sacco, A.S., William J. Sacco, Diane M. Sacco, and Lisa L. Livingston have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Dominic Joseph Sacco's society, companionship, comfort, advice, and counsel.

## 101.   THE DECEMBER 7, 2005, ATTACK – RAMADI, IRAQ

**The Frustaglio Family**

1140.   Plaintiff Neil Joseph Frustaglio is a citizen of the United States and domiciled in the State of Texas.

1141.   On December 7, 2005, Mr. Frustaglio, then 22, was serving as a Corporal in the United States Marine Corps travelling in a multi-vehicle convoy when another vehicle struck a pressure plate IED which disabled the vehicle. As Mr. Frustaglio and his unit stopped to assist

with the wounded soldiers in the disabled vehicle, a second IED exploded, injuring Mr. Frustaglio and other members of his unit.

1142.   Mr. Frustaglio suffered severe injuries in the attack, including third degree burns to his body, massive shrapnel wounds to his legs that required bilateral above-the-knee amputations, and a TBI. He also suffers from PTSD and sleep apnea.

1143.   The attack in which Mr. Frustaglio was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1144.   As a result of the attack, and the injuries he suffered, Plaintiff Neil Joseph Frustaglio has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

## 102.   THE DECEMBER 11, 2005, ATTACK – RAMADI, IRAQ

**The Bennett Family**

1145.   Keith A. Bennett was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

1146.   On December 11, 2005, Mr. Bennett, then 32, was a Staff Sergeant serving in the United States Army National Guard guarding an Iraqi training compound when an SVBIED detonated, killing him.

1147.   The attack in which Mr. Bennett was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1148.   Plaintiff Carolyn L. Miller is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Keith A. Bennett.

1149.   Plaintiff Tina L. Daly is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Keith A. Bennett.

1150.   Plaintiff Carolyn L. Miller brings this action individually and on behalf of the Estate of Keith A. Bennett, as its proposed legal representative.

1151.   As a result of the attack, and the death of Keith A. Bennett, Plaintiffs Carolyn L. Miller and Tina L. Daly have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Keith A. Bennett's society, companionship, comfort, advice, and counsel.

### 103.   THE DECEMBER 19, 2005, ATTACK – MAHMUDIYAH, IRAQ

**The Mason Family**

1152.   Johnnie V. Mason was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1153.   On December 19, 2005, Mr. Mason, then 32, was a Staff Sergeant serving in the U.S. Army in Mahmudiyah, Iraq, when he was killed while trying to disarm an IED.

1154.   The attack in which Mr. Mason was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1155.   Plaintiff Brook N. Mason is a citizen of the United States and domiciled in the State of Kentucky. She is the widow of Johnnie V. Mason.

1156.   Plaintiff Ashley N. Armstrong is a citizen of the United States and domiciled in the State of Florida. She is the stepdaughter of Johnnie V. Mason.

1157.   Plaintiff Adam B. Bradley is a citizen of the United States and domiciled in the State of Florida. He is the stepson of Johnnie V. Mason.

1158.   As a result of the attack, and the death of Johnnie V. Mason, Plaintiffs Brook N. Mason, Ashley N. Armstrong, and Adam B. Bradley have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Johnnie V. Mason's society, companionship, comfort, advice, and counsel.

104. **THE DECEMBER 24, 2005, ATTACK – RAMADI, IRAQ**

**The McMullen Family**

1159.  Michael Joseph McMullen was a citizen of the United States and domiciled in the State of Maryland when he was killed in Iraq.

1160.  On December 24, 2005, Mr. McMullen, then 26, was a Staff Sergeant serving in the United States Army National Guard and was leaving his FOB near Ramadi, Iraq, when an IED detonated next to their vehicle.

1161.  Mr. McMullen was administering first aid to a soldier when another IED detonated, and he also came under attack from small-arms fire. Mr. McCullen sustained severe injuries in the complex attack.

1162.  As a result of his injuries, Mr. McMullen received medical care and underwent multiple surgeries at Balad Air Force Base before being transferred first to Landstuhl Regional Army Medical center, and then to Walter Reed Hospital, where he died of hypoxic ischemic encephalopathy and gunshot wounds to the back and abdomen on January 10, 2006.

1163.  The attack in which Mr. McMullen was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1164.  Plaintiff David B. McMullen is a citizen of the United States and domiciled in the State of Maryland. He is the father of Michael Joseph McMullen.

1165.  Plaintiff Robin T. McMullen is a citizen of the United States and domiciled in the State of Maryland. She is the mother of Michael Joseph McMullen.

1166.  Plaintiff Jeanette Roberts is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Michael Joseph McMullen.

1167.   Plaintiff Brian Patrick McMullen is a citizen of the United States and domiciled in the State of Maryland. He is the brother of Michael Joseph McMullen.

1168.   As a result of the attack, and the death of Michael Joseph McMullen, Plaintiffs Robin T. McMullen, David B. McMullen, Brian Patrick McMullen, and Jeanette Roberts have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Michael Joseph McMullen's society, companionship, comfort, advice, and counsel.

## 105.   THE DECEMBER 29, 2005, ATTACK, – FALLUJAH, IRAQ

**The Lutz Family**

1169.   George Anthony Lutz II was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

1170.   On December 29, 2005, Mr. Lutz, was serving as a Private First Class in the United States Army and was performing a dismounted patrol in Fallujah, Iraq, when his unit was attacked by enemy forces using small arms fire.

1171.   Mr. Lutz died as a result of wounds sustained during the firefight.

1172.   The attack in which Mr. Lutz was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1173.   Plaintiff George Anthony Lutz is a citizen of the United States and domiciled in the State of Virginia. He is the father of George Anthony Lutz II.

1174.   Plaintiff Patricia B. Lutz is a citizen of the United States and domiciled in the State of Virginia. She is the mother of George Anthony Lutz II.

1175.   Plaintiff Kenneth Lutz is a citizen of the United States and domiciled in the State of Virginia. He is the brother of George Anthony Lutz II.

1176.   Plaintiff Sarah Hummel is a citizen of the United States and domiciled in the State of Virginia. She is the sister of George Anthony Lutz II.

1177.   Plaintiff Hannah Cohen is a citizen of the United States and domiciled in the State of Illinois. She is the sister of George Anthony Lutz II.

1178.   Plaintiff Rachel Lutz is a citizen of the United States and domiciled in the State of Virginia. She is the sister of George Anthony Lutz II.

1179.   As a result of the attack, and the death of George A. Lutz II, Plaintiffs George A. Lutz, Patricia B. Lutz, Sarah Hummel, Kenneth Lutz, Hannah Cohen, Rachel Lutz have experienced severe mental anguish, extreme emotional pain and suffering, and loss of George A. Lutz II's society, companionship, comfort, advice, and counsel.

## 106.   THE JANUARY 5, 2006, ATTACK – FALLUJAH, IRAQ

**The Gettings Family**

1180.   Albert Gettings was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

1181.   On January 5, 2006, Albert Gettings, then 27, was a Corporal in the United States Marine Corps in Fallujah, Iraq when he came under enemy small arms fire and eventually succumbed to his wounds.

1182.   The attack in which Mr. Gettings was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1183.   Plaintiff David C. Gettings is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Albert Gettings and brings this action individually and on behalf of the Estate of Albert Gettings, as its proposed legal representative.

1184.   Plaintiff Juliet Gettings is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Albert Gettings.

1185.   Plaintiff Cori P. Gettings is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Albert Gettings.

1186.   Plaintiff Stephanie Relic is a citizen of the United States and domiciled in the State of Pennsylvania. She is the widow of Albert Gettings.

1187.   As a result of the attack, and the death of Albert Gettings, Plaintiffs David C. Gettings, Juliet Gettings, Cori P. Gettings, and Stephanie Relic have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Albert Gettings' society, companionship, comfort, advice, and counsel.

**The McCurdy Family**

1188.   Ryan McCurdy was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

1189.   On January 5, 2006, Ryan McCurdy, then 20, was a Lance Corporal in the United States Marine Corps in Fallujah, Iraq when he came under enemy small-arms fire and died of his wounds.

1190.   The attack in which Mr. McCurdy was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1191.   Plaintiff Janice McCurdy is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of Ryan McCurdy.

1192.   Plaintiff William McCurdy is a citizen of the United States and domiciled in the State of Louisiana. He is the father of Ryan McCurdy.

1193.   Plaintiff Grant McCurdy is a citizen of the United States and domiciled in the State of Florida. He is the brother of Ryan McCurdy.

1194.   Plaintiffs Janice McCurdy and William McCurdy bring this action individually and on behalf of the Estate of Ryan McCurdy as its proposed co-legal representatives.

1195.   As a result of the attack, and the death of Ryan McCurdy, Plaintiffs Janice McCurdy, William McCurdy, and Grant McCurdy have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Ryan McCurdy's society, companionship, comfort, advice, and counsel.

**The Trotter Family**

1196.   Plaintiff Clifton Trotter is a citizen of the United States and domiciled in the State of Alabama.

1197.   On January 5, 2006, Clifton Trotter, then 25, was a Sergeant in the U.S. Marine Corps in Fallujah, Iraq when he came under enemy small arms in the same attack that killed Albert Gettings and Ryan McCurdy above.

1198.   Mr. Trotter suffered a gunshot wound to the left carotid artery. As a result, he suffered a left ligated carotid artery, left brachial plexus, fractured C5, C6, and part of C7, a TBI, and PTSD.

1199.   The attack in which Mr. Trotter was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1200.   As a result of the attack, and the injuries he suffered, Plaintiff Clifton Trotter has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

107.  **THE FEBRUARY 3, 2006, ATTACK – RAMADI, IRAQ**

**The Cornett Family**

1201.   Lance S. Cornett was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

1202.   On February 3, 2006, Mr. Cornett, then 33, was a Sergeant First Class serving in the United States Army in Ramadi, Iraq, when he sustained mortal gunshot wounds and died of his injuries later that day.

1203.   The attack in which Mr. Cornett was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1204.   Plaintiff Sandra Cornett is a citizen of the United States and domiciled in the State of Kentucky. She is the widow of Lance S. Cornett.

1205.   Plaintiff Brianna Cornett is a citizen of the United States and domiciled in the State of Kentucky. She is the daughter of Lance S. Cornett.

1206.   Plaintiff Brandy Snapp is a citizen of the United States and domiciled in the State of Kentucky. She is the daughter of Lance S. Cornett.

1207.   Plaintiff Christopher Hart is a citizen of the United States and domiciled in the State of Kentucky. He is the son of Lance S. Cornett.

1208.   Plaintiff Karen McMullen is a citizen of the United States and domiciled in the State of Kentucky. She is the mother of Lance S. Cornett.

1209.   Plaintiff Cristal Chesnut is a citizen of the United States and domiciled in the State of Kentucky. She is the sister of Lance S. Cornett.

1210.   Plaintiff Sandra Cornett brings this action individually and on behalf of the Estate of Lance S. Cornett, as its proposed legal representative.

1211.   As a result of the attack, and the death of Lance S. Cornett, Plaintiffs Sandra Cornett, Brianna Cornett, Brandy Snapp, Christopher Hart, Karen McMullen, and Cristal Chesnut have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Lance S. Cornett's society, companionship, comfort, advice, and counsel.

### 108.   THE FEBRUARY 14, 2006, ATTACK –AL QA'IM, IRAQ

**The Washam Family**

1212.   Rusty Lee Washam was a citizen of the United States and domiciled in the State of Tennessee when he was killed in Iraq.

1213.   On February 14, 2006, Mr. Washam, then 21, was a Corporal serving in the United States Marine Corps in Al Qa'im, Iraq, when a SVBIED detonated next to Mr. Washam's vehicle, killing him.

1214.   The attack in which Mr. Washam was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1215.   Plaintiff Beverly Washam is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of Rusty Lee Washam.

1216.   Plaintiff Sonny Washam is a citizen of the United States and domiciled in the State of Tennessee. He is the father of Rusty Lee Washam.

1217.   Plaintiff Sonnie M. Washam-Wizner is a citizen of the United States and domiciled in the State of Tennessee. She is the sister of Rusty Lee Washam.

1218.   Plaintiff Donny Washam is a citizen of the United States and domiciled in the State of Tennessee. He is the brother of Rusty Lee Washam.

1219.   Plaintiff Dustin Washam is a citizen of the United States and domiciled in the State of Tennessee. He is the brother of Rusty Lee Washam.

1220.   Plaintiff Lilly Washam Lewis is a citizen of the United States and domiciled in the State of Tennessee. She is the sister of Rusty Lee Washam.

1221.   Plaintiff Misty Washam Day is a citizen of the United States and domiciled in the State of Tennessee. She is the sister of Rusty Lee Washam.

1222.   As a result of the attack, and the death of Rusty Lee Washam, Plaintiffs Beverly Washam, Sonny Washam, Sonnie M. Washam-Wizner, Donny Washam, Dustin Washam, Lilly Washam Lewis, and Misty Washam Day have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Rusty Lee Washam's society, companionship, comfort, advice, and counsel.

### 109.   THE FEBRUARY 18, 2006, ATTACK – RAMADI, IRAQ

**The Fitzgerald Family**

1223.   Almar L. Fitzgerald was a citizen of the United States and domiciled in the State of South Carolina when he was killed in Iraq.

1224.   On February 18, 2006, Mr. Fitzgerald, then 23, was a 2nd Lieutenant serving in the United States Marine Corps as part of a four-vehicle patrol in Ramadi, Iraq. He was traveling in the second vehicle in the convoy. After rounding a corner, the fourth vehicle was struck by an IED. Mr. Fitzgerald and his corporal were waiting for information on what happened to their fellow Marines when the corporal exited the vehicle and stepped on an IED.

1225.   Mr. Fitzgerald died in Germany on February 21, 2006, as a result of shrapnel injuries he sustained in the IED blast.

1226.   The attack in which Mr. Fitzgerald was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1227.   Plaintiff Sharon M. Fitzgerald-Foster a citizen of the United States and domiciled in the State of South Carolina. She is the mother of Almar L. Fitzgerald.

1228.   Plaintiff Robert L. Fitzgerald is a citizen of the United States and domiciled in the State of Virginia. He is the father of Almar L. Fitzgerald.

1229.   Plaintiff Roderick S.K. Fitzgerald is a citizen of the United States and domiciled in the State of South Carolina. He is the brother of Almar L. Fitzgerald.

1230.   Plaintiff Chajuan L. Fitzgerald is a citizen of the United States and domiciled in the State of Tennessee. She is the sister of Almar L. Fitzgerald.

1231.   Plaintiff Robert L. Fitzgerald II is a citizen of the United States and domiciled in the State of South Carolina. He is the brother of Almar L. Fitzgerald.

1232.   Plaintiff Stanley L. Lamb II is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Almar L. Fitzgerald.

1233.   Plaintiffs Robert L. Fitzgerald and Sharon M. Fitzgerald-Foster bring this action individually and on behalf of the Estate of Almar L. Fitzgerald as its proposed legal co-representatives.

1234.   As a result of the attack, and the death of Almar L. Fitzgerald, Plaintiffs Sharon M. Fitzgerald-Foster, Robert L. Fitzgerald, Roderick S.K. Fitzgerald, Chajuan L. Fitzgerald, Robert L. Fitzgerald II, and Stanley L. Lamb II have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Almar L. Fitzgerald's society, companionship, comfort, advice, and counsel.

**110.    THE MARCH 10, 2006, ATTACK – FALLUJAH, IRAQ**

**The Rowland Family**

1235.   Plaintiff Daniel Rowland is a citizen of the United States and domiciled in the State of Michigan.

1236.   On March 10, 2006, Daniel Rowland, the 30, was a Sergeant in the United States Marine Corps on duty at a checkpoint in Fallujah, Iraq when a dump truck loaded with explosives pulled up next to the checkpoint and detonated. Several dozen Marines were injured, and one was killed.

1237.   Mr. Rowland suffered injuries in the attack, including a concussion and injuries to his back that manifested as a disability later in time after his deployment.

1238.   The attack in which Mr. Rowland was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1239.   As a result of the attack, and the injuries he suffered, Plaintiff Daniel Rowland has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

**111.    THE MARCH 19, 2006, ATTACK – RAMADI, IRAQ**

**The Brehm Family**

1240.   Dale G. Brehm was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1241.   On March 19, 2006, Mr. Brehm, then 23, was a Sergeant serving in the United States Army in Ramadi, Iraq, when his unit came under enemy fire, and he was killed.

1242.   The attack in which Mr. Brehm was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1243.   Plaintiff William Brehm is a citizen of the United States and domiciled in the State of Nevada. He is the father of Dale Brehm.

1244.   As a result of the attack, and the death of Dale Brehm, Plaintiff William Brehm, has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Dale Brehm's society, companionship, comfort, advice, and counsel.

## 112.   THE MARCH 31, 2006, ATTACK – RAMADI, IRAQ

**The Beisel Family**

1245.   Jacob W. Beisel was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

1246.   On March 31, 2006, Mr. Beisel, then 21, was a Lance Corporal serving in the United States Marine Corps on a dismounted patrol in Ramadi, Iraq, when his unit came under enemy small arms fire, and he was killed.

1247.   The attack in which Mr. Beisel was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1248.   Plaintiff Albert G. Beisel is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Jacob W. Beisel.

1249.   Plaintiff Mary Beisel is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Jacob W. Beisel.

1250.   Plaintiffs Albert G. Beisel and Mary Beisel bring this action individually and on behalf of the Estate of Jacob W. Beisel, as its proposed legal co-representatives.

1251.   As a result of the attack, and the death of Jacob W. Beisel, Plaintiffs Albert G. Beisel and Mary Beisel have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jacob W. Beisel's society, companionship, comfort, advice, and counsel.

113.   **THE APRIL 6, 2006, ATTACK – RAMADI, IRAQ**

**The Edwards Family**

1252.   Chase A. Edwards was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

1253.   On April 6, 2006, Mr. Edwards, then 19, was a Private First Class serving in the United States Marine Corps in Ramadi, Iraq, when his vehicle was struck by an IED, killing him.

1254.   The attack in which Mr. Edwards was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1255.   Plaintiff Melody N. Hartwell is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of Chase A. Edwards.

1256.   Plaintiff Andrew F. Edwards, Jr., is a citizen of the United States and domiciled in the State of Wyoming. He is the father of Chase A. Edwards.

1257.   Plaintiff Christin A. Martin is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Chase A. Edwards.

1258.   Plaintiffs Melody N. Hartwell and Andrew F. Edwards, Jr., bring this action individually and on behalf of the Estate of Chase A. Edwards as its proposed legal co-representatives.

1259.   As a result of the attack, and the death of Chase A. Edwards, Plaintiffs Melody N. Hartwell, Andrew F. Edwards, Jr., and Christin A. Martin have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Chase A. Edward's society, companionship, comfort, advice, and counsel.

**114.**    **THE APRIL 13, 2006, ATTACK – AL KARMAH, IRAQ**

**The Bachar Family**

1260.   Salem Bachar was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1261.   On April 13, 2006, Mr. Bachar, then 20, was serving as a Corporal in the United States Marine Corps in Al Karmah, Iraq, when his unit came under mortar fire and he and another Marine were killed.

1262.   The attack in which Mr. Bachar was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1263.   Plaintiff Kristine Bachar is a citizen of the United States and domiciled in the State of California. She is the widow of Salem Bachar.

1264.   As a result of the attack, and the death of Salem Bachar, Plaintiff Kristine Bachar has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Salem Bachar's society, companionship, comfort, advice, and counsel.

**115.**    **THE APRIL 13, 2006, ATTACK – AR RUTBAH, IRAQ**

**The Farmer Family**

1265.   Plaintiff Donald Joseph Farmer is a citizen of the United States and domiciled in the State of Oregon.

1266.   On April 13, 2006, Mr. Farmer, then 26, was a Sergeant serving in the United States Marine Corps on a patrol mission when his vehicle was struck by a single IED.

1267.   Mr. Farmer was knocked unconscious by the force of the blast and he suffered serious injuries, including a TBI, shrapnel wounds in his left wrist, a sprained left wrist, and a concussion. He also suffered from PTSD.

1268.   The attack in which Mr. Farmer was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1269.   As a result of the attack and the injuries he suffered, Plaintiff Donald Joseph Farmer has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

### 116.   THE APRIL 15, 2006, ATTACK – FALLUJAH, IRAQ

**The Mayorga Family**

1270.   Pablo Vinicio Mayorga was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

1271.   On April 15, 2006, Mr. Mayorga, then 33, was serving as a Corporal in the United States Marine Corps in Fallujah, Iraq, when his vehicle was struck by an IED, killing him.

1272.   The attack in which Mr. Mayorga was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1273.   Plaintiff Paola Mayorga is a citizen of the United States and domiciled in the State of Florida. She is the widow of Pablo Vinicio Mayorga and brings this action individually and on behalf of the Estate of Pablo Vinicio Mayorga as its proposed legal representative.

1274.   As a result of the attack, and the death of Pablo Vinicio Mayorga, Plaintiff Paola Mayorga has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Pablo Vinicio Mayorga's society, companionship, comfort, advice, and counsel.

**The Winslow Family**

1275.   Ryan George Winslow was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

1276.   On April 15, 2006, Mr. Winslow, then 19, was serving as a Private First Class in the United States Marine Corps in the same unit as Mr. Mayorga and was driving the vehicle in which Mr. Mayorga was a passenger when the vehicle was struck by an IED.

1277.   Mr. Winslow died as a result of multiple traumatic blast injuries.

1278.   The attack in which Mr. Winslow was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1279.   Plaintiff George A. Winslow is a citizen of the United States and domiciled in the State of South Carolina. He is the father of Ryan George Winslow.

1280.   Plaintiff Marynell Winslow is a citizen of the United States and domiciled in the State of South Carolina. She is the mother of Ryan George Winslow.

1281.   Plaintiff Kristen Winslow Coy is a citizen of the United States and domiciled in the State of South Carolina. She is the sister of Ryan George Winslow.

1282.   Plaintiffs George A. Winslow and Marynell Winslow bring this action individually and on behalf of the Estate of Ryan George Winslow as its proposed legal co-representatives.

1283.   As a result of the attack, and the death of Ryan George Winslow, Plaintiffs George A. Winslow, Marynell Winslow, and Kristen Winslow Coy have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Ryan George Winslow's society, companionship, comfort, advice, and counsel.

## 117.   THE APRIL 19, 2006, ATTACK – AS SINIYAH, IRAQ

**The Tinnell Family**

1284.   Patrick Allen Tinnell was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

1285.   On April 19, 2006, Mr. Tinnell, then 25, was serving as a Private First Class in the United States Army as a scout leading a convoy of vehicles near As Siniyah, Iraq, when a VBIED detonated in close proximity to his position, killing him.

1286.   The attack in which Mr. Tinnell was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1287.   Plaintiff Deborah J. Tinnell is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Patrick Allen Tinnell.

1288.   Plaintiff James D. Tinnell is a citizen of the United States and domiciled in the State of Arizona. He is the father of Patrick Allen Tinnell.

1289.   Plaintiffs Deborah J. Tinnell and James D. Tinnell bring this action individually and on behalf of the Estate of Patrick Allen Tinnell as its proposed legal co-representatives.

1290.   As a result of the attack, and the death of Patrick Allen Tinnell, Plaintiffs Deborah J. Tinnell and James D. Tinnell have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Patrick Allen Tinnell's society, companionship, comfort, advice, and counsel.

### 118.   THE APRIL 22, 2006, ATTACK –BAGHDADI, IRAQ

**The Lueken Family**

1291.   Eric Robert Lueken was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

1292.   On April 22, 2006, Mr. Lueken, then 23, was serving as a Corporal in the United States Marine Corps in Baghdadi, Iraq when his vehicle was struck by an IED, killing him.

1293.   The attack in which Mr. Lueken was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1294.   Plaintiff Glenn R. Lueken is a citizen of the United States and domiciled in the State of Indiana. He is the father of Eric Robert Lueken.

1295.   Plaintiff Melinda R. Lueken is a citizen of the United States and domiciled in the State of Indiana. She is the mother of Eric Robert Lueken.

1296.   Plaintiffs Glenn R. Lueken and Melinda R. Lueken bring this action individually and on behalf of the Estate of Eric Robert Lueken as its proposed legal co-representatives.

1297.   As a result of the attack, and the death Eric Robert Lueken, Plaintiffs Glenn R. Lueken and Melinda R. Lueken have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Eric Robert Lueken's society, companionship, comfort, advice, and counsel.

### 119.    THE APRIL 26, 2006, ATTACK –UBAYDI, IRAQ

**The Ford Family**

1298.   Michael L. Ford was a citizen of the United States and domiciled in the State of Massachusetts when he was killed in Iraq.

1299.   On April 26, 2006, Michael L. Ford, then 19, was serving as a Lance Corporal in the United States Marine Corps in Ubaydi, Iraq, when his vehicle was struck by an IED that killed him.

1300.   The attack in which Mr. Ford was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1301.   Plaintiff Joseph Ford, Sr., is a citizen of the United States and domiciled in the State of Massachusetts. He is the father of Michael L. Ford and brings this action individually and on behalf of the Estate of Michael L. Ford as its proposed legal representative.

1302.   As a result of the attack, and the death of Michel L. Ford, Plaintiff Joseph Ford, Sr., has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Michael L. Ford's society, companionship, comfort, advice, and counsel.

### 120.   THE APRIL 29, 2006, ATTACK – BAGHDAD, IRAQ

**The Hooker Family**

1303.   Plaintiff Joshua Alan Hooker is a citizen of the United States and domiciled in the State of California when he was severely injured in Iraq.

1304.   On April 29, 2006, Mr. Hooker, then 21, was serving as a Sergeant in the United States Army National Guard and was on routine patrol at the Baghdad International Airport when his vehicle struck an IED.

