CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

RUBEN V. FLORES, et al.,

Plaintiff(s)

vs.

ISLAMIC REPUBLIC OF IRAN and SYRIAN ARAB REPUBLIC,

Defendant(s)

Civil Action No.: 22-cv-1512-JEB

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Dr. Hossein Amir Abdollahian
Ministry of Foreign Affairs
Islamic Republic of Iran
Imam Khomeini Avenue
Tehran IRAN

by: (check one)
- [x] certified or registered mail, return receipt requested
- [ ] DHL
- [ ] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [x] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [ ] 28 U.S.C. § 1608(a)(4)

/s/ Aaron Schlanger
(Signature)

Aaron Schlanger
OSEN LLC
190 Moore Street, Suite 272
Hackensack, New Jersey 07601

(Name and Address)