UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------------x
RUBEN V. FLORES, *et al.*,   :
      Plaintiffs,   :
         :
  v.   :
         :   **Case No. 22-cv-1512 (JEB)**
ISLAMIC REPUBLIC OF IRAN and SYRIAN ARAB   :
REPUBLIC,   :
      Defendants.   :
------------------------------------------------------------------------

## PLAINTIFFS' STATUS REPORT

Pursuant to the Court's September 11, 2024 Order and the discussion held at the status conference earlier that day, Plaintiffs, by and through their attorneys, provide this Status Report proposing a filing date for Plaintiffs' motion for default judgment as to liability for the fourth wave of attacks. On October 11, 2024, Plaintiffs filed their motion for default judgment as to liability for 33 "first wave" attacks at issue in the Amended Complaint. On November 22, 2024, Plaintiffs filed their motion for default judgment as to liability for 39 "second wave" attacks at issue in the Amended Complaint. On November 25, 2024, Plaintiffs filed their revised motion for default judgment as to liability for 39 "second wave" attacks at issue in the Amended Complaint. On February 26, 2025, Plaintiffs filed their motion for default judgment as to liability for 43 "third wave" attacks at issue in the Amended Complaint.

As the Court requested supplemental briefing "explaining why the terrorist exception to the FSIA should encompass servicemembers and why allowing servicemembers to bring these claims would not permit double recovery (with military benefits)," and Plaintiffs' supplemental briefing was submitted to the Court earlier today, Plaintiffs' respectfully request that the Court permit them to file a Status Report on the anticipated filing of their motion for default judgment

as to liability for a fourth wave of attacks after the Court has rendered a decision related to the supplemental briefing that the Court requested.

Plaintiffs request that a Status Report should be filed within one week of the Court issuing a decision on whether it will permit these cases on behalf of servicemembers to proceed under the terrorism exception to the FSIA. Plaintiffs respectfully submit—as set forth in their briefing—that servicemembers *are* encompassed within the private right of action codified at 28 U.S.C. § 1605A(c), but absent the Court's determination on this subject, Plaintiffs seek the Court's guidance before proceeding to file additional attacks for the Court's consideration.

Should the Court have any questions or concerns regarding this proposal, Plaintiffs' counsel is available to convene a Zoom conference or an in-person conference should the Court deem such a conference necessary.

Dated: February 26, 2025                              Respectfully submitted,

**MOTLEY RICE LLC**

/s/ John M. Eubanks
John M. Eubanks (D.C. Dist. Ct. Bar No. SC0013)
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Tel.: (843) 216-9000
Fax: (843) 216-9450

Gary Osen (D.C. Bar No. NJ009)
Dina Gielchinsky (D.C. Bar No. NJ011)
Ari Ungar (D.C. Bar No. NJ008)
Michael Radine (D.C. Bar No. NJ015)
Aaron Schlanger (D.C. Bar No. NJ007)
190 Moore Street, Suite 272
Hackensack, New Jersey 07601
Tel.: (201) 265-6400
Fax: (201) 265-0303

*Attorneys for Plaintiffs*