# <u>EXHIBIT 1</u>

**A. Attacks overlapping with *Solorio, et al. v. Islamic Republic of Iran, et al.*, No. 23-cv-2660 (AHA) ("*Solorio*")—3 Attacks**

| # | *Flores* attack number, date, location, Plaintiffs | Other pending case(s) with same attack included | Why overlap should not lead the Court to find the claims "related" under LCvR 40.5(a)(3) |
|---|---|---|---|
| 1 | *Flores* 2, 12/28/2003, Qaryat Ash Shababi (Gloria Caldas, Jose M. Blanco, Carmen Blanco-Jimenez) | *Solorio* | *Flores* was filed prior to *Solorio*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Solorio*.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 2 | *Flores* 3, 1/24/2004, Khalidiyah (Gail L. Farnsworth, Mitchell Farnsworth, Lisa R. Farnsworth) | *Solorio* | *Flores* was filed prior to *Solorio*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Solorio*.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 3 | *Flores* 187, 3/2/2007, Ramadi (Elvia Gould) | *Solorio* | *Flores* was filed prior to *Solorio*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Solorio*. |

**B. Attacks overlapping with *Martino, et al. v. Islamic Republic of Iran*, No. 21-cv-1808 (RDM) ("*Martino*")—36 Attacks**

| # | *Flores* attack number, date, location, Plaintiffs | Other pending case(s) with same attack included | Why overlap should not lead the Court to find the claims "related" under LCvR 40.5(a)(3) |
|---|---|---|---|
| 1 | *Flores* 4, 2/3/2004, Iskandariyah (Sue C. Niederer) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 2 | *Flores* 11, 5/2/2004, Ramadi (Angela Kay Dossett, individually and on behalf of the Estate of Trace W. Dossett, Cassidee Lee-Ann Dossett, Raimee Kay Dossett, Donna Faye Ginther, individually and on behalf of the Estate of Ronald Albert Ginther, Alayna Nichole Ginther, Joseph Shepherd, Justin Lee Shepherd, James J. Ginther, Donald Ginther, Ray Ginther, William Ginther, James Ronald Ginther) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 3 | *Flores* 26, 10/6/2004, Fallujah (Sandra Cawvey, Kevin Cawvey, Sr., Joshua Cawvey, Kevin Cawvey, Jr., Sierra Cawvey, individually and on behalf of the Estate of Jessica Cawvey) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 4 | *Flores* 29, 10/13/2004, Mosul (Sally H. Dang, individually and on behalf of R.H.S., minor child, | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability |

| | | | |
|---|---|---|---|
| | Ryan A. Soltes, Brandan C. Soltes) | | or damages has been obtained in *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 5 | *Flores* 59, 1/13/2005, Mosul (Lisa A. Mack, individually and on behalf of the Estate of Brian Anthony Mack, Ashley N. Mack) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 6 | *Flores* 61, 2/16/2005, Mosul (Daniel J. Plumondore, individually and on behalf of the Estate of Adam Jay Plumondore, Elfriede H. Plumondore, individually and on behalf of the Estate of Adam Jay Plumondore) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 7 | *Flores* 62, 2/17/2005, Tal Afar (Frank M. Hernandez) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 8 | *Flores* 1, 6/15/2005, Ramadi (Delia D. Flores, | *Martino* | The *Martino* case was filed prior to this case but solely against Iran |

| | | | |
|---|---|---|---|
| | Ruben V. Flores, Melany Flores, Jason Flores, Joshua D. Flores, Timothy Alvarez, Gene B. Maynard, Cynthia L. Smith, Lisa Ware, Jeremiah Maynard, Jacob Maynard, Breanne Maynard, Rebecca L. Maynard, individually, on behalf of the Estate of Chad Bryant Maynard, and as guardian of L.M., minor) | | whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 9 | *Flores* 86, 6/23/2005, Fallujah (Levan Muy, Pechrenya Hul) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*.<br><br>Default judgment as to liability was issued in *Martino* for this attack on May 7, 2025.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 10 | *Flores* 88, 7/14/2005, Trebil (Patricia A. Jameson, Robert M. Jameson, Tiffany A. Mounce-Jones, individually and on behalf of the Estate of Clifton Blake Mounce) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue.<br><br>A Special Master's Report and Recommendation has been entered in *Martino* relative to this attack.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 11 | *Flores* 106, 10/29/2005, Nasser Was Salaam (Tarry Marie Fikel) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in |

