**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**RUBEN FLORES,** *et al.*,

   **Plaintiffs,**

      **v.**                                           **Civil Action No. 22-1512 (JEB)**

**ISLAMIC REPUBLIC OF IRAN,** *et al.*,

   **Defendants.**

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1.    Plaintiffs' [26] Motion for Default Judgment is GRANTED as to all Plaintiffs except Sandra Cawvey, Kevin Cawvey, Sr., Joshua Cawvey, Kevin Cawvey, Jr., Lisa Mack in her individual capacity, and Ashley Mack;

2.    Plaintiffs' [33] Motion for Default Judgment is GRANTED as to all Plaintiffs except Patricia A. Jameson, Robert M. Jameson, David P. Schiavoni, and Alcides N. Bloem, individually and on behalf of the Estate of Nicholas W.B. Bloem; and

3.    Plaintiffs' [41] Motion for Default Judgment is GRANTED as to all Plaintiffs.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date:  September 24, 2025

1