1305.   While Mr. Hooker survived the IED blast, he suffered severe injuries, including shrapnel wounds that required the amputation of his left foot and surgery to save his right leg and right foot, as well as a TBI, fractures and shrapnel wounds to the face, right shoulder trauma, and bilateral hearing loss. He also suffered from PTSD.

1306.   The attack in which Mr. Hooker was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1307.   As a result of the attack, and the injuries he suffered, Plaintiff Joshua Alan Hooker has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

### 121.   THE MAY 2, 2006, ATTACK – NASSER WAS SALAAM, IRAQ

**The Kelley Family**

1308.   Plaintiff Forrest Cooper Kelley is a citizen of the United States and is domiciled in the State of North Carolina.

1309.   On May 2, 2006, Mr. Kelley, then 21, was serving as a Corporal in the United States Marine Corps as the gunner in a lead vehicle of a convoy approximately 9.5 kilometers south of the city of Nasser Was Salaam, when an IED detonated ten meters behind the lead vehicle. Mr. Kelley was blown out of his vehicle.

1310.   Mr. Kelley sustained a TBI, crushed sinus cavities, bilateral tympanic membrane/ear drum ruptures, left-sided hearing loss, decreased left eye visual acuity, and a shrapnel wound to the left shoulder. He also suffers from PTSD.

1311.   The attack in which Mr. Kelley was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1312.   As a result of the attack and the injuries he suffered, Plaintiff Forrest Cooper Kelley has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

## 122.   **THE MAY 14, 2006. ATTACK – HAQLANIYAH, ANBAR PROVINCE, IRAQ**

**The Marin-Dominguez Family**

1313.   Jose Santos Marin-Dominguez, Jr., was a citizen of the United States and domiciled in the State of Kansas when he was killed in Iraq.

1314.   On May 14, 2006, Mr. Marin-Dominguez, then 22, was serving as a Lance Corporal in the United States Marine Corps near Haqlaniyah, Iraq when his vehicle was struck by an IED, killing him.

1315.   The attack in which Mr. Marin-Dominguez was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1316.   Plaintiff Jose I. Marin is a citizen of the United States and domiciled in the State of Kansas. He is the father of Jose Santos Marin-Dominguez, Jr.

1317.   Plaintiff Olivia Dominguez de Marin is a citizen of the United States and domiciled in the State of Kansas. She is the mother of Jose Santos Marin-Dominguez, Jr.

1318.   Plaintiff Tomas D. Marin is a citizen of the United States and domiciled in the State of Arkansas. He is the brother of Jose Santos Marin-Dominguez, Jr.

1319.   Plaintiff Araceli Violeta is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Jose Santos Marin-Dominguez, Jr.

1320.   Plaintiff Sarai Marin is a citizen of the United States and domiciled in the State of Kansas. She is the sister of Jose Santos Marin-Dominguez, Jr.

1321.   Plaintiffs Olivia Dominguez de Marin and Jose I. Marin bring this action individually and on behalf of the Estate of Jose Santos Marin-Dominguez, Jr., as its proposed legal co-representatives.

1322.   As a result of the attack, and the death of Jose Santos Marin-Dominguez, Jr., Plaintiffs Jose I. Marin, Olivia Dominguez de Marin, Tomas D. Marin, Araceli Violeta, and Sarai Marin have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jose Santos Marin-Dominguez, Jr.'s society, companionship, comfort, advice, and counsel.

### 123.   <u>THE JUNE 2, 2004, ATTACK – BAGHDAD, IRAQ</u>

<u>The Perez Family</u>

1323.   Plaintiff Angel Luis Perez is a citizen of the United States and domiciled in the State of Texas when he was severely injured in Iraq.

1324.   On June 2, 2004, Mr. Perez, then 30, was serving as a Sergeant in the United States Army conducting a routine patrol near Camp Steel Dragon in Baghdad, Iraq when he was struck by a mortar round that blew him off of the rooftop and onto the ground. Mr. Perez fell four stories and landed on his back as a result of the blast from the mortar round explosion.

1325.   Mr. Perez survived the blast but sustained severe injuries in the attack, including a TBI, a back injury, nerve damage in his arm, constant back pain, tinnitus, and headaches. He also suffered from PTSD.

1326.   The attack in which Mr. Perez was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1327.   As a result of the attack, and the injuries he suffered, Plaintiff Angel Luis Perez has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

### 124.   THE JUNE 3, 2006, ATTACK –AL KARMAH, IRAQ

**The Cummings Family**

1328.   Ryan Cummings was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

1329.   On June 3, 2006, Mr. Cummings, then 22, was serving as a Corporal in the United States Marine Corps in Al Karmah, Iraq, when his vehicle was struck by an IED, killing him.

1330.   The attack in which Mr. Cummings was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1331.   Plaintiff John R. Cummings is a citizen of the United States and domiciled in the State of Illinois. He is the father of Ryan Cummings.

1332.   Plaintiff Kevin Cummings is a citizen of the United States and domiciled in the State of Illinois. He is the brother of Ryan Cummings.

1333.   Plaintiff Kristen Real is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Ryan Cummings.

1334.   Plaintiff Jason Cummings is a citizen of the United States and domiciled in the State of Illinois. He is the brother of Ryan Cummings.

1335.   Plaintiff John R. Cummings brings this action individually and on behalf of the Estate of Ryan Cumming as its proposed legal representative.

1336.   As a result of the attack, and the death of Ryan Cummings, Plaintiffs John R. Cummings, Kevin Cummings, Kristen Real, and Jason Cummings have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Ryan Cumming's society, companionship, comfort, advice, and counsel.

## 125.   THE JUNE 6, 2006, ATTACK – RAMADI, IRAQ

**The Pernell Family**

1337.   Carlos Eugene Pernell was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

1338.   On June 6, 2006, Mr. Pernell, then 25, was serving as a Sergeant in the United States Army in Ramadi, Iraq, when he was struck by indirect enemy fire and killed.

1339.   The attack in which Mr. Pernell was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1340.   Plaintiff Tiffanie R. Pernell is a citizen of the United States and domiciled in the State of Louisiana. She is the widow of Carlos Eugene Pernell.

1341.   Plaintiff Leatricia D. Motley is a citizen of the United States and domiciled in the State of Alabama. She is the sister of Carlos Eugene Pernell.

1342.   Plaintiff Skitorria Pernell is a citizen of the United States and domiciled in the State of Alabama. She is the sister of Carlos Eugene Pernell.

1343.   Plaintiff K.W. is a citizen of the United States and domiciled in the State of Alabama. She is the minor stepdaughter of Carlos Eugene Pernell.

1344.   Plaintiff Eugene Pernell is a citizen of the United States and domiciled in the State of Alabama. He is the father of Carlos Eugene Pernell.

1345.   Plaintiff Tiffanie R. Pernell brings this action individually and on behalf of the Estate of Carlos Eugene Pernell as its proposed legal representative, and on behalf of minor child K.W. as her legal guardian.

1346.   As a result of the attack, and the death of Carlos Eugene Pernell, Plaintiffs Tiffanie R. Pernell, Leatricia D. Motley, Skitorria Pernell, K.W. and Eugene Pernell have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Carlos Eugene's Pernell's society, companionship, comfort, advice, and counsel.

## 126.   THE JUNE 8, 2006, ATTACK – BURITZ, IRAQ

**The Santos Family**

1347.   Luis Daniel Santos was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1348.   On June 8, 2006, Mr. Santos, then 20, was serving as a Corporal in the United States Army in Buritz (Baqubah) Iraq, when an IED detonated near his vehicle, killing him.

1349.   The attack in which Mr. Santos was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1350.   Plaintiff Irma Y. Santos is a citizen of the United States and domiciled in the State of California. She is the mother of Luis Daniel Santos.

1351.   As a result of the attack, and the death of Luis Daniel Santos, Plaintiff Irma Y. Santos has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Luis Daniel Santos' society, companionship, comfort, advice, and counsel.

### 127.   THE JUNE 20, 2006, ATTACK – AL KARMAH, IRAQ

**The Webb Family**

1352.   Brandon James Webb was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

1353.   On June 20, 2006, Mr. Webb, then 20, was serving as a Lance Corporal serving in the United States Marine Corps in Al Karmah, Iraq, when his vehicle was struck by an IED, killing him.

1354.   The attack in which Mr. Webb was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1355.   Plaintiff Ann Marie Christofferson is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Brandon James Webb.

1356.   Plaintiff Austin W. Christofferson is a citizen of the United States and domiciled in the State of Arizona. He is the brother of Brandon James Webb.

1357.   Plaintiff Ann Marie Christofferson brings this action individually and on behalf of the Estate of Brandon James Webb as its proposed legal representative.

1358.   As a result of the attack, and the death of Brandon James Webb, Plaintiffs Ann Marie Christofferson and Austin W. Christofferson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Brandon James Webb's society, companionship, comfort, advice, and counsel.

**The Williams Family**

1359.   Benjamin Dewayne Williams was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1360.   On June 20, 2006, Mr. Williams, then 30, was serving as a Staff Sergeant serving in the United States Marine Corps in the same unit as Mr. Webb and was the driver of the vehicle that was struck by the IED described above.

1361.   Mr. Williams died as a result of multiple traumatic blast injuries.

1362.   The attack in which Mr. Williams was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1363.   Plaintiff Linda Jean Breaux is a citizen of the United States and domiciled in the State of Indiana. She is the mother of Benjamin Dewayne Williams.

1364.   Plaintiff Jennifer Sanborn is a citizen of the United States and domiciled in the State of Indiana. She is the sister of Benjamin Dewayne Williams.

1365.   As a result of the attack, and the death of Benjamin Dewayne Williams, Plaintiffs Linda Jean Breaux and Jennifer Sanborn have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Benjamin Dewayne Williams' society, companionship, comfort, advice, and counsel.

**128.   THE JUNE 29, 2006, ATTACK – BAGHDAD, IRAQ**

**The Rose Family**

1366.   Christopher David Rose was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1367.   On June 29, 2006, Christopher David Rose, then 21, was serving as a Corporal in the United States Army in Baghdad, Iraq, when he was killed by an IED.

1368.   The attack in which Mr. Rose was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1369.   Plaintiff Rudy Rose is a citizen of the United States and domiciled in the State of California. He is the father of Christopher David Rose.

1370.   As a result of the attack, and the death of Christopher David Rose, Plaintiff Rudy Rose has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christopher David Rose's society, companionship, comfort, advice, and counsel.

### 129.   THE JULY 8, 2006, ATTACK – RAMADI, IRAQ

**The Flores Family**

1371.   Omar D. Flores was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1372.   On July 8, 2006, Mr. Flores, who was 27, was serving as a Staff Sergeant in the United States Army, traveling in a convoy in Ramadi, Iraq, when his vehicle was struck by an IED, killing him.

1373.   The attack in which Mr. Flores was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1374.   Plaintiff Lizbeth Miranda is a citizen of the United States and domiciled in the State of Texas. She is the widow of Omar D. Flores.

1375.   Plaintiff Lizbeth Jazmin Flores is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Omar D. Flores.

1376.   Plaintiff Omar D. Flores, Jr., is a citizen of the United States and domiciled in the State of Texas. He is the son of Omar D. Flores.

1377.   Plaintiff Sonia M. Flores is a citizen of the United States and domiciled in the State of Texas. She is the mother of Omar D. Flores.

1378.   Plaintiff Gilberto Flores is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Omar D. Flores.

1379.   Plaintiff Jorge L. Flores is a citizen of the United States and domiciled in the State of Texas. He is the brother of Omar D. Flores.

1380.   Plaintiff Sonia A. Flores is a citizen of the United States and domiciled in the State of Texas. She is the sister of Omar D. Flores.

1381.   As a result of the attack, and the death of Omar D. Flores, Plaintiffs Lizbeth Miranda, Lizbeth Jazmin Flores, Omar D. Flores, Jr., Sonia M. Flores, Gilberto Flores, Jorge L. Flores, and Sonia A. Flores have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Omar D. Flores' society, companionship, comfort, advice, and counsel.

**The Micks Family**

1382.   Joseph Paul Micks was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

1383.   On July 8, 2006, Mr. Micks, then 22, was serving as a Corporal in the United States Army in Ramadi, Iraq, when he was killed in the same attack as Omar D. Flores.

1384.   The attack in which Mr. Micks was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1385.   Plaintiff Kenneth P. Micks is a citizen of the United States and domiciled in the State of Michigan. He is the father of Joseph Paul Micks.

1386.   Plaintiff Amy Jean Micks is a citizen of the United States and domiciled in the State of Michigan. She is the daughter of Joseph Paul Micks.

1387.   As a result of the attack, and the death of Joseph Paul Micks, Plaintiffs Kenneth P. Micks and Amy Jean Micks have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Joseph Paul Micks' society, companionship, comfort, advice, and counsel.

### 130.   THE JULY 29, 2006, ATTACK – RAWAH, IRAQ

**The Williams Family**

1388.   Christian B. Williams was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

1389.   On July 29, 2006, Mr. Williams, then 27, was serving as a Sergeant in the United States Marine Corps in Rawah, Iraq, when a suicide propane truck bomber drove his vehicle into a check point where Mr. Williams and three other Marines were stationed.

1390.   Mr. Williams died as a result of the ensuing blast.

1391.   The attack in which Mr. Williams was killed was committed by Iranian- and Syrian-funded and trained terror operatives in Iraq.

1392.   Plaintiff Vincent D.B. Williams is a citizen of the United States and domiciled in the State of Florida. He is the brother of Christian B. Williams.

1393.   As a result of the attack, and the death of Christian B. Williams, Plaintiff Vincent D.B. Williams has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christian B. Williams' society, companionship, comfort, advice, and counsel.

### 131.   THE AUGUST 1, 2006, ATTACK – RAWAH, IRAQ

**The Laird Family**

1394.   Dustin Daniel Laird was a citizen of the United States and domiciled in the State of Tennessee when he was killed in Iraq.

1395.   On August 1, 2006, Mr. Laird, then 23, was serving as a Sergeant in the United States Army National Guard, traveling in a convoy on Route Bronze, approximately 28 kilometers west of Rawah, Iraq when his vehicle was struck by an IED.

1396.   Mr. Laird died of his injuries on August 2, 2006.

1397.   The attack in which Mr. Laird was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1398.   Plaintiff Billy Lee Laird is a citizen of the United States and domiciled in the State of Tennessee. He is the father of Dustin Daniel Laird.

1399.   Plaintiff Billy Lee Laird brings this action individually and on behalf of the Estate of Dustin Daniel Laird as its proposed legal representative.

1400.   As a result of the attack, and the death of Dustin Daniel Laird, Plaintiff Billy Lee Laird has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Dustin D. Laird's society, companionship, comfort, advice, and counsel.

**The Yamauchi Family**

1401.   Plaintiff Kenji Richard Yamauchi is a citizen of the United States and domiciled in the State of Tennessee when he was severely injured in Iraq.

1402.   On August 1, 2006, Mr. Yamauchi, then 23, was serving as a Sergeant in the United States Army, when he was severely injured in the same IED attack that killed Dustin Daniel Laird.

1403.   Mr. Yamauchi sustained severe injuries to his head and hands, as he staggered away from his burning and damaged vehicle.

1404.   Mr. Yamauchi injuries included second and third degree burns to his hands and face, shrapnel wounds to both of his eyes, a TBI, and herniated disks at the L4-L5 level. He also suffered from PTSD, migraines, memory loss, severe tinnitus, and eye sensitivity.

1405.   The attack in which Mr. Yamauchi was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1406.   As a result of the attack and the injuries he suffered, Plaintiff Kenji Richard Yamauchi has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

1407.   Plaintiff Izak Yamauchi is a citizen of the United States and domiciled in Tennessee. He is the son of Kenji Richard Yamauchi.

1408.   Plaintiff Christina Lawrence is a citizen of the United States and domiciled in Tennessee. She is the sister of Kenji Richard Yamauchi.

1409.   As a result of the attack, and the injuries Plaintiff Kenji Richard Yamauchi suffered, Plaintiffs Izak Yamauchi and Christina Lawrence have experienced severe mental anguish and extreme emotional pain and suffering.

**The Sykes Family**

1410.   Plaintiff George R. Sykes is a citizen of the United States and domiciled in the State of Tennessee.

1411.   On August 1, 2006, George R. Sykes, then 25, was serving as a Sergeant in the U.S. Army approximately 28 kilometers west of Rawah, Iraq when his vehicle was struck by an IED.

1412.   Mr. Sykes was injured in the same attack that injured Kenji Richard Yamauchi and killed Dustin Daniel Laird.

1413.   Mr. Sykes suffered injuries in the attack, including first and second degree burns on his hands and face, a fractured right knee, and a deep wound to his right elbow.

1414.   The attack in which Mr. Sykes was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1415.   As a result of the attack, and the injuries he suffered, Plaintiff George R. Sykes has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

### 132.   THE AUGUST 4, 2006, ATTACK –RAMADI, IRAQ

**The Beste Family**

1416.   Bradley H. Beste was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

1417.   On August 4, 2006, Mr. Beste, then 22, was serving as a Sergeant in the United States Army and was returning to his base located in Ramadi, Iraq, when his vehicle was struck by large IED, killing him.

1418.   The attack in which Mr. Beste was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1419.   Plaintiff Jeffrey A. Beste is a citizen of the United States and domiciled in the State of Texas. He is the father of Bradley H. Beste.

1420.   Plaintiff Denise M. Beste is a citizen of the United States and domiciled in the State of Texas. She is the mother of Bradley H. Beste.

1421.   Plaintiff Jared J. Beste is a citizen of the United States and domiciled in the State of Illinois. He is the brother of Bradley H. Beste.

1422.   Plaintiff Emilie V. Beste-Martinez is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Bradley H. Beste.

1423.   Plaintiff Matthew J. Beste is a citizen of the United States and domiciled in the State of Texas. He is the brother of Bradley H. Beste.

1424.   Plaintiffs Jeffrey A. Beste and Denise M. Beste bring this action individually and on behalf of the Estate of Bradley H. Beste as its proposed legal co-representatives.

1425.   As a result of the attack, and the death of Bradley H. Beste, Plaintiffs Jeffrey A. Beste, Denise M. Beste, Jared J. Beste, Emilie V. Beste-Martinez, and Matthew J. Beste have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Bradley H. Beste's society, companionship, comfort, advice, and counsel.

### 133.   THE AUGUST 20, 2006 –RAWAH, IRAQ

**The Newman Family**

1426.   Randy Newman was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

1427.   On August 20, 2006, Mr. Newman, then 21, was serving as serving as a Lance Corporal in the United States Marines in Al Anbar Province, Rawah, Iraq when his vehicle was struck by an IED.

1428.   Mr. Newman was killed in the attack as a result of blast and thermal injuries.

1429.   The attack which caused the death of Mr. Newman was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1430.   Plaintiff Ramona Newman is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Randy Newman.

1431.   As a result of the attack, and the death of Randy Newman, Plaintiff Ramona Newman has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Randy Newman's society, companionship, comfort, advice, and counsel.

### 134.   THE AUGUST 24, 2006, ATTACK – NEAR RAMADI, IRAQ

**The Williams Family**

1432.   Dwayne Ein Williams was a citizen of the United States and domiciled in the State of Maryland when he was killed in Iraq.

1433.   On August 24, 2006, Dwayne Ein Williams, then 28, was a Staff Sergeant in the United States Marine Corps near Ramadi, Iraq, when he was killed attempting to render an improvised rocket launcher inert.

1434.   The attack in which Mr. Williams was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1435.   Plaintiff LaStar D. Williams is a citizen of the United States and domiciled in the State of Georgia. She is the widow of Dwayne Ein Williams.

1436.   Plaintiff Malachi E. Williams is a citizen of the United States and domiciled in the State of Georgia. He is the son of Dwayne Ein Williams.

1437.   Plaintiff LaStar D. Williams brings this action individually and on behalf of the Estate of Dwayne Ein Williams as its proposed legal representative.

1438.   As a result of the attack, and the death of Dwayne Ein Williams, Plaintiffs LaStar D. Williams and Malachi E. Williams have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Dwayne Ein Williams' society, companionship, comfort, advice, and counsel.

### 135.   THE AUGUST 26, 2006, ATTACK – HABBANIYAH, IRAQ

**The Weimortz Family**

1439.   David Weimortz was a citizen of the United States and domiciled in the State of South Carolina when he was killed in Iraq.

1440.   On August 26, 2006, David Weimortz, then 28, was serving as a Corporal in the U.S. Marine Corps in Habbaniyah, Iraq when he was killed in an IED attack.

1441.   The attack in which Mr. Weimortz was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1442.   Plaintiff Joseph T. Weimortz is a citizen of the United States and domiciled in the State of Florida. He is the father of David Weimortz.

1443.   As a result of the attack, and the death of David Weimortz, Plaintiff Joseph T. Weimortz has experienced severe mental anguish, extreme emotional pain and suffering, and loss of David Weimortz's society, companionship, comfort, advice, and counsel.

## 136.   THE AUGUST 27, 2006, ATTACK – BAGHDAD, IRAQ

**The Dolan Family**

1444.   Daniel George Dolan was a citizen of the United States and domiciled in the State of Utah when he was killed in Iraq.

1445.   On August 27, 2006, Mr. Dolan, then 19, was serving as a Private First Class in the United States Army, in Baghdad, Iraq, when his vehicle was struck by an IED and subjected to small arms fire.

1446.   Mr. Dolan was killed in the attack.

1447.   The attack in which Mr. Dolan was killed was committed Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1448.   Plaintiff Timothy W. Dolan is a citizen of the United States and domiciled in the State of Utah. He is the father of Daniel George Dolan.

1449.   Plaintiff Fay L. Dolan is a citizen of the United States and domiciled in the State of Utah. She is the mother of Daniel George Dolan.

1450.   Plaintiff Michelle Dolan-Croft is a citizen of the United States and domiciled in the State of Utah. She is the sister of Daniel George Dolan.

1451.   Plaintiffs Timothy W. Dolan and Fay L. Dolan bring this action individually and on behalf of the Estate of Daniel George Dolan, as its proposed legal co-representatives.

1452.   As a result of the attack, and the death of Daniel George Dolan, Plaintiffs Timothy W. Dolan, Fay L. Dolan, and Michelle Dolan-Croft have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Daniel George Dolan's society, companionship, comfort, advice, and counsel.

### 137.    THE AUGUST 30, 2006, ATTACK – KHALIDIYAH, IRAQ

**The Hanson Family**

1453.   Joshua Robert Hanson was a citizen of the United States and domiciled in the State of Minnesota when he was killed in Iraq.

1454.   On August 30, 2006, Mr. Hanson, then 27, was serving as a Staff Sergeant in the U.S. Army National Guard near the city of Khalidiyah, Iraq, when his vehicle was struck by a double stacked mine, killing him.

1455.   The attack in which Mr. Hanson was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1456.   Plaintiff Kathleen Hanson is a citizen of the United States and domiciled in the State of Minnesota. She is the mother of Joshua Robert Hanson.

1457.   Plaintiff Robert E. Hanson is a citizen of the United States and domiciled in the State of Minnesota. He is the father of Joshua Robert Hanson.

1458.   Plaintiff Jacob H. Hanson is a citizen of the United States and domiciled in the State of Minnesota. He is the brother of Joshua Robert Hanson.

1459.   Plaintiffs Robert E. Hanson and Kathleen Hanson bring this action individually and on behalf of the Estate of Joshua Robert Hanson as its proposed legal co-representatives.

1460.   As a result of the attack, and the death of Joshua Robert Hanson, Plaintiffs Kathleen Hanson, Robert E. Hanson, and Jacob H. Hanson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Joshua Robert Hanson's society, companionship, comfort, advice, and counsel.

## 138.  THE SEPTEMBER 1, 2006, ATTACK – TAQADDUM, IRAQ

**The Golla Family**

1461.   Cliff K. Golla was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

1462.   On September 1, 2006, Mr. Golla, then 21, was serving as a Lance Corporal in the United States Marine Corps leading his squad on a foot patrol near Taqaddum, Iraq, when he was killed by an IED.

1463.   The attack in which Mr. Golla was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1464.   Plaintiff Krzysztof T. Golla is a citizen of the United States and domiciled in the State of North Carolina. He is the father of Cliff K. Golla and brings this action individually and on behalf of the Estate of Cliff K. Golla as its proposed legal representative.

1465.   As a result of the attack, and the death of Cliff K. Golla, Plaintiff Krzysztof T. Golla has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Cliff K. Golla's society, companionship, comfort, advice, and counsel.

### 139.   THE SEPTEMBER 3, 2006, ATTACK – RUTBAH, IRAQ

**The Harris Family**

1466.   Shane P. Harris was a citizen of the United States and domiciled in the State of New Mexico.

1467.   On September 3, 2006, Mr. Harris, then 23, was serving as a Lance Corporal in the United States Marine Corps in Rutbah, Iraq, when his vehicle was struck by an IED, killing him.

1468.   The attack in which Mr. Harris was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1469.   Plaintiff Charles P. Harris is a citizen of the United States and domiciled in the State of New Mexico. He is the father of Shane P. Harris.

1470.   Plaintiff Carol Ann Harris is a citizen of the United States and domiciled in the State of New Mexico. She is the mother of Shane P. Harris.

1471.   Plaintiff Ryan Harris is a citizen of the United States and domiciled in the State of Minnesota. He is the brother of Shane P. Harris.

1472.   Plaintiff Tiffany Needham is a citizen of the United States and domiciled in the State of California. She is the sister of Shane P. Harris.

1473.   Plaintiff Logan Harris is a citizen of the United States and domiciled in the State of New Mexico. He is the brother of Shane P. Harris.