|    |    |    |    |
|----|----|----|----|
|    |    |    | *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 12 | *Flores* 107, 11/2/2005, Ramadi (Shirley Ann Spears, Thomas Bloomfield, Kathleen Bloomfield Kerch, Paula M. Wallace, Ronald Spears, Jeffrey Spears, Carol Spears) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 13 | *Flores* 109, 11/15/2005, Karmah (David P. Schiavoni) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 14 | *Flores* 114, 12/7/2005, Ramadi (Neil Joseph Frustaglio) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 15 | *Flores* 152, 8/30/2006, Khalidiyah (Kathleen Hanson, individually and on | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in |

| | | | |
|---|---|---|---|
| | behalf of the Estate of Joshua Robert Hanson, Robert E. Hanson, individually and on behalf of the Estate of Joshua Robert Hanson, Jacob H. Hanson) | | *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 16 | *Flores* 158, 10/6/2006, Saqlawiyah (Stanley C. Johnson, individually and on behalf of the Estate of Stephen Franklin Johnson, Judy Lynn Johnson, individually and on behalf of the Estate of Stephen Franklin Johnson, Eliza J. Bacot, Philip R. Johnson, Olivia Harden) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 17 | *Flores* 159, 10/9/2006, Ramadi (Dawn E. Bowman, individually and on behalf of the Estate of Jon Eric Bowman, Johnny W. Bowman, Megan Bowman, Richard J. Feniello, individually and on behalf of the Estate of Shelby J. Feniello, Sheyla Randazzo, individually and on behalf of the Estate of Julian Arechaga) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 18 | *Flores* 168, 12/1/2006, Ramadi (Mitchell S. Kenyon, individually and as guardian of A.L.K., minor, Kristy Tripp) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 19 | *Flores* 169, 12/6/2006, Ramadi (Gary Patriquin, Connie Patriquin, Daniel Patriquin, Daniel Patriquin, Gregory Patriquin, Karrie Zamora, Steven Patriquin, Vincent J. Pomante, Jr., | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |

6

| | | | |
|---|---|---|---|
| | individually and on behalf of the Estate of Vincent J. Pomante, III, Amy Pomante) | | |
| 20 | *Flores* 176, 1/20/2007, Baghdad (Myrtle J. Booker, Derica Booker, Dante Cheathem, Maria Loney, individually and on behalf of the Estate of Darryl D. Booker, Andre L. Booker, Sr., Norman R. Loney, Jr., Shenneth Canegata, individually and on behalf of the Estate of David C. Canegata, III, Carmen Canegata, John Canegata, Dianne E. Canegata-O'Reilly, Yvette Canegata-Jones, Nicole Y. Canegata, David M. Canegata, Jessica D. Canegata, Andre D. Canegata, Maria Kelly, individually and on behalf of the Estate of Paul M. Kelly, Paul D. Kelly, John J. Kelly, John A. Kelly, Patrick J. Kelly, Anthony Kelly, Brita Kelly, Theresa Kelly, Linda A.D. Lake, individually and on behalf of the Estate of Floyd Everett Lake, Sr., Tamila A. Lake, Keeshawn Lake, Andre J. Lake, Pearl Marie Lucas, individually, on behalf of the Estate of Victor Manuel Langarica, and on behalf of D.X.L., minor, Devina M. Langarica, George Lyerly, Deborah Russo-Blakeman, George E. Lyerly, Jr., Csilla Lyerly, individually and on behalf of Z.L., minor) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*.<br><br>Default judgment as to liability was issued in *Martino* for this attack on September 30, 2024.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |

| 21 | *Flores* 178, 1/30/2007, Ramadi (Daniel J. Shannon, individually and on behalf of the Estate of Stephen D. Shannon) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
|----|----|----|----|
| 22 | *Flores* 184, 2/14/2007, Baqubah (Charles Cummings) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 23 | *Flores* 189, 3/5/2007, Samarra (Marlon D. Kosters, Senta Ann Kosters, Kevin Kosters, Kathy Lee Ensminger, individually and on behalf of the Estate of Andrew Caine Perkins, Abigail Collins) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. Default judgment as to liability was issued in *Martino* for this attack on September 30, 2024. |
| 24 | *Flores* 198, 4/14/2007, Fallujah (Rickey Lee Wallace, Kimberly Schmit, Jessica Schmit) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. Default judgment as to liability was issued in *Martino* for this attack on May 7, 2025. |
| 25 | *Flores* 212, 6/2/2007, Qayyarah (Debra Ann Springman, individually and on behalf of the Estate of Jeremiah D. Costello, Lillian Costello) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 26 | *Flores* 213, 6/3/2007, Al-Mansuriyah (Patrick Jay Marin) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability |

| | | | |
|---|---|---|---|
| | | | or damages has been obtained in *Martino* relative to the attack at issue. |
| 27 | *Flores* 224, 7/17/2007, Samarra (Keri Lynn Wade, Shirley Wade) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 28 | *Flores* 229, 8/11/2007, Arab Jabour (Tina M. Tuttle, Listia Lyons, Moreana Whitson) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 29 | *Flores* 230, 8/29/2007, Al-Noor (Ann Scheibner, Tyler Scheibner, Louise Scheibner, David A. Scheibner, Diane Cottrell) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 30 | *Flores* 233, 9/7/2007, Mosul (Theresa Minton, John Hernandez, Uta Hernandez) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 31 | *Flores* 234, 9/14/2007, Muqdadiyah (Martha Clark) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in |

| | | | *Martino* relative to the attack at issue. |
|---|---|---|---|
| 32 | *Flores* 236, 9/18/2007, Muqdadiyah (Anna Valentine) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 33 | *Flores* 247, 1/28/2008, Mosul (Natalie Jackson) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*.<br><br>Default judgment as to liability was issued in *Martino* for this attack on September 30, 2024. |
| 34 | *Flores* 252, 3/10/2008, Balad Ruz (Raven Bren, Carolyn Jo Gray, Bonita Mallard, individually, on behalf of T.M., Jr., minor, and on behalf of J.B.M., minor) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 35 | *Flores* 267, 12/4/2008, Mosul (John W. Savage) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |
| 36 | *Flores* 271, 4/10/2009, Mosul (Jenna Mastandrea, Melloney K. Ward, Courtney A. Rusk, Becky L. Johnson) | *Martino* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue. |

**C. Attacks overlapping with *Hartwick, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-1612 (CKK) ("*Hartwick*")—4 Attacks**

| # | *Flores* attack number, date, location, Plaintiffs | Other pending case(s) with same attack included | Why overlap should not lead the Court to find the claims "related" under LCvR 40.5(a)(3) |
|---|---|---|---|
| 1 | *Flores* 12, 5/6/2004, Baghdad (Alexia Johnson Box, individually and on behalf of the Estate of Hesley Box, Jr., Hesley Box, Sr., Barbie A. Box, Tarcus K. Box, Cecilia Bedford, Zakheus Box) | *Hartwick* | The *Hartwick* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Hartwick* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 2 | *Flores* 53, 12/13/2004, Fallujah (Seth Randlett) | *Hartwick* | The *Hartwick* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Hartwick* relative to the attack at issue. |
| 3 | *Flores* 103, 10/17/2005, Samarra (Michael R. Robertson, Tiffany Robertson) | *Hartwick* | The *Hartwick* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Hartwick* relative to the attack at issue. |
| 4 | *Flores* 160, 10/17/2006, Anah (Tate Mallory) | *Hartwick* | The *Hartwick* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Hartwick* relative to the attack at issue. |