1474.   Plaintiffs Charles P. Harris and Carol Ann Harris bring this action individually and on behalf of the Estate of Shane P. Harris as its proposed legal co-representatives.

1475.   As a result of the attack, and the death of Shane Harris, Plaintiffs Charles P. Harris, Carol Ann Harris, Ryan Harris, Tiffany Needham, and Logan Harris have experienced severe

mental anguish, extreme emotional pain and suffering, and the loss of Shane P. Harris' society, companionship, comfort, advice, and counsel.

### 140.   THE OCTOBER 2, 2006, ATTACK – TIKRIT, IRAQ

**The George Family**

1476.   Plaintiff Aaron George is a citizen of the United States and domiciled in the State of North Carolina.

1477.   On October 2, 2006, Aaron George, then 28, was serving as a Sergeant in the U.S. Army on a patrol through Tikrit when his unit was attacked by grenades.

1478.   Mr. George was awarded The Army Commendation Medal "for exceptionally valorous conduct while on patrol…. Despite his wounds, SGT George ensured the seriously wounded received medical treatment and no further injuries were sustained."

1479.   Mr. George suffered injuries in the attack, including a TBI, PTSD, shrapnel wounds to both hands and face, and burns.

1480.   The attack in which Mr. George was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1481.   As a result of the attack, and the injuries he suffered, Plaintiff Aaron George has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

1482.   Plaintiff Kirstin George is a citizen of the United States and domiciled in the State of Wisconsin. She is the sister of Aaron George.

1483.   As a result of the attack, and the injuries Plaintiff Aaron George suffered, Plaintiff Kirstin George has experienced severe mental anguish and extreme emotional pain and suffering.

**141.**   **THE OCTOBER 6, 2006, ATTACK – SAQLAWIYAH, IRAQ**

**The Johnson Family**

1484.   Stephen Franklin Johnson was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

1485.   On October 6, 2006, Mr. Johnson, then 20, was serving as a Lance Corporal in the United States Marine Corps on a routine patrol when his vehicle was struck by an IED.

1486.   Mr. Johnson was blown from his vehicle into an irrigation canal and his body was only recovered on October 8, 2006.

1487.   The attack in which Mr. Johnson was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1488.   Plaintiff Stanley C. Johnson is a citizen of the United States and domiciled in the State of Georgia. He is the father of Stephen Franklin Johnson.

1489.   Plaintiff Judy Lynn Johnson is a citizen of the United States and domiciled in the State of Georgia. She is the mother of Stephen Franklin Johnson.

1490.   Plaintiffs Stanley C. Johnson and Judy Lynn Johnson bring this action individually and on behalf of the Estate of Stephen Franklin Johnson as its proposed legal co-representatives.

1491.   As a result of the attack, and the death of Stephen Franklin Johnson, Plaintiffs Stanley C. Johnson and Judy Lynn Johnson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Stephen Franklin Johnson's society, companionship, comfort, advice, and counsel.

### 142.   THE OCTOBER 9, 2006, ATTACK – RAMADI, IRAQ

**The Bowman Family**

1492.   Jon Eric Bowman was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

1493.   On October 9, 2006, Mr. Bowman, then 21, was serving as a Lance Corporal serving in the United States Marine Corps north of Ramadi, Iraq when his vehicle was struck by an IED, killing him and two others.

1494.   The attack in which Mr. Bowman was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1495.   Plaintiff Dawn E. Bowman is a citizen of the United States and domiciled in the State of Louisiana. She is the widow of Jon Eric Bowman.

1496.   Plaintiff Johnny W. Bowman is a citizen of the United States and domiciled in the State of Louisiana. He is the father of Jon Eric Bowman.

1497.   Plaintiff Megan Bowman is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Jon Eric Bowman.

1498.   Plaintiff Dawn E. Bowman brings this action individually and on behalf of the Estate of Jon Eric Bowman as its proposed legal representative.

1499.   As a result of the attack, and the death of Jon Eric Bowman, Plaintiffs Dawn E. Bowman, Johnny W. Bowman, and Megan Bowman have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jon Bowman's society, companionship, comfort, advice, and counsel.

**The Feniello Family**

1500.   Shelby J. Feniello was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

1501.   On October 9, 2006, Mr. Feniello, then 25, was serving as a Private First Class in the United States Marine Corps in the same unit as Mr. Bowman when his vehicle was struck by an IED.

1502.   Mr. Feniello was killed in the same attack as Jon Eric Bowman.

1503.   The attack in which Mr. Feniello was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1504.   Plaintiff Richard J. Feniello is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Shelby J. Feniello.

1505.   Plaintiff Richard J. Feniello brings this action individually and on behalf of the Estate of Shelby J. Feniello as its proposed legal representative.

1506.   As a result of the attack, and the death of Shelby J. Feniello, Plaintiff Richard J. Feniello has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Shelby J. Feniello's society, companionship, comfort, advice, and counsel.

### 143.   THE NOVEMBER 1, 2006, ATTACK – HADITHA, IRAQ

**The Koehler Family**

1507.   Gary Allen Koehler was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

1508.   On November 1, 2006, Mr. Koehler, then 21, was serving as a Corporal in the United States Marine Corps conducting a dismounted patrol near Haditha, Iraq when he was struck and killed by an IED.

1509.   The attack in which Mr. Koehler was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1510.   Plaintiff Ronald E. Koehler is a citizen of the United States and domiciled in the State of New Mexico. He is the father of Gary Allen Koehler.

1511.   Plaintiff Mary G. Koehler is a citizen of the United States and domiciled in the State of New Mexico. She is the mother of Gary Allen Koehler.

1512.   Plaintiff Robert J. Koehler is a citizen of the United States and domiciled in the State of New Mexico. He is the brother of Gary Allen Koehler.

1513.   Plaintiff Frank L. Koehler is a citizen of the United States and domiciled in the State of New Mexico. He is the brother of Gary Allen Koehler.

1514.   As a result of the attack, and the death of Gary Allen Koehler, Plaintiffs Ronald E. Koehler, Mary G. Koehler, Robert J. Koehler, and Frank L. Koehler have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Gary Allen Koehler's society, companionship, comfort, advice, and counsel.

### 144.   THE NOVEMBER 11, 2006, ATTACK – RAMADI, IRAQ

**The Martinez Family**

1515.   Misael Martinez was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

1516.   On November 11, 2006, Mr. Martinez, then 24, was serving as a Staff Sergeant in the United States Army in Ramadi, Iraq, when an IED detonated near his vehicle, killing him.

1517.   The attack in which Mr. Martinez was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1518.   Plaintiff Rosalina Rodriguez Martinez is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Misael Martinez.

1519.   Plaintiff Samuel Martinez is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Misael Martinez.

1520.   Plaintiff Rosalina Rodriguez Martinez brings this action individually and on behalf of the Estate of Misael Martinez as its proposed legal representative.

1521.   As a result of the attack, and the death of Misael Martinez, Plaintiffs Rosalina Rodriguez Martinez and Samuel Martinez have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Misael Martinez's society, companionship, comfort, advice, and counsel.

## 145.   THE NOVEMBER 14, 2006, ATTACK – RAMADI, IRAQ

**The Palacios Family**

1522.   Eric Palacios Rivera was a citizen of the United States and domiciled in the State of New Jersey when he was killed in Iraq.

1523.   On November 14, 2006, Mr. Rivera, then 21, was serving as a Corporal in the United States Army conducting a patrol in Ramadi, Iraq, when his unit came under small-arms fire, and he was shot and killed.

1524.   The attack in which Mr. Rivera was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1525.   Plaintiff Cayetana Palacios is a citizen of the United States and domiciled in the State of New Jersey. She is the mother of Eric Palacios Rivera and brings this action individually and on behalf of the Estate of Eric Palacios Rivera as its proposed legal representative.

1526.   As a result of the attack, and the death of Eric Palacios Rivera, Plaintiff Cayetana

Palacios has experienced severe mental anguish, extreme emotional pain and suffering, and loss

of Eric Palacios Rivera's society, companionship, comfort, advice, and counsel.

### 146.   THE NOVEMBER 14, 2006, ATTACK – HADITHA, IRAQ

**The Marcus D. Wilson Sr. Family**

1527.   Plaintiff Marcus D. Wilson, Sr. is a citizen of the United States and domiciled in

the State of California.

1528.   On November 14, 2006, Marcus D. Wilson Sr., then 30, was a Staff Sergeant in the

U.S. Marine Corps returning from assessing a bridge over the Euphrates River when his vehicle

drove over an IED.

1529.   Mr. Wilson suffered injuries in the attack, including tinnitus, fractures of his right

femur, left 3rd metacarpal, left and right ulnar and left little finger, external fixation of left 4th

metacarpal, a traumatic left above-knee amputation, fractured ribs, compression fractures (thoracic

spine), hearing loss (left ear), and right knee ACL/PCL tears. He also suffered from PTSD,

migraines, and a TBI.

1530.   The attack in which Mr. Wilson was injured was committed by Iranian- and Syrian-

funded and –trained terror operatives in Iraq.

1531.   As a result of the attack, and the injuries he suffered, Plaintiff Marcus D. Wilson

has experienced severe physical pain, severe mental anguish and extreme emotional pain and

suffering.

**147.  THE NOVEMBER 15, 2006, ATTACK – BAQUBAH, IRAQ**

**The Gruetzner Family**

1532.   Plaintiff Bradley Keith Gruetzner is a citizen of the United States and domiciled in the State of Texas.

1533.   On November 15, 2006, Mr. Gruetzner, then 26, was a Staff Sergeant serving in the United States Army, conducting route reconnaissance in a convoy on Route Detroit in an area south of Baqubah, Iraq, when his convoy was struck by two double-stacked anti-tank mines and a twenty-gallon propane tank that had been buried.

1534.   Mr. Gruetzner suffered severe injuries in the attack, and three other soldiers in the vehicle were killed by the IED blast.

1535.   Mr. Gruetzner sustained a TBI, an amputated right hand and lower right arm, burns over twenty-five percent of his body, internal organ injuries, and tinnitus. He also suffered from PTSD and memory loss.

1536.   The attack in which Mr. Gruetzner was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1537.   As a result of the attack and the injuries he suffered, Plaintiff Bradley Keith Gruetzner has experienced severe physical pain and injuries, severe mental anguish, and extreme emotional pain and suffering.

**The Mutz Family**

1538.    Mitchel Thomas Mutz was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1539.   On November 15, 2006, Mr. Mutz, then 23, was serving as a Specialist in the United States Army in the same unit as Mr. Gruetzner.

1540.   Mr. Mutz was killed in the same attack that injured Mr. Gruetzner.

1541.   The attack in which Mr. Mutz was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1542.   Plaintiff Dixie L. Mutz is a citizen of the United States and domiciled in the State of Texas. She is the mother of Mitchel Thomas Mutz.

1543.   Plaintiff Robert R. Mutz is a citizen of the United States and domiciled in the State of Texas. He is the father of Mitchel Thomas Mutz.

1544.   Plaintiff Nathan Mutz is a citizen of the United States and domiciled in the State of Texas. He is the brother of Mitchel Thomas Mutz.

1545.   As a result of the attack, and the death of Mitchel Thomas Mutz, Plaintiffs Dixie L. Mutz, Robert R. Mutz, and Nathan Mutz have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Mitchell Thomas Mutz's society, companionship, comfort, advice, and counsel.

## 148.   THE NOVEMBER 21, 2006, ATTACK – BAGHDAD, IRAQ

**The Kahalewai Family**

1546.   Henry K. Kahalewai, Jr., was a citizen of the United States and domiciled in the State of Hawaii when he was died as a result of injuries he sustained in a terrorist attack in Iraq.

1547.   On November 21, 2006, Mr. Kahalewai, Jr., then 44, was serving as a Staff Sergeant in the United States Army traveling in a convoy when his vehicle was struck by an IED.

1548.   Mr. Kahalewai sustained multiple shrapnel wounds, including to the right lower extremity and abdomen. He also developed lung infections as a result of inhalation of materials released in the explosion.

1549.   Mr. Kahalewai died on December 15, 2006, from complications of his multiple blast injuries including pneumonia, wound infections, and multiple organ system failure.

1550.   The attack in which Mr. Kahalewai was ultimately killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1551.   Plaintiff Debbie Kahalewai is a citizen of the United States and domiciled in the State of Washington. She is the widow of Henry K. Kahalewai, Jr.

1552.   Plaintiff Aaron E. Kahalewai is a citizen of the United States and domiciled in the State of Hawaii. He is the son of Henry K. Kahalewai, Jr.

1553.   Plaintiff Azhalane Kahalewai is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Henry K. Kahalewai Jr.

1554.   Plaintiff Alishia K. Kahalewai is a citizen of the United States and domiciled in the State of Washington. She is the daughter of Henry K. Kahalewai Jr.

1555.   Plaintiff Shawn K. Kahalewai is a citizen of the United States and domiciled in the State of Hawaii. He is the brother of Henry K. Kahalewai Jr.

1556.   Plaintiff Rachael R.P. Sabate is a citizen of the United States and domiciled in the State of Hawaii. She is the sister of Henry K. Kahalewai Jr.

1557.   Plaintiff Debbie Kahalewai brings this action individually and on behalf of the Estate of Henry K. Kahalewai, Jr., as its proposed legal representative.

1558.   As a result of the attack, and the death of Henry K. Kahalewai Jr., Plaintiffs Debbie Kahaleawi, Aaron E. Kahalewai, Azhalane Kahalewai, Alishia K. Kahaleawai, Shawn K. Kahalewai, and Rachael R.P. Sabate have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Henry K. Kahalewai, Jr.'s society, companionship, comfort, advice, and counsel.

149.   **THE NOVEMBER 25, 2006, ATTACK – ALBU HYATT, IRAQ**

**The West Family**

1559.   Jeromy David West was a citizen of the United States and domiciled in the State of California when he killed in Iraq.

1560.   On November 25, 2006, Mr. West, then 20, was serving as a Lance Corporal in the United States Marine Corps at an outpost Albu Hyatt, Iraq, when he came under enemy small arms fire and was killed as a result of multiple traumatic injuries, including a gunshot wound to the head.

1561.   The attack in which Mr. West was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1562.   Plaintiff Lisa A. West-Klopf is a citizen of the United States and domiciled in the State of California. She is the mother of Jeromy West.

1563.   As a result of the attack, and the death of Jeromy West, Plaintiff Lisa A. West-Kopf has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jeromy West's society, companionship, comfort, advice, and counsel.

150.   **THE DECEMBER 1, 2006, ATTACK – RAMADI, IRAQ**

**The Kenyon Family**

1564.   Plaintiff Mitchell S. Kenyon is a citizen of the United States and domiciled in the State of South Dakota.

1565.   On December 1, 2006, Mitchell S. Kenyon, then 20, was a Corporal in the U.S. Army traveling with his unit in Ramadi, Iraq when he noticed the truck in front of his vehicle begin swerve to avoid an IED. As he told his driver to do the same, the IED detonated.

1566.   Mr. Kenyon suffered injuries in the attack, including shrapnel wounds to both legs and groin area (resulting in deformities), a ruptured left eardrum and PTSD.

1567.   The attack in which Mr. Kenyon was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1568.   As a result of the attack, and the injuries he suffered, Plaintiff Mitchell S. Kenyon has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

1569.   Plaintiff A.L.K. is a citizen of the United States and domiciled in the State of South Dakota. She is the minor daughter of Mitchell S. Kenyon.

1570.   Plaintiff Mitchell Kenyon brings this claim individually and as the legal guardian of his minor daughter, A.L.K.

1571.   Plaintiff Kristy Tripp is a citizen of the United States and domiciled in South Dakota. She is the mother of Mitchell S. Kenyon.

1572.   As a result of the attack, and the injuries Plaintiff Mitchell S. Kenyon suffered, Plaintiffs A.L.K. and Kristy Tripp have experienced severe mental anguish, extreme emotional pain, and suffering.

## 151.   THE DECEMBER 6, 2006, ATTACK – RAMADI, IRAQ

**The Patriquin Family**

1573.   Travis Lyle Patriquin was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

1574.   On December 6, 2006, Mr. Patriquin, then 32, was serving as a Captain with the United States Army in Ramadi, Iraq when an IED detonated near his vehicle, killing him.

1575.   The attack in which Mr. Patriquin was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1576.   Plaintiff Gary Patriquin is a citizen of the United States and domiciled in the State of Missouri. He is the father of Travis Lyle Patriquin.

1577.   Plaintiff Connie Patriquin is a citizen of the United States and domiciled in the State of Missouri. She is the mother of Travis Lyle Patriquin.

1578.   Plaintiff Daniel Patriquin is a citizen of the United States and domiciled in the State of Illinois. He is the brother of Travis Lyle Patriquin.

1579.   Plaintiff Gregory Patriquin is a citizen of the United States and domiciled in the State of Kansas. He is the brother of Travis Lyle Patriquin.

1580.   Plaintiff Karrie Zamora is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Travis Lyle Patriquin.

1581.   Plaintiff Steven Patriquin is a citizen of the United States and domiciled in the State of Illinois. He is the brother of Travis Lyle Patriquin.

1582.   Plaintiffs Gary Patriquin and Connie Patriquin bring this claim individually and on behalf of the Estate of Travis Lyle Patriquin, as its proposed legal co-representatives.

1583.   As a result of the attack, and the death of Travis Lyle Patriquin, Plaintiffs Gary Patriquin, Connie Patriquin, Daniel Patriquin, Gregory Patriquin, Karrie Zamora, and Steven Patriquin have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Travis Patriquin's society, companionship, comfort, advice, and counsel.

### 152.   THE DECEMBER 14, 2006, ATTACK – ALBU HAYAT, IRAQ

**The Clark Family**

1584.   Matthew Clark was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

1585.   On December 14, 2006, Matthew Clark, then 22, was serving as a Lance Corporal in the United States Marines in Albu Hayat when his unit was struck by an IED, killing him.

1586.   The attack in which Mr. Clark was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1587.   Plaintiff Lee R. Hundelt is a citizen of the United States and domiciled in the State of Missouri. She is the mother of Matthew Clark.

1588.   As a result of the attack, and the death of Matthew Clark, Plaintiff Lee R. Hundelt has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Matthew Clark's society, companionship, comfort, advice, and counsel.

### 153.   THE DECEMBER 21, 2006, ATTACK – AH NAHIYAH, IRAQ

**The Burgess Family**

1589.   Ryan J. Burgess was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

1590.   On December 21, 2006, Mr. Burgess, then 21, was serving as a Lance Corporal in the United States Marine Corps in Ah Nahiyah, Iraq when his vehicle was struck by an IED killing him, along with four others.

1591.   The attack in which Mr. Burgess was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1592.   Plaintiff Jon D. Burgess is a citizen of the United States and domiciled in the State of Michigan. He is the father of Ryan J. Burgess.

1593.   Plaintiff Kim S. Burgess is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Ryan J. Burgess.

1594.   Plaintiffs Jon D. Burgess and Kim S. Burgess bring this action individually and on behalf of the Estate of Ryan J. Burgess, as its proposed legal co-representatives.

1595.   As a result of the attack, and the death of Ryan J. Burgess, Plaintiffs Jon D. Burgess and Kim S. Burgess have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Ryan J. Burgess' society, companionship, comfort, advice, and counsel.

## 154.   THE DECEMBER 24, 2006, ATTACK – ALBU HYATT, IRAQ

**The Morris Family**

1596.   Stephen Lloyd Morris was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1597.   On December 24, 2006, Mr. Morris, then 21, was serving as a Lance Corporal in the United States Marine Corps in Albu Hyatt, Iraq, when his vehicle was struck by an IED, killing him.

1598.   The attack in which Mr. Morris was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1599.   Plaintiff Lloyd L. Morris, Jr., is a citizen of the United States and domiciled in the State of Texas. He is the father of Stephen Lloyd Morris.

1600.   As a result of the attack, and the death of Stephen Lloyd Morris, Plaintiff Lloyd L. Morris, Jr., has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Stephen Lloyd Morris' society, companionship, comfort, advice, and counsel.

155.   **THE DECEMBER 28, 2006, ATTACK – TAJI, IRAQ**

**The Ayala Family**

1601.   Luis Ayala was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1602.   On December 28, 2006, Mr. Ayala, then 21, was serving as a Specialist in the United States Army on patrol in Taji, Iraq when he was killed by an IED.

1603.   The attack in which Mr. Ayala was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1604.   Plaintiff Livier Ayala is a citizen of the United States and domiciled in the State of California. She is the mother of Luis Ayala.

1605.   Plaintiff Sergio Garcia is a citizen of the United States and domiciled in the State of Florida. He is the brother of Luis Ayala.

1606.   Plaintiff Juan Jimenez is a citizen of the United States and domiciled in the State of Florida. He is the brother of Luis Ayala.

1607.   As a result of the attack, and the death of Luis Ayala, Plaintiffs Livier Ayala, Sergio Garcia, and Juan Jimenez have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Luis Ayala's society, companionship, comfort, advice, and counsel.

156.   **THE JANUARY 9, 2007, ATTACK – BAQUBAH, IRAQ**

**The Berg Family**

1608.   Ryan Berg was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1609.   On January 9, 2007, Mr. Berg, then 19, was serving as a Private First Class in the United States Army when his unit came under small-arms fire.

1610.   Mr. Berg succumbed to a gunshot wound to the chest, which perforated the upper and lower lobes of the right lung, and pulpified the posterior intercostal blood vessels of the right 8th rib, resulting in significant blood loss despite aggressive efforts to save him.

1611.   The attack in which Mr. Berg was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1612.   Plaintiff Scottie B. Ray is a citizen of the United States and domiciled in the State of Texas. She is the mother of Ryan Berg.

1613.   As a result of the attack, and the death of Ryan Berg, Plaintiff Scottie B. Ray has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Ryan Berg's society, companionship, comfort, advice, and counsel.

### 157.   THE JANUARY 20, 2007, ATTACK – BAGHDAD, IRAQ

**The Booker Family**

1614.   Darryl D. Booker was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

1615.   On January 20, 2007, Mr. Booker, then 37, was serving as a Staff Sergeant in the United States Army National Guard traveling in a UH-60 Black Hawk helicopter in Baghdad, Iraq, when the helicopter crashed after being struck by ground fire.

1616.   Mr. Booker was killed in the crash, along with eleven others.

1617.   The attack in which Mr. Booker was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1618.   Plaintiff Myrtle J. Booker is a citizen of the United States and domiciled in the State of Virginia. She is the widow of Darryl D. Booker.

1619.   Plaintiff Derica Booker is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Darryl D. Booker.

1620.   Plaintiff Dante Cheathem is a citizen of the United States and domiciled in the State of Virginia. He is the stepson of Darryl D. Booker.

1621.   Plaintiff Maria Loney is a citizen of the United States and domiciled in the State of Virginia. She is the mother of Darryl D. Booker.

1622.   Plaintiff Andre L. Booker. Sr. is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Darryl D. Booker.

1623.   Plaintiff Norman R. Loney, Jr., is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Darryl D. Booker.

1624.   Plaintiff Myrtle J. Booker brings this action individually and on behalf of the Estate of Darryl D. Booker, as its proposed legal representative.

1625.   As a result of the attack, and the death of Darryl D. Booker, Plaintiffs Myrtle J. Booker, Derica Booker, Dante Cheathem, Maria Loney, Andre L. Booker Sr., and Norman R. Loney Jr., have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Darryl D. Booker's society, companionship, comfort, advice, and counsel.

**The Canegata Family**

1626.   David C. Canegata, III was a citizen of the United States and domiciled in St. Croix, U.S. Virgin Islands when he was killed in Iraq.

1627.   On January 20, 2007, Mr. Canegata, then 50, was a Lieutenant Colonel serving in the United States Army National Guard when he was killed in the same helicopter crash described above.

1628.   The attack in which Mr. Canegata was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1629.   Plaintiff Shenneth Canegata is a citizen of the United States and domiciled in St. Croix, U.S. Virgin Islands. She is the widow of David C. Canegata, III.

1630.   Plaintiff Carmen Canegata is a citizen of the United States and domiciled in St. Croix, U.S. Virgin Islands. She is the mother of David C. Canegata, III.

1631.   Plaintiff John Canegata is a citizen of the United States and domiciled in St. Croix, U.S. Virgin Islands. He is the brother of David C. Canegata, III.

1632.   Plaintiff Dianne E. Canegata-O'Reilly is a citizen of the United States and domiciled in St. Croix, U.S. Virgin Islands. She is the sister of David C. Canegata, III.

1633.   Plaintiff Yvette Canegata-Jones is a citizen of the United States and domiciled in St. Croix, U.S. Virgin Islands. She is the sister of David C. Canegata, III.

1634.   Plaintiff Nicole Y. Canegata is a citizen of the United States and domiciled in St. Croix, U.S. Virgin Islands. She is the daughter of David C. Canegata, III.

1635.   Plaintiff David M. Canegata is a citizen of the United States and domiciled in the State of Massachusetts. He is the son of David C. Canegata, III.

1636.   Plaintiff Jessica D. Canegata is a citizen of the United States and domiciled in the State of Delaware. She is the daughter of David C. Canegata, III.

1637.   Plaintiff Andre D. Canegata is a citizen of the United States and domiciled in the State of Delaware. He is the son of David C. Canegata, III.

1638.   Plaintiff Shenneth Canegata brings this action individually and on behalf of the Estate of David C. Canegata, III, as its proposed legal representative.

1639.   As a result of the attack, and the death of David C. Canegata, III, Plaintiffs Shenneth Canegata, Carmen Canegata, John Canegata, Dianne E. Canegata-O'Reilly, Yvette Canegata-Jones, Nicole Y. Canegata, David M. Canegata, Jessica D. Canegata, and Andre D. Canegata have experienced severe mental anguish, extreme emotional pain and suffering, and loss of David C. Canegata, III's society, companionship, comfort, advice and counsel.