**D. Attacks overlapping with *Fishbeck, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-2248 (CRC) ("*Fishbeck*")—9 Attacks**

| # | *Flores* attack number, date, location, Plaintiffs | Other pending case(s) with same attack included | Why overlap should not lead the Court to find the claims "related" under LCvR 40.5(a)(3) |
|---|---|---|---|
| 1 | *Flores* 19, 8/17/2004, Fallujah (Richard Silva) | *Fishbeck* | The *Fishbeck* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 2 | *Flores* 33, 11/9/2004, Fallujah (Jesus E. Martinez, Jr., Jesus E. Martinez, III) | *Fishbeck* | The *Fishbeck* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck* relative to the attack at issue.<br><br>A Special Master's Report and Recommendation has been entered in *Fishbeck* relative to this attack.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 3 | *Flores* 87, 7/9/2005, Tal Afar (Dianne Johnson Sterling) | *Fishbeck* | The *Fishbeck* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck* relative to the attack at issue.<br><br>A Special Master's Report and Recommendation has been entered in *Fishbeck* relative to this attack. |

| | | | |
|---|---|---|---|
| | | | A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 4 | *Flores* 130, 4/15/2006, Saqlawiyah (Paola Mayorga, individually and on behalf of the Estate of Pablo Vinicio Mayorga, George A. Winslow, individually and on behalf of the Estate of Ryan George Winslow, Marynell Winslow, individually and on behalf of the Estate of Ryan George Winslow, Kristen Winslow Coy) | *Fishbeck* | The *Fishbeck* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck* relative to the attack at issue. |
| 5 | *Flores* 139, 6/4/2006, Taji (Denise M. Gionet, Darren A. Gionet, Alycia T. Gionet, Ella Mae Matteson, Katrina Gionet, individually and on behalf of the Estate of Daniel Gionet) | *Fishbeck* | The *Fishbeck* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 6 | *Flores* 183, 2/7/2007, Fallujah (Gus Pathenos, individually and on behalf of the Estate of Matthew P. Pathenos, Brenda Pathenos) | *Fishbeck* | The *Fishbeck* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck* relative to the attack at issue. |
| 7 | *Flores* 205, 5/17/2007, Sadr Yusufiah (Robin Davidson) | *Fishbeck* | The *Fishbeck* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck* relative to the attack at issue. |

| | | | |
|---|---|---|---|
| | | | A Special Master's Report and Recommendation has been entered in *Fishbeck* relative to this attack. |
| 8 | *Flores* 255, 4/21/2008, Hajjaj (Michell Christofferson-Witkowski, individually and on behalf of the Estate of Steven J. Christofferson, Henry Kohlhaas) | *Fishbeck* | The *Fishbeck* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*.<br><br>Default judgment as to liability was issued in *Fishbeck* for this attack on August 18, 2023. |
| 9 | *Flores* 268, 2/9/2009, Mosul (Cathleen M. MacFarlane, individually and on behalf of the Estate of Albert Jex) | *Fishbeck* | The *Fishbeck* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck* relative to the attack at issue. |

**E. Attacks overlapping with *Heaton, et al. v. Islamic Republic of Iran*, No. 19-cv-3003 (JMC)(MJS) ("*Heaton*")—7 Attacks**