## The Kelly Family

1640.   Paul M. Kelly was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

1641.   On January 20, 2007, Mr. Kelly, then 45, was serving as a Colonel in the United States Army National Guard when he was killed in the helicopter crash described above.

1642.   The attack in which Mr. Kelly was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1643.   Plaintiff Maria Kelly is a citizen of the United States and domiciled in the State of Virginia. She is the widow of Paul M. Kelly.

1644.   Plaintiff Paul D. Kelly is a citizen of the United States and domiciled in the State of Virginia. He is the son of Paul M. Kelly.

1645.   Plaintiff John J. Kelly is a citizen of the United States and domiciled in the State of Virginia. He is the son of Paul M. Kelly.

1646.   Plaintiff John A. Kelly is a citizen of the United States and domiciled in the State of Massachusetts. He is the brother of Paul M. Kelly.

1647.   Plaintiff Patrick J. Kelly is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Paul M. Kelly.

1648.   Plaintiff Anthony Kelly is a citizen of the United States and domiciled in the State of New Hampshire. He is the brother of Paul M. Kelly.

1649.   Plaintiff Brita Kelly is a citizen of the United States and domiciled in the State of Oregon. She is the sister of Paul M. Kelly.

1650.   Plaintiff Theresa Kelly is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Paul M. Kelly.

1651.   Plaintiff Maria Kelly brings this action individually and on behalf of the Estate of Paul M. Kelly as its proposed legal representative.

1652.   As a result of the attack, and the death of Paul M. Kelly, Plaintiffs Maria Kelly, Paul D. Kelly, John J. Kelly, John A. Kelly, Patrick J. Kelly, Anthony Kelly, Brita Kelly, and Theresa Kelly have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Paul M. Kelly's society, companionship, comfort, advice, and counsel.

**The Lake Family**

1653.   Floyd Everett Lake, Sr., was a citizen of the United States and domiciled in St. Thomas, U.S. Virgin Islands when he was killed in Iraq.

1654.   On January 20, 2007, Mr. Lake, then 43, was serving as a Sergeant serving in the United States Army National Guard when he was killed in the helicopter crash described above.

1655.   The attack in which Mr. Lake was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1656.   Plaintiff Linda A. D. Lake is a citizen of the United States and domiciled in the State of Maryland. She is the widow of Floyd Everett Lake, Sr., and brings this action individually and on behalf of the Estate of Floyd Everett Lake, Sr., as its proposed legal representative.

1657.   As a result of the attack, and the death of Floyd Everett Lake, Sr., Plaintiff Linda A. D. Lake has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Floyd Everett Lake, Sr.'s society, companionship, comfort, advice, and counsel.

**The Langarica Family**

1658.   Victor Manuel Langarica was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

1659.   On January 20, 2007, Mr. Langarica, then 29, was serving as a Corporal in the United States Army.

1660.   Mr. Langarica was killed in the helicopter crash described above.

1661.   The attack in which Mr. Langarica was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1662.   Plaintiff Pearl Marie Lucas is a citizen of the United States and domiciled in the State of Georgia. She is the mother of Victor Manuel Langarica.

1663.   Plaintiff Devina M. Langarica is a citizen of the United States and domiciled in the State of Tennessee. She is the daughter of Victor Manuel Langarica.

1664.   Plaintiff D.X.L. is a citizen of the United States and domiciled in the State of Georgia and is the (minor) son of Victor Manuel Langarica.

1665.   Plaintiff Pearl Marie Lucas brings this action individually and on behalf of the Estate of Victor Manuel Langarica as its proposed legal representative.

1666.   She also brings this action as the legal guardian of Plaintiff D.X.L.

1667.   As a result of the attack, and the death of Victor Manuel Langarica, Plaintiffs Pearl Marie Lucas, Devina M. Langarica and D.X.L. have experienced severe mental anguish, extreme

emotional pain and suffering, and loss of Victor Manuel Langarica's society, companionship, comfort, advice, and counsel.

**The Lyerly Family**

1668.   Sean Edward Lyerly was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1669.   On January 20, 2007, Mr. Lyerly, then 31, was serving as a Captain serving in the United States Army National Guard when he was killed in the helicopter crash described above.

1670.   The attack in which Mr. Lyerly was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1671.   Plaintiff George Lyerly is a citizen of the United States and domiciled in the State of Texas. He is the father of Sean Edward Lyerly.

1672.   Plaintiff Deborah Russo-Blakeman is a citizen of the United States and domiciled in the Czech Republic. She is the mother of Sean Edward Lyerly.

1673.   Plaintiff George E. Lyerly, Jr., is a citizen of the United States and domiciled in the State of Texas. He is the brother of Sean Edward Lyerly.

1674.   As a result of the attack, and the death of Sean Edward Lyerly, Plaintiffs George Lyerly, Deborah Russo-Blakeman and George E. Lyerly, Jr., have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Sean Edward Lyerly's society, companionship, comfort, advice, and counsel.

## 158.   THE JANUARY 20, 2007, ATTACK – BAGHDAD, IRAQ

**The Hill Family**

1675.   Ryan J. Hill was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq

1676.   On January 20, 2007, Ryan J. Hill, then 20, was serving as a Private First Class in the United States Army conducting a patrol in Baghdad, Iraq when his vehicle was struck by an IED, killing him.

1677.   The attack in which Mr. Hill was killed was committed by Iranian- and Syrian- funded and -trained terror operatives in Iraq.

1678.   Plaintiff Shawna Hill Fenison is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Ryan J. Hill and brings this action individually and on behalf of the Estate of Ryan J. Hill.

1679.   As a result of the attack, and the death of Ryan J. Hill, Plaintiff Shawna Hill Fenison has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Ryan J. Hill's society, companionship, comfort, advice, and counsel.

## 159.   THE FEBRUARY 2, 2007, ATTACK – TAJI, IRAQ

**The Yoakum Family**

1680.   Keith Yoakum was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1681.   On February 2, 2007, Keith Yoakum, then 41, was serving as a Chief Warrant Officer in the United States Army when the Apache helicopter he was piloting was forced to land in Taji, Iraq after coming under hostile gunfire that caused his death.

1682.   The attack in which Mr. Yoakum was killed was committed by Iranian- and Syrian- funded and -trained terror operatives in Iraq.

1683.   Plaintiff Kelly Yoakum is a citizen of the United States and domiciled in the State of Alabama. She is the widow of Keith Yoakum.

1684.   Plaintiff Katelynn Rhea is a citizen of the United States and domiciled in the State of Missouri. She is the daughter of Keith Yoakum.

1685.   Plaintiff Kirstee A. Yoakum-Hayes is a citizen of the United States and domiciled in the State of North Carolina. She is the daughter of Keith Yoakum.

1686.   As a result of the attack, and the death of Keith Yoakum, Plaintiffs Kelly Yoakum, Katelynn Rhea, and Kirstee A. Yoakum-Haynes have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Keith Yoakum's society, companionship, comfort, advice, and counsel.

**160.   THE FEBRUARY 4, 2007, ATTACK – BAQUBAH, IRAQ**

**The Spencer Family**

1687.   Clarence Tavares Spencer was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1688.   On February 4, 2007, Clarence Tavares Spencer, then 24, was a Private in the United States Army when his unit came under small arms fire from the enemy while on patrol in Baqubah, Iraq. Mr. Spencer sustained a gunshot wound to the head and died from his injuries later that day after being transported to Balad, Iraq for emergency medical care.

1689.   The attack in which Mr. Spencer was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1690.   Plaintiff Juanita S. Spencer-Cole is a citizen of the United States and domiciled in the State of Texas. She is the mother of Clarence Tavares Spencer.

1691.   As a result of the attack, and the death of Clarence Tavares Spencer, Plaintiff Juanita S. Spencer-Cole has experienced severe mental anguish, extreme emotional pain and

suffering, and loss of Clarence Tavares Spencer's society, companionship, comfort, advice, and counsel.

**161.**   **THE FEBRUARY 7, 2007, ATTACK – AL ANBAR, IRAQ**

**The Landaker Family**

1692.   Jared Michael-Vincent Landaker was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1693.   On February 7, 2007, Mr. Landaker, then 25, was a First Lieutenant serving in the United States Marine Corps when the helicopter he was riding in was shot down on route to Taqaddum killing him and six others.

1694.   The attack in which Mr. Landaker was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1695.   Plaintiff Joseph C. Landaker is a citizen of the United States and domiciled in the State of California. He is the father of Jared Michael-Vincent Landaker.

1696.   Plaintiff Laura Lee Landaker is a citizen of the United States and domiciled in the State of California. She is the mother of Jared Michael-Vincent Landaker.

1697.   Plaintiff Jason C. Landaker is a citizen of the United States and domiciled in the State of California. He is the brother of Jared Michael-Vincent Landaker.

1698.   As a result of the attack, and the death of Jared Michael-Vincent Landaker, Plaintiffs Joseph C. Landaker, Laura Lee Landaker, and Jason C. Landaker have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jared Michael-Vincent Landaker's society, companionship, comfort, advice, and counsel.

**The Minjares Family**

1699.   Gilbert Minjares, Jr., was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1700.   On February 7, 2007, Mr. Minjares, then 31, was a Navy Hospital Corpsman 1st Class serving in the United States Navy and was a passenger in the helicopter that was shot down, as discussed above.

1701.   Mr. Minjares was killed in the attack was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1702.   Plaintiff Rosa Minjares is a citizen of the United States and domiciled in the State of Texas. She is the mother of Gilbert Minjares, Jr.

1703.   Plaintiff Zonia Minjares is a citizen of the United States and domiciled in the State of Texas. She is the sister of Gilbert Minjares, Jr.

1704.   Plaintiff Rosa A. Pando is a citizen of the United States and domiciled in the State of Texas. She is the sister of Gilbert Minjares, Jr.

1705.   Plaintiff Jose R. Minjares is a citizen of the United States and domiciled in the State of Texas. He is the brother of Gilbert Minjares, Jr.

1706.   Plaintiff Laura Gomez is a citizen of the United States and domiciled in the State of Texas. She is the sister of Gilbert Minjares, Jr.

1707.   Plaintiff Jeannie E. Minjares is a citizen of the United States and domiciled in the State of Texas. She is the widow of Gilbert Minjares, Jr.

1708.   Plaintiff Gilbert Minjares III is a citizen of the United States and domiciled in the State of Texas. He is the son of Gilbert Minjares, Jr.

1709.   Plaintiff M.M. is a citizen of the United States and domiciled in the State of Texas. She is the minor daughter of Gilbert Minjares, Jr.

1710.   Plaintiff Jeannie Minjares also brings this action on behalf of M.M. as the legal guardian. As a result of the attack, and the death of Gilbert Minjares, Jr., Plaintiffs Rosa Minjares, Zonia Minjares, Jose R. Minjares, Rosa A. Pando, Laura Gomez, Jeannie E. Minjares, Gilbert Minjares III and M.M. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Gilbert Minjares, Jr.'s society, companionship, comfort, advice, and counsel.

**The Tijerina Family**

1711.   James Rodney Tijerina was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1712.   On February 7, 2007, Mr. Tijerina, then 26, was a Sergeant serving in the United States Marine Corps.

1713.   Mr. Tijerina was a passenger in the helicopter that was shot down as discussed above.

1714.   Mr. Tijerina was killed in the attack as a result of the injuries sustained in the helicopter attack and crash.

1715.   The attack in which Mr. Tijerina was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1716.   Plaintiff Peter Tijerina is a citizen of the United States and domiciled in the State of Texas. He is the father of James Rodney Tijerina.

1717.   Plaintiff Peter Tijerina II is a citizen of the United States and domiciled in the State of Texas. He is the brother of James Rodney Tijerina.

1718.   Plaintiff Lynn Ann Shaw is a citizen of the United States and domiciled in the State of Texas. She is the sister of James Rodney Tijerina.

1719.   As a result of the attack, and the death of James Rodney Tijerina, Plaintiffs Peter Tijerina, Peter Tijerina II and Lynn Ann Shaw have experienced severe mental anguish, extreme emotional pain and suffering, and loss of James Rodney Tijerina's society, companionship, comfort, advice, and counsel.

### 162.   THE FEBRUARY 7, 2007, ATTACK – AL ANBAR, IRAQ

**The Ellis Family**

1720.   Joseph J. Ellis was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

1721.   On February 7, 2007, Joseph J. Ellis, then 40, was a Sergeant Major in the United States Marine Corps performing a routine checkpoint search when he was approached by a suspicious man who detonated a suicide bomb, killing him and injuring another Marine.

1722.   The attack in which Mr. Ellis was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1723.   Plaintiff Rachael Ellis is a citizen of the United States and domiciled in the State of Ohio. She is the daughter of Joseph J. Ellis.

1724.   As a result of the attack, and the death of Joseph J. Ellis, Plaintiff Rachael Ellis has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Joseph J. Ellis' society, companionship, comfort, advice, and counsel.

### 163.   THE FEBRUARY 7, 2007, ATTACK – FALLUJAH, IRAQ

**The Pathenos Family**

1725.   Matthew P. Pathenos was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

1726.   On February 7, 2007, Matthew P. Pathenos, then 21, was serving as a Lance Corporal in the U.S. Marines Corps in Fallujah, Iraq, when his vehicle was struck by an IED, killing him.

1727.   The attack in which Mr. Pathenos was killed was committed out by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1728.   Plaintiff Gus Pathenos is a citizen of the United States and domiciled in the State of Missouri. He is the father of Matthew P. Pathenos and brings this action individually and on behalf of the Estate of Matthew P. Pathenos, as its proposed legal representative.

1729.   Plaintiff Brenda Pathenos is a citizen of the United States and domiciled in the State of Missouri. She is the stepmother of Matthew P. Pathenos.

1730.   As a result of the attack, and the death of Matthew P. Pathenos, Plaintiffs Gus Pathenos and Brenda Pathenos have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Matthew P. Pathenos' society, companionship, comfort, advice, and counsel.

### 164.   THE FEBRUARY 16, 2007, ATTACK – RAMADI, IRAQ

**The Siebert Family**

1731.   Todd M. Siebert was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

1732.   On February 16, 2007, Todd M. Siebert, then 34, was a Captain in the United States Marine Corps when his unit was struck by a mortar and small arms fire in Ramadi, Iraq.

1733.   Mr. Siebert was killed in the attack as a result of head and shoulder wounds he sustained.

1734.   The attack in which Mr. Siebert was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1735.   Plaintiff Thomas W. Siebert is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Todd M. Siebert.

1736.   Plaintiff Dorothy A. Siebert is a citizen of the United States and domiciled in the State of New Jersey. She is the mother of Todd M. Siebert.

1737.   Plaintiff Diana Climo is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Todd M. Siebert.

1738.   Plaintiff Denise Ridenour is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Todd M. Siebert.

1739.   Plaintiff Alicia Siebert is a citizen of the United States and domiciled in the State of North Carolina. She is the daughter of Todd M. Siebert.

1740.   Plaintiff Nicholas Siebert is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Todd M. Siebert.

1741.   Plaintiff Darcy L. Siebert is a citizen of the United States and domiciled in the State of North Carolina. She is the widow of Todd M. Siebert and brings this action individually and on behalf of the Estate of Todd M. Siebert as its proposed legal representative.

1742.   As a result of the attack, and the death of Todd M. Siebert, Plaintiffs Thomas W. Siebert, Dorothy A. Siebert, Diana Climo, Darcy L. Siebert, Denise Ridenour, Alicia Siebert, and

Nicholas Siebert have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Todd M. Siebert's society, companionship, comfort, advice, and counsel.

### 165.   THE FEBRUARY 22, 2007, ATTACK – RAMADI, IRAQ

**The Buford Family**

1743.   Travis W. Buford was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1744.   On February 22, 2007, Travis W. Buford, then 23, was a Private First Class in the United States Army when the convoy he was riding in was struck by an IED in Ramadi, Iraq, killing him and two others.

1745.   The attack in which Mr. Buford was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1746.   Plaintiff Janet L. Buford is a citizen of the United States and domiciled in the State of Texas. She is the mother of Travis W. Buford.

1747.   Plaintiff Candice Barton is a citizen of the United States and domiciled in the State of Texas. She is the sister of Travis W. Buford.

1748.   As a result of the attack, and the death of Travis W. Buford, Plaintiffs Janet L. Buford and Candice Barton have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Travis W. Buford's society, companionship, comfort, advice, and counsel.

### 166.   THE MARCH 2, 2007, ATTACK – RAMADI, IRAQ

**The Gould Family**

1749.   Dustin M. Gould was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1750.   On March 2, 2007, Dustin M. Gould, then 28, was a Staff Sergeant in the United States Marines serving as an explosive ordnance disposal technician in Ramadi, Iraq.

1751.  Mr. Gould was dispatched to recover IED remnants, when the IED remnants detonated in his hands as he placed the debris in his vehicle for transport.

1752.  The attack in which Mr. Gould was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1753.  Plaintiff Elvia Gould is a citizen of the United States and domiciled in the State of California. She is the widow of Dustin M. Gould.

1754.  As a result of the attack, and the death of Dustin M. Gould, Plaintiff Elvia Gould has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Dustin M. Gould's society, companionship, comfort, advice, and counsel.

### 167.  THE MARCH 3, 2007, ATTACK – AL QAIM, IRAQ

**The Bravo Family**

1755.  Raul Samuel Bravo was a citizen of the United States and domiciled in the State of Nevada when he was killed in Iraq.

On March 3, 2007, Raul Samuel Bravo, then 21, was serving as a Lance Corporal in the United States Marine Corps when his vehicle was struck by and IED in Al Qaim, Iraq, killing him.

The attack in which Mr. Bravo was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1756.  Plaintiff Joy Ann Marsico is a citizen of the United States and domiciled in the State of Nevada. She is the mother of Raul Samuel Bravo.

1757.  Plaintiff Raul G. Bravo is a citizen of the United States and domiciled in the State of Nevada. He is the father of Raul Samuel Bravo.

1758.  Plaintiff Isabelle Bravo is a citizen of the United States and domiciled in the State of Nevada. She is the sister of Raul Samuel Bravo.

1759.   Plaintiff Shakira Juliana Bravo is a citizen of the United States and domiciled in the State of Nevada. She is the sister of Raul Samuel Bravo.

1760.   Plaintiff Rachel Bravo is a citizen of the United States and domiciled in the State of Nevada. She is the sister of Raul Samuel Bravo.

1761.   Plaintiffs Joy Ann Marsico and Raul G. Bravo bring this action individually and on behalf of the Estate of Raul S. Bravo, as its proposed legal co-representatives.

1762.   As a result of the attack, and the death of Raul Samuel Bravo, Plaintiffs Joy Ann Marsico, Isabelle Bravo, Shakira Juliana Bravo, Rachel Bravo, and Raul G. Bravo have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Raul Samuel Bravo's society, companionship, comfort, advice, and counsel.

### 168.   THE MARCH 5, 2007, ATTACK – SAMARRA, IRAQ

**The Kosters Family**

1763.   Cory Christian Kosters was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1764.   On March 5, 2007, Mr. Kosters, then 19, was a Private First Class serving in the United States Army on patrol in Samarra, Iraq, when the first vehicle in his convoy was struck by an IED. A second IED detonated about three minutes later killing him.

1765.   The attack in which Mr. Kosters was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1766.   Plaintiff Marlon D. Kosters is a citizen of the United States and domiciled in the State of Texas. He is the father of Cory Christian Kosters.

1767.   Plaintiff Senta Ann Kosters is a citizen of the United States and domiciled in the State of Texas. She is the mother of Cory Christian Kosters.

1768.   Plaintiff Kevin Kosters is a citizen of the United States and domiciled in the State of Washington. He is the brother of Cory Christian Kosters.

1769.   As a result of the attack, and the death of Cory Christian Kosters, Plaintiffs Marlon D. Kosters, Senta Ann Kosters, and Kevin Kosters have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Cory Christian Kosters' society, companionship, comfort, advice, and counsel.

**The Perkins Family**

1770.   Andrew Caine Perkins was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

1771.   On March 5, 2007, Mr. Perkins, then 27, was a Sergeant serving in the United States Army.

1772.   Mr. Perkins was killed in the attack discussed above when an IED detonated directly under his feet.

1773.   The attack in which Mr. Perkins was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1774.   Plaintiff Kathy Lee Ensminger is a citizen of the United States and domiciled in the State of Oklahoma. She is the mother of Andrew Caine Perkins.

1775.   Abigail Collins is a citizen of the United States and domiciled in the State of Oklahoma. She is the sister of Andrew Caine Perkins.

1776.   Plaintiff Kathy Lee Ensminger brings this action individually and on behalf of the Estate of Andrew Caine Perkins as its proposed legal representative.

1777.   As a result of the attack, and the death of Andrew Caine Perkins, Plaintiffs Kathy Lee Ensminger and Abigail Collins have experienced severe mental anguish, extreme emotional

pain and suffering, and loss of Andrew Caine Perkins' society, companionship, comfort, advice, and counsel.

### 169.   THE MARCH 14, 2007, ATTACK – MUFREK, IRAQ

**The Chevalier Family**

1778.   Brian Chevalier was a citizen of the United States and domiciled in the state of Georgia when he was killed in Iraq.

1779.   On March 14, 2007, Brian Chevalier, then 21, was serving as a Corporal in the United States Army in Mufrek, Iraq, when his vehicle was struck by an IED, and his unit was attacked by insurgents firing rocket-propelled grenades.

1780.   Mr. Chevalier was killed in the attack as a result of a traumatic right arm amputation.

1781.   The attack in which Mr. Chevalier was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1782.   Plaintiff June Fonda Sager Worbington is a citizen of the United States and domiciled in the State of Georgia. She is the mother of Brian Chevalier.

1783.   Plaintiff June Fonda Sager Worbington brings this action individually and on behalf of the Estate of Brian Chevalier, as its proposed legal representative.

1784.   As a result of the attack, and the death of Brian Chevalier, Plaintiff June Fonda Sager Worbington, has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Brian Chevalier's society, companionship, comfort, advice, and counsel.

170.  **THE MARCH 14, 2007, ATTACK – MUQDADIYAH, IRAQ**

**The Kowalczyk Family**

1785.  Stephen Matthew Kowalczyk was a citizen of the United States and domiciled in the State of California.

1786.  On March 14, 2007, Mr. Kowalczyk, then 32, was serving as a Specialist in the United States Army in Muqdadiyah, Iraq, when he was shot by a sniper.

1787.  He was in the process of being transported for medical attention when an IED struck the vehicle evacuating him, plunging it into a nearby canal.

1788.  Mr. Kowalczyk died of his wounds from both the gunshot and the IED explosion.

1789.  The attack in which Mr. Kowalczyk was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1790.  Plaintiff Geraldine Kowalczyk is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Stephen Matthew Kowalczyk.

1791.  Plaintiff Kathryn Kowalczyk is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Stephen Matthew Kowalczyk.

1792.  Plaintiff Carolyn Lunn is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Stephen Matthew Kowalczyk.

1793.  Plaintiff Pamela Larson is a citizen of the United States and domiciled in the State of Montana. She is the sister of Stephen Matthew Kowalczyk.

1794.  Plaintiff Christine Ritter is a citizen of the United States and domiciled in the State of Texas. She is the sister of Stephen Matthew Kowalczyk.

1795.  Plaintiff Michael J. Kowalczyk is a citizen of the United States and domiciled in the State of California. He is the brother of Stephen Matthew Kowalczyk.

1796.   As a result of the attack, and the death of Stephen Matthew Kowalczyk, Plaintiffs Geraldine Kowalczyk, Kathryn Kowalczyk, Carolyn Lunn, Pamela Larson, Christine Ritter, and Michael J. Kowalczyk have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Stephen Matthew Kowalczyk's society, companionship, comfort, advice, and counsel.

### 171.   THE MARCH 16, 2007, ATTACK – BAGHDAD, IRAQ

**The Brevard Family**

1797.   Christopher R. Brevard was a citizen of the United States and domiciled in the State of Alaska when he was killed in Iraq.

1798.   On March 16, 2007, Christopher R. Brevard, then 31, was serving as a Sergeant First Class in the United States Army in Baghdad, Iraq on a patrol when he was killed by an IED.

1799.   The attack in which Christopher R. Brevard was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1800.   Plaintiff Christopher Brevard is a citizen of the United States and domiciled in the State of Missouri. He is the father of Christopher R. Brevard.

1801.   Plaintiff Michele Brevard is a citizen of the United States and domiciled in the State of Missouri. She is the mother of Christopher R. Brevard.

1802.   As a result of the attack, and the death of Christopher R. Brevard, Plaintiff Christopher Brevard and Michelle Brevard have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Christopher R. Brevard's society, companionship, comfort, advice, and counsel.

**172.**  **THE MARCH 25, 2007, ATTACK – BAQUBAH, IRAQ**

**The Nunez Family**

1803.  Jason Nunez was a citizen of the United States and domiciled in Puerto Rico when he was killed in Iraq.

1804.  On March 25, 2007, Jason Nunez, then, 22, was a Corporal in the United States Army in Baqubah, Iraq when an IED exploded near his vehicle.

1805.  Mr. Nunez was killed in the attack as a result of injuries sustained due to his proximity to the blast and shrapnel from the attack.

1806.  The attack in which Mr. Nunez was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1807.  Plaintiff Samuel Nunez is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Jason Nunez.

1808.  Plaintiff Marlene Fernandez Rios is a citizen of the United States and domiciled in Puerto Rico. She is the mother of Jason Nunez.

1809.  Plaintiff Joel Nunez is a citizen of the United States and domiciled in Puerto Rico. He is the brother of Jason Nunez.