| # | *Flores* attack number, date, location, Plaintiffs | Other pending case(s) with same attack included | Why overlap should not lead the Court to find the claims "related" under LCvR 40.5(a)(3) |
|---|---|---|---|
| 1 | *Flores* 30, 10/30/2004, Zaidon (Helena Lukac, individually and on behalf of the Estate of John Lukac, Jan Lukac, individually and on behalf of the Estate of John Lukac, Peter Lukac, Sherrin Graham, individually and on behalf of the Estate of Andrew Gerald Riedel, Cayla Bell) | *Heaton* | The *Heaton* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Heaton* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 2 | *Flores* 70, 4/3/2005, Bayji (Beatrice Sherrill, individually and on behalf of the Estate of James Alexander Sherrill, William L. Sherrill, individually and on behalf of the Estate of James Alexander Sherrill, Stephanie Blevins, on behalf of A.S., a minor, Chloe Stewart) | *Heaton* | The *Heaton* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Heaton* relative to the attack at issue. |
| 3 | *Flores* 144, 7/8/2006, Ramadi (Lizbeth Miranda, Lizbeth Jazmin Flores, Omar D. Flores, Jr., Sonia M. Flores, Gilberto Flores, Jorge L. Flores, Sonia A. Flores, Kenneth P. Micks, Amy Jean Micks) | *Heaton* | The *Heaton* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Heaton* relative to the attack at issue. |
| 4 | *Flores* 156, 10/2/2006, Tikrit (Aaron George, Kirstin George) | *Heaton* | The *Heaton* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Heaton* relative to the attack at issue. |
| 5 | *Flores* 214, 6/3/2007, Baghdad (Naomi Watt, individually and on behalf | *Heaton* | The *Heaton* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in |

| | | | |
|---|---|---|---|
| | of the Estate of Kimel Watt, Selesha Gowins, Tenesha Watt, Dwight Watt, Rodney Watt, Jaygon Watt) | | *Flores*. No judgment as to liability or damages has been obtained in *Heaton* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 6 | *Flores* 253, 3/22/2008, Baghdad (Maryanne Rennell) | *Heaton* | The *Heaton* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Heaton* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 7 | *Flores* 265, 7/15/2008, Kana'an (Latrecia Vrooman-Hamilton, individually, on behalf of the Estate of Jeremy D. Vrooman, and on behalf of J.S.V., minor, Jeremy Xavier Vrooman, Bruce Vrooman, Justin Vrooman) | *Heaton* | The *Heaton* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Heaton* relative to the attack at issue. |

**F.  Attacks overlapping with *Messina, et al. v. Syrian Arab Republic*, No. 20-cv-1237 (RJL) ("*Messina*"), and *Hassler, et al. v. Syrian Arab Republic*, No. 21-cv-237 (RJL) ("*Hassler*")—1 Attack**

| # | *Flores* attack number, date, location, Plaintiffs | Other pending case(s) with same attack included | Why overlap should not lead the Court to find the claims "related" under LCvR 40.5(a)(3) |
|---|---|---|---|
| 1 | *Flores* 64, 3/9/2005, Baghdad (Jerry Oldham) | *Messina*; *Hassler* | The *Messina* and *Hassler* cases were filed prior to this case but solely against Syria whereas Iran is also a Defendant in *Flores*. <br><br> *Messina* and *Hassler* were consolidated, and final default judgment and damages were awarded to the plaintiffs on September 16, 2024. *Messina*, ECF No. 21. <br><br> A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |

**G. Attacks overlapping with *Swinney, et al. v. Islamic Republic of Iran*, No. 20-cv-2316 (ACR) ("*Swinney*")—2 Attacks**

| # | *Flores* attack number, date, location, Plaintiffs | Other pending case(s) with same attack included | Why overlap should not lead the Court to find the claims "related" under LCvR 40.5(a)(3) |
|---|---|---|---|
| 1 | *Flores* 76, 5/7/2005, Haditha (Ella R. Cepeda, individually and as legal guardian of A.C., minor, Michael Cepeda, Diana Cepeda, Journee Bre Kayleen Cepeda) | *Swinney* | The *Swinney* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Swinney* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 2 | *Flores* 194, 4/3/2007, Fallujah (Patricia McMillian, Angela Nash) | *Swinney* | The *Swinney* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Swinney* relative to the attack at issue. |