1810.  Plaintiff Emanuel Nunez Fernandez is a citizen of the United States and domiciled in Puerto Rico. He is the brother of Jason Nunez.

1811.  Plaintiffs Samuel Nunez and Marlene Fernandez Rios bring this action individually and on behalf of the Estate of Jason Nunez as its proposed legal co-representatives.

1812.  As a result of the attack, and the death of Jason Nunez, Plaintiffs Samuel Nunez, Marlene Fernandez Rios, Joel Nunez, and Emanuel Nunez Fernandez have experienced severe

mental anguish, extreme emotional pain and suffering, and loss of Jason Nunez's society, companionship, comfort, advice, and counsel.

173. **THE APRIL 5, 2007, ATTACK – BAQUBAH, IRAQ**

**The Shaffer Family**

1813. Jason A. Shaffer was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

1814. On April 5, 2007, Mr. Shaffer, then 28, was serving as a Specialist in the U.S. Army on patrol on Route Tora Tora in the vicinity of Baqubah, Iraq when an IED struck his vehicle, killing him.

1815. Mr. Shaffer was killed as a result of blast and ballistic fragment injuries including a penetrating wound to the left lower lobe of his lung and lacerations to his spleen sustained in the attack.

1816. The attack in which Mr. Shaffer was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1817. Plaintiff Roger A. Shaffer is a citizen of the United States and domiciled in the State of Virginia. He is the father of Jason A. Shaffer.

1818. As a result of the attack, and the death of Jason A. Shaffer, Plaintiff Roger A. Shaffer's experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jason A. Shaffer's society, companionship, comfort, advice, and counsel.

174. **THE APRIL 7, 2007, ATTACK – ZAGANIYAH, IRAQ**

**The Hoover Family**

1819. Levi Kenneth Hoover was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

1820.   On April 7, 2007, Mr. Hoover, then 23, was a Specialist serving in the United States Army in Zaganiyah when he was struck and killed by an IED.

1821.   The attack in which Mr. Hoover was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1822.   Plaintiff Brenda H. Brewster is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Levi Kenneth Hoover and brings this action individually and on behalf of the Estate of Levi Kenneth Hoover as its proposed legal representative.

1823.   As a result of the attack, and the death of Levi Kenneth Hoover, Plaintiff Brenda H. Brewster has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Levi Kenneth Hoover's society, companionship, comfort, advice, and counsel.

**The McCandless Family**

1824.   Rodney Lynn McCandless was a citizen of the United States and domiciled in the State of Arkansas when he was killed in Iraq.

1825.   On April 7, 2007, Mr. McCandless, then 21, was a Private First Class serving in the United States Army when he was killed in the same attack as Levi Kenneth Hoover.

1826.   The attack in which Mr. McCandless was killed was committed by Iranian- and Syrian- funded and -trained terror operatives in Iraq.

1827.   Plaintiff Rhonda L. Cones is a citizen of the United States and domiciled in the State of Texas. She is the mother of Rodney Lynn McCandless and brings this action individually and on behalf of the Estate of Rodney Lynn McCandless, as its proposed legal representative.

1828.   As a result of the attack, and the death of Rodney Lynn McCandless, Plaintiff Rhonda L. Cones has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Rodney Lynn McCandless' society, companionship, comfort, advice, and counsel.

### 175.   THE APRIL 12, 2007, ATTACK – BAGHDAD, IRAQ

**The Putman Family**

1829.   Cody Andrew Putman was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

1830.   On April 12, 2007, Cody Andrew Putman, then 22, was serving as a Corporal in the United States Army when his Forward Operating Base in Baghdad, Iraq was attacked by a truck loaded with 800 pounds of explosives.

1831.   The driver of the truck was killed by the lookout, but the truck continued into the compound and the ensuing explosion caused the compound to collapse, killing Mr. Putnam.

1832.   The attack in which Mr. Putman was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1833.   Plaintiff Mollie Putman Stanley is a citizen of the United States and domiciled in the State of Indiana. She is the widow of Cody Andrew Putman.

1834.   Plaintiff Madelyn Grist is a citizen of the United States and domiciled in the State of Indiana. She is the daughter of Cody Andrew Putman.

1835.   Plaintiff Tiffany Putman Bricker is a citizen of the United States and domiciled in the State of Indiana. She is the sister of Cody Andrew Putman.

1836.   Plaintiff Harry Leon Putman III is a citizen of the United States and domiciled in the State of Indiana. He is the brother of Cody Andrew Putman.

1837.   Plaintiff Pamela Sue Mow is a citizen of the United States and domiciled in the State of Indiana. She is the mother of Cody Andrew Putman.

1838.   Plaintiff Larry Joe Mow is a citizen of the United States and domiciled in the State of Indiana. He is the stepfather of Cody Andrew Putman.

1839.   Plaintiff Mollie Putman Stanley brings this action individually and on behalf of the Estate of Cody Andrew Putman as its proposed legal representative.

1840.   As a result of the attack, and the death of Cody Andrew Putman, Plaintiffs Mollie Putman Stanley, Madelyn Grist, Tiffany Putman Bricker, Harry Leon Putman III, Pamela Sue Mow, and Larry Joe Mow have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Cody Andrew Putman's society, companionship, comfort, advice, and counsel.

**176.   THE APRIL 14, 2007, ATTACK– FALLUJAH, IRAQ**

**The Wallace Family**

1841.   Brandon L. Wallace was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

1842.   On April 14, 2007, Brandon L. Wallace, then 27, was serving as a Sergeant in the United States Army in Fallujah, Iraq when his unit was struck by an IED as they were returned to their barracks.

1843.   Mr. Wallace was killed in the attack.

1844.   The attack in which Mr. Wallace was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1845.   Plaintiff Rickey Lee Wallace is a citizen of the United States and domiciled in the State of Missouri. He is the father of Brandon L. Wallace.

1846.   As a result of the attack, and the death of Brandon L. Wallace, Plaintiff Rickey Lee Wallace has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Brandon L. Wallace's society, companionship, comfort, advice, and counsel.

**The Schmit Family**

1847.   Joshua Schmit was a citizen of the United States and domiciled in the State of Minnesota.

1848.   On April 14, 2007, Mr. Schmit, then 26, was serving as a Sergeant in the U.S. Army in Fallujah, Iraq when his vehicle was struck by an IED. Mr. Schmit was trapped in the burning vehicle and died in the same attack as Brandon Wallace.

1849.   The attack in which Mr. Schmit was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1850.   Plaintiff Kimberly Schmit is a citizen of the United States and domiciled in the State of Minnesota. She is the mother of Joshua Schmit.

1851.   Plaintiff Jessica Schmit is a citizen of the United States and domiciled in the State of Minnesota. She is the sister of Joshua Schmit.

1852.   As a result of the attack, and the death of Joshua Schmit, Plaintiffs Kimberly Schmit and Jessica Schmit have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Joshua Schmit's society, companionship, comfort, advice, and counsel.

### 177.   THE APRIL 14, 2007, ATTACK – YUSUFIAH, IRAQ

**The Bishop Family**

1853.   Ryan Bishop was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1854.   On April 14, 2007, Ryan Bishop, then 32, was serving as a Corporal in the United States Army, conducting a dismounted patrol near Yusufiah, Iraq, when his vehicle struck an IED, killing him.

1855.   The attack in which Mr. Bishop was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1856.   Plaintiff Melanie Bishop is a citizen of the United States and domiciled in the State of Texas. She is the widow of Ryan Bishop.

1857.   As a result of the attack, and the death of Ryan Bishop, Plaintiff Melanie Bishop has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Ryan Bishop's society, companionship, comfort, advice, and counsel.

## 178.   **THE APRIL 26, 2007, ATTACK –HABBANIYAH, ANBAR PROVINCE, IRAQ**

**The Celestine Family**

1858.   Willie P. Celestine, Jr., was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

1859.   On April 26, 2007, Mr. Celestine, then 21, was serving as a Corporal in the United States Marine Corps when he was killed by an IED near Habbaniyah, Iraq.

1860.   The attack in which Mr. Celestine was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1861.   Plaintiff Aporil L. Celestine is a citizen of the United States and domiciled in the State of Louisiana. She is the widow of Willie P. Celestine, Jr.

1862.   Plaintiff N.M. is a citizen of the United States and domiciled in the State of Louisiana. She is the minor stepdaughter of Willie P. Celestine, Jr.

1863.   Plaintiff Gertrude Celestine is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of Willie P. Celestine, Jr.

1864.   Plaintiff Kesha Celestine is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Willie P. Celestine, Jr.

1865.   Plaintiff Chadwick J. Brown is a citizen of the United States and domiciled in the State of Louisiana. He is the brother of Willie P. Celestine, Jr.

1866.   Plaintiff Aporil L. Celestine brings this action individually and on behalf of the Estate of Willie P. Celestine, Jr., as its proposed legal representative. Plaintiff Aporil L. Celestine also brings this action as the legal guardian of Plaintiff N.M.

1867.   As a result of the attack, and the death of Willie P. Celestine Jr., Plaintiffs Aporil L. Celestine, N.M., Gertrude Celestine, Kesha Celestine, and Chadwick J. Brown have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Willie P. Celestine Jr.'s society, companionship, comfort, advice, and counsel.

### 179.   THE MAY 2, 2007, ATTACK – BAGHDAD, IRAQ

**The Sunsin-Pineda Family**

1868.   Astor A. Sunsin-Pineda was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1869.   On May 2, 2007, Astor A. Sunsin-Pineda, then 20, was serving as a Specialist in the United States Army providing route clearance in the Dora District of Baghdad when he was struck and killed by an IED.

1870.   The attack in which Mr. Sunsin-Pineda was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1871.   Plaintiff Lesby De Paz is a citizen of the United States and domiciled in the State of California. She is the mother of Astor A. Sunsin-Pineda.

1872.   Plaintiff Julio De Paz is a citizen of the United States and domiciled in the State of California. He is the stepfather of Astor A. Sunsin-Pineda.

1873.   As a result of the attack, and the death of Astor A. Sunsin-Pineda, Plaintiffs Lesby De Paz and Julio De Paz have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Astor A. Sunsin-Pineda's society, companionship, comfort, advice, and counsel.

### 180.   THE MAY 7, 2007, ATTACK – ALBU BALI, IRAQ

**The Krier Family**

1874.   Plaintiff Cameron J. Krier is a citizen of the United States and domiciled in the State of Washington.

1875.   On May 7, 2007, Mr. Krier, then 31, was serving as a Sergeant in the United States Army conducting a route clearance operation in Albu Bali, Iraq when the lead vehicle in his convoy struck an IED that destroyed the front of the vehicle. Mr. A second IED then detonated. Seriously injuring Mr. Krier.

1876.   Mr. Krier's sustained injuries as a result of the blast, including a TBI, a concussion, post-concussion blast syndrome, and ruptured ear drums.

1877.   The attack in which Plaintiff Cameron J. Krier was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1878.   As a result of the attack, and the injuries he suffered, Plaintiff Cameron J. Krier has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

1879.   Plaintiff Connie Marie Krier is a citizen of the United States and domiciled in the State of Washington. She is the wife of Cameron J. Krier.

1880.   Plaintiff Piper Donald Krier is a citizen of the United States and domiciled in the State of Washington. She is the daughter of Cameron J. Krier.

1881.   Plaintiff P.C.K. is a citizen of the United States and domiciled in the State of Washington. She is the minor daughter of Cameron J. Krier.

1882.   As a result of the attack and the injuries Plaintiff Cameron J. Krier suffered, Plaintiffs Connie Marie Krier, Piper Donald Krier, and P.C.K. have experienced severe mental anguish and extreme emotional pain and suffering.

### 181.   THE MAY 12, 2007, ATTACK – MAHMUDIYAH, IRAQ

**The Murphy Family**

1883.   Christopher Edward Murphy was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

1884.   On May 12, 2007, Mr.  Murphy, then 21, was serving as a Private First Class in the United States Army near Mahmudiyah, Iraq when his unit was ambushed and attacked with automatic weapons and explosives.

1885.   Mr. Murphy was killed in the attack as a result of injuries sustained due to his proximity to the blast and shrapnel from the attack.

1886.   The attack in which Mr. Murphy was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1887.   Plaintiff Darryl Balian is a citizen of the United States and domiciled in the State of Virginia. He is the father of Christopher Edward Murphy.

1888.   Plaintiff James Bennett is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Christopher Edward Murphy.

1889.   Plaintiff William Bennett is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Christopher Edward Murphy.

1890.   Plaintiff Darryl Balian brings this action individually and on behalf of the Estate of Christopher Edward Murphy as its proposed legal representative.

1891.   As a result of the attack, and the death of Christopher Edward Murphy, Plaintiffs Darryl Balian, James Bennett, and William Bennett have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christopher Edward Murphy's society, companionship, comfort, advice, and counsel.

## 182.   THE MAY 13, 2007, ATTACK – HAQLANIYAH, IRAQ

**The Cardarelli Family**

1892.   Plaintiff Alexander Benjamin Cardarelli is a citizen of the United States and domiciled in the State of New York.

1893.   On May 13, 2007, Mr. Cardarelli, then 21, was serving as a Private First Class in the United States Marine Corps conducting a patrol in Haqlaniyah, Iraq when his vehicle was struck by an IED.

1894.   Mr. Cardarelli suffered serious injuries in the attack, including a TBI, PTSD, headaches, and memory loss.

1895.   The attack in which Mr. Cardarelli was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1896.   As a result of the attack, and the injuries he suffered, Alexander Benjamin Cardarelli has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

1897.   Plaintiff Selene Cardarelli is a citizen of the United States and domiciled in Florida. She is the mother of Plaintiff Alexander Benjamin Cardarelli.

1898.   Plaintiff Devin Synan is a citizen of the United States and domiciled in Georgia. He is the brother of Plaintiff Alexander Benjamin Cardarelli.

1899.   As a result of the attack and the injuries Plaintiff Alexander Benjamin Cardarelli suffered, Plaintiffs Selene Cardarelli and Devin Synan have experienced severe mental anguish and extreme emotional pain and suffering.

### 183.   THE MAY 17, 2007, ATTACK –SADR YUSUFIAH, IRAQ

**The Packer Family**

1900.   Steven M. Packer was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1901.   On May 17, 2007, Steven M. Packer, then 23, was serving as a Sergeant in the United States Army in Sadr Yusufiah, Iraq when he was killed by an IED.

1902.   The attack in which Mr. Packer was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1903.   Plaintiff Robin Davidson is a citizen of the United States and domiciled in the State of California. She is the mother of Steven M. Packer.

1904.   As a result of the attack, and the death of Steven M. Packer, Plaintiff Robin Davidson has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Steven M. Packer's society, companionship, comfort, advice, and counsel.

### 184.   THE MAY 22, 2007, ATTACK – FALLUJAH, IRAQ

**The Long Family**

1905.   Plaintiff Jimmie Douglas Long is a citizen of the United States and domiciled in the State of North Carolina.

1906.   On May 22, 2007, Jimmie Douglas Long, then 21, was a Corporal in the United States Marine Corps when his convoy struck two IEDs near the side of the road in Fallujah, Iraq.

1907.   Mr. Long sustained serious injuries as a result of the attack, including a TBI, a Grade 2 concussion, tinnitus, and hearing loss.

1908.   The attack in which Mr. Long was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1909.   As a result of the attack, and the injuries he suffered, Plaintiff Jimmie Douglas Long has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

**185.   THE MAY 26, 2007, ATTACK – SAMARRA, IRAQ**

**The Jaurigue Family**

1910.   Michael J. Jaurigue was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1911.   On May 26, 2007, Michael J. Jaurigue, then 20, was serving as a Corporal in the United States Army patrolling with his unit in Samarra, Iraq when his vehicle struck an IED, killing him.

1912.   The attack in which Mr. Jaurigue was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1913.   Plaintiff Jose N. Jaurigue, Jr. is a citizen of the United States and domiciled in the State of Texas. He is the father of Michael J. Jaurigue.

1914.    As a result of the attack, and the death of Michael J. Jaurigue, Plaintiff Jose N. Jaurigue, Jr. has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Michael J. Jaurigue's society, companionship, comfort, advice, and counsel.

**The Millard Family**

1915.   Gregory N. Millard was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1916.   On May 26, 2007, Gregory N. Millard, then 20, was serving as a Corporal in the United States Army patrolling with his unit in Samarra, Iraq when his vehicle struck an IED, killing him and Michael J. Jaurigue.

1917.   The attack in which Mr. Millard was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1918.   Plaintiff Kevin D. Millard is a citizen of the United States and domiciled in the State of California. He is the father of Gregory N. Millard.

1919.   As a result of the attack, and the death of Gregory N. Millard, Plaintiff Kevin D. Millard has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Gregory N. Millard's society, companionship, comfort, advice, and counsel.

### 186.   THE MAY 28, 2007, ATTACK – ABU SAYDA, IRAQ

**The Ewing Family**

1920.   Anthony D. Ewing was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1921.   On May 28, 2007, Anthony D. Ewing, then 22, was serving as a Sergeant in the United States Army conducting a Downed Aircraft Recovery Team mission in Abu Sayda, Iraq when he was killed by an IED.

1922.   The attack in which Mr. Ewing was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1923.   Plaintiff John E. Ewing is a citizen of the United States and domiciled in the State of Arizona. He is the father of Anthony D. Ewing.

1924.   As a result of the attack, and the death of Anthony D. Ewing, Plaintiff John E. Ewing has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Anthony D. Ewing's society, companionship, comfort, advice, and counsel.

**The Kile G. West Family**

1925.   Kile G. West was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1926.   On May 28, 2007, Kile G. West, then 23, was serving as a First Lieutenant in the United States Army conducting a Downed Aircraft Recovery Team mission in Abu Sayda, Iraq when he was killed in the same attack as Anthony D. Ewing.

1927.   The attack in which Mr. West was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1928.   Plaintiff Clark G. West is a citizen of the United States and domiciled in the State of Texas. He is the father of Kile G. West.

1929.   As a result of the attack, and the death of Kile G. West, Plaintiff Clark G. West has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Kile G. West's society, companionship, comfort, advice, and counsel.

## 187.   THE MAY 30, 2007, ATTACK – BAGHDAD, IRAQ

**The Baylis Family**

1930.   Matthew Edward Baylis was a citizen of the United States and domiciled in the State of New York.

1931.   On May 30, 2007, Mr. Baylis, then 20, was serving as a Specialist in the United States Army on patrol in the Al Doura District of Baghdad, Iraq when his unit came under fire, killing him.

1932.   Mr. Baylis was declared dead soon after midnight on May 31, 2007, as a result of the gunshot wounds to his chin and left leg that he sustained.

1933.   The attack in which Mr. Baylis was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

1934.   Plaintiff Richard E. Baylis is a citizen of the United States and domiciled in the State of New York. He is the father of Matthew Edward Baylis.

1935.   Plaintiff Laurie J. Baylis is a citizen of the United States and domiciled in the State of New York. She is the mother of Matthew Edward Baylis.

1936.   Plaintiff Marc R. Baylis is a citizen of the United States and domiciled in the State of Oregon. He is the brother of Matthew Edward Baylis.

1937.   Plaintiffs Richard E. Baylis and Laurie J. Baylis bring this action individually and on behalf of the Estate of Matthew Edward Baylis, as its proposed legal co-representatives.

1938.   As a result of the attack, and the death of Matthew Baylis, Plaintiffs Richard E. Baylis, Laurie J. Baylis and Marc R. Baylis have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Matthew Edward Baylis's society, companionship, comfort, advice, and counsel.

## 188.   THE JUNE 2, 2007, ATTACK – HADID, IRAQ

**The Crouch Family**

1939.   William Crouch was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

1940.   On June 2, 2007, William Crouch, then 21, was serving as a Specialist in the United States Army traveling with a quick response team to assist with a downed helicopter in Hadid, Iraq, when his vehicle was struck by an IED, killing him.

1941.   The attack in which Mr. Crouch was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1942.   Plaintiff Kathy Russell Rushing is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of William Crouch.

1943.   Plaintiff John Crouch is a citizen of the United States and domiciled in the State of Texas. He is the brother of William Crouch.

1944.   Plaintiff Kathy Russell Rushing brings this action individually and on behalf of the Estate of William Crouch as its proposed legal representative.

1945.   As a result of the attack, and the death of William Crouch, Plaintiffs Kathy Russell Rushing and John Crouch have experienced severe mental anguish, extreme emotional pain and suffering, and loss of William Crouch's society, companionship, comfort, advice, and counsel.

### 189.   THE JUNE 2, 2007, ATTACK – QAYYARAH, IRAQ

**The Costello Family**

1946.   Jeremiah D. Costello was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

1947.   On June 2, 2007, Jeremiah D. Costello, then 22, was serving as a Corporal in the U.S. Army traveling on Route Charleston in the vicinity of Qayyarah, Iraq, when his vehicle was struck by an IED, killing him.

1948.   The attack in which Mr. Costello was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1949.   Plaintiff Debra Ann Springman is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Jeremiah D. Costello.

1950.   Plaintiff Lillian Costello is a citizen of the United States. She is the daughter of Jeremiah D. Costello.

1951.   Plaintiff Debra Ann Springman brings this action individually and on behalf of the Estate of Jeremiah D. Costello, as its proposed legal representative.

1952.   As a result of the attack, and the death of Jeremiah D. Costello, Debra Ann Springman and Lillian Costello have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jeremiah D. Costello's society, companionship, comfort, advice, and counsel.

## 190.   THE JUNE 3, 2007, ATTACK – AL MANSURIYAH IRAQ

### The Marin Family

1953.   Plaintiff Patrick Jay Marin is a citizen of the United States and domiciled in the State of Montana.

1954.   On June 2, 2007, Patrick Jay Marin, then 32, was serving as a Staff Sergeant in the United States Army traveling with a convoy north of Muqdadiyah, Iraq when an IED detonated in close proximity to his vehicle.

1955.   The explosion set the fuel cell in Mr. Marin's vehicle on fire and the vehicle's fire suppression system failed to deploy.

1956.   As a result, Mr. Marin suffered severe injuries in the attack, including second-degree burns over twenty-five percent of his body, a TBI, a blood clot in his left thigh, as well as PTSD.

1957.   The attack in which Mr. Marin was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1958.   As a result of the attack, and the injuries he suffered, Plaintiff Patrick Jay Marin has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

### 191.   THE JUNE 6, 2007, ATTACK – SADAH, IRAQ

**The Cole Family**

1959.   Timothy B. Cole, Jr., was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

1960.   On June 6, 2007, Timothy B. Cole, Jr., then 28, was serving aa Staff Sergeant in the United States Army conducting a foot patrol in Sadah, Iraq, when an IED detonated near his patrol, killing him.

1961.   The attack in which Mr. Cole was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1962.   Plaintiff Lindsey Cole is a citizen of the United States and domiciled in the State of Louisiana.

1963.   As a result of the attack, and the death of Timothy B. Cole, Jr., Plaintiff Lindsey Cole has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Timothy B. Cole, Jr.'s society, companionship, comfort, advice, and counsel.

### 192.   THE JUNE 14, 2007, ATTACK – TOPZAWA, IRAQ

**The Borm Family**

1964.   Val John Borm was a citizen of the United States and domiciled in the State of Nebraska when he was killed in Iraq.

1965.   On June 14, 2007, Mr. Borm, then 21, was serving as a Specialist serving in the United States Army on a patrol en route to Topzawa, Iraq, when his vehicle was struck by an IED, killing him.

1966.   The attack in which Mr. Borm was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1967.   Plaintiff Larry G. Borm is a citizen of the United States and domiciled in the State of Nebraska. He is the father of Val John Borm.

1968.   Plaintiff Lolita G. Borm is a citizen of the United States and domiciled in the State of Nebraska. She is the mother of Val John Borm.

1969.   Plaintiff Kimberly Borm is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Val John Borm.

1970.   Plaintiffs Larry G. Borm and Lolita G. Borm bring this action individually and on behalf of the Estate of Val John Borm, as its proposed legal co-representatives.

1971.   As a result of the attack, and the death of Val John Borm, Plaintiffs Larry G. Borm, Lolita G. Borm, and Kimberly Borm have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Val John Borm's society, companionship, comfort, advice, and counsel.

**The Roberts Family**

1972.   Derek T. Roberts was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1973.   On June 14, 2007, Mr. Roberts, then 24, was a Sergeant serving in the United States Army in the same unit as Mr. Borm and was killed in the same attack.

1974.   The attack in which Mr. Roberts was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1975.   Plaintiff Dennis Roberts is a citizen of the United States and domiciled in the State of California. He is the father of Derek T. Roberts.

1976.   Plaintiff Wylene Roberts is a citizen of the United States and domiciled in the State of California. She is the mother of Derek T. Roberts.

1977.   As a result of the attack, and the death of Derek T. Roberts, Plaintiffs Dennis Roberts and Wylene Roberts have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Derek T. Roberts' society, companionship, comfort, advice, and counsel.

**193.   THE JUNE 18, 2007, ATTACK – ARAB JABOR, IRAQ**

**The Parks Family**

1978.   Larry Parks, Jr., was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

1979.   On June 18, 2007, Larry Parks, Jr., then 24, was a Private First Class in the United States Army conducting a mounted patrol in Arab Jabor, Iraq when the vehicle he was riding in encountered an IED, causing the vehicle to roll over.

1980.   Mr. Parks died as a result of craniofacial and lung injuries caused by the IED blast.

1981.   The attack in which Mr. Parks was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1982.   Plaintiff Cheryl A. Parks is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Larry Parks, Jr.

1983.   Plaintiff Larry Parks, Sr., is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Larry Parks, Jr.

1984.   Plaintiff Michelle Clark is a citizen of the United States and domiciled in the State of Tennessee. She is the sister of Larry Parks, Jr.