**H. Attacks overlapping with *Kules, et al. v. Islamic Republic of Iran*, No. 25-cv-1182 (DLF) ("*Kules*")—5 Attacks**

| # | *Flores* attack number, date, location, Plaintiffs | Other pending case(s) with same attack included | Why overlap should not lead the Court to find the claims "related" under LCvR 40.5(a)(3) |
|---|---|---|---|
| 1 | *Flores* 143, 6/29/2006, Baghdad | *Kules* | *Flores* was filed prior to *Kules*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Kules*.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 2 | *Flores* 151, 8/27/2006, Baghdad (Timothy W. Dolan, individually and on behalf of the Estate of Daniel George Dolan, Fay L. Dolan, individually and on behalf of the Estate of Daniel George Dolan, Michelle Dolan-Croft) | *Kules* | *Flores* was filed prior to *Kules*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Kules*.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 3 | *Flores* 207, 5/24/2007, Baghdad (Keith A. Shoemaker, Kevin S. Shoemaker) | *Kules* | *Flores* was filed prior to *Kules*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Kules*.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 4 | *Flores* 225, 7/18/2007, Adhamiyah (Debra Ethridge, Richard Gilmore, Jr.) | *Kules* | *Flores* was filed prior to *Kules*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Kules*.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 5 | *Flores* 275, 5/27/2009, Baghdad (Roy A. Edmundson) | *Kules* | *Flores* was filed prior to *Kules*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Kules*. |

| | | | A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
|---|---|---|---|

**I. Attacks overlapping with *Hulett, et al. v. Islamic Republic of Iran*, No. 25-cv-695 (RDM) ("*Hulett*")—3 Attacks**

| # | *Flores* attack number, date, location, Plaintiffs | Other pending case(s) with same attack included | Why overlap should not lead the Court to find the claims "related" under LCvR 40.5(a)(3) |
|---|---|---|---|
| 1 | *Flores* 148, 8/20/2006, Rawah (Ramona Newman) | *Hulett* | *Flores* was filed prior to *Hulett*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Hulett*. |
| 2 | *Flores* 235, 9/14/2007, Arab Jabour (Michael Mele) | *Hulett* | *Flores* was filed prior to *Hulett*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Hulett*.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 3 | *Flores* 272, 4/30/2009, Fallujah (Teresa Dillinger) | *Hulett* | *Flores* was filed prior to *Hulett*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Hulett*. |

**J.  Attacks overlapping with *Fouty, et al. v. Syrian Arab Republic, et al.*, No. 18-cv-385 (RBW) ("*Fouty*")—1 Attack**

| # | *Flores* attack number, date, location, Plaintiffs | Other pending case(s) with same attack included | Why overlap should not lead the Court to find the claims "related" under LCvR 40.5(a)(3) |
|---|---|---|---|
| 1 | *Flores* 203, 5/12/2007, Mahmudiyah (Darryl Balian, individually and on behalf of the Estate of Christopher Edward Murphy, James Bennett, William Bennett) | *Fouty* | The *Fouty* case was filed prior to this case but solely against Syria whereas Iran is also a Defendant in *Flores*.<br><br>Default judgment as to liability was issued in *Fouty* for this attack on July 17, 2024. |

**K. Attacks overlapping with multiple cases within the District—15 Attacks**

| # | *Flores* attack number, date, location, Plaintiffs | Other pending case(s) with same attack included | Why overlap should not lead the Court to find the claims "related" under LCvR 40.5(a)(3) |
|---|---|---|---|
| 1 | *Flores* 18, 8/15/2004, Fallujah (Jesus Cervantes-Barroso) | *Fishbeck*; *Martino* | The *Fishbeck* and *Martino* cases were filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck* or *Martino* relative to the attack at issue.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 2 | *Flores* 51, 12/12/2004, Fallujah (Dana Blazer-Wortham, individually and on behalf of the Estate of Melvin L. Blazer, Jr., Alyssa Highley, Erik Blazer, Brian L. Clairday, Dana Stewart, Jr., Dawn Stewart, Lisa Kirk) | *Fishbeck*; *Hartwick* | The *Fishbeck* and *Hartwick* cases were filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck* or *Hartwick* relative to the attack at issue.<br><br>A Special Master's Report and Recommendation has been entered in *Fishbeck* relative to this attack.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 3 | *Flores* 55, 12/21/2004, Forward Operating Base Marez Mosul (Sean Crippen, Raymond E. Hewitt, individually and on behalf of the Estate of Cory Hewitt, Riikka P. Jacobsen, individually and on behalf of the Estate of William Jacobsen, Jr., Avalon Jacobsen, Leonidas | *Martino*; *Holladay, et al. v. Islamic Republic of Iran, et al.*, No. 17-cv-915 (RDM) ("*Holladay*"); *Solorio* | The *Martino* and *Holladay* cases were filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. *Flores* was filed prior to *Solorio*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Solorio*. No judgment as to liability or damages has been obtained in *Holladay* or *Solorio* relative to the attack at issue. |