1985.   Plaintiff Adam Michael Parks is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Larry Parks, Jr.

1986.   Plaintiff Amanda M. Plowman is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Larry Parks, Jr.

1987.   Plaintiff Hannah L. Parks is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Larry Parks, Jr.

1988.   Plaintiffs Cheryl A. Parks and Larry Parks, Sr., bring this action individually and on behalf of the Estate of Larry Parks, Jr., as its proposed legal co-representatives.

1989.   As a result of the attack, and the death of Larry Parks, Jr., Plaintiffs Cheryl A. Parks, Larry Parks, Sr., Michelle Clark, Adam Michael Parks, Amanda M. Plowman, and Hannah L. Parks have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Larry Parks, Jr.'s society, companionship, comfort, advice, and counsel.

### 194.   THE JUNE 20, 2007, ATTACK – SAQLAWIYAH, IRAQ

**The Wilson Family**

1990.   Stephen J. Wilson was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

1991.   On June 20, 2007, Stephen J. Wilson, then 28, was serving as a Staff Sergeant in the United States Marines conducting a dismounted patrol in Saqlawiyah, Iraq when he was struck and killed by an IED.

1992.   The attack in which Mr. Wilson was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1993.   Plaintiff Bonnie Schreiner is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Stephen J. Wilson.

1994.   As a result of the attack, and the death of Stephen J. Wilson, Plaintiff Bonnie Schreiner has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Stephen J. Wilson's society, companionship, comfort, advice, and counsel.

### 195.   THE JUNE 21, 2007, ATTACK – ADHAMIYA, IRAQ

**The Agami Family**

1995.   Daniel Agami was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

1996.   On June 21, 2007, Daniel Agami, then 25, was serving as a Private First Class in the United States Army conducting cordon and knock patrols in Adhamiya, Iraq when the vehicle he was driving was struck by a deep buried IED.

1997.   Mr. Agami was killed in the attack.

1998.   The attack in which Mr. Agami was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

1999.   Plaintiff Itzhak Agami is a citizen of the United States and domiciled in the State of Florida. He is the father of Daniel Agami. He brings this action individually and on behalf of the Estate of Daniel Agami.

2000.   Plaintiff Beth Agami is a citizen of the United States and domiciled in the State of Florida. She is the mother of Daniel Agami. She brings this action individually.

2001.   Plaintiff Ilan Agami is a citizen of the United States and domiciled in the State of Florida. He is the brother of Daniel Agami.

2002.   Plaintiff Shania Agami is a citizen of the United States and domiciled in the State of Florida. She is the sister of Daniel Agami.

2003.   As a result of the attack, and the death of Daniel Agami, Plaintiffs Itzhak Agami, Beth Agami, Ilan Agami, Shania Agami have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Daniel Agami's society, companionship, comfort, advice, and counsel

**The Leemhuis Family**

2004.   Thomas R. Leemhuis was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

2005.   On June 21, 2007, Thomas R. Leemhuis, then 23, was serving as Private First Class in the United States Army conducting patrols in Adhamiya, Iraq when he was killed in the same attack as Daniel Agami.

2006.   The attack in which Mr. Leemhuis was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2007.   Plaintiff Patricia Leemhuis is a citizen of the United States and domiciled in the State of Oklahoma. She is the mother of Thomas R. Leemhuis.

2008.   Plaintiff Renee Lunsford is a citizen of the United States and domiciled in the State of Oklahoma. She is the sister of Thomas R. Leemhuis.

2009.   Plaintiff Stephanie Leemhuis is a citizen of the United States and domiciled in the State of Oklahoma. She is the sister of Thomas R. Leemhuis.

2010.   Plaintiff Paul Whitehorn, Jr. is a citizen of the United States and domiciled in the State of Oklahoma. He is the brother of Thomas R. Leemhuis.

2011.   As a result of the attack, and the death of Thomas R. Leemhuis, Plaintiffs Patricia Leemhuis, Renee Lunsford, Stephanie Leemhuis, and Paul Whitehorn, Jr. have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Thomas R. Leemhuis' society, companionship, comfort, advice, and counsel.

**The Montenegro Family**

2012.   Alphonso J. Montenegro II was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

2013.   On June 21, 2007, Alphonso J. Montenegro II, then 22, was a Sergeant in the United States Army conducting cordon and knock patrols in Adhamiya, Iraq when he and four other members of his unit were killed in the attack including Daniel Agami and Thomas R. Leemhuis.

2014.   The attack in which Mr. Montenegro was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2015.   Plaintiff Sandra Luz Montenegro is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Alphonso J. Montenegro II and brings this action individually and on behalf of the Estate of Alphonso J. Montenegro II as its proposed legal representative.

2016.   As a result of the attack, and the death of Alphonso J. Montenegro II, Plaintiff Sandra Luz Montenegro has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Alphonso J. Montenegro II's society, companionship, comfort, advice, and counsel.

196.   **THE JULY 1, 2007, ATTACK – BAGHDAD, IRAQ**

**The Garcia Family**

2017.   Victor Garcia was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

2018.   On July 1, 2007, Victor Garcia, then 22, Corporal in the United States Army conducting a route clearing mission in the Dora District of Baghdad, Iraq when he was killed by enemy small arms fire.

2019.   The attack in which Mr. Garcia was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2020.   Plaintiff Socorro Garcia is a citizen of the United States and domiciled in the State of California. She is the mother of Victor Garcia.

2021.   Plaintiff David Garcia is a citizen of the United States and domiciled in the State of California. He is the father of Victor Garcia.

2022.   Plaintiff Daniel Garcia is a citizen of the United States and domiciled in the State of California. He is the brother of Victor Garcia.

2023.   Plaintiff Abel Garcia is a citizen of the United States and domiciled in the State of California. He is the brother of Victor Garcia.

2024.   Plaintiff Belinda Garcia is a citizen of the United States and domiciled in the State of California. She is the sister of Victor Garcia.

2025.   As a result of the attack, and the death of Victor Garcia, Plaintiffs Socorro Garcia, David Garcia, Daniel Garcia, Abel Garcia, and Belinda Garcia have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Victor Garcia's society, companionship, comfort, advice, and counsel.

**197.** <u>THE JULY 8, 2007, ATTACK – SADR AL SALAM, IRAQ</u>

<u>The Dore Family</u>

2026.   Jason E. Dore was a citizen of the United States and domiciled in the State of Maine when he was killed in Iraq.

2027.   On July 8, 2007, Jason E. Dore, then 25, was serving as a Specialist in the United States Army escorting Iraqi police in Sadr Al Salam in Al Anbar Province when his vehicle was struck by a SVBIED, killing him.

2028.   The attack in which Mr. Dore was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2029.   Plaintiff Jody Dore is a citizen of the United States and domiciled in the State of Maine. He is the father of Jason E. Dore. He brings this action individually and on behalf of the Estate of Jason E. Dore as its proposed legal representative.

2030.   As a result of the attack, and the death of Jason E. Dore, Plaintiff Jody Dore has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jason E. Dore's society, companionship, comfort, advice, and counsel.

**198.** <u>THE JULY 8, 2007, ATTACK – THARTHAR, IRAQ</u>

<u>The Taylor Family</u>

2031.   Plaintiff Roy L. Taylor, Jr. is a citizen of the United States and domiciled in the State of Florida.

2032.   On July 8, 2007, Roy L. Taylor, Jr., then 32, was serving as a Gunnery Sergeant in the U.S. Marine Corps traveling with his unit 10 kilometers southeast of COP Golden on Route Redskins in Tharthar, Iraq when his convoy struck two IEDs.

2033.   Mr. Taylor suffered injuries in the attack, including a laceration to his arm, headaches, blurred vision, tinnitus, dizziness, and PTSD.

2034.   The attack in which Mr. Taylor was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

2035.   As a result of the attack, and the injuries he suffered, Plaintiff Roy L. Taylor has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

### 199.   THE JULY 17, 2007, ATTACK – SAMARRA, IRAQ

**The Wade Family**

2036.   Patrick Wade was a citizen of the United States and domiciled in the State of Wisconsin.

2037.   On July 17, 2007, Mr. Wade, then 38, was serving as a Chief Petty Officer in the U.S. Navy conducting bomb-disposal operations in Samarra, Iraq when his vehicle was struck by an IED.

2038.   Mr. Wade survived the initial blast and was killed when his crew discovered other bombs in a culvert under the highway. His unit was attempting to detonate them safely when they exploded, killing him.

2039.   The attack in which Mr. Wade was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2040.   Plaintiff Keri Lynn Wade is a citizen of the United States and domiciled in the State of Washington. She is the widow of Patrick Wade.

2041.   Plaintiff Shirley Wade is a citizen of the United States and domiciled in the State of Wisconsin. She is the mother of Patrick Wade.

2042.   As a result of the attack, and the death of Patrick Wade, Plaintiffs Keri Lynn Wade and Shirley Wade have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Patrick Wade's society, companionship, comfort, advice, and counsel.

### 200.   THE JULY 18, 2007, ATTACK – ADHAMIYAH, IRAQ

**The Clouser Family**

2043.   Zachary Clouser was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

2044.   On July 18, 2007, Zachary Clouser, then 19, was serving as a Specialist in the United States Army on a mission for the Commander's Emergency Relief Program (CERP) when his vehicle was struck by IED, killing him.

2045.   The attack in which Mr. Clouser was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2046.   Plaintiff Debra Ethridge is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Zachary Clouser.

2047.   As a result of the attack, and the death of Zachary Clouser, Plaintiff Debra Ethridge has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Zachary Clouser's society, companionship, comfort, advice, and counsel.

**The Gilmore Family**

2048.   Richard Gilmore III was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

2049.   On July 18, 2007, Richard Gilmore III, then 22, was serving as a Specialist in the United States Army on the same mission as Zachary Clouser and was killed in the same attack.

2050.   The attack in which Mr. Gilmore III was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2051.   Plaintiff Richard Gilmore Jr. is a citizen of the United States and domiciled in the State of Alabama. He is the father of Richard Gilmore III.

2052.   As a result of the attack, and the death of Richard Gilmore III, Plaintiff Richard Gilmore Jr. has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Richard Gilmore III's society, companionship, comfort, advice, and counsel.

### 201.   THE JULY 30, 2007, ATTACK – TAQADDUM, IRAQ

**The Stokes Family**

2053.   Sean Strokes was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

2054.   On July 30, 2007, Sean Stokes, then 24, was a Corporal in the United States Marines working on counterinsurgency efforts in Taqaddum, Iraq when a deep buried IED detonated near him.

2055.   Mr. Stokes was killed in the attack.

2056.   The attack in which caused Mr. Stokes was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2057.   Plaintiff Gary Stokes is a citizen of the United States and domiciled in the State of California. He is the father of Sean Stokes.

2058.   As a result of the attack, and the death of Sean Stokes, Plaintiff Gary Stokes has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Sean Stokes's society, companionship, comfort, advice, and counsel.

202.   **THE AUGUST 2, 2007, ATTACK – BAGHDAD, IRAQ**

**The Mowl Family**

2059.   Kevin Scott Mowl was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

2060.   On August 2, 2007, Mr. Mowl, then 22, was serving as a Corporal in the United States Army conducting a mounted patrol in Baghdad, Iraq when his vehicle was struck by an IED.

2061.   Mr. Mowl sustained severe injuries from the attack, including a TBI with subdural hematoma with midline shift, an epidural hematoma, multiple skull fractures, fracture of the 5th lumbar vertebra with 50% cord compromise, and multiple injuries of the upper and lower extremities

2062.   Mr. Mowl died on February 25, 2008, 207 days after the attack, from complications from his blast injuries.

2063.   The attack tin which Mr. Mowl was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2064.   Plaintiff Harold M. Mowl, Jr., is a citizen of the United States and domiciled in the State of New York. He is the father of Kevin Scott Mowl.

2065.   Plaintiff Mary A. Mowl is a citizen of the United States and domiciled in the State of New York. She is the mother of Kevin Scott Mowl.

2066.   Plaintiffs Harold M. Mowl, Jr., and Mary A. Mowl bring this action individually and on behalf of the Estate of Kevin Scott Mowl as its proposed legal co-representatives.

2067.   As a result of the attack, and the death of Kevin Scott Mowl, Plaintiffs Harold M. Mowl, Jr., and Mary A. Mowl have experienced severe mental anguish, extreme emotional pain

and suffering, and loss of Kevin Scott Mowl's society, companionship, comfort, advice, and counsel.

### 203. THE AUGUST 8, 2007, ATTACK – MOSUL, IRAQ

**The Jones Family**

2068.   Plaintiff Robert Dennis Jones is a citizen of the United States and domiciled in the State of Iowa.

2069.   On August 8, 2007, Robert Dennis Jones, then 47, was a civilian contractor working for KBR, Inc., in the Qayyarah Airfield West (Q-West) near Mosul, Iraq and was traveling in a truck behind the lead Armored Security Truck (ASV) in a convoy headed to Tal Afar, Iraq, to re-supply United States military personnel, when both vehicles encountered an IED near the roadway, causing significant damage to both vehicles.

2070.   Mr. Jones suffered serious injuries in the attack, including a concussion and bilateral tinnitus. He also suffers from PTSD, migraines, and memory loss.

2071.   The attack in which Mr. Jones was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2072.   As a result of the attack, and the injuries he suffered, Plaintiff Robert Dennis Jones has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

2073.   Plaintiff Theresa Gayle Jones is a citizen of the United States and domiciled in Iowa. She is the wife of Robert Dennis Jones.

2074.   As a result of the attack and the injuries Plaintiff Robert Dennis Jones suffered, Plaintiff Theresa Gayle Jones has experienced severe mental anguish and extreme emotional pain and suffering.

**The Lett Family**

2075.   Plaintiff Richard Carlton Lett is a citizen of the United States and domiciled in the State of Oklahoma.

2076.   On August 8, 2007, Richard Carlton Lett, then 45, was a civilian contractor working for KBR, Inc. in the Qayyarah Airfield West (Q-West) near Mosul, Iraq when his vehicle encountered an IED.

2077.   Mr. Lett was injured in the same attack as Robert Dennis Jones.

2078.   Mr. Lett suffered injuries in the attack, including bilateral hearing loss, bilateral tinnitus, and severe pain in both ears. He also suffered from Post-Traumatic Stress Disorder, headaches, sleeplessness, neck pain, back pain, nose bleeds, and a loss of some sense of taste.

2079.   The attack in which Mr. Lett was injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

2080.   As a result of the attack, and the injuries he suffered, Plaintiff Richard Carlton Lett has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

## 204.   THE SEPTEMBER 7, 2007, ATTACK – MOSUL, IRAQ

**The Hilbert Family**

2081.   Thomas Hilbert was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

2082.   On September 7, 2007, Mr. Hilbert, then 20, was serving as a Corporal serving in the United States Army in Mosul, Iraq, when his vehicle was struck by an IED, killing him.

2083.   The attack in which Mr. Hilbert was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2084.   Plaintiff Theresa Minton is a citizen of the United States and domiciled in the State of Texas. She is the mother of Thomas Hilbert.

2085.   As a result of the attack, and the death of Thomas Hilbert, Plaintiff Theresa Minton has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Thomas Hilbert's society, companionship, comfort, advice, and counsel.

**The Hernandez Family**

2086.   Jason Hernandez was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

2087.   On September 7, 2007, Mr. Hernandez, then 21, was a Corporal serving in the United States Army in the same unit as Thomas Hilbert and was killed in the same attack.

2088.   The attack in which Mr. Hernandez was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2089.   Plaintiff John Hernandez is a citizen of the United States and domiciled in the State of Ohio. He is the father of Jason Hernandez.

2090.   Plaintiff Uta Hernandez is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Jason Hernandez.

2091.   As a result of the attack, and the death of Jason Hernandez, Plaintiffs John Hernandez and Uta Hernandez have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Jason Hernandez's society, companionship, comfort, advice, and counsel.

## 205.   THE SEPTEMBER 6, 2007, ATTACK–ALBU HAYAT, IRAQ

**The Poole Family**

2092.   Christopher L. Poole Jr. was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq

2093.   On September 6, 2007, Mr. Poole, then 22, was serving as a Corporal in the United States Marines in Albu Hayat, Iraq when he was killed by a SVBIED.

2094.   The attack in which Mr. Poole Jr was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2095.   Plaintiff Donna Hunsicker is a citizen of the United States and domiciled in the State of Florida. She is the mother of Christopher L. Poole Jr.

2096.   As a result of the attack, and the death of Christopher L. Poole Jr., Plaintiff Donna Hunsicker has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Christopher L. Poole Jr.'s society, companionship, comfort, advice, and counsel.

**The Scripsick Family**

2097.   Bryan Scripsick was a citizen of the United States and domiciled in the State of Oklahoma, when he was killed in Iraq.

2098.   On September 6, 2007, Bryan Scripsick, then 22, was a Corporal serving in the United States Marines in Albu Hayat, Iraq when he was killed in the same attack as Christopher L. Poole Jr.

2099.   The attack in which Mr. Scripsick was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2100.   Plaintiff John Scripsick is a citizen of the United States and domiciled in the State of Oklahoma. He is the father of Bryan Scripsick.

2101.   As a result of the attack, and the death of Bryan Scripsick, Plaintiff John Scripsick has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Bryan Scripsick's society, companionship, comfort, advice, and counsel.

**206.**   **THE SEPTEMBER 14, 2007, ATTACK – MUQDADIYAH, IRAQ**

**The Rivadeneira Family**

2102.   Jonathan Rivadeneira was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

2103.   On September 14, 2007, Mr. Rivadeneira, then 22, was serving as a Specialist in the United States Army in Muqdadiyah, Iraq when his vehicle struck an IED, killing him.

2104.   The attack in which Mr. Rivadeneira was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2105.   Plaintiff Martha Clark is a citizen of the United States and domiciled in the State of New York. She is the mother of Jonathan Rivadeneira.

2106.   As a result of the attack, and the death of Jonathan Rivadeneira, Plaintiff Martha Clark has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jonathan Rivadeneira's society, companionship, comfort, advice, and counsel.

**207.**   **THE SEPTEMBER 18, 2007, ATTACK – MUQDADIYAH, IRAQ**

**The Valentine Family**

2107.   Donald E. Valentine, III was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

2108.   On September 18, 2007, Mr. Valentine, then 21, was serving as a Corporal in the United States Army in Muqdadiyah, Iraq when a suicide bomber detonated near his unit, killing him.

2109.   The attack in which Mr. Valentine was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2110.   Plaintiff Anna Valentine is a citizen of the United States and domiciled in the State of Florida. She is the mother of Donald E. Valentine, III.

2111.   As a result of the attack, and the death of Donald E. Valentine, III, Plaintiff Anna Valentine has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Donald E. Valentine, III's society, companionship, comfort, advice, and counsel.

**The Olson Family**

2112.   Nicholas Olson was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

2113.   On September 18, 2007, Nicholas Olson, then 22, was serving as a Corporal in the U.S. Army in Muqdadiyah, Iraq when a suicide bomber detonated near his unit killing him and Donald E. Valentine, III.

2114.   The attack in which Mr. Olson was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2115.   Plaintiff Anita J. Moran is a citizen of the United States and domiciled in the State of Utah. She is the mother of Nicholas Olson.

2116.   As a result of the attack, and the death of Nicholas Olson, Plaintiff Anita J. Moran has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Nicholas Olson's society, companionship, comfort, advice, and counsel.

### 208.   THE SEPTEMBER 25, 2007, ATTACK – MUQDADIYAH, IRAQ

**The Brown Family**

2117.   Kevin Ray Brown was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

2118.   On September 25, 2007, Mr. Brown, then 38, was serving as a Staff Sergeant in the United States Army when an IED detonated near his vehicle in Muqdadiyah, Iraq, killing him.

2119.   The attack in which Mr. Brown was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2120.   Plaintiff Magdalena Brown is a citizen of the United States and domiciled in the State of Texas. She is the widow of Kevin Ray Brown.

2121.   Plaintiff Maria L. Brown is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Kevin Ray Brown.

2122.   Plaintiff Charlene M. Brown is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Kevin Ray Brown.

2123.   Plaintiff Jeremy Chambers is a citizen of the United States and domiciled in the State of Texas. He is the stepson of Kevin Ray Brown.

2124.   Plaintiff Pamala Lambert is a citizen of the United States and domiciled in the State of Texas. She is the stepdaughter of Kevin Ray Brown.

2125.   Plaintiff Magdalena Brown brings this action individually and on behalf of the Estate of Kevin Ray Brown, as its proposed legal representative.

2126.   As a result of the attack, and the death of Kevin Ray Brown, Plaintiffs Magdalena Brown, Maria L. Brown, Charlene M. Brown, Jeremy Chambers, and Pamala Lambert have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Kevin Ray Brown's society companionship, comfort, advice, and counsel.

209.    **THE OCTOBER 5, 2007, ATTACK – BAGHDAD, IRAQ**

**The Marchand Family**

2127.   Jason Marchand was a citizen of the United States and domiciled in the State of West Virginia when he was killed in Iraq.

2128.   On October 5, 2007, Mr. Marchand, then 26, was serving as a Corporal in the United States Army in Baghdad, Iraq, when he entered a house and stepped on an IED, killing him.

2129.   The attack in which Mr. Marchand was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2130.   Plaintiff Debra Parsons is a citizen of the United States and domiciled in the State of West Virginia. She is the mother of Jason Marchand.

2131.   As a result of the attack, and the death of Jason Marchand, Plaintiff Debra Parsons has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jason Marchand's society, companionship, comfort, advice, and counsel.

210.    **THE OCTOBER 8, 2007, ATTACK – AL QAIM, IRAQ**

**The Burris Family**

2132.   Jeremy W. Burris was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

2133.   On October 8, 2007, Mr. Burris, then 22, was serving as a Lance Corporal in the United States Marine Corps when his patrol in Al Qaim, Iraq was struck by an IED hidden in the road.

2134.   Mr. Burris survived the initial blast and helped get wounded Marines out of the damaged vehicle, but when he returned to the vehicle to retrieve some equipment, a second explosive device detonated, killing him.

2135.   The attack in which Mr. Burris was killed was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

2136.   Plaintiff Brent Burris is a citizen in the United States and domiciled in the State of Texas. He is the father of Jeremy W. Burris.

2137.   Plaintiff Karla Burris is a citizen in the United States and domiciled in the State of Texas. She is the mother of Jeremy W. Burris.

2138.   Plaintiff Rebekah Burris is a citizen in the United States and domiciled in the State of Texas. She is the sister of Jeremy W. Burris.

2139.   Plaintiff Bethany Burris is a citizen in the United States and domiciled in the State of Texas. She is the sister of Jeremy W. Burris.

2140.   Plaintiff Joel Burris is a citizen in the United States and domiciled in the State of Texas. He is the brother of Jeremy W. Burris.

2141.   Plaintiff Nathan Burris is a citizen in the United States and domiciled in the State of Texas. He is the brother of Jeremy W. Burris.

2142.   Plaintiff Stephen Burris is a citizen in the United States and domiciled in the State of Texas. He is the brother of Jeremy W. Burris.

2143.   Plaintiff Bryan Burris is a citizen in the United States and domiciled in the State of Texas. He is the brother of Jeremy W. Burris.

2144.   Plaintiffs Brent Burris and Karla Burris bring this action individually and on behalf of the Estate of Jeremy W. Burris, as its proposed legal co-representatives.

2145.   As a result of the attack, and the death of Jeremy W. Burris, Plaintiffs Brent Burris, Karla Burris, Bryan Burris, Stephen Burris, Nathan Burris, Joel Burris, Bethany Burris, and Rebekah Burris have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jeremy W. Burris' society, companionship, comfort, advice, and counsel.

### 211.   THE OCTOBER 24, 2007, ATTACK – BAYJI, IRAQ

**The Towns Family**

2146.   Robin L. Towns, Sr. was a citizen of the United States and domiciled in the State of Maryland when he was killed in Iraq.

2147.   On October 24, 2007, Mr. Towns, then 52, was serving as a Sergeant First Class in the United States Army in Bayji, Iraq, when his vehicle struck an IED, killing him.

2148.   The attack in which Mr. Towns was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2149.   Plaintiff Shelia Towns is a citizen of the United States and domiciled in the State of Maryland. She is the widow of Robin L. Towns, Sr.

2150.   As a result of the attack, and the death of Robin L. Towns, Sr., Plaintiff Shelia Towns has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Robin L. Towns, Sr.'s society, companionship, comfort, advice, and counsel.

### 212.   THE DECEMBER 13, 2007, ATTACK – JURF AL SAKHAR

**The McGuire Family**

2151.   Plaintiff James Patrick McGuire, Jr. is a citizen of the United States and domiciled in the State of Virginia.

2152.   On December 13, 2007, Mr. McGuire, then 23, was serving as a Corporal in the United States Army in Jurf Al Sakhar, Iraq on a foot patrol, when he stepped on a pressure-plate

IED sustaining devastating injuries including massive shrapnel wounds to his right leg which required an above-the-knee leg amputation, a TBI, and PTSD.

2153.   Another member of his unit and one of his closest friends died in his arms after stepping on a secondary pressure-plate IED while attempting to rescue Mr. McGuire. As a result, Mr. McGuire's emotional injuries have had a devastating impact on his quality of life.

2154.   The attack in which Mr. McGuire was severely injured was committed by Iranian- and Syrian-funded and –trained terror operatives in Iraq.

2155.   As a result of the attack, and the injuries he suffered, Plaintiff James Patrick McGuire, Jr. has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

2156.   Plaintiff Ashley McGuire Redmond is a citizen of the United States and domiciled in Rhode Island. She is the sister of James Patrick McGuire, Jr.

2157.   As a result of the attack and the injuries Plaintiff James Patrick McGuire, Jr., sustained, Plaintiff Ashley McGuire Redmond has experienced severe mental anguish and extreme emotional pain and suffering.