|   | | | |
|---|---|---|---|
| | Jacobsen, Sedric Jacobsen, William Jacobsen, III, Mina C. Johnson, Charles V. Mason, individually and on behalf of the Estate of Nicholas C. Mason, Christine V. Mason, Norma Martinez-Melo, individually and on behalf of the Estate of Julian Melo, Jorshua Martinez-Melo, Jeanne M. Poulin, individually and on behalf of the Estate of Lynn R. Poulin, Sr., Stephanie S. VanKomen, individually and on behalf of the Estate of Darren D. VanKomen) | | Default judgment as to liability was issued in *Martino* for this attack on September 30, 2024. A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 4 | *Flores* 63, 3/7/2005, Ramadi (Steven K. Bossert, Diane V. Bossert, Timothy K. Bossert, Amy Lynn Lopez, William Philip Franklin, individually and on behalf of the Estate of Michael William Franklin, Tina Marie Franklin, individually and on behalf of Michael William Franklin, Janelle Kelley) | *Fishbeck*; *Heaton* | The *Fishbeck* and *Heaton* cases were filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck* or *Heaton* relative to the attack at issue. A Special Master's Report and Recommendation has been entered in *Fishbeck* relative to this attack. A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 5 | *Flores* 92, 8/3/2005, Barwanah (William K. Wightman, Stephen L. Reed, individually and on behalf of the Estate of Aaron H. Reed, Kenneth J. Kreuter, Patricia Murray, Kristin Kreuter, Laura Kreuter, Alcides N. Bloem, Jr., individually and on behalf of the Estate of Nicholas W.B. Bloem) | *Hartwick*; *Martino* | The *Hartwick* and *Martino* cases were filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Hartwick* or *Martino* relative to the attack at issue. A Special Master's Report and Recommendation has been entered in *Martino* relative to this attack. |

| | | | A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
|---|---|---|---|
| 6 | *Flores* 94, 8/18/2005, Samarra (Alida Cortes) | *Fishbeck*; *Martino* | The *Fishbeck* and *Martino* cases were filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck* or *Martino* relative to the attack at issue.<br><br>A Special Master's Report and Recommendation has been entered in *Fishbeck* relative to this attack. |
| 7 | *Flores* 102, 10/15/2005, Ramadi (Julia Byrd, Michael W. Byrd, Jr., Terri Watkins, Robbie Watkins, Rachel Watkins, Rebekah Helmadollar, Jonathan Watkins, Thomas D. Watkins) | *Fishbeck*; *Hartwick*; *Martino* | The *Fishbeck*, *Hartwick*, and *Martino* cases were filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Fishbeck*, *Hartwick*, or *Martino* relative to the attack at issue.<br><br>A Special Master's Report and Recommendation has been entered in *Fishbeck* relative to this attack.<br><br>A motion for default judgment as to liability for this attack in this case is currently pending before the Court. |
| 8 | *Flores* 173, 12/24/2006, Albu Hyat (Lloyd L. Morris, Jr.) | *Heaton*; *Martino* | The *Heaton* and *Martino* cases were filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Heaton* or *Martino* relative to the attack at issue. |
| 9 | *Flores* 181, 2/7/2007, Taqaddum (Joseph C. Landaker, Laura Lee Landaker, Jason C. | *Heaton*; *Martino* | The *Heaton* and *Martino* cases were filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as |