### 213.   THE DECEMBER 20, 2007, ATTACK – KANA'AN, IRAQ

**The Ray Family**

2158.   Jeremy Ray was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

2159.   On December 20, 2007, Mr. Ray, then 26 years, was serving as a First Lieutenant in the United States Army in Kana'an, Iraq when he was killed by a suicide bomber.

2160.   The attack in which Mr. Ray was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2161.   Plaintiff Walter Ray is a citizen of the United States and domiciled in the State of Texas. He is the father of Jeremy Ray.

2162.   Plaintiff Deborah Ray is a citizen of the United States and domiciled in the State of Texas. She is the mother of Jeremy Ray.

2163.   As a result of the attack, and the death of Jeremy Ray, Plaintiffs Walter Ray and Deborah Ray have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Jeremy Ray's society, companionship, comfort, advice, and counsel.

### 214.   THE JANUARY 9, 2008, ATTACK – SINSIL, IRAQ

**The Dozier Family**

2164.   Jonathan K. Dozier was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

2165.   On January 9, 2008, Mr. Dozier, then 30, was serving as a Staff Sergeant in the United States Army in Sinsil, Iraq, when an HBIED (House Bomb IED) detonated in the house he and his unit were searching.

2166.   Mr. Dozier died as a result of lethal blast injuries he sustained.

2167.   The attack in which Mr. Dozier was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2168.   Plaintiff Amy B. Dozier is a citizen of the United States and domiciled in the State of North Carolina. She is the widow of Jonathan K. Dozier.

2169.   Plaintiff Amy B. Dozier brings this action individually and on behalf of the Estate of Jonathan K. Dozier as its proposed legal representative.

2170.   As a result of the attack, and the death of Jonathan K. Dozier, Plaintiff Amy B. Dozier has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jonathan K. Dozier's society, companionship, comfort, advice, and counsel.

**The Gaul Family**

2171.   Sean M. Gaul was a citizen of the United States and domiciled in the State of Nevada when he was killed in Iraq.

2172.   On January 9, 2008, Mr. Gaul, then 29, was a Staff Sergeant serving in the United States Army in the same unit as Mr. Dozier and was killed in the same attack.

2173.   The attack in which Mr. Gaul was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2174.   Plaintiff Jessica Gaul is a citizen of the United States and domiciled in the State of Washington. She is the widow of Sean M. Gaul.

2175.   Plaintiff Christine M. Minear is a citizen of the United States and domiciled in the State of Nevada. She is the mother of Sean M. Gaul.

2176.   Plaintiff Lisa Tarleton is a citizen of the United States and domiciled in the State of Nevada. She is the sister of Sean M. Gaul.

2177.   Plaintiff Mary Schiotis is a citizen of the United States and domiciled in the State of Iowa. She is the sister of Sean M. Gaul.

2178.   As a result of the attack, and the death of Sean M. Gaul, Plaintiffs Jessica Gaul, Christine M. Minear, Lisa Tarleton, and Mary Schiotis have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Sean M. Gaul's society, companionship, comfort, advice, and counsel.

**The Pionk Family**

2179.   Matthew I. Pionk was a citizen of the United States and domiciled in the State of Wisconsin when he was killed in Iraq.

2180.   On January 9, 2008, Mr. Pionk, then 30, was a Sergeant First Class serving in the United States Army.

2181.   Mr. Pionk was in the same unit as Messrs. Dozier and Gaul and was killed in the same attack as a result of blast and thermal injuries.

2182.   The attack in which Mr. Pionk was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2183.   Plaintiff Duane Pionk is a citizen of the United States and domiciled in the State of Wisconsin. He is the father of Matthew I. Pionk.

2184.   Plaintiff Sandra Pionk is a citizen of the United States and domiciled in the State of Wisconsin. She is the mother of Matthew I. Pionk.

2185.   As a result of the attack, and the death of Matthew I. Pionk, Plaintiffs Duane Pionk and Sandra Pionk have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Matthew I. Pionk's society, companionship, comfort, advice, and counsel.

**The Sanders Family**

2186.   Christopher Alan Sanders was a citizen of the United States and domiciled in the State of New Mexico when he was killed in Iraq.

2187.   On January 9, 2008, Mr. Sanders, then 22, was a Sergeant serving in the United States Army in the same unit as Messrs. Dozier, Gaul, and Pionk and was killed in the same attack as a result of the lethal blast injuries he sustained.

2188.   The attack in which Mr. Sanders was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2189.   Plaintiff Marie T. Sanders is a citizen of the United States and domiciled in the State of New Mexico. She is the mother of Christopher Alan Sanders.

2190.   As a result of the attack, and the death of Christopher Alan Sanders, Plaintiff Marie T. Sanders has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Christopher Alan Sanders' society, companionship, comfort, advice, and counsel.

### 215.   THE JANUARY 16, 2008, ATTACK – BALAD, IRAQ

**The Kimme Family**

2191.   Danny Lee Kimme was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

2192.   On January 16, 2008, Mr. Kimme, then 27, was serving as a Private First Class serving in the United States Army when he and seven other American soldiers engaged in a firefight near Balad, Iraq.

2193.   Mr. Kimme was killed in the attack which was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2194.   Plaintiff Douglas J. Kimme is a citizen of the United States and domiciled in the State of Illinois. He is the father of Danny L. Kimme.

2195.   As a result of the attack, and the death of Danny Lee Kimme, Plaintiff Douglas J. Kimme has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Danny Lee Kimme's society, companionship, comfort, advice, and counsel.

**The Sigsbee Family**

2196.   John Patrick Sigsbee was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

2197.   On January 16, 2008, Mr. Sigsbee, then 21, was a Specialist serving in the United States Army and was one of the eight U.S. soldiers killed in the attack discussed above.

2198.   Mr. Sigsbee died as a result of multiple enemy gun-shot wounds sustained during the firefight.

2199.   The attack in which Mr. Sigsbee was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2200.   Plaintiff James M. Sigsbee is a citizen of the United States and domiciled in the State of New York. He is the father of John Patrick Sigsbee.

2201.   Plaintiff Susan Sigsbee is a citizen of the United States and domiciled in the State of New York. She is the mother of John Patrick Sigsbee.

2202.   Plaintiff Jason Sigsbee is a citizen of the United States and domiciled in the State of New York. He is the brother of John Patrick Sigsbee.

2203.   Plaintiffs James M. Sigsbee and Susan Sigsbee bring this action individually and on behalf of the Estate of John Patrick Sigsbee as its proposed legal co-representatives.

2204.   As a result of the attack, and the death of John Patrick Sigsbee, Plaintiffs James M. Sigsbee, Susan Sigsbee, and Jason Sigsbee have experienced severe mental anguish, extreme emotional pain and suffering, and loss of John Patrick Sigsbee's society, companionship, comfort, advice, and counsel.

**The Sharrett Family**

2205.   David H. Sharrett, II was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

2206.   On January 16, 2008, David H. Sharrett II, then 27, was serving as a Private First Class in the U.S. Army and was one of the eight U.S. soldiers killed in the attack discussed above.

2207.   The attack in which Mr. Sharrett was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2208.   Plaintiff David Sharrett is a citizen of the United States and domiciled in the State of Virginia. He is the father of David Sharrett II.

2209.   Plaintiff Vicki Sharrett is a citizen of the United States and domiciled in the State of Virginia. She is the stepmother of David Sharrett II.

2210.   Plaintiff Kimberly Drummond is a citizen of the United States and domiciled in the State of Virginia. She is the mother of David Sharrett II.

2211.   Plaintiff Brooks Sharrett is a citizen of the United States and domiciled in the State of Virginia. She is the sister of David Sharrett II.

2212.   As a result of the attack, and the death of David Sharrett II, Plaintiffs David Sharrett, Vicki Sharrett, Kimberly Drummond, and Brooks Sharrett have experienced severe mental anguish, extreme emotional pain and suffering, and loss of David Sharrett II's society, companionship, comfort, advice, and counsel.

## 216.   THE JANUARY 19, 2008, ATTACK – BAGHDAD, IRAQ

**The Burress Family**

2213.   Richard B. Burress was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

2214.   On January 19, 2008, Mr. Burress, then 25, was serving as an Army Specialist. in the Arab Jabor neighborhood of Baghdad, Iraq when his vehicle struck an IED, killing him.

2215.   The attack in which Mr. Burress was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2216.   Plaintiff Tabitha Burress is a citizen of the United States and domiciled in the State of Florida. She is the widow of Richard B. Burress.

2217.   As a result of the attack, and the death of Richard B. Burress, Plaintiff Tabitha Burress has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Richard B. Burress' society, companionship, comfort, advice, and counsel.

### 217.   THE JANUARY 19, 2008, ATTACK – MOSUL, IRAQ

**The Whiting Family**

2218.   Justin Ryan Whiting was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

2219.   On January 19, 2008, Mr. Whiting, then 27, was serving as a Staff Sergeant in the United States Army when his unit was returning to FOB Endurance Q-West, Iraq, when his vehicle was struck by an IED.

2220.   Mr. Whiting was killed by the ensuing blast.

2221.   The attack in which Mr. Whiting was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2222.   Plaintiff Randall J. Whiting is a citizen of the United States and domiciled in the State of New York. He is the father of Justin Ryan Whiting.

2223.   Plaintiff Cynthia Whiting is a citizen of the United States and domiciled in the State of New York. She is the stepmother of Justin Ryan Whiting.

2224.   Plaintiff Phillip Martin is a citizen of the United States and domiciled in the State of California. He is the stepbrother of Justin Ryan Whiting.

2225.   Plaintiff Gregory Martin is a citizen of the United States and domiciled in the State of Tennessee. He is the stepbrother of Justin Ryan Whiting.

2226.   Plaintiff Randall J. Whiting brings this action individually and on behalf of the Estate of Justin Ryan Whiting as its proposed legal representative.

2227.   As a result of the attack, and the death of Justin Ryan Whiting, Plaintiffs Randall J. Whiting, Cynthia Whiting, Phillip Martin, and Gregory Martin have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Justin Ryan Whiting's society, companionship, comfort, advice, and counsel.

## 218.   THE JANUARY 28, 2008, ATTACK – MOSUL, IRAQ

**The Craig Family**

2228.   James E. Craig was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

2229.   On January 28, 2008, James E. Craig, then 26, was serving as a Sergeant in the United States Army in Mosul, Iraq when he was killed in a complex IED attack.

2230.   The attack in which Mr. Craig was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2231.   Plaintiff Natalie Jackson is a citizen of the United States and domiciled in the State of Washington. She is the widow of James E. Craig.

2232.   As a result of the attack, and the death of James E. Craig, Plaintiff Natalie Jackson has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of James E. Craig's society, companionship, comfort, advice, and counsel.

### 219. THE FEBRUARY 4, 2008, ATTACK – MUQDADIYAH, IRAQ

**The Christopher J. West Family**

2233.   Christopher J. West was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

2234.   On February 4, 2008, Mr. West, then 26, was serving as a Corporal in the United States Army when his patrol was clearing out abandoned buildings in Muqdadiyah, Iraq and an IED detonated, killing him.

2235.   The attack in which Mr. West was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2236.   Plaintiff Hattie West is a citizen of the United States and domiciled in the State of Texas. She is the mother of Christopher J. West. She brings this action individually and on behalf of the Estate of Christopher J. West.

2237.   Plaintiff John L. West is a citizen of the United States and domiciled in the State of Texas. He is the father of Christopher J. West.

2238.   Plaintiff Cameron West is a citizen of the United States and domiciled in the State of Texas. She is the sister of Christopher J. West.

2239.   Plaintiff Lauren West is a citizen of the United States and domiciled in the State of Texas. She is the sister of Christopher J. West.

2240.   As a result of the attack, and the death of Christopher J. West, Plaintiffs Hattie West, John L. West, Cameron West, and Lauren West have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Christopher J. West's society, companionship, comfort, advice, and counsel.

220.   **THE FEBRUARY 8, 2008, ATTACK – TAJI, IRAQ**

**The Manibog Family**

2241.   Michael T. Manibog was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

2242.   On February 8, 2008, Mr. Manibog, then 31, was serving as a Corporal in the United States Army in Taji, Iraq, when an IED detonated near his vehicle, killing him.

2243.   The attack in which Mr. Manibog was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2244.   Plaintiff Catherine Manibog Davis is a citizen of the United States and domiciled in the State of California. She is the mother of Michael T. Manibog.

2245.   As a result of the attack, and the death of Michael T. Manibog, Plaintiff Catherine Manibog Davis has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Michael T. Manibog's society, companionship, comfort, advice, and counsel.

221.   **THE FEBRUARY 10, 2008, ATTACK – BALAD RUZ, IRAQ**

**The Spates Family**

2246.   Corey Emmett Spates was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

2247.   On February 10, 2008, Mr. Spates, then 21, was serving as a Sergeant in the United States Army in Balad Ruz, Iraq, when his vehicle struck an IED, and he was killed by the ensuing blast.

2248.   The attack in which Mr. Spates was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

275

2249.   Plaintiff Pamela Joy Thomas is a citizen of the United States and domiciled in the State of Georgia. She is the mother of Corey Emmett Spates.

2250.   Plaintiff Alexandria C. Spates is a citizen of the United States and domiciled in the State of Georgia. She is the widow of Corey Emmett Spates and brings this action individually and on behalf of the Estate of Corey Emmett Spates as its proposed legal representative.

2251.   As a result of the attack, and the death of Corey Emmett Spates, Plaintiffs Pamela Joy Thomas, and Alexandria C. Spates have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Corey Emmett Spates' society, companionship, comfort, advice, and counsel.

## 222.   THE MARCH 22, 2008, ATTACK – BAGHDAD, IRAQ

**The Stelmat Family**

2252.   David S. Stelmat Jr. was a citizen of the United States and domiciled in the State of New Hampshire when he was killed in Iraq.

2253.   On March 22, 2008, Mr. Stelmat, then 21, was serving as a Sergeant in the United States Army National Guard as a medic when his vehicle struck an IED, and he was killed by the blast.

2254.   The attack in which Mr. Stelmat was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2255.   Plaintiff Maryanne Rennell is a citizen of the United States and domiciled in the State of New Hampshire. She is the mother of David S. Stelmat Jr.

2256.   As a result of the attack, and the death of David S. Stelmat Jr., Plaintiff Maryanne Rennell has experienced severe mental anguish, extreme emotional pain and suffering, and loss of David S. Stelmat Jr.'s society, companionship, comfort, advice, and counsel.

### 223. THE FEBRUARY 17, 2008, ATTACK – BAQUBAH, IRAQ

**The Groepper Family**

2257.   Chad D. Groepper was a citizen of the United States and domiciled in the State of Iowa when he was killed in Iraq.

2258.   On February 17, 2008, Mr. Groepper, then 21, was serving as a Corporal in the United States Army conducting a dismounted patrol when enemy forces attacked using small arms fire and he was killed.

2259.   The attack in which Mr. Groepper was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2260.   Plaintiff Stephanie A. Groepper is a citizen of the United States and domiciled in the State of Washington. She is the widow of Chad D. Groepper.

2261.   Plaintiff C.G. is a citizen of the United States and domiciled in the State of Washington. She is the minor daughter of Chad D. Groepper. Plaintiff Stephanie A. Groepper brings this action individually and on behalf of the Estate of Chad D. Groepper as its proposed legal representative. Plaintiff Stephanie A. Groepper also brings this action as the legal guardian of Plaintiff C.G.

2262.   As a result of the attack, and the death of Chad D. Groepper, Plaintiffs Stephanie A. Groepper and C.G. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Chad D. Groepper's society, companionship, comfort, advice, and counsel.

**The Runyan Family**

2263.   Luke Smyser Runyan was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

2264.   On February 17, 2008, Mr. Runyan, then 21, was serving as a Corporal in the United States Army and was conducting a dismounted patrol when he was killed by small arms fire in the same attack as Chad D. Groepper.

2265.   The attack in which Mr. Runyan was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2266.   Plaintiff Lynette Runyan-Baker is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Luke Smyser Runyan.

2267.   As a result of the attack, and the death of Luke Smyser Runyan, Plaintiff Lynette Runyan-Baker has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Luke Smyser Runyan's society, companionship, comfort, advice, and counsel.

### 224.   <u>THE APRIL 18, 2008, ATTACK – BALAD, IRAQ</u>

**<u>The Brosh Family</u>**

2268.   Benjamin K. Brosh was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

2269.   On April 18, 2008, Mr. Brosh, then 22, was a Corporal serving in the United States Army en route to Raqqa, Iraq, when an SVBIED exploded near a checkpoint, killing him.

2270.   The attack in which Mr. Brosh was killed was committed Iranian- and Syrian-funded and –trained terror operatives in Iraq.

2271.   Plaintiff Barbara Brosh is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of Benjamin K. Brosh and brings this action individually and on behalf of the Estate of Benjamin K. Brosh, as its proposed legal representative.

2272.   As a result of the attack, and the death of Benjamin K. Brosh, Plaintiff Barbara Brosh has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Benjamin K. Brosh's society, companionship, comfort, advice, and counsel.

### 225.   THE APRIL 21, 2008, ATTACK – BAYJI, IRAQ

**The Christofferson Family**

2273.   Steven J. Christofferson was a citizen of the United States and domiciled in the State of Wisconsin when he was killed in Iraq.

2274.   On April 21, 2008, Mr. Christofferson, then 20, was serving as a Sergeant in the United States Army conducting a mounted patrol into Salaam Village when his vehicle was struck by an IED, killing him.

2275.   The attack in which Mr. Christofferson was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2276.   Plaintiff Michell Christofferson-Witkowski is a citizen of the United States and domiciled in the State of Wisconsin. She is the mother of Steven J. Christofferson and brings this action individually and on behalf of the Estate of Steven J. Christofferson as its proposed legal representative.

2277.   As a result of the attack, and the death of Steven J. Christofferson, Plaintiff Michell Christofferson-Witkowski has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Steven Christofferson's society, companionship, comfort, advice, and counsel.

**The Kohlhaas Family**

2278.   Adam Kohlhaas was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

2279.   On April 21, 2008, Mr. Kohlhaas, then 26, was a Sergeant serving in the United States Army.

2280.   Mr. Kohlhaas was in the same unit as Mr. Christofferson.

2281.   Mr. Kohlhaas was killed in the same attack as a result of blast injuries.

2282.   The attack in which Mr. Kohlhaas was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2283.   Plaintiff Henry Kohlhaas is a citizen of the United States and domiciled in the State of Kentucky. He is the father of Adam Kohlhaas.

2284.   As a result of the attack, and the death of Adam Kohlhaas, Plaintiff Henry Kohlhaas has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Adam Kohlhaas' society, companionship, comfort, advice, and counsel.

## 226.   THE APRIL 22, 2008, ATTACK – RAMADI, IRAQ

**The Haerter Family**

2285.   Jordan C. Haerter was a citizen of the United States and domiciled in the State of New York.

2286.   On April 22, 2008, Mr. Haerter, then 19, was serving as a Lance Corporal in the United States Marine Corps patrolling the JSS Nasser Entry Control Point in Ramadi, Iraq, when he was killed by the same SVBIED that killed Mr. Yale.

2287.   The attack in which Mr. Haerter was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2288.   Plaintiff Joann L. Lyles is a citizen of the United States and domiciled in the State of New York. She is the mother of Jordan C. Haerter and brings this action individually and on behalf of the Estate of Jordan C. Haerter as its proposed legal representative.

2289.   As a result of the attack, and the death of Jordan C. Haerter, Plaintiff Joann L. Lyles has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jordan C. Haerter's society, companionship, comfort, advice, and counsel.

**The Yale Family**

2290.   Jonathan Tyler Yale was a citizen of the United States and domiciled in the State of Virginia.

2291.   On April 22, 2008, Mr. Yale, then 21, was serving as a Corporal in the United States Marine Corps patrolling the JSS Nasser Entry Control Point in Ramadi, Iraq, when he was killed by an SVBIED.

2292.   The attack in which Mr. Yale was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2293.   Plaintiff Rebecca Yale is a citizen of the United States and domiciled in the State of Virginia. She is the mother of Jonathan Tyler Yale.

2294.   Plaintiff Tammy Yale is a citizen of the United States and domiciled in the State of Virginia. She is the sister of Jonathan Tyler Yale.

2295.   As a result of the attack, and the death of Jonathan Tyler Yale, Plaintiffs Rebecca Yale and Tammy Yale have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jonathan Tyler Yale's companionship, comfort, advice, and counsel.

## 227.   THE MAY 2, 2008, ATTACK – AL KARMAH, IRAQ

**The Casanova Family**

2296.   Casey Lynne Casanova was a citizen of the United States and domiciled in the State of Mississippi when she was killed in Iraq.

2297.   On May 2, 2008, Ms. Casanova, then 22, was serving as a Lance Corporal serving in the United States Marine Corps on a vehicle recovery patrol in Al Karmah, Iraq, when her vehicle was struck by an IED.

2298.   Ms. Casanova was killed in the attack.

2299.   The attack in which Ms. Casanova was killed was committed by Iranian- and Syrian- funded and -trained terror operatives in Iraq.

2300.   Plaintiff Paula Carruth Desroche is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of Casey Lynne Casanova.

2301.   Plaintiff Bailee Michelle Casanova is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Casey Lynne Casanova.

2302.   Plaintiff Alana Jade Casanova is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Casey Lynne Casanova.

2303.   Plaintiff Paula Desroche brings this action individually and on behalf of the Estate of Casey Lynne Casanova, as its proposed legal representative.

2304.   As a result of the attack, and the death of Casey Lynne Casanova, Plaintiffs Paula Carruth Desroche, Bailee Michelle Casanova, and Alana Jade Casanova have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Casey Lynne Casanova's society, companionship, comfort, advice, and counsel.

## 228.   THE MAY 2, 2008, ATTACK – BAYJI, IRAQ

**The Lockard Family**

2305.   James Chapman Lockard was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

2306.   On May 2, 2008, Mr. Lockard, then 46, was a civilian engineer employed by Louis Berger Inc., working with the United States Army Corps of Engineer's Gulf Region North District Team as the Project Manager for the Pipeline Exclusion Zone.

2307.   On May 2, 2008, Mr. Lockard was traveling south of Bayji, in the Salad Ad Din Province, Iraq, en route to a job site when his vehicle was struck by an IED, killing him.

2308.   The attack in which Mr. Lockard was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2309.   Plaintiff Maria Lockard is a citizen of the United States and domiciled in the State of Kentucky. She is the widow of James Chapman Lockard.

2310.   Plaintiff Danielle Lockard is a citizen of the United States and domiciled in the State of California. She is the daughter of James Chapman Lockard.

2311.   Plaintiff Nicole Lockard is a citizen of the United States and domiciled in the State of Illinois. She is the daughter of James Chapman Lockard.

2312.   Plaintiff Maria Lockard brings this action individually and on behalf of the Estate of James Chapman Lockard as its proposed legal representative.

2313.   As a result of the attack, and the death of James Chapman Lockard, Plaintiffs Maria Lockard, Danielle Lockard, and Nicole Lockard have experienced severe mental anguish, extreme emotional pain and suffering, and loss of James Chapman Lockard's society, companionship, comfort, advice, and counsel.

### 229.   <u>THE MAY 18, 2008, ATTACK – TIKRIT, IRAQ</u>

**<u>The Haunert Family</u>**

2314.   Branden P. Haunert was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

2315.   On May 18, 2008, Mr. Haunert, then 21, was serving as a Private in the United States Army in Tikrit, Iraq, when his vehicle struck an IED, killing him.

2316.   The attack in which Mr. Haunert was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2317.   Plaintiff William Haunert is a citizen of the United States and domiciled in the State of Tennessee. He is the father of Branden P. Haunert. He brings this action individually and on behalf of the Estate of Branden P. Haunert.

2318.   Plaintiff Tammy Haunert is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of Branden P. Haunert.

2319.   Plaintiff Joseph Haunert is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Branden P. Haunert.

2320.   Plaintiff Nicholas Haunert is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Branden P. Haunert.

2321.   Plaintiff Christopher Haunert is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Branden P. Haunert.

2322.   Plaintiff Andrew Haunert is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Branden P. Haunert.

2323.   Plaintiff Sean Haunert is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Branden P. Haunert.

2324.   As a result of the attack, and the death of Branden P. Haunert, Plaintiffs William Haunert, Tammy Haunert, Joseph Haunert, Nicholas Haunert, Christopher Haunert, Andrew Haunert, and Sean Haunert have experienced severe mental anguish, extreme emotional pain and

suffering, and the loss of Branden P. Haunert's society, companionship, comfort, advice, and counsel.

### 230.   THE JUNE 4, 2008, ATTACK – TIKRIT, IRAQ

**The Duffy Family**

2325.   Shane Padriag Duffy was a citizen of the United States and domiciled in the State of Massachusetts when he was killed in Iraq.

2326.   On June 4, 2008, Mr. Duffy, then 22, was serving as a Sergeant in the United States Army on patrol in Tikrit, Iraq, when his unit came under heavy attack by enemy forces using small-arms fire and hand grenades.

2327.   Mr. Duffy, along with two fellow soldiers, died as a result of multiple gunshot and ballistic wounds sustained in the attack.

2328.   The attack in which Mr. Duffy was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2329.   Plaintiff Keavin P. Duffy, Sr., is a citizen of the United States and domiciled in the State of Massachusetts. He is the father of Shane Padriag Duffy.

2330.   Plaintiff Frances E. Duffy is a citizen of the United States and domiciled in the State of Massachusetts. She is the mother of Shane Padriag Duffy.

2331.   Plaintiff Keavin P. Duffy, Jr. is a citizen of the United States and domiciled in the State of Massachusetts. He is the brother of Shane Padriag Duffy.

2332.   Plaintiff Kelsey Ann Powers is a citizen of the United States and domiciled in the State of Massachusetts. She is the sister of Shane Padriag Duffy.

2333.   Plaintiff Shannon Duffy is a citizen of the United States and domiciled in the State of Massachusetts. She is the sister of Shane Padriag Duffy.

2334.   As a result of the attack, and the death of Shane Padriag Duffy, Plaintiffs Keavin P. Duffy Sr., Frances E. Duffy, Keavin P. Duffy Jr., Kelsey Ann Powers, and Shannon Duffy have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Shane Padriag Duffy's society, companionship, comfort, advice, and counsel.

**The Emard Family**

2335.   Jonathan Emard was a citizen of the United States and domiciled in the State of Texas, when he was killed in Iraq.

2336.   On June 4, 2008, Mr. Emard, then 20, was serving as a Specialist in the United States Army in the same unit as Shane Padriag Duff in Tikrit, Iraq when he was killed in the same attack.

2337.   The attack in which Mr. Emard was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2338.   Plaintiff David Emard is a citizen of the United States and domiciled in the State of Texas. He is the father of Jonathan Emard.

2339.   Plaintiff Debbie Emard is a citizen of the United States and domiciled in the State of Texas. She is the mother of Jonathan Emard.

2340.   Plaintiff Jennifer Emard Marler is a citizen of the United States and domiciled in the State of Texas. She is the sister of Jonathan Emard.

2341.   As a result of the attack, and the death of Jonathan Emard, Plaintiffs David Emard, Debbie Emard, and Jennifer Emard Marler have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jonathan Emard's society, companionship, comfort, advice, and counsel.

231.    **THE JUNE 26, 2008, ATTACK – AL KARMAH, IRAQ**

**The Dykeman Family**

2342.   Philip J. Dykeman was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

2343.   On June 26, 2008, Mr. Dykeman, then 38, was serving as a Captain in the United States Marines in Al Karmah, Iraq when he was killed by a suicide bomber.

2344.   Mr. Dykeman was killed when a suicide bomber walked into a town meeting and detonated himself.

2345.   The attack in which Mr. Dykeman was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2346.   Plaintiff Virginia K. Dykeman is a citizen of the United States and domiciled in the State of New York. She is the widow of Philip Dykeman.

2347.   As a result of the attack, and the death of Philip J. Dykeman, Plaintiff Virginia K. Dykeman has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Philip J. Dykeman's society, companionship, comfort, advice, and counsel.

**The Galeai Family**

2348.   Max A. Galeai was a citizen of the United States and domiciled in the Territory of American Samoa.

2349.   On June 26, 2008, Mr. Galeai, then 42, was serving as a Lieutenant Colonel in the United States Marine Corps in Al Karmah, Iraq, when he was killed by the same suicide bomber who killed Philip J. Dykeman.

2350.   The attack in which Mr. Galeai was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2351.   Plaintiff Evelyn C. Galeai is a citizen of the United States and domiciled in the State of Hawaii. She is the widow of Max A. Galeai and brings this action individually and on behalf of the Estate of Max A. Galeai as its proposed legal representative.

2352.   Plaintiff Forrest Galeai is a citizen of the United States and domiciled in the State of Washington. He is the brother of Max A. Galeai.

2353.   Plaintiff Lina Scanlan is a citizen of the United States and domiciled in the territory of American Samoa. She is the sister of Max A. Galeai.

2354.   Plaintiff Joan Galeai is a citizen of the United States and domiciled in the State of Texas. She is the sister of Max A. Galeai.

2355.   Plaintiff Lafogaula Haleck is a citizen of the United States and domiciled in the territory of American Samoa. She is the sister of Max A. Galeai.

2356.   Plaintiff Vanessa Galeai is a citizen of the United States and domiciled in the State of Washington. She is the sister of Max A. Galeai.

2357.   Plaintiff Cara Ann Galeai is a citizen of the United States and domiciled in the State of Hawaii. She is the daughter of Max A. Galeai.

2358.   Plaintiff Maralynn Galeai is a citizen of the United States and domiciled in the State of Hawaii. She is the daughter of Max. A. Galeai.

2359.   Plaintiff Salina Galeai is a citizen of the United States and domiciled in the State of Hawaii. She is the daughter of Max A. Galeai.

2360.   Plaintiff Thomas Galeai is a citizen of the United States and domiciled in the State of Hawaii. He is the son of Max A. Galeai.

2361.   As a result of the attack, and the death of Max A. Galeai, Plaintiffs Evelyn C. Galeai, Forrest Galeai, Lina Scanlan, Joan Galeai, Lafogaula Haleck, Vanessa Galeai, Cara Ann

Galeai, Maralynn Galeai, Salina Galeai, and Thomas Galeai have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Max A. Galeai's society, companionship, comfort, advice, and counsel.

### 232.   THE JULY 7, 2008, ATTACK – MOSUL, IRAQ

**The English Family**

2362.   Justin D. English was a citizen of the United States and domiciled in the State of Arkansas when he was killed in Iraq.

2363.   On July 7, 2008, Justin D. English, then 25, was a civilian firefighter employed by Wackenhut Services, LLC who was traveling north on MSR Tampa in a convoy of vehicles from Qayyarah Airfield West (Q-West) towards his assigned duty station at Forward Operating Base Marez in Mosul, Iraq.

2364.   At approximately 38 kilometers northwest of Q-West, Mr. English's vehicle was struck by an IED.

2365.   The attack in which Mr. English was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2366.   Plaintiff Arlene O. English is a citizen of the United States and domiciled in the State of Arkansas. She is the mother of Justin D. English.

2367.   Plaintiff Angela E. Hunsucker is a citizen of the United States and domiciled in the State of Arkansas. She is the sister of Justin D. English.

2368.   Plaintiff Wesley P. English is a citizen of the United States and domiciled in the State of Arkansas. He is the brother of Justin D. English.

2369.   Plaintiff Arlene O. English brings this action individually and on behalf of the Estate of Justin D. English as its proposed legal representative.

2370.   As a result of the attack, and the death of Justin D. English, Plaintiffs Arlene O. English, Angela E. Hunsucker, and Wesley P. English have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Justin D. English's society, companionship, comfort, advice, and counsel.

### 233.   THE JULY 15, 2008, ATTACK – KANA'AN, IRAQ

**The Vrooman Family**

2371.   Jeremy D. Vrooman was a citizen of the United States and domiciled in the State of South Dakota, when he was killed in Iraq.

2372.   On July 15, 2008, Mr. Vrooman, then 28, was serving as a Staff Sergeant in the United States Army in Kana'an, Iraq when a house borne IED detonated, killing him,

2373.   The attack which Mr. Vrooman was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2374.   Plaintiff Jeremy Xavier Vrooman is a citizen of the United States and domiciled in the State of Texas. He is the son of Jeremy D. Vrooman.

2375.   Plaintiff J.S.V. is a citizen of the United States and domiciled in the State of Texas. She is the minor daughter of Jeremy D. Vrooman.

2376.   Plaintiff Latrecia Vrooman-Hamilton is a citizen of the United States and domiciled in the State of Texas. She is the widow of Jeremy D. Vrooman. She brings this action individually and on behalf of the Estate of Jeremy Vrooman. She also brings this action on behalf of minor J.S.V. as her legal guardian.

2377.   Plaintiff Bruce Vrooman is a citizen of the United States and domiciled in the State of Wisconsin. He is the father of Jeremy D. Vrooman

2378.   Plaintiff Justin Vrooman is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Jeremy D. Vrooman.

2379.   As a result of the attack, and the death of Jeremy D. Vrooman, Plaintiffs Latrecia Vrooman-Hamilton, Jeremy Xavier Vrooman, J.S.V, Bruce Vrooman, and Justin Vrooman have experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Jeremy D. Vrooman's society, companionship, comfort, advice, and counsel.

### 234.   THE SEPTEMBER 25, 2008, ATTACK – BAHABAN, IRAQ

**The Phillips Family**

2380.   Ronald Phillips, Jr. was a citizen of the United States and domiciled in the State of South Carolina when he was killed in Iraq.

2381.   On September 25, 2008, Mr. Phillips, then 33, was serving as a Staff Sergeant serving in the United States Army in Bahaban, Iraq, when his vehicle struck an IED, killing him.

2382.    The attack in which Mr. Phillips was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2383.   Plaintiff Ronald Phillips, Sr. is a citizen of the United States and domiciled in the State of South Carolina. He is the father of Ronald Phillips, Jr.

2384.   As a result of the attack, and the death of Ronald Phillips, Jr., Plaintiff Ronald Phillips, Sr. has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Ronald Phillips, Jr.'s society, companionship, comfort, advice, and counsel.

### 235.   THE FEBRUARY 9, 2009, ATTACK – MOSUL, IRAQ

**The Jex Family**

2385.   Albert Jex was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

2386.   On February 9, 2009, Mr. Jex, then 23, was serving as a Specialist in the United States Army traveling with his unit in Mosul, Iraq when an SVBIED killed him.

2387.   The attack in which Mr. Jex was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2388.   Plaintiff Cathleen M. MacFarlane is a citizen of the United States and domiciled in the State of New York. She is the mother of Albert Jex and brings this action individually and on behalf of the Estate of Albert Jex as its proposed legal representative.

2389.   As a result of the attack, and the death of Albert Jex, Plaintiff Cathleen M. MacFarlane has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Albert Jex's society, companionship, comfort, advice, and counsel.

### 236.   THE FEBRUARY 23, 2009, ATTACK – KARIM AL HAYM, IRAQ

**The Nordmeyer Family**

2390.   Zachary R. Nordmeyer was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

2391.   On February 23, 2009, Mr. Nordmeyer, then 21, was serving as a Corporal in the United States Army on a foot patrol near Karim Al Haym, Iraq when his unit was attacked with small-arms fire, and he was killed.

2392.   The attack in which Mr. Nordmeyer was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2393.   Plaintiff Michael Nordmeyer is a citizen of the United States and domiciled in the State of Indiana. He is the father of Zachary R. Nordmeyer.

2394.   As a result of the attack, and the death of Zachary R. Nordmeyer, Plaintiff Michael Nordmeyer has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Zachary R. Nordmeyer's society, companionship, comfort, advice, and counsel.

### 237.   THE MARCH 3, 2009, ATTACK – MOSUL, IRAQ

**The Sarandrea Family**

2395.   Jessica Yvette Sarandrea was a citizen of the United States and domiciled in the State of Florida when she was killed in Iraq.

2396.   On March 3, 2009, Jessica Yvette Sarandrea, then 22, was serving as a Specialist in the United Army when her FOB located in Mosul, Iraq, was attacked by enemy forces with mortar fire. Ms. Sarandrea was walking from her office when she was killed by an incoming mortar.

2397.   The attack in which Ms. Sarandrea was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2398.   Plaintiff Alejandro Sarandrea is a citizen of the United States and domiciled in the State of Maryland. He is the widower of Jessica Yvette Sarandrea, and brings this action individually and on behalf of the Estate of Jessica Yvette Sarandrea as its proposed legal representative.

2399.   As a result of the attack, and the death of Jessica Yvette Sarandrea, Plaintiff Alejandro Sarandrea has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jessica Yvette Sarandrea's society, companionship, comfort, advice, and counsel.

238.   **THE APRIL 10, 2009, ATTACK – MOSUL, IRAQ**

**The Pautsch Family**

2400.   Jason Pautsch was citizen of the United States domiciled in Iowa when he was killed in Iraq.

2401.   On April 10, 2009, Mr. Pautsch, then 20, was a Corporal in the United States Army conducting a reconnaissance patrol in western Mosul, Iraq when his patrol identified a threat posed by an oncoming dump truck and made every effort to prevent the vehicle from reaching its intended target, a nearby Army Headquarters.

2402.   When the terrorist detonated the truck bomb, the massive overpressure from the blast killed Corporal Pautsch and his fellow soldiers immediately.

2403.   The attack in which Mr. Pautsch was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2404.   Plaintiff Jenna Mastandrea is a citizen of the United States and domiciled in the State of California. She is the sister of Jason Pautsch.

2405.   As a result of the attack, and the death of Jason Pautsch, Plaintiff Jenna Mastandrea has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Jason Pautsch's society, companionship, comfort, advice, and counsel.

**The Gautier Family**

2406.   Bryce Edward Gautier was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

2407.   On April 10, 2009, Mr. Gautier, then 22, was a Private First Class serving in the United States Army.

2408.   Mr. Gautier was killed in the same attack as Jason Pautsch as a result of injuries sustained due to his proximity to the blast and shrapnel from the attack.

2409.   The attack in which Mr. Gautier was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2410.   Plaintiff Melloney K. Ward is a citizen of the United States and domiciled in the State of Washington. She is the mother of Bryce Edward Gautier.

2411.   Plaintiff Courtney A. Rusk is a citizen of the United States and domiciled in the State of Washington. She is the sister of Bryce Edward Gautier.

2412.   As a result of the attack, and the death of Bryce Edward Gautier, Plaintiffs Melloney K. Ward and Courtney A. Rusk have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Bryce Edward Gautier's society, companionship, comfort, advice, and counsel.

### The Woods Family

2413.  Gary Lee Woods, Jr., was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

2414.  On April 10, 2009, Mr. Woods, then 24, was a Staff Sergeant serving in the United States Army as part of the same unit as Jason Pautsch and Bryce Edward Gautier and was killed in the same attack.

2415.  The attack in which Mr. Woods was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2416.  Plaintiff Becky L. Johnson is a citizen of the United States and domiciled in the State of Kentucky. She is the mother of Gary Lee Woods, Jr.

2417.  As a result of the attack, and the death of Gary Lee Woods, Jr., Plaintiff Becky L. Johnson has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Gary Lee Woods, Jr.'s, society, companionship, comfort, advice, and counsel.

### 239.  THE APRIL 30, 2009, ATTACK– FALLUJAH, IRAQ

**The Wojciechowski Family**

2418.  Mark Wojciechowski was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

2419.  On April 30, 2009, Mr. Wojciechowski, then 25, was serving as a Staff Sergeant serving in the United States Marines conducting a dismounted patrol investigating and disposing of IEDs in Fallujah, Iraq.

2420.  Mr. Wojciechowski was killed as a result of blast injuries when the IED he had dismantled exploded

2421.  The attack in which Mr. Wojciechowski was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2422.  Plaintiff Teresa Dillinger is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Mark Wojciechowski.

2423.  As a result of the attack, and the death of Mark Wojciechowski, Plaintiff Teresa Dillinger has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Mark Wojciechowski's society, companionship, comfort, advice, and counsel.

### 240.  THE MAY 7, 2009, ATTACK – FALLUJAH, IRAQ

**The Bracken Family**

2424.  Plaintiff James Douglas Bracken is a citizen of the United States and domiciled in the State of Texas.

2425.   On May 7, 2009, James Douglas Bracken, then 41, was serving as a Lieutenant Colonel in the United States Marine Corps traveling west on Main Supply Route Mobile when his convoy was attacked by a SVBIED, and Mr. Bracken sustained serious injuries.

2426.   Mr. Bracken injuries from the attack included a TBI, herniated disks, a concussion, a back injury, and a shoulder injury. He also suffers from PTSD, neuropathy, hearing loss, and tinnitus.

2427.   The attack in which Mr. Bracken was injured was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2428.   As a result of the attack, and the injuries he suffered, Plaintiff James Douglas Bracken has experienced severe physical pain, severe mental anguish and extreme emotional pain and suffering.

2429.   Plaintiff Mary Ruth Wiley Bracken is a citizen of the United States and domiciled in Texas. She is the wife of James Douglas Bracken.

2430.   Plaintiff Mary Margaret Bracken is a citizen of the United States and domiciled in Texas. She is the daughter of James Douglas Bracken.

2431.   Plaintiff Elizabeth Camille Bracken is a citizen of the United States and domiciled in Texas. She is the daughter of James Douglas Bracken.

2432.   Plaintiff Amy Katherine Bracken is a citizen of the United States and domiciled in Texas. She is the daughter of James Douglas Bracken.

2433.   As a result of the attack, and the injuries Plaintiff James Douglas Bracken suffered, Plaintiffs Mary Ruth Wiley Bracken, Mary Margaret Bracken, Elizabeth Camille Bracken, and Amy Katherine Bracken have experienced severe mental anguish and extreme emotional pain and suffering.

241.   **THE MAY 25, 2009, ATTACK – FALLUJAH, IRAQ**

**The Barnich Family**

2434.   Terrence Lee Barnich was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

2435.   Mr. Barnich, then 56, was an employee of the United States State Department, serving in Iraq as the Deputy Director at the Iraq Transition Assistance Team.

2436.   On May 25, 2009, Mr. Barnich was traveling in a convoy from a water-treatment plant under construction near Fallujah, Iraq, when an IED struck his vehicle, killing him and two others.

2437.   The attack in which Mr. Barnich was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2438.   Plaintiff Rochelle Barnich-Jania is a citizen of the United States and domiciled in the State of Texas. She is the sister of Terrence Lee Barnich.

2439.   Plaintiff Bruce C. Barnich is a citizen of the United States and domiciled in the State of Illinois Florida. He is the brother of Terrence Lee Barnich.

2440.   Plaintiffs Rochelle Barnich-Jania and Bruce C. Barnich bring this action individually and on behalf of the Estate of Terrence Lee Barnich, as its proposed legal co-representatives.

2441.   As a result of the attack, and the death of Terrence Lee Barnich, Plaintiffs Rochelle Barnich-Jania and Bruce C. Barnich have experienced severe mental anguish, extreme emotional pain and suffering, and loss of Terrence Lee Barnich's society, companionship, comfort, advice, and counsel.

242.  **THE MAY 27, 2009, ATTACK – BAGHDAD, IRAQ**

**The Edmundson Family**

2442.   Chad A. Edmundson was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

2443.   On May 27, 2009, Chad Mr. Edmundson, then 20, was serving as a Specialist serving in the United States Army conducting a dismounted patrol in Baghdad, Iraq when his unit was struck by an IED emplaced in a busy shopping area south of Route Michigan.

2444.   Mr. Edmundson was killed in the attack.

2445.   The attack in which Mr. Edmundson was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2446.   Plaintiff Roy A. Edmundson is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Chad A. Edmundson.

2447.   As a result of the attack, and the death of Chad A. Edmundson, Plaintiff Roy A. Edmundson has experienced severe mental anguish, extreme emotional pain and suffering, and the loss of Chad A. Edmundson's society, companionship, comfort, advice, and counsel.

243.  **THE MARCH 21, 2011, ATTACK – SAMARRA, IRAQ**

**The Hocking Family**

2448.   Brandon S. Hocking was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

2449.   On March 21, 2011, Brandon S. Hocking, then 24, was a Sergeant serving in the United States Army in a convoy traveling in Samarra, Iraq when his vehicle was struck by an IED, killing him.

2450.   The attack in which Mr. Hocking was killed was committed by Iranian- and Syrian-funded and -trained terror operatives in Iraq.

2451.   Plaintiff Havalah G. Hocking is a citizen of the United States and domiciled in the State of Alabama. She is the widow of Brandon S. Hocking and brings this action individually and on behalf of the Estate of Brandon S. Hocking as its proposed legal representative.

2452.   As a result of the attack, and the death of Brandon S. Hocking, Plaintiff Havalah G. Hocking has experienced severe mental anguish, extreme emotional pain and suffering, and loss of Brandon S. Hocking's society, companionship, comfort, advice, and counsel.

## FIRST CLAIM FOR RELIEF

### AGAINST DEFENDANTS ON BEHALF OF EACH PLAINTIFF IDENTIFIED HEREIN WHO SURVIVED AN ACT OF INTERNATIONAL TERRORISM FOR DEFENDANTS' MATERIAL SUPPORT FOR ACTS OF (ATTEMPTED) EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN PERSONAL INJURY UNDER 28 U.S.C. § 1605A(c)

2453.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

2454.   Plaintiffs identified in the foregoing paragraphs were grievously injured by Defendants' provision of material support (within the meaning of § 1605A(h)(3)) to terror operatives in Iraq who engaged in extrajudicial killing, attempted extrajudicial killing, torture and hostage taking, and who injured Plaintiffs.

2455.   As a direct and proximate result of the willful, wrongful, and intentional acts of Defendants and their agents, Plaintiffs identified in the foregoing paragraphs were injured and endured severe physical injuries, extreme mental anguish, pain and suffering, loss of solatium, and economic losses.

2456.   Plaintiffs' compensatory damages include, but not limited to, their severe physical injuries, extreme mental anguish, pain and suffering, loss of solatium, and any economic losses

determined by the trier of fact, under federal common law or, where Plaintiffs are not U.S. nationals under 28 U.S.C. § 1605A(c)(1), the laws of the District of Columbia, Iraq, or the states of such Plaintiffs' primary residence.

2457. Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and a threat to the public, warranting an award of punitive damages against Defendants pursuant to 28 U.S.C. § 1605A(c).

## SECOND CLAIM FOR RELIEF

### AGAINST DEFENDANTS ON BEHALF OF THE ESTATES OF PLAINTIFFS IDENTIFIED HEREIN FOR DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING THAT RESULTED IN WRONGFUL DEATH UNDER 28 U.S.C. § 1605A(c)

2458. Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

2459. The Estates of Plaintiffs listed in the foregoing paragraphs assert claims on behalf of the decedents who were grievously injured by Defendants' provision of material support (within the meaning of § 1605A(h)(3)), to terror operatives in Iraq who engaged in the acts of extrajudicial killing, torture and/or hostage taking that caused the decedents' deaths.

2460. As a direct and proximate result of the willful, wrongful, and intentional acts of Defendants and their agents, the decedents listed in the foregoing paragraphs endured physical injury, extreme mental anguish, and pain and suffering that ultimately led to their deaths.

2461. Defendants are therefore liable for the full measure of Plaintiffs' compensatory damages, including physical injuries, extreme mental anguish, pain and suffering and any pecuniary loss (or loss of income to the estates and heirs), under federal common law or, where Plaintiffs are not U.S. nationals under 28 U.S.C. § 1605A(c)(1), the laws of the District of Columbia, Iraq, or the states of such Plaintiffs' primary residence.

2462.   Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public, warranting an award of punitive damages against Defendants pursuant to 28 U.S.C. § 1605A(c).

### THIRD CLAIM FOR RELIEF

**AGAINST DEFENDANTS ON BEHALF OF THE FAMILIES OF PLAINTIFFS IDENTIFIED HEREIN AS INJURED OR KILLED AS A RESULT OF DEFENDANTS' MATERIAL SUPPORT TO ACTS OF EXTRAJUDICIAL KILLING, ATTEMPTED EXTRAJUDICIAL KILLING, TORTURE AND HOSTAGE TAKING FOR LOSS OF SOLATIUM AND INTENTIONAL INFLICTION OF SEVERE EMOTIONAL DISTRESS UNDER 28 U.S.C. § 1605A(c)**

2463.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

2464.   Defendants' acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking were intended to inflict severe emotional distress on Plaintiffs.

2465.   The families of individuals identified in the foregoing paragraphs as injured or killed as a result of Defendants' acts in providing material support for acts of extrajudicial killing, torture, and hostage-taking have suffered severe emotional distress, extreme mental anguish, loss of sleep, loss of appetite, and other severe physical manifestations, as well as loss of solatium and other harms to be set forth to the trier of fact, under federal common law or, where Plaintiffs are not U.S. nationals under 28 U.S.C. § 1605A(c)(1), the laws of the District of Columbia, Iraq, or the states of such Plaintiffs' primary residence.

2466.   Defendants' conduct was criminal, outrageous, extreme, wanton, willful, malicious, and constitutes a threat to the public warranting an award of punitive damages against Defendants pursuant to 28 U.S.C. § 1605A(c).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand:

(a)    Judgment for all Plaintiffs against Defendants for compensatory damages, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, and loss of solatium, in amounts to be determined at trial.

(b)    Judgment for Plaintiff Estates against Defendants for compensatory damages for wrongful death, including, but not limited to, physical injury, extreme mental anguish, pain and suffering, economic losses, and any pecuniary loss (or loss of income to the estates) in amounts to be determined at trial.

(c)    Judgment for all Plaintiffs against Defendants for punitive damages in an amount to be determined at trial.

(d)    Prejudgment interest.

(e)    Plaintiffs' costs and expenses; and

(g)    Such other and further relief as the Court finds just and equitable.

Dated: May 29, 2022

By      /s/ Gary M. Osen
        **OSEN LLC**
        Gary M. Osen, Esq. (DC Bar No. NJ009)
        Ari Ungar, Esq. (DC Bar No. NJ008)
        Michael J. Radine (DC Bar No. NJ015)
        Aaron Schlanger, Esq. (DC Bar No. NJ007)
        Dina Gielchinsky (DC Bar No. NJ011)
        190 Moore Street, Suite 272
        Hackensack, NJ 07601
        (201) 265-6400
        (201) 265-0303 Fax

**TURNER & ASSOCIATES, P.A.**
Tab Turner, Esq.
(To be admitted pro hac vice)
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
(501) 791-2277

**MOTLEY RICE, LLC**
Michael E. Elsner, Esq.
(To be admitted pro hac vice)
John M. Eubanks, Esq.
(To be admitted pro hac vice)
John C. Duane, Esq.
(To be admitted pro hac vice)
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
(843) 216-9000

**MICHIEHAMLETT**
J. Gregory Webb, Esq.
(To be admitted pro hac vice)
310 4th Street, NE
P.O. Box 298
Charlottesville, VA 22902
(434) 951-7237

**Carl C. Muzi, Esq.**
Attorney at Law
(To be admitted pro hac vice)
5398 Twin Hickory Road
Glen Allen, VA 23059
(804) 402-4800


Attorneys for Plaintiffs