| | | | |
|---|---|---|---|
| | Landaker, Rosa Minjares, Zonia Minjares, Rosa A. Pando, Jose R. Minjares, Laura Gomez, Jeannie E. Minjares, individually and on behalf of M.M., minor, Gilbert Minjares III, Peter Tijerina, Peter Tijerina, II, Lynn Ann Shaw) | | to liability or damages has been obtained in *Heaton* or *Martino* relative to the attack at issue. |
| 10 | *Flores* 186, 2/22/2007, Ramadi (Janet L. Buford, Candice Buford) | *Fishbeck*; *Solorio* | The *Fishbeck* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. *Flores* was filed prior to *Solorio*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Solorio*. No judgment as to liability or damages has been obtained in *Solorio* relative to the attack at issue.<br><br>Default judgment as to liability was issued in *Fishbeck* for this attack on August 18, 2023. |
| 11 | *Flores* 196, 4/7/2007, Zaganiyah (Belinda H. Brewster, individually and on behalf of the Estate of Levi Kenneth Hoover, Rhonda L. Cones, individually and on behalf of the Estate of Rodney Lynn McCandless) | *Martino*; *Swinney* | The *Martino* and *Swinney* cases were filed prior to this case but solely against Iran whereas Syria is also a Defendants in *Flores*. No judgment as to liability or damages has been obtained in *Swinney* relative to the attack at issue.<br><br>Default judgment as to liability was issued in *Martino* on September 30, 2024. |
| 12 | *Flores* 209, 5/28/2007, Abu Sayda (John E. Ewing, Clark G. West) | *Martino*; *Hulett* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. *Flores* was filed prior to *Hulett*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Hulett*. No judgment as to liability or damages has been obtained in *Hulett* relative to the attack at issue. |

| | | | Default judgment as to liability was issued in *Martino* for this attack on September 30, 2024. |
|---|---|---|---|
| 13 | *Flores* 240, 10/24/2007, Bayji (Shelia Towns) | *Heaton*; *Martino* | The *Heaton* and *Martino* cases were filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. No judgment as to liability or damages has been obtained in *Heaton* or *Martino* relative to the attack at issue. |
| 14 | *Flores* 242, 12/20/2007, Kana'an (Walter Ray, Deborah Ray) | *Swinney*; *Martino* | The *Swinney* and *Martino* cases were filed prior to this case but solely against Iran whereas Syria is also a Defendants in *Flores*.  No judgment as to liability or damages has been obtained in *Martino* relative to the attack at issue.<br><br>Default judgment as to liability was issued in *Swinney* on May 30, 2025. |
| 15 | *Flores* 243, 1/9/2008, Sinsil (Amy B. Dozier, individually, on behalf of the Estate of Jonathan K. Dozier, and on behalf of E.D., minor, Carl Dozier, Jessica Gaul, individually, on behalf of the Estate of Sean Gaul, and on behalf of A.G., minor, Christine M. Minear, Lisa Tarleton, Mary Schiotis, Duane Pionk, Sandra Pionk, Marie T. Sanders, Dara Sanders-Aceves, individually, on behalf of the Estate of Christopher Alan Sanders, on behalf of C.A.S., minor, and on behalf of J.M.S., minor, Elizabeth Garza, Michael Sanders) | *Martino*; *Hulett* | The *Martino* case was filed prior to this case but solely against Iran whereas Syria is also a Defendant in *Flores*. *Flores* was filed prior to *Hulett*, and the defendants differ between the two cases with Syria as a Defendant in *Flores* and not in *Hulett*. No judgment as to liability or damages has been obtained in *Hulett* relative to the attack at issue.<br><br>Default judgment as to liability was issued in *Martino* for this attack on September 30, 2024